# Case History View

Calcasieu Parish, LA

Case Number: 2014-002920
Division: B
Status: Open
Date Filed: 07/23/2014

Proceeding Type: DAMAGES
Remarks:

| | | |
|---|---|---|
| Plaintiff: PAULINE MARIE CITIZEN | Defendant: HONEYWELL INTERNATIONAL INC | |
| Attorney Name: FRANK J SWARR | Attorney Name: ERIC SHUMAN | |
| | 601 POYDRAS STREET 12TH FLOOR | |
| | NEW ORLEANS, LA 70130-0000 | |
| Firm: LANDRY, SWARR & CANNELLA, LLC | Firm: MCGLINCHEY, STAFFORD, ET AL. | |

## Actions

| Post Date | Action Type | Action Code | Action Name | Party Code | Party Name | Amount | Record Stamp Date |
|---|---|---|---|---|---|---|---|
| 04/22/2019 | Action | 0371 | CONFORMED COPY | D030 | DOLLAR TREE STORES INC | -6.00 | 04/22/2019 01:10 PM |
| 04/22/2019 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 87.00 | 04/22/2019 10:31 AM |
| 04/21/2019 | System Action | SystemInvoice | Invoice : 1327812 | D030 | DOLLAR TREE STORES INC | 16.59 | 04/21/2019 10:42 PM |
| 04/21/2019 | System Action | SystemInvoice | Invoice : 1323827 | D020 | BROCK SERVICES LLC | 20.00 | 04/21/2019 08:46 PM |
| 04/18/2019 | Action | 0371 | CONFORMED COPY | D031 | GREENBRIER INTERNATIONAL INC | -3.00 | 04/18/2019 12:56 PM |
| 02/21/2019 | Filing | RESCAN | IMAGING | D030 | DOLLAR TREE STORES INC | 0.00 | 04/18/2019 12:52 PM |
| 04/18/2019 | System Action | Disbursement | Disbursement: ApTransID #35138050 | | HON. H. LYNN JONES, II    (1) | 6.00 | 04/18/2019 12:42 PM |
| 04/04/2019 | Filing | 0052 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 04/17/2019 01:09 PM |
| 04/04/2019 | Filing | 0052 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 04/17/2019 01:09 PM |
| 04/04/2019 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 04/17/2019 01:08 PM |
| 04/11/2019 | Filing | Disbursement | Disbursement: ApTransID #35127696 | | Shonda Appleby (CR) | 66.00 | 04/17/2019 05:00 PM |
| 04/11/2019 | System Action | Disbursement | Disbursement: ApTransID #35127637 | | LOUISIANA STATE TREASURER | 25.00 | 04/11/2019 05:00 PM |
| 04/11/2019 | System Action | Disbursement | Disbursement: ApTransID #35127628 | | SHF. ORLEANS PH. | 30.00 | 04/11/2019 05:00 PM |

# Case History View

Calcasieu Parish, LA

| Date | System Action | Disbursement | Disbursement: ApTransID #351277612 | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 04/11/2019 | Action | | Disbursement: ApTransID #351277612 | | HON. H. LYNN JONES, II  (1) | 332.20 | 04/11/2019 04:59 PM |
| 04/11/2019 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -3.00 | 04/11/2019 12:07 PM |
| 02/21/2019 | Generated Document | 9999 | NOTICE OF SERVICE | D030 | DOLLAR TREE STORES INC | 0.00 | 04/08/2019 10:34 AM |
| 02/21/2019 | Action | 0475 | SERVICE RETURN CLERK FEE | D030 | DOLLAR TREE STORES INC | -6.00 | 04/08/2019 10:34 AM |
| 02/21/2019 | Action | 0509 | SERVICE RETURN | D030 | DOLLAR TREE STORES INC | -30.00 | 04/08/2019 10:34 AM |
| 02/21/2019 | Tracking | 2104 | Track Document | D030 | DOLLAR TREE STORES INC | -6.00 | 04/08/2019 10:33 AM |
| 04/08/2019 | Action | 8052 | Filing Fee CR Invoice | P001 | PAULINE MARIE CITIZEN | -65.00 | 04/05/2019 12:32 PM |
| 04/02/2019 | Action | 8060 | CourtReportefInvoice | P001 | PAULINE MARIE CITIZEN | -15.00 | 04/05/2019 12:33 PM |
| 04/02/2019 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -32.00 | 04/04/2019 02:59 PM |
| 04/04/2019 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -5.00 | 04/04/2019 02:58 PM |
| 04/04/2019 | Filing | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 04/04/2019 02:58 PM |
| 04/04/2019 | Action | 4002 | Deposit - Advanced Deposit | D031 | GREENBRIER INTERNATIONAL INC | 119.00 | 04/04/2019 08:50 AM |
| 04/04/2019 | Action | 0506 | MINUTE ENTRY FEE | P001 | PAULINE MARIE CITIZEN | -5.00 | 04/03/2019 11:40 AM |
| 03/25/2019 | Action | 0549 | JUDGMENT RENDERED | P001 | PAULINE MARIE CITIZEN | -3.00 | 04/03/2019 11:40 AM |
| 03/25/2019 | Filing | 0065 | PASSED | D031 | GREENBRIER INTERNATIONAL INC | -3.00 | 04/03/2019 11:40 AM |
| 04/02/2019 | Filing | 0001 | FILE PLEADING | D031 | GREENBRIER INTERNATIONAL INC | -42.00 | 04/03/2019 08:16 AM |
| 04/02/2019 | Action | 0262 | LETTER | D031 | GREENBRIER INTERNATIONAL INC | -6.00 | 04/03/2019 09:16 AM |
| 04/02/2019 | Action | RESCAN | IMAGING | P001 | PAULINE MARIE CITIZEN | 0.00 | 04/02/2019 11:56 AM |
| 04/01/2019 | Action | RESCAN | IMAGING | P001 | PAULINE MARIE CITIZEN | 0.00 | 04/02/2019 11:57 AM |
| 04/01/2019 | Filing | 0037 | STATE TREASURER | P001 | PAULINE MARIE CITIZEN | -25.00 | 04/01/2019 04:20 PM |
| 04/01/2019 | Action | 0840 | POSTAGE | P001 | PAULINE MARIE CITIZEN | -7.20 | 04/01/2019 04:17 PM |
| 04/01/2019 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -6.00 | 04/01/2019 04:06 PM |
| 04/01/2019 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -6.00 | 04/01/2019 04:06 PM |
| 04/01/2019 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -5.00 | 04/01/2019 04:06 PM |
| 04/01/2019 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -90.00 | 04/01/2019 04:06 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Doc Code | Party | Amount | Entry Date/Time |
|---|---|---|---|---|---|---|---|
| 04/01/2019 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 04/01/2019 03:44 PM |
| 04/01/2019 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 04/01/2019 03:32 PM |
| 04/01/2019 | Generated Document | 1602 | VOID - CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 04/01/2019 02:20 PM |
| 04/01/2019 | Generated Document | 1602 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 04/01/2019 09:17 AM |
| 04/01/2019 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 04/01/2019 09:16 AM |
| 04/01/2019 | Generated Document | 2150 | | P001 | PAULINE MARIE CITIZEN | | |
| 03/29/2019 | System Action | Disbursement | Disbursement: ApTransID #35104674 | | HON. H. LYNN JONES, II (1) | 1,737.00 | 04/01/2019 04:47 PM |
| 03/29/2019 | Action | 0371 | CONFORMED COPY | D020 | BROCK SERVICES LLC | -3.00 | 03/29/2019 09:55 AM |
| 03/29/2019 | Action | 0005 | CERTIFIED COPIES | D020 | BROCK SERVICES LLC | -5.00 | 03/29/2019 09:55 AM |
| 03/29/2019 | Action | 1700 | RULE | D020 | BROCK SERVICES LLC | -20.00 | 03/29/2019 09:51 AM |
| 03/28/2019 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 112.96 | 03/28/2019 10:13 AM |
| 03/28/2019 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D023 | AVON PRODUCTS, INC | | 03/28/2019 09:25 AM |
| 03/28/2019 | Tracking | 0309 | ### FROM JUDGE: | D023 | AVON PRODUCTS, INC | | 03/28/2019 09:24 AM |
| 03/28/2019 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/28/2019 08:14 AM |
| 03/26/2019 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 163.00 | 03/26/2019 08:53 AM |
| 03/26/2019 | Filing | 3981 | FAX CONFIRMATION | D031 | GREENBRIER INTERNATIONAL INC | -15.00 | 03/26/2019 07:51 AM |
| 03/25/2019 | Filing | 0521 | FAX FILE FEE | D031 | GREENBRIER INTERNATIONAL INC | -48.00 | 03/26/2019 07:50 AM |
| 03/25/2019 | Action | 0218 | FAX COPY | D031 | GREENBRIER INTERNATIONAL INC | -5.00 | 03/25/2019 07:50 AM |
| 03/25/2019 | Action | 0308 | #### TO JUDGE: | D023 | AVON PRODUCTS, INC | | 03/25/2019 02:01 PM |
| 03/15/2019 | Tracking | 0052 | ANSWER | D023 | AVON PRODUCTS, INC | -46.00 | 03/25/2019 02:00 PM |
| 03/15/2019 | Filing | 0048 | FILE ORDER | D023 | AVON PRODUCTS, INC | -6.00 | 03/25/2019 01:59 PM |
| 03/16/2019 | Filing | 3969 | MOTION TO SUB COUNSEL | D023 | AVON PRODUCTS, INC | -15.00 | 03/25/2019 01:59 PM |
| 03/15/2019 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -6.00 | 03/25/2019 01:58 PM |
| 03/25/2019 | Filing | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/25/2019 08:55 AM |
| 03/25/2019 | Action | 0371 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 2,392.00 | 03/25/2019 12:07 PM |
| 03/22/2019 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | -230.00 | 03/22/2019 09:07 AM |
| 03/21/2019 | Filing | 2206 | MOTION | D020 | BROCK SERVICES LLC | | 03/22/2019 08:07 AM |

# Case History View

Calcasieu Parish, LA

| Date | Tracking/Action | Code | Description | Party | Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 03/21/2019 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D020 | BROCK SERVICES LLC | | 03/22/2019 08:59 AM |
| 03/21/2019 | Tracking | 0309 | ## FROM JUDGE: | D020 | BROCK SERVICES LLC | | 03/22/2019 08:56 AM |
| 03/21/2019 | System Action | Disbursement | Disbursement: ApTransID #35089385 | | HON. H. LYNN JONES, II (1) | 1,464.00 | 03/21/2019 04:54 PM |
| 03/21/2019 | Action | 4002 | Deposit - Advanced Deposit | D020 | BROCK SERVICES LLC | 442.00 | 03/21/2019 10:58 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -14.00 | 03/21/2019 08:39 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -24.00 | 03/21/2019 09:39 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 03/21/2019 09:38 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -64.00 | 03/21/2019 09:36 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -44.00 | 03/21/2019 09:35 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -86.00 | 03/21/2019 09:34 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 09:33 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 09:32 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -22.00 | 03/21/2019 09:32 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -10.00 | 03/21/2019 09:31 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -28.00 | 03/21/2019 09:31 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 03/21/2019 09:30 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -16.00 | 03/21/2019 09:29 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 03/21/2019 09:29 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -38.00 | 03/21/2019 09:28 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -14.00 | 03/21/2019 09:28 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 03/21/2019 09:25 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 03/21/2019 09:25 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 03/21/2019 09:25 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 03/21/2019 09:24 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -74.00 | 03/21/2019 09:24 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 03/21/2019 09:23 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 03/21/2019 09:22 AM |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -22.00 | 03/21/2019 08:19 AM |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 03/21/2019 09:18 AM |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 03/21/2019 08:16 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | | Party | Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 03/21/2019 09:14 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -82.00 | 03/21/2019 09:12 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 09:11 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -16.00 | 03/21/2019 09:10 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 09:09 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 03/21/2019 09:09 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 03/21/2019 09:09 AM |
| 03/19/2019 | **Filing** | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -12.00 | 03/21/2019 09:08 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 09:08 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -10.00 | 03/21/2019 09:07 AM |
| 03/19/2019 | **Filing** | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 09:06 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 09:05 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -24.00 | 03/21/2019 08:59 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -24.00 | 03/21/2019 08:58 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -84.00 | 03/21/2019 08:57 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -18.00 | 03/21/2019 08:56 AM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/21/2019 08:55 AM |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -12.00 | 03/21/2019 08:54 AM |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -96.00 | 03/20/2019 04:14 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -20.00 | 03/20/2019 04:12 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -42.00 | 03/20/2019 04:11 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -150.00 | 03/20/2019 04:10 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -10.00 | 03/20/2019 04:06 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 03/20/2019 04:05 PM |
| 03/19/2019 | **Filing** | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -28.00 | 03/20/2019 03:04 PM |
| 03/19/2019 | **Filing** | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 03/20/2019 03:02 PM |
| 03/19/2019 | **Filing** | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -8.00 | 03/20/2019 03:02 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -16.00 | 03/20/2019 03:01 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -10.00 | 03/20/2019 03:00 PM |
| 03/19/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -12.00 | 03/20/2019 02:33 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Date/Time | Amount |
|---|---|---|---|---|---|---|---|
| 03/19/2019 | Filing | 0049 | MOTION | P001 | PAULINE MARIE CITIZEN | 03/20/2019 02:31 PM | -42.00 |
| 03/19/2019 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | 03/20/2019 02:30 PM | -6.00 |
| 03/20/2019 | Tracking | 0308 | ### TO JUDGE: | D020 | BROCK SERVICES LLC | 03/20/2019 10:28 AM | |
| 03/20/2019 | Filing | 0499 | STMT OF FACTS | D020 | BROCK SERVICES LLC | 03/20/2019 10:24 AM | -10.00 |
| 03/18/2019 | Filing | 0146 | MEMORANDUM | D020 | BROCK SERVICES LLC | 03/20/2019 10:23 AM | -14.00 |
| 03/16/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:23 AM | -44.00 |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:22 AM | -8.00 |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:21 AM | -4.00 |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:20 AM | -96.00 |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:08 AM | -4.00 |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:07 AM | -2.00 |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:07 AM | -16.00 |
| 03/18/2019 | Filing | 0039 | FILE EXHIBITS | D020 | BROCK SERVICES LLC | 03/20/2019 10:06 AM | -10.00 |
| 03/18/2019 | Filing | 3982 | RULE TO SHOW CAUSE | D020 | BROCK SERVICES LLC | 03/20/2019 10:08 AM | -6.00 |
| 03/18/2019 | Filing | 0490 | MTN F/SMRY JGMNT | D020 | BROCK SERVICES LLC | 03/20/2019 10:05 AM | -10.00 |
| 03/18/2019 | Filing | 0262 | LETTER | D020 | BROCK SERVICES LLC | 03/20/2019 07:50 AM | -6.00 |
| 03/18/2019 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | 03/18/2019 07:50 AM | -15.00 |
| 03/15/2019 | Filing | 0521 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | 03/18/2019 07:49 AM | -70.00 |
| 03/15/2019 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | 03/18/2019 07:48 AM | -5.00 |
| 03/18/2019 | System Action | | Invoice : 1321679 | D033 | PREMIER BRANDS OF AMERICA INC | 03/18/2019 12:53 AM | 112.96 |
| 03/14/2019 | System Action | | Disbursement: ApTransID #35076280 | | HON. H. LYNN JONES, II   (1) | 03/14/2019 04:46 PM | 68.00 |
| 03/14/2019 | System Action | | WITNESS LIST | P001 | PAULINE MARIE CITIZEN | 03/14/2019 03:54 PM | -62.00 |
| 03/13/2019 | Filing | 0255 | LETTER | P001 | PAULINE MARIE CITIZEN | 03/14/2019 03:54 PM | -6.00 |
| 03/07/2019 | Filing | 0262 | | | SHF. ORLEANS PH. | 03/07/2019 04:56 PM | 30.00 |
| 03/07/2019 | System Action | | Disbursement: ApTransID #35062756 | | HON. H. LYNN JONES, II   (1) | 03/07/2019 04:56 PM | 236.00 |
| 03/07/2019 | Disbursement | | Disbursement: ApTransID #35062744 | | | | |
| 03/02/2019 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 03/02/2019 10:46 AM | 0.00 |
| 03/01/2019 | Generated Document | 9999 | NOTICE OF SERVICE | D037 | WILLARD MANUFACTURING INC | 03/01/2019 02:27 PM | |

Printed: 04/22/2019 02:41 PM
CMS0033

## Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|------|------|------|-------------|---|-------|--------|-----------|
| 03/01/2019 | Tracking | 2104 | Track Document | D037 | WILLARD MANUFACTURING INC | | 03/01/2019 02:27 PM |
| 12/28/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D037 | WILLARD MANUFACTURING INC | | 03/01/2019 02:26 PM |
| 12/28/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D037 | WILLARD MANUFACTURING INC | -6.00 | 03/01/2018 02:25 PM |
| 12/28/2018 | Action | 0509 | SERVICE RETURN | D037 | WILLARD MANUFACTURING INC | -30.00 | 03/01/2019 02:25 PM |
| 03/01/2019 | Tracking | 2104 | Track Document | D037 | WILLARD MANUFACTURING INC | | 03/01/2019 02:24 PM |
| 03/01/2019 | Action | 4002 | Deposit - Advanced Deposit | D031 | GREENBRIER INTERNATIONAL INC | 230.00 | 03/01/2019 01:28 PM |
| 02/27/2019 | System Action | Disbursement | Disbursement: ApTransID #35052575 | | HON. H. LYNN JONES, II   (1) | 167.00 | 02/28/2019 04:49 PM |
| 02/28/2019 | Tracking | Track14 | JMT No Cost Assessed | D033 | PREMIER BRANDS OF AMERICA INC | | 02/28/2019 04:10 PM |
| 02/28/2019 | Action | 0005 | CERTIFIED COPIES | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 02/27/2019 12:34 PM |
| 02/27/2019 | Generated Document | 1230 | LETTER NOTICE OF JUDGMENT | D033 | PREMIER BRANDS OF AMERICA INC | -130.00 | 02/27/2019 11:39 AM |
| 02/27/2019 | Action | 0005 | CERTIFIED COPIES | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 02/27/2019 11:37 AM |
| 02/27/2019 | Generated Document | 1230 | LETTER NOTICE OF JUDGMENT | D033 | PREMIER BRANDS OF AMERICA INC | -130.00 | 02/27/2019 10:36 AM |
| 02/27/2019 | Action | 4002 | Deposit - Advanced Deposit | D011 | IMERYS TALC AMERICA, INC. | 400.00 | 02/26/2019 08:38 AM |
| 02/20/2019 | Filing | 0001 | FILE PLEADING | D011 | IMERYS TALC AMERICA, INC. | -14.00 | 02/25/2019 09:58 AM |
| 02/20/2019 | Filing | 0262 | LETTER | D011 | IMERYS TALC AMERICA, INC. | -10.00 | 02/25/2019 09:57 AM |
| 02/22/2019 | Filing | 2183 | Estimated Cost Worksheet | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/22/2019 11:32 AM |
| 02/22/2019 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 02/22/2019 11:32 AM |
| 02/22/2019 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 02/22/2019 09:58 AM |
| 02/21/2019 | System Action | Disbursement | Disbursement: ApTransID #35038239 | | HON. H. LYNN JONES, II   (1) | 56.59 | 02/21/2019 04:56 PM |
| 02/21/2019 | Action | 0840 | POSTAGE | D030 | DOLLAR TREE STORES INC | -6.59 | 02/21/2019 12:13 PM |
| 02/21/2019 | Action | 0371 | CONFORMED COPY | D030 | DOLLAR TREE STORES INC | -3.00 | 02/21/2019 12:11 PM |
| 02/21/2019 | Action | 0005 | CERTIFIED COPIES | D030 | DOLLAR TREE STORES INC | -5.00 | 02/21/2019 12:12 PM |
| 02/21/2019 | Generated Document | 1700 | RULE | D030 | DOLLAR TREE STORES INC | -20.00 | 02/21/2019 12:03 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Code2 | Party | Amount | DateTime |
|------|------|------|-------------|-------|-------|--------|----------|
| 02/21/2019 | Tracking | 030B | ### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/21/2019 09:07 AM |
| 02/18/2019 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/21/2019 09:05 AM |
| 02/19/2019 | Filing | 0533 | PART.DISMISSAL/ | P001 | PAULINE MARIE CITIZEN | -10.00 | 02/21/2019 09:04 AM |
| 02/19/2019 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/21/2019 08:59 AM |
| 02/17/2019 | Filing | | Invoice : 1318466 | D031 | GREENBRIER INTERNATIONAL INC | 230.00 | 02/17/2019 11:03 PM |
| 02/14/2019 | System Action | SystemInvoice | | | Nancy B Barham (CR) | 30.00 | 02/14/2019 04:54 PM |
| 02/14/2019 | System Action | Disbursement | Disbursement: ApTransID #35028706 | | | 30.00 | 02/14/2019 04:54 PM |
| 02/14/2019 | System Action | Disbursement | Disbursement: ApTransID #35028676 | | HON. H. LYNN JONES, II    (1) | 6.00 | 02/14/2019 04:54 PM |
| 02/11/2019 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 420.00 | 02/11/2019 08:54 AM |
| 02/06/2019 | Action | 8082 | Filing Fee CR Invoice | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 02/11/2019 08:53 AM |
| 02/06/2019 | Action | 8050 | CourtReporterInvoice | D033 | PREMIER BRANDS OF AMERICA INC | -30.00 | 02/11/2019 08:53 AM |
| 02/08/2019 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | | 02/08/2019 10:32 AM |
| 02/08/2019 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 02/08/2019 10:32 AM |
| 02/07/2019 | Filing | 2206 | MOTION | D031 | GREENBRIER INTERNATIONAL INC | -230.00 | 02/08/2019 09:10 AM |
| 02/07/2019 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D030 | DOLLAR TREE STORES INC | | 02/08/2019 08:42 AM |
| 02/07/2019 | Tracking | 0309 | ## FROM JUDGE: | D030 | DOLLAR TREE STORES INC | | 02/08/2019 08:42 AM |
| 02/07/2019 | System Action | Disbursement | Disbursement: ApTransID #35016326 | | Shonda Appleby (CR) | 150.00 | 02/07/2019 04:55 PM |
| 02/07/2019 | System Action | Disbursement | Disbursement: ApTransID #35016287 | | HON. H. LYNN JONES, II    (1) | 434.00 | 02/07/2019 04:54 PM |
| 02/07/2019 | Action | 0371 | CONFORMED COPY | D011 | IMERYS TALC AMERICA, INC. | -3.00 | 02/07/2019 03:37 PM |
| 02/06/2019 | Action | 0005 | CERTIFIED COPIES | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 02/07/2019 03:01 PM |
| 02/06/2019 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 02/07/2019 03:01 PM |
| 02/06/2019 | Filing | 0718 | MOTION AND ORDER | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 02/07/2019 03:01 PM |

# Case History View

| Date | Action | Code | Description | Party | Party Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 02/06/2019 | Action | 0095 | ENTER P.D. | D033 | PREMIER BRANDS OF AMERICA INC | -3.00 | 02/07/2019 03:01 PM |
| 02/06/2019 | Action | 0506 | MINUTE ENTRY FEE | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 02/07/2019 03:00 PM |
| 02/07/2019 | Tracking | 0308 | !### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 02/07/2019 02:01 PM |
| 02/05/2019 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/07/2019 01:58 PM |
| 02/05/2019 | Filing | 0588 | SUPPLEMENTAL/AMENDING PETITION | P001 | PAULINE MARIE CITIZEN | -14.00 | 02/07/2019 01:58 PM |
| 02/05/2019 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/07/2019 01:57 PM |
| 02/07/2019 | Action | 0371 | CONFORMED COPY | D036 | THORTON INDUSTRIES INC | -6.00 | 02/07/2019 12:43 PM |
| 01/28/2019 | Filing | 0052 | ANSWER | D036 | THORTON INDUSTRIES INC | -46.00 | 02/07/2019 12:36 PM |
| 02/07/2019 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 418.00 | 02/07/2019 10:09 AM |
| 02/06/2019 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 1,202.75 | 02/06/2019 11:58 AM |
| 02/06/2019 | Tracking | 0308 | !### TO JUDGE: | D030 | DOLLAR TREE STORES INC | | 02/06/2019 09:15 AM |
| 02/04/2019 | Filing | 0039 | FILE EXHIBITS | D030 | DOLLAR TREE STORES INC | -14.00 | 02/06/2019 09:10 AM |
| 02/04/2019 | Filing | 0039 | FILE EXHIBITS | D030 | DOLLAR TREE STORES INC | -70.00 | 02/06/2019 09:09 AM |
| 02/04/2019 | Filing | 0039 | FILE EXHIBITS | D030 | DOLLAR TREE STORES INC | -44.00 | 02/06/2019 09:07 AM |
| 02/04/2019 | Filing | 0039 | FILE EXHIBITS | D030 | DOLLAR TREE STORES INC | -76.00 | 02/06/2019 09:02 AM |
| 02/04/2019 | Filing | 0039 | FILE EXHIBITS | D030 | DOLLAR TREE STORES INC | -24.00 | 02/06/2019 09:00 AM |
| 02/04/2019 | Filing | 0039 | FILE EXHIBITS | D030 | DOLLAR TREE STORES INC | -2.00 | 02/06/2019 08:58 AM |
| 02/04/2019 | Filing | 0038 | FILE EXHIBITS | D030 | DOLLAR TREE STORES INC | -2.00 | 02/06/2019 08:56 AM |
| 02/04/2019 | Filing | 0146 | MEMORANDUM | D030 | DOLLAR TREE STORES INC | -34.00 | 02/06/2019 08:56 AM |
| 02/04/2019 | Filing | 3982 | RULE TO SHOW CAUSE | D030 | DOLLAR TREE STORES INC | -6.00 | 02/06/2019 08:54 AM |
| 02/04/2019 | Filing | 0490 | MTN F/SMRY JGMNT | D030 | DOLLAR TREE STORES INC | -10.00 | 02/06/2019 08:53 AM |
| 02/04/2019 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 02/06/2019 08:52 AM |
| 02/05/2019 | Filing | 0369 | *****SENT TO SUIT DEPT***** | D033 | PREMIER BRANDS OF AMERICA INC | | 02/05/2019 10:36 AM |
| 02/05/2019 | Tracking | 0369 | ## FROM JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 02/05/2019 10:36 AM |
| 02/05/2019 | Tracking | 0309 | *****SENT TO SUIT DEPT***** | D033 | PREMIER BRANDS OF AMERICA INC | | 02/05/2019 10:35 AM |

Calcasieu Parish, LA

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 02/05/2019 | Tracking | 0309 | ## FROM JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 02/05/2019 10:34 AM |
| 02/01/2019 | Tracking | 0908 | \|### TO JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 02/01/2019 08:44 AM |
| 02/01/2019 | Filing | 0072 | JUDGMENT | D033 | PREMIER BRANDS OF AMERICA INC | -14.00 | 02/01/2019 08:40 AM |
| 01/31/2019 | System Action | Disbursement | Disbursement: ApTransID #35002216 | | HON. H. LYNN JONES, II (1) | 107.00 | 01/31/2019 04:46 PM |
| 01/31/2019 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D011 | IMERYS TALC AMERICA, INC. | | 01/31/2019 03:33 PM |
| 01/31/2019 | Tracking | 0309 | ## FROM JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 01/31/2019 03:33 PM |
| 01/30/2019 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 01/30/2019 01:21 PM |
| 01/30/2019 | Tracking | 0308 | \|### TO JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 01/30/2019 10:03 AM |
| 01/22/2019 | Filing | 0048 | FILE ORDER | D011 | IMERYS TALC AMERICA, INC. | -6.00 | 01/30/2019 10:03 AM |
| 01/22/2019 | Filing | 0049 | MOTION | D011 | IMERYS TALC AMERICA, INC. | -10.00 | 01/30/2019 10:02 AM |
| 01/30/2019 | Action | 4002 | Deposit - Advanced Deposit | D036 | THORTON INDUSTRIES INC | 118.00 | 01/30/2019 08:41 AM |
| 01/29/2019 | Action | 4002 | Deposit - Advanced Deposit | D037 | WILLARD MANUFACTURING INC | 17.00 | 01/29/2019 10:48 AM |
| 01/29/2019 | Action | 0052 | ANSWER | D036 | THORTON INDUSTRIES INC | -66.00 | 01/28/2019 02:59 PM |
| 01/28/2019 | Filing | 0262 | LETTER | D036 | THORTON INDUSTRIES INC | -6.00 | 01/28/2019 02:59 PM |
| 01/28/2019 | Filing | 0369 | ****SENT TO SUIT DEPT**** | D011 | IMERYS TALC AMERICA, INC. | | 01/28/2019 11:01 AM |
| 01/28/2019 | Tracking | 0309 | ## FROM JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 01/28/2019 11:00 AM |
| 01/28/2019 | Tracking | 0082 | REQUEST WRITTEN NOTICE | D037 | WILLARD MANUFACTURING INC | -10.00 | 01/28/2019 10:04 AM |
| 01/25/2019 | Filing | 0262 | LETTER | D037 | WILLARD MANUFACTURING INC | -6.00 | 01/28/2019 10:04 AM |
| 01/26/2019 | Filing | | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 01/25/2019 11:39 AM |
| 01/25/2019 | Action | 0371 | Disbursement: ApTransID #34989132 | | HON. H. LYNN JONES, II (1) | 1,140.00 | 01/24/2019 05:09 PM |
| 01/24/2019 | System Action | Disbursement | | | | | |
| 01/24/2019 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | | 01/24/2019 04:10 PM |
| 01/24/2019 | Tracking | 0309 | ## FROM JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 01/24/2019 04:09 PM |
| 01/24/2019 | Tracking | 0308 | \|### TO JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 01/24/2019 01:41 PM |
| 01/22/2019 | Filing | 0048 | FILE ORDER | D011 | IMERYS TALC AMERICA, INC. | -6.00 | 01/24/2019 01:40 PM |

## Case History View

| Date | Type | Code | Description | Code2 | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 01/22/2019 | Filing | 0473 | MTN TO W/DRAW- | D011 | IMERY'S TALC AMERICA, INC. | -6.00 | 01/24/2019 01:38 PM |
| 01/22/2019 | Filing | 0262 | LETTER | D011 | IMERY'S TALC AMERICA, INC. | -10.00 | 01/24/2019 01:39 PM |
| 01/24/2019 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 1,041.00 | 01/24/2019 10:28 AM |
| 01/24/2019 | Tracking | 0308 | #### TO JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 01/23/2019 03:05 PM |
| 01/22/2019 | Filing | 0001 | FILE PLEADING | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 01/23/2019 03:00 PM |
| 01/22/2019 | Filing | 0072 | JUDGMENT | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 01/23/2019 02:59 PM |
| 01/22/2019 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 01/23/2019 02:59 PM |
| 01/23/2019 | Action | 4002 | Deposit - Advanced Deposit | D037 | WILLARD MANUFACTURING INC | 61.00 | 01/23/2019 11:28 AM |
| 01/23/2019 | Action | 0296 | COST LTR-PROCESSED- RE: | P001 | PAULINE MARIE CITIZEN | -58.00 | 01/23/2019 09:27 AM |
| 01/18/2019 | Filing | 0052 | ANSWER | D037 | WILLARD MANUFACTURING INC | -6.00 | 01/22/2019 11:06 AM |
| 01/18/2019 | Filing | 0262 | LETTER | D037 | WILLARD MANUFACTURING INC | -6.00 | 01/22/2019 11:06 AM |
| 01/20/2019 | System Action | SystemInvoice | Invoice : 1313875 | P001 | PAULINE MARIE CITIZEN | 1,202.75 | 01/20/2019 07:55 PM |
| 01/17/2019 | System Action | Disbursement | Disbursement: ApTransID #349798770 | | HON. H. LYNN JONES, II  (1) | 36.00 | 01/17/2019 05:58 PM |
| 01/04/2019 | Filing | 0675 | EVIDENCE (per page) | D037 | WILLARD MANUFACTURING INC | -4.00 | 01/17/2019 11:05 AM |
| 01/04/2019 | Filing | 0675 | VOID - EVIDENCE (per page) | D036 | THORTON INDUSTRIES INC | -6.00 | 01/17/2019 11:03 AM |
| 01/04/2019 | Filing | 0675 | EVIDENCE (per page) | P001 | PAULINE MARIE CITIZEN | -6.00 | 01/17/2019 11:03 AM |
| 01/04/2019 | Action | 0232 | UNDER ADVISEMENT | D037 | WILLARD MANUFACTURING INC | -3.00 | 01/17/2019 10:52 AM |
| 01/04/2019 | Action | 0549 | JUDGMENT RENDERED | D036 | THORTON INDUSTRIES INC | -3.00 | 01/17/2019 10:47 AM |
| 01/04/2019 | Action | 0549 | JUDGMENT RENDERED | D036 | THORTON INDUSTRIES INC | -3.00 | 01/17/2019 10:44 AM |
| 01/04/2019 | Action | 0549 | JUDGMENT RENDERED | D036 | THORTON INDUSTRIES INC | -3.00 | 01/17/2019 10:38 AM |
| 01/04/2019 | Action | 0506 | MINUTE ENTRY FEE | D036 | THORTON INDUSTRIES INC | -5.00 | 01/17/2019 10:36 AM |
| 01/07/2019 | Action | 8050 | CourtReporterInvoice | P001 | PAULINE MARIE CITIZEN | -150.00 | 01/14/2019 10:51 AM |
| 01/07/2019 | Action | 8052 | Filing Fee CR Invoice | P001 | PAULINE MARIE CITIZEN | -6.00 | 01/14/2019 10:51 AM |
| 01/11/2019 | Action | 0371 | CONFORMED COPY | D036 | THORTON INDUSTRIES INC | -3.00 | 01/11/2019 08:42 AM |

# Case History View

Calcasieu Parish, LA

| System Action | | Disbursement | Disbursement: ApTransID #34966854 | | | | |
|---|---|---|---|---|---|---|---|
| 01/10/2019 | Action | 0371 | CONFORMED COPY | D033 | HON. H. LYNN JONES, II    (1) | 400.00 | 01/10/2019 04:59 PM |
| 01/10/2019 | Action | 0371 | CONFORMED COPY | D033 | PREMIER BRANDS OF AMERICA INC | -3.00 | 01/10/2019 01:04 PM |
| 01/10/2019 | Action | 0371 | CONFORMED COPY | D033 | PREMIER BRANDS OF AMERICA INC | -3.00 | 01/10/2019 01:01 PM |
| 01/09/2019 | Action | 4002 | Deposit - Advanced Deposit | D036 | THORTON INDUSTRIES INC | 95.00 | 01/09/2019 09:35 AM |
| 12/28/2018 | Filing | 0146 | MEMORANDUM | D036 | THORTON INDUSTRIES INC | -26.00 | 01/07/2019 02:25 PM |
| 12/28/2018 | Filing | 0262 | LETTER | D036 | THORTON INDUSTRIES INC | -6.00 | 01/07/2019 02:25 PM |
| 12/27/2018 | Filing | 0570 | OPPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -30.00 | 01/07/2019 10:26 AM |
| 12/27/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 01/07/2019 10:25 AM |
| 12/28/2018 | Filing | 0570 | OPPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -14.00 | 01/07/2019 10:24 AM |
| 12/28/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 01/07/2019 10:23 AM |
| 01/03/2019 | Action | 0528 | COPIES | D037 | WILLARD MANUFACTURING INC | -7.00 | 01/03/2019 04:20 PM |
| 01/03/2019 | Action | 0371 | CONFORMED COPY | D037 | WILLARD MANUFACTURING INC | -3.00 | 01/03/2019 04:20 PM |
| 01/03/2019 | Action | 4002 | Deposit - Advanced Deposit | D037 | WILLARD MANUFACTURING INC | 40.00 | 01/03/2019 09:29 AM |
| 01/02/2019 | Action | 4002 | Deposit - Advanced Deposit | D036 | THORTON INDUSTRIES INC | 280.00 | 01/02/2019 01:46 PM |
| 01/02/2019 | Action | 0039 | FILE EXHIBITS | D037 | WILLARD MANUFACTURING INC | -6.00 | 01/02/2019 11:18 AM |
| 01/02/2019 | Filing | 0001 | FILE PLEADING | D037 | WILLARD MANUFACTURING INC | -18.00 | 01/02/2019 11:18 AM |
| 01/02/2019 | Filing | 0262 | LETTER | D037 | WILLARD MANUFACTURING INC | -6.00 | 01/02/2019 11:17 AM |
| 01/02/2019 | Filing | 2208 | Cost Letter | P001 | PAULINE MARIE CITIZEN | 0.00 | 01/02/2019 10:32 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 01/02/2019 10:25 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -24.00 | 01/02/2019 10:25 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -108.00 | 01/02/2019 10:24 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -160.00 | 01/02/2019 10:21 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 01/02/2019 10:19 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -164.00 | 01/02/2019 10:16 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -152.00 | 01/02/2019 10:13 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 01/02/2019 10:11 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 01/02/2019 10:09 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -10.00 | 01/02/2019 10:07 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -10.00 | 01/02/2019 10:06 AM |
| 01/02/2019 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -12.00 | 01/02/2019 10:06 AM |
| 01/02/2019 | Filing | 0146 | MEMORANDUM | P001 | PAULINE MARIE CITIZEN | -50.00 | 01/02/2019 10:06 AM |
| 01/02/2019 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 01/02/2019 10:05 AM |
| 01/02/2019 | Action | 4002 | Deposit - Advanced Deposit | P001 | WILLARD MANUFACTURING INC | 178.00 | 01/02/2019 09:31 AM |
| 12/28/2018 | System Action | Disbursement | Disbursement: ApTransID #34948609 | D037 | HON. H. LYNN JONES, II    (1) | 690.00 | 12/28/2018 04:54 PM |
| 12/28/2018 | Filing | 3981 | FAX CONFIRMATION | D036 | THORTON INDUSTRIES INC | -15.00 | 12/28/2018 04:16 PM |
| 12/28/2018 | Filing | 0521 | FAX FILE FEE | D036 | THORTON INDUSTRIES INC | -36.00 | 12/28/2018 04:15 PM |
| 12/28/2018 | Action | 0218 | FAX COPY | D036 | THORTON INDUSTRIES INC | -5.00 | 12/28/2018 04:13 PM |
| 12/28/2018 | Action | 0006 | CERTIFIED COPIES | D037 | WILLARD MANUFACTURING INC | -5.00 | 12/28/2018 03:34 PM |
| 12/28/2018 | Generated Document | 1700 | RULE | D037 | WILLARD MANUFACTURING INC | -20.00 | 12/28/2018 03:32 PM |
| 12/27/2018 | Action | 0371 | CONFORMED COPY | D037 | WILLARD MANUFACTURING INC | -3.00 | 12/28/2018 03:30 PM |
| 12/27/2018 | Filing | 0048 | FILE ORDER | D037 | WILLARD MANUFACTURING INC | -6.00 | 12/28/2018 11:10 AM |
| 12/27/2018 | Filing | 0049 | MOTION | D037 | WILLARD MANUFACTURING INC | -10.00 | 12/28/2018 11:09 AM |
| 12/27/2018 | Filing | 0262 | LETTER | D037 | WILLARD MANUFACTURING INC | -6.00 | 12/28/2018 11:07 AM |
| 12/28/2018 | Filing | 3981 | FAX CONFIRMATION | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 12/28/2018 09:19 AM |
| 12/28/2018 | Filing | 0521 | FAX FILE FEE | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 12/28/2018 09:18 AM |
| 12/28/2018 | Action | 0218 | FAX COPY | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 12/28/2018 09:15 AM |
| 12/27/2018 | Filing | 2183 | Estimated Cost Worksheet | P001 | PAULINE MARIE CITIZEN | 0.00 | 12/27/2018 11:05 AM |
| 12/27/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 12/27/2018 11:05 AM |
| 12/27/2018 | Action | 4002 | Deposit - Advanced Deposit | D001 | HONEYWELL INTERNATIONAL INC | 125.00 | 12/27/2018 10:48 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 12/26/2018 | Action | 4002 | Deposit - Advanced Deposit | D036 | THORTON INDUSTRIES INC | 452.00 | 12/26/2018 12:24 PM |
| 12/26/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 12/26/2018 12:05 PM |
| 12/21/2018 | Tracking | 0308 | ### TO JUDGE: | D036 | THORTON INDUSTRIES INC | | 12/21/2018 01:34 PM |
| 12/14/2018 | Filing | 0146 | MEMORANDUM | D036 | THORTON INDUSTRIES INC | -18.00 | 12/21/2018 12:18 PM |
| 12/14/2018 | Filing | 3982 | RULE TO SHOW CAUSE | D036 | THORTON INDUSTRIES INC | -6.00 | 12/21/2018 12:17 PM |
| 12/14/2018 | Filing | 0049 | MOTION | D036 | THORTON INDUSTRIES INC | -10.00 | 12/21/2018 12:16 PM |
| 12/14/2018 | Filing | 0262 | LETTER | D036 | THORTON INDUSTRIES INC | -6.00 | 12/21/2018 12:16 PM |
| 12/20/2018 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 25.00 | 12/20/2018 10:17 AM |
| 12/19/2018 | Filing | 030B | ### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 12/19/2018 01:39 PM |
| 12/19/2018 | Tracking | 2038 | Note with attachment | P001 | PAULINE MARIE CITIZEN | 0.00 | 12/19/2018 01:37 PM |
| 12/19/2018 | Action | 0296 | COST LTR-PROCESSED- RE: | P001 | PAULINE MARIE CITIZEN | -5.00 | 12/19/2018 01:36 PM |
| 12/19/2018 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -5.00 | 12/19/2018 12:44 PM |
| 12/19/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -6.00 | 12/19/2018 12:44 PM |
| 12/16/2018 | System Action | SystemInvoice | Invoice : 1306755 | D001 | HONEYWELL INTERNATIONAL INC | 125.00 | 12/16/2018 07:33 PM |
| 12/16/2018 | System Action | SystemInvoice | Invoice : 1308154 | D036 | THORTON INDUSTRIES INC | 280.00 | 12/16/2018 07:29 PM |
| 12/16/2018 | System Action | 3981 | FAX CONFIRMATION | D036 | THORTON INDUSTRIES INC | -15.00 | 12/16/2018 03:32 PM |
| 12/14/2018 | Filing | 0521 | FAX FILE FEE | D036 | THORTON INDUSTRIES INC | -40.00 | 12/14/2018 03:32 PM |
| 12/14/2018 | Action | 0218 | FAX COPY | D036 | THORTON INDUSTRIES INC | -5.00 | 12/14/2018 03:30 PM |
| 12/13/2018 | System Action | Disbursement | Disbursement: ApTransID #34931221 | D001 | HON. H. LYNN JONES, II  (1) | 58.00 | 12/13/2018 04:51 PM |
| 12/12/2018 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -4.00 | 12/16/2018 10:58 AM |
| 12/12/2018 | Action | 3931 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 12/14/2018 02:02 PM |
| 12/11/2018 | Action | 0371 | CONFORMED COPY | D017 | COLGATE-PALMOLIVE COMPANY | -3.00 | 12/11/2018 04:19 PM |
| 12/10/2018 | Filing | 0369 | ****SENT TO SUIT DEPT**** | D001 | PAULINE MARIE CITIZEN | | 12/07/2018 01:06 PM |
| 12/10/2018 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D009 | JOHNSON & JOHNSON | | 12/07/2018 01:04 PM |
| 12/10/2018 | Tracking | 0309 | ### FROM JUDGE: | D009 | JOHNSON & JOHNSON | | 12/07/2018 12:06 PM |
| 12/07/2018 | Tracking | 0309 | ### FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 12/07/2018 12:05 PM |
| 12/07/2018 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 302.25 | 12/07/2018 10:29 AM |

# Case History View

| Date | System Action | Disbursement | Description | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|
| 12/06/2018 | Filing | Disbursement #34918504 | EXCEPTIONS | HON. H. LYNN JONES, II    (1) | 85.00 | 12/06/2018 04:47 PM |
| 12/06/2018 | Filing | 2203 | Disbursement: ApTransID | HONEYWELL INTERNATIONAL INC | -230.00 | 12/06/2018 03:56 PM |
| 12/06/2018 | Tracking | 0308 | !### TO JUDGE: | JOHNSON & JOHNSON | | 12/06/2018 01:16 PM |
| 12/04/2018 | Filing | 0048 | FILE ORDER | JOHNSON & JOHNSON | -6.00 | 12/06/2018 01:15 PM |
| 12/04/2018 | Filing | 0473 | MTN TO W/DRAW- | JOHNSON & JOHNSON | -10.00 | 12/06/2018 01:15 PM |
| 12/04/2018 | Filing | 0262 | LETTER | JOHNSON & JOHNSON | -6.00 | 12/06/2018 01:14 PM |
| 12/06/2018 | Tracking | 0308 | !### TO JUDGE: | PAULINE MARIE CITIZEN | | 12/06/2018 01:13 PM |
| 12/04/2018 | Filing | 0048 | FILE ORDER | PAULINE MARIE CITIZEN | -6.00 | 12/06/2018 12:00 PM |
| 12/04/2018 | Filing | 0566 | SUPPLEMENTAL/AMENDING PETITION | PAULINE MARIE CITIZEN | -14.00 | 12/06/2018 11:59 AM |
| 12/04/2018 | Filing | 0262 | LETTER | PAULINE MARIE CITIZEN | -6.00 | 12/06/2018 11:59 AM |
| 12/06/2018 | Filing | 2208 | Cost Letter | PAULINE MARIE CITIZEN | 0.00 | 12/06/2018 11:40 AM |
| 12/06/2018 | Filing | 0048 | FILE ORDER | PAULINE MARIE CITIZEN | -6.00 | 12/06/2018 11:37 AM |
| 12/06/2018 | Filing | 0533 | PART.DISMISSAL/ | PAULINE MARIE CITIZEN | -10.00 | 12/06/2018 11:37 AM |
| 12/06/2018 | Filing | 0262 | LETTER | PAULINE MARIE CITIZEN | -6.00 | 12/06/2018 11:36 AM |
| 12/06/2018 | Action | 4002 | Deposit - Advanced Deposit | COLGATE-PALMOLIVE COMPANY | 75.00 | 12/06/2018 10:41 AM |
| 12/06/2018 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | COLGATE-PALMOLIVE COMPANY | | 12/05/2018 03:17 PM |
| 12/05/2018 | Tracking | 0309 | !## FROM JUDGE: | COLGATE-PALMOLIVE COMPANY | | 12/05/2018 03:18 PM |
| 12/05/2018 | Tracking | 0308 | !### TO JUDGE: | COLGATE-PALMOLIVE COMPANY | -6.00 | 12/04/2018 04:04 PM |
| 11/30/2018 | Filing | 0048 | FILE ORDER | COLGATE-PALMOLIVE COMPANY | -6.00 | 12/04/2018 04:02 PM |
| 11/30/2018 | Filing | 0039 | FILE EXHIBITS | COLGATE-PALMOLIVE COMPANY | -2.00 | 12/04/2018 04:02 PM |
| 11/30/2018 | Filing | 0049 | MOTION | COLGATE-PALMOLIVE COMPANY | -14.00 | 12/04/2018 04:01 PM |
| 11/30/2018 | Filing | 0262 | LETTER | COLGATE-PALMOLIVE COMPANY | -10.00 | 12/04/2018 04:00 PM |
| 12/03/2018 | Filing | | Disbursement: ApTransID #34908863 | HON. H. LYNN JONES, II    (1) | 76.00 | 12/03/2018 08:23 AM |
| 12/03/2018 | System Action | | Disbursement: ApTransID #34906539 | HON. H. LYNN JONES, II    (1) | 76.00 | 12/03/2018 07:18 AM |

Calcasieu Parish, LA

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Ref | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 11/19/2018 | Filing | 0050 | FILE AFFIDAVIT | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 11/26/2018 01:33 PM |
| 11/19/2018 | Filing | 0570 | OPPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -34.00 | 11/26/2018 01:32 PM |
| 11/19/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 11/26/2018 01:32 PM |
| 11/15/2018 | Filing | 2203 | EXCEPTIONS | D036 | THORTON INDUSTRIES INC | -220.00 | 11/20/2018 01:47 PM |
| 11/14/2018 | Filing | 0050 | FILE AFFIDAVIT | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 11/20/2018 10:50 AM |
| 11/14/2018 | Filing | 0050 | FILE AFFIDAVIT | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 11/20/2018 10:49 AM |
| 11/14/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 11/20/2018 10:49 AM |
| 11/18/2018 | System Action | SystemInvoice | Invoice : 1299393 | | COLGATE-PALMOLIVE COMPANY | 44.00 | 11/18/2018 07:06 PM |
| 11/15/2018 | System Action | Disbursement | Disbursement: ApTransId #34833282 | | HON. H. LYNN JONES, II  (1) | 220.00 | 11/15/2018 04:48 PM |
| 11/14/2018 | Action | 4002 | Deposit - Advanced Deposit Disbursement: ApTransId #34872489 | | PAULINE MARIE CITIZEN | 119.25 | 11/14/2018 12:49 PM |
| 11/08/2018 | System Action | 4002 | Disbursement | P001 | HON. H. LYNN JONES, II  (1) | 72.00 | 11/08/2018 04:50 PM |
| 11/05/2018 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 25.00 | 11/05/2018 12:44 PM |
| 10/31/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 11/05/2018 10:51 AM |
| 10/31/2018 | Filing | 0570 | OPPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -38.00 | 11/05/2018 10:50 AM |
| 10/31/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 11/05/2018 10:49 AM |
| 10/31/2018 | System Action | Disbursement | Disbursement: ApTransId #34860915 | | SHF. ORLEANS PH. | 30.00 | 10/31/2018 04:49 PM |
| 10/31/2018 | System Action | Disbursement | Disbursement: ApTransId #34860905 | | HON. H. LYNN JONES, II  (1) | 8.00 | 10/31/2018 04:48 PM |
| 10/29/2018 | System Action | Disbursement | FILE ORDER | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 10/29/2018 03:19 PM |
| 10/29/2018 | Filing | 0039 | FILE EXHIBITS | D017 | COLGATE-PALMOLIVE COMPANY | -2.00 | 10/29/2018 03:18 PM |
| 10/29/2018 | Filing | 0049 | MOTION | D017 | COLGATE-PALMOLIVE COMPANY | -14.00 | 10/29/2018 03:17 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 10/29/2018 | Filing | 0048 | FILE ORDER | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 10/29/2018 03:16 PM |
| 10/29/2018 | Filing | 3969 | MOTION TO SUB COUNSEL | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 10/29/2018 03:14 PM |
| 10/29/2018 | Filing | 0262 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -10.00 | 10/29/2018 03:09 PM |
| 10/05/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D037 | WILLARD MANUFACTURING INC | | 10/25/2018 09:19 AM |
| 10/05/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D037 | WILLARD MANUFACTURING INC | -6.00 | 10/25/2018 09:19 AM |
| 10/05/2018 | Action | 0509 | SERVICE RETURN | D037 | WILLARD MANUFACTURING INC | -30.00 | 10/25/2018 09:19 AM |
| 10/25/2018 | Tracking | 2104 | Track Document | D037 | WILLARD MANUFACTURING INC | | 10/25/2018 09:18 AM |
| 10/21/2018 | System Action | SystemInvoice | Invoice : t29B617 | P001 | PAULINE MARIE CITIZEN | 119.25 | 10/21/2018 09:45 AM |
| 10/21/2018 | System Action | SystemInvoice | Invoice : 1293816 | D017 | COLGATE-PALMOLIVE COMPANY | 25.00 | 10/21/2018 09:29 PM |
| 10/19/2018 | Action | 0371 | CONFORMED COPY | D017 | COLGATE-PALMOLIVE COMPANY | -3.00 | 10/19/2018 04:11 PM |
| 10/18/2018 | System Action | Disbursement | Disbursement: ApTransID #3483612B | | HON. H. LYNN JONES, II  (1) | 8.00 | 10/18/2018 04:48 PM |
| 10/18/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D017 | COLGATE-PALMOLIVE COMPANY | | 10/18/2018 10:45 AM |
| 10/18/2018 | Tracking | 0309 | ## FROM JUDGE: | D017 | COLGATE-PALMOLIVE COMPANY | | 10/18/2018 10:45 AM |
| 10/18/2018 | Action | 4002 | Deposit - Advanced Deposit | D012 | AMERICAN TALC CO. | 90.00 | 10/18/2018 10:11 AM |
| 10/17/2018 | Action | 0308 | FILE ORDER | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 10/17/2018 09:08 AM |
| 10/15/2018 | Filing | 0048 | FILE EXHIBITS | D017 | COLGATE-PALMOLIVE COMPANY | -2.00 | 10/17/2018 09:06 AM |
| 10/15/2018 | Filing | 0039 | MOTION | D017 | COLGATE-PALMOLIVE COMPANY | -14.00 | 10/17/2018 08:57 AM |
| 10/15/2018 | Filing | 0049 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -10.00 | 10/17/2018 08:56 AM |
| 10/05/2018 | System Action | Disbursement | Disbursement: ApTransID #3481718S | | HON. H. LYNN JONES, II  (1) | 31.00 | 10/17/2018 05:04 PM |
| 10/05/2018 | Generated Document | 1700 | RULE | D037 | WILLARD MANUFACTURING INC | -20.00 | 10/05/2018 11:42 AM |
| 10/05/2018 | Action | 0005 | CERTIFIED COPIES | D037 | WILLARD MANUFACTURING INC | -5.00 | 10/05/2018 11:28 AM |
| 10/03/2018 | Action | 0369 | ****SENT TO SUIT DEPT**** | D037 | WILLARD MANUFACTURING INC | | 10/03/2018 03:33 PM |
| 10/03/2018 | Tracking | 0309 | ## FROM JUDGE: | D037 | WILLARD MANUFACTURING INC | | 10/03/2018 03:33 PM |
| 09/17/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D033 | PREMIER BRANDS OF AMERICA INC | | 10/02/2018 02:22 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Entered |
|---|---|---|---|---|---|---|---|
| 09/17/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 10/02/2018 02:22 PM |
| 09/17/2018 | Action | 0509 | SERVICE RETURN | D033 | PREMIER BRANDS OF AMERICA INC | 0.00 | 10/02/2018 02:22 PM |
| 10/02/2018 | Tracking | 2104 | Track Document | D033 | PREMIER BRANDS OF AMERICA INC | | 10/02/2018 02:22 PM |
| 10/02/2018 | Tracking | 0308 | !### TO JUDGE: | D037 | WILLARD MANUFACTURING INC | | 10/02/2018 09:43 AM |
| 09/28/2018 | System Action | Disbursement | Disbursement: ApTransID #34805538 | | SHF. ORLEANS PH. | 60.00 | 09/28/2018 04:53 PM |
| 09/28/2018 | System Action | 0475 | Disbursement: #34805528 | | HON. H. LYNN JONES, II (1) | 320.00 | 09/28/2018 04:51 PM |
| 09/28/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D037 | WILLARD MANUFACTURING INC | | 09/28/2018 01:56 PM |
| 09/28/2018 | Tracking | 0309 | ## FROM JUDGE: | D037 | WILLARD MANUFACTURING INC | | 09/28/2018 01:56 PM |
| 09/28/2018 | Filing | 2203 | EXCEPTIONS | P001 | PAULINE MARIE CITIZEN | -220.00 | 09/28/2018 01:35 PM |
| 09/27/2018 | Action | 4002 | Deposit - Advanced Deposit | D036 | THORTON INDUSTRIES INC | 300.00 | 09/27/2018 12:13 PM |
| 09/27/2018 | Action | 4002 | Deposit - Advanced Deposit | D037 | WILLARD MANUFACTURING INC | 175.00 | 09/27/2018 10:46 AM |
| 09/27/2018 | Generated Document | 9998 | NOTICE OF UNSERVED PAPERS | D009 | JOHNSON & JOHNSON | | 09/27/2018 02:31 PM |
| 09/04/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D009 | JOHNSON & JOHNSON | -6.00 | 09/26/2018 02:31 PM |
| 09/04/2018 | Action | 0509 | SERVICE RETURN | D009 | JOHNSON & JOHNSON. | 0.00 | 09/26/2018 02:31 PM |
| 09/26/2018 | Action | 2104 | Track Document | D009 | JOHNSON & JOHNSON | | 09/26/2018 02:29 PM |
| 09/26/2018 | Tracking | 0308 | !### TO JUDGE: | D037 | WILLARD MANUFACTURING INC | | 09/26/2018 11:00 AM |
| 09/21/2018 | Filing | 0146 | MEMORANDUM | D037 | WILLARD MANUFACTURING INC | -38.00 | 09/26/2018 10:59 AM |
| 09/21/2018 | Filing | 3982 | RULE TO SHOW CAUSE | D037 | WILLARD MANUFACTURING INC | -6.00 | 09/26/2018 10:58 AM |
| 09/21/2018 | Filing | 0050 | FILE AFFIDAVIT | D037 | WILLARD MANUFACTURING INC | -10.00 | 09/26/2018 10:57 AM |
| 09/21/2018 | Filing | 0079 | FILE EXCEPTION | D037 | WILLARD MANUFACTURING INC | -14.00 | 09/26/2018 10:56 AM |
| 09/21/2018 | Filing | 0262 | LETTER | D037 | WILLARD MANUFACTURING INC | -6.00 | 09/26/2018 10:55 AM |
| 09/20/2018 | System Action | Disbursement | Disbursement: ApTransID #34790042 | | CALCASIEU PARISH CIVIL SHERIFF | 35.30 | 09/20/2018 04:53 PM |
| 09/20/2018 | System Action | Disbursement | Disbursement: ApTransID #34789905 | | HON. H. LYNN JONES, II (1) | 76.00 | 09/20/2018 04:51 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 09/17/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D033 | PREMIER BRANDS OF AMERICA INC | | 09/20/2018 09:10 AM |
| 09/17/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 09/20/2018 09:10 AM |
| 09/17/2018 | Action | 0509 | SERVICE RETURN | D033 | PREMIER BRANDS OF AMERICA INC | -35.30 | 09/20/2018 09:10 AM |
| 09/20/2018 | Tracking | 2104 | Track Document | D033 | PREMIER BRANDS OF AMERICA INC | | 09/20/2018 09:08 AM |
| 09/18/2018 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 09/18/2018 03:10 PM |
| 09/18/2018 | System Action | Disbursement | Disbursement: ApTransID #34784752 | | SHF. JEFFERSON PH. | 30.00 | 09/18/2018 02:58 PM |
| 09/18/2018 | Action | 0047 | SHF. JEFFERSON PH. | D033 | PREMIER BRANDS OF AMERICA INC | -30.00 | 09/18/2018 09:33 AM |
| 09/17/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 09/17/2018 01:05 PM |
| 09/17/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 09/17/2018 01:03 PM |
| 09/17/2018 | Generated Document | 1451 | VOID - SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 09/17/2018 01:01 PM |
| 09/17/2018 | Filing | 0001 | FILE PLEADING | D033 | PREMIER BRANDS OF AMERICA INC | -14.00 | 09/17/2018 12:56 PM |
| 08/28/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 09/17/2018 12:55 PM |
| 08/28/2018 | Filing | 0276 | SUBPOENA LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 09/17/2018 12:55 PM |
| 09/11/2018 | System Action | System/Invoice | Invoice: 1291630 | D036 | THORTON INDUSTRIES INC | 300.00 | 09/17/2018 12:06 AM |
| 09/13/2018 | System Action | Disbursement | Disbursement: ApTransID #34777285 | | HON. H. LYNN JONES, II   (1) | 57.00 | 09/13/2018 04:45 PM |
| 09/12/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 09/12/2018 08:47 AM |
| 09/11/2018 | Action | 0371 | CONFORMED COPY | D032 | DOLGENCORP LLC | -3.00 | 09/11/2018 01:04 PM |
| 09/11/2018 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 09/11/2018 10:50 AM |
| 08/08/2018 | Action | 4002 | Deposit - Advanced Deposit | D032 | DOLGENCORP LLC | 151.00 | 09/11/2018 10:24 AM |
| 09/08/2018 | Generated Document | 9998 | NOTICE OF UNSERVED PAPERS | D033 | PREMIER BRANDS OF AMERICA INC | | 09/11/2018 08:53 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|
| 08/08/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 09/11/2018 08:52 AM |
| 09/08/2018 | Action | 0509 | SERVICE RETURN | D033 | PREMIER BRANDS OF AMERICA INC | 0.00 | 09/11/2018 08:52 AM |
| 09/11/2018 | Tracking | 2104 | Track Document | D033 | PREMIER BRANDS OF AMERICA INC | | 09/11/2018 08:51 AM |
| 09/10/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D032 | DOLGENCORP LLC | | 09/10/2018 03:42 PM |
| 09/10/2018 | Tracking | 0309 | ## FROM JUDGE: | D032 | DOLGENCORP LLC | | 09/10/2018 03:41 PM |
| 09/06/2018 | Filing | 2203 | EXCEPTIONS | D036 | THORTON INDUSTRIES INC | -240.00 | 09/10/2018 10:46 AM |
| 09/07/2018 | System Action | Disbursement | Disbursement: ApTransID #34766084 | | HON. H. LYNN JONES, II    (1) | 64.00 | 09/07/2018 05:01 PM |
| 09/07/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D009 | JOHNSON & JOHNSON | | 09/07/2018 03:28 PM |
| 09/07/2018 | Tracking | 0309 | ## FROM JUDGE: | D009 | JOHNSON & JOHNSON | | 09/07/2018 03:27 PM |
| 09/07/2018 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 100.00 | 09/07/2018 09:17 AM |
| 09/07/2018 | Tracking | 0308 | ### TO JUDGE: | D009 | JOHNSON & JOHNSON | | 09/07/2018 09:16 AM |
| 09/07/2018 | Filing | 0048 | FILE ORDER | D009 | JOHNSON & JOHNSON | -6.00 | 09/07/2018 08:46 AM |
| 09/04/2018 | Filing | 0049 | MOTION | D009 | JOHNSON & JOHNSON | -10.00 | 09/07/2018 08:44 AM |
| 09/04/2018 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 09/07/2018 08:43 AM |
| 09/06/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | | 09/06/2018 03:15 PM |
| 09/06/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 09/06/2018 03:13 PM |
| 09/06/2018 | Tracking | 0308 | ### TO JUDGE: | D032 | DOLGENCORP LLC | | 09/06/2018 11:18 AM |
| 08/28/2018 | Filing | 0048 | FILE ORDER | D032 | DOLGENCORP LLC | -6.00 | 09/05/2018 11:17 AM |
| 08/28/2018 | Filing | 0049 | MOTION | D032 | DOLGENCORP LLC | -10.00 | 09/05/2018 11:16 AM |
| 08/28/2018 | Filing | 0262 | LETTER | D032 | DOLGENCORP LLC | -6.00 | 09/06/2018 11:16 AM |
| 08/29/2018 | Filing | 0308 | ### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 09/05/2018 02:34 PM |
| 09/06/2018 | Tracking | 0308 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/05/2018 02:34 PM |
| 08/29/2018 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/05/2018 02:33 PM |
| 08/29/2018 | Filing | 0049 | MOTION | P001 | PAULINE MARIE CITIZEN | -10.00 | 09/05/2018 02:33 PM |
| 08/29/2018 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/05/2018 02:32 PM |
| 09/05/2018 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 85.00 | 09/05/2018 09:17 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|
| 09/04/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | JOHNSON & JOHNSON | -20.00 | 09/04/2018 09:05 AM |
| 08/31/2018 | System Action | Disbursement | Disbursement: ApTransID #34757056 | CALCASIEU PARISH CIVIL SHERIFF | 31.06 | 08/31/2018 05:04 PM |
| 08/31/2018 | System Action | Disbursement | Disbursement: ApTransID #34756958 | HON. H. LYNN JONES, II    (1) | 95.00 | 08/31/2018 05:03 PM |
| 08/29/2018 | Action | 0371 | D009 CONFORMED COPY | JOHNSON & JOHNSON | -3.00 | 08/31/2018 12:13 PM |
| 08/31/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** D033 | PREMIER BRANDS OF AMERICA INC | | 08/31/2018 09:56 AM |
| 08/28/2018 | Filing | 7106 | Subpoena Request D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/31/2018 09:55 AM |
| 08/28/2018 | Filing | 0071 | NOTICE OF DEPOSITION D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 08/31/2018 09:52 AM |
| 08/28/2018 | Filing | 0276 | SUBPOENA LETTER D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/31/2018 09:51 AM |
| 08/30/2018 | Action | 4002 | Deposit - Advanced Deposit D030 | DOLLAR TREE STORES INC | 14.06 | 08/30/2018 11:30 AM |
| 08/29/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** D009 | JOHNSON & JOHNSON | | 08/29/2018 03:58 PM |
| 08/27/2018 | Filing | 0071 | NOTICE OF DEPOSITION D009 | JOHNSON & JOHNSON | -10.00 | 08/29/2018 03:05 PM |
| 08/27/2018 | Filing | 0276 | SUBPOENA LETTER D009 | JOHNSON & JOHNSON | -6.00 | 08/29/2018 03:00 PM |
| 08/28/2018 | Tracking | 0369 | *****SENT TO SUIT DEPT***** D009 | JOHNSON & JOHNSON | | 08/28/2018 04:03 PM |
| 08/28/2018 | Tracking | 0309 | ## FROM JUDGE: D009 | JOHNSON & JOHNSON | | 08/28/2018 04:00 PM |
| 08/28/2018 | Filing | 3981 | FAX CONFIRMATION D032 | DOLGENCORP LLC | -15.00 | 08/28/2018 01:38 PM |
| 08/28/2018 | Filing | 0521 | FAX FILE FEE D032 | DOLGENCORP LLC | -22.00 | 08/28/2018 01:39 PM |
| 08/28/2018 | Action | 0218 | FAX COPY D032 | DOLGENCORP LLC | -5.00 | 08/28/2018 01:37 PM |
| 08/28/2018 | Action | 4002 | Deposit - Advanced Deposit D009 | JOHNSON & JOHNSON | 75.00 | 08/28/2018 10:13 AM |
| 08/27/2018 | Tracking | 2104 | Track Document D036 | THORTON INDUSTRIES INC | | 08/27/2018 01:44 PM |
| 08/09/2018 | Generated Document | 9999 | NOTICE OF SERVICE D036 | THORTON INDUSTRIES INC | | 08/27/2018 01:43 PM |
| 08/09/2018 | Action | 0475 | SERVICE RETURN CLERK FEE D036 | THORTON INDUSTRIES INC | -6.00 | 08/27/2018 01:43 PM |
| 08/09/2018 | Action | 0509 | SERVICE RETURN D036 | THORTON INDUSTRIES INC | -30.00 | 08/27/2018 01:43 PM |
| 08/27/2018 | Tracking | 2104 | Track Document D036 | THORTON INDUSTRIES INC | | 08/27/2018 01:42 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | D-code | Party | Amount | DateTime |
|---|---|---|---|---|---|---|---|
| 08/27/2018 | Tracking | 0308 | ll### TO JUDGE: | D009 | JOHNSON & JOHNSON | | 08/27/2018 10:09 AM |
| 08/22/2018 | Filing | 0048 | FILE ORDER | D009 | JOHNSON & JOHNSON | -10.00 | 08/24/2018 03:25 PM |
| 08/22/2018 | Filing | 0049 | MOTION | D009 | JOHNSON & JOHNSON | -10.00 | 08/24/2018 03:24 PM |
| 08/22/2018 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 08/24/2018 03:24 PM |
| 08/23/2018 | System Action | Disbursement | Disbursement: ApTransID #34743553 | | HON. H. LYNN JONES, II (1) | 6.00 | 08/23/2018 04:54 PM |
| 08/07/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D036 | THORTON INDUSTRIES INC | | 08/21/2018 11:04 AM |
| 08/07/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D036 | THORTON INDUSTRIES INC | -6.00 | 08/21/2018 11:04 AM |
| 08/07/2018 | Action | 0509 | SERVICE RETURN | D036 | THORTON INDUSTRIES INC | -30.00 | 08/21/2018 11:04 AM |
| 08/21/2018 | Tracking | 2104 | Track Document | D036 | THORTON INDUSTRIES INC | | 08/21/2018 11:03 AM |
| 08/19/2018 | System Action | SystemInvoice | Invoice : 1286842 | D030 | DOLLAR TREE STORES INC | 14.06 | 08/21/2018 08:09 PM |
| 08/16/2018 | System Action | Disbursement | Disbursement: ApTransID #34732069 | | CALCASIEU PARISH CIVIL SHERIFF | 101.66 | 08/16/2018 04:48 PM |
| 08/16/2018 | System Action | Disbursement | Disbursement: ApTransID #34731976 | | HON. H. LYNN JONES, II (1) | 131.00 | 08/16/2018 04:48 PM |
| 08/10/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D030 | DOLLAR TREE STORES INC | -6.00 | 08/16/2018 12:01 PM |
| 08/10/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D030 | DOLLAR TREE STORES INC | -6.00 | 08/16/2018 12:00 PM |
| 08/10/2018 | Action | 0509 | SERVICE RETURN | D030 | DOLLAR TREE STORES INC | -31.06 | 08/16/2018 12:00 PM |
| 08/16/2018 | Tracking | 2104 | Track Document | D030 | DOLLAR TREE STORES INC | -15.00 | 08/16/2018 11:59 AM |
| 08/14/2018 | Filing | 3981 | FAX CONFIRMATION | D009 | JOHNSON & JOHNSON | -26.00 | 08/16/2018 09:25 AM |
| 08/14/2018 | Filing | 0521 | FAX FILE FEE | D009 | JOHNSON & JOHNSON | -5.00 | 08/16/2018 09:22 AM |
| 08/14/2018 | Action | 0218 | FAX COPY | D009 | JOHNSON & JOHNSON | | 08/16/2018 09:22 AM |
| 08/08/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D033 | PREMIER BRANDS OF AMERICA INC | | 08/13/2018 09:17 AM |
| 08/08/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/13/2018 09:17 AM |
| 08/08/2018 | Action | 0509 | SERVICE RETURN | D033 | PREMIER BRANDS OF AMERICA INC | -33.18 | 08/13/2018 09:17 AM |
| 08/13/2018 | Tracking | 2104 | Track Document | D033 | PREMIER BRANDS OF AMERICA INC | | 08/13/2018 09:16 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 08/08/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D033 | PREMIER BRANDS OF AMERICA INC | | 08/13/2018 09:16 AM |
| 08/08/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/13/2018 09:16 AM |
| 08/08/2018 | Action | 0509 | SERVICE RETURN | D033 | PREMIER BRANDS OF AMERICA INC | -35.30 | 08/13/2018 09:16 AM |
| 08/13/2018 | Tracking | 2104 | Track Document | D033 | PREMIER BRANDS OF AMERICA INC | | 08/13/2018 09:16 AM |
| 08/08/2018 | Generated Document | 9999 | NOTICE OF SERVICE | D033 | PREMIER BRANDS OF AMERICA INC | | 08/13/2018 09:16 AM |
| 08/08/2018 | Action | 0475 | SERVICE RETURN CLERK FEE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/13/2018 09:16 AM |
| 08/08/2018 | Action | 0509 | SERVICE RETURN | D033 | PREMIER BRANDS OF AMERICA INC | -33.18 | 08/13/2018 09:16 AM |
| 08/13/2018 | Tracking | 2104 | Track Document | D033 | PREMIER BRANDS OF AMERICA INC | | 08/13/2018 09:15 AM |
| 08/13/2018 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 75.00 | 08/13/2018 08:50 AM |
| 08/10/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D030 | DOLLAR TREE STORES INC | -20.00 | 08/10/2018 10:04 AM |
| 08/13/2018 | Tracking | 2104 | Track Document | D033 | PREMIER BRANDS OF AMERICA INC | | 08/13/2018 09:15 AM |
| 08/09/2018 | System Action | Disbursement | Disbursement: ApTransID #34721141 | | HON. H. LYNN JONES, II   (1) | 402.00 | 08/09/2018 04:47 PM |
| 08/09/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** | D030 | DOLLAR TREE STORES INC | -6.00 | 08/09/2018 03:08 PM |
| 08/02/2018 | Filing | 0050 | FILE AFFIDAVIT | D030 | DOLLAR TREE STORES INC | -10.00 | 08/09/2018 03:07 PM |
| 08/02/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D030 | DOLLAR TREE STORES INC | -10.00 | 08/09/2018 03:07 PM |
| 08/02/2018 | Filing | 0276 | SUBPOENA LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 08/09/2018 03:06 PM |
| 08/09/2018 | Action | 0371 | CONFORMED COPY | D032 | DOLGENCORP LLC | -20.00 | 08/09/2018 02:58 PM |
| 08/09/2018 | Action | 1700 | RULE | D036 | THORTON INDUSTRIES INC | | 08/09/2018 02:18 PM |
| 08/09/2018 | Generated Document | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 102.00 | 08/09/2018 08:54 AM |
| 08/09/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 102.00 | 08/09/2018 08:53 AM |
| 08/09/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 150.00 | 08/09/2018 08:52 AM |

Printed: 04/22/2019 02:41 PM
CMS0033

# Case History View

Calcasieu Parish, LA

| Date | Action | Number | Description | Party | | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 08/09/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 102.00 | 08/09/2018 08:51 AM |
| 08/08/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 102.00 | 08/09/2018 08:50 AM |
| 08/08/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 08/08/2018 10:39 AM |
| 08/08/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 08/08/2018 10:32 AM |
| 09/08/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 08/08/2018 10:00 AM |
| 08/08/2018 | Filing | 0082 | REQUEST WRITTEN NOTICE | D036 | THORTON INDUSTRIES INC | -10.00 | 08/08/2018 09:39 AM |
| 07/20/2018 | Filing | 0146 | MEMORANDUM | D033 | PREMIER BRANDS OF AMERICA INC | -38.00 | 08/08/2018 08:51 AM |
| 07/20/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/08/2018 08:49 AM |
| 07/20/2018 | Filing | 0048 | FILE ORDER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/08/2018 08:47 AM |
| 07/20/2018 | Filing | 0079 | FILE EXCEPTION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 08/08/2018 08:46 AM |
| 08/08/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 08/08/2018 08:33 AM |
| 08/08/2018 | Generated Document | 1451 | SUBPOENA DUCES TECUM FOR DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -20.00 | 08/08/2018 08:23 AM |
| 08/06/2018 | Filing | 0001 | VOID - FILE PLEADING | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/08/2018 08:17 AM |
| 08/07/2018 | Generated Document | 1700 | RULE | D036 | THORTON INDUSTRIES INC | -20.00 | 08/07/2018 03:20 PM |
| 08/07/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | | 08/07/2018 02:03 PM |
| 08/06/2018 | Filing | 7106 | Subpoena Request | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 02:02 PM |
| 08/06/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 08/07/2018 02:02 PM |
| 08/06/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 08/07/2018 02:01 PM |

## Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 08/06/2018 | Filing | 0276 | SUBPOENA LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 02:00 PM |
| 08/07/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | | 08/07/2018 01:59 PM |
| 08/06/2018 | Filing | 7106 | Subpoena Request | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 01:58 PM |
| 08/06/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 08/07/2018 01:57 PM |
| 08/06/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 08/07/2018 01:57 PM |
| 08/06/2018 | Filing | 0276 | SUBPOENA LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 01:56 PM |
| 08/07/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | | 08/07/2018 01:34 PM |
| 08/06/2018 | Filing | 7106 | Subpoena Request | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 01:33 PM |
| 08/06/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 08/07/2018 01:33 PM |
| 08/06/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 08/07/2018 01:32 PM |
| 08/06/2018 | Filing | 0276 | SUBPOENA LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 11:24 AM |
| 08/07/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | | 08/07/2018 11:02 AM |
| 08/06/2018 | Filing | 7106 | Subpoena Request | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 11:01 AM |
| 08/06/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 08/07/2018 11:01 AM |
| 08/06/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 08/07/2018 11:00 AM |
| 08/06/2018 | Filing | 0276 | SUBPOENA LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 11:00 AM |
| 08/07/2018 | Tracking | 0360 | ****TO SUBPOENAS DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | | 08/07/2018 10:58 AM |
| 08/06/2018 | Filing | 7106 | Subpoena Request | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 10:57 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Seq # | Description | Code | Party | Amount | Timestamp |
|---|---|---|---|---|---|---|---|
| 08/06/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 08/07/2018 10:56 AM |
| 08/06/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 08/07/2018 10:55 AM |
| 08/06/2018 | Filing | 0276 | SUBPOENA LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 08/07/2018 10:54 AM |
| 08/06/2018 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON INC | -3.00 | 08/06/2018 09:51 AM |
| 08/03/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D032 | DOLGENCORP LLC | | 08/03/2018 03:38 PM |
| 08/03/2018 | Tracking | 0309 | ## FROM JUDGE: | D032 | DOLGENCORP LLC | | 08/03/2018 03:38 PM |
| 08/03/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D032 | JOHNSON & JOHNSON | | 08/03/2018 03:36 PM |
| 08/03/2018 | Tracking | 0309 | ## FROM JUDGE: | D009 | JOHNSON & JOHNSON | | 08/03/2018 03:35 PM |
| 08/02/2018 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 08/03/2018 02:15 PM |
| 08/02/2018 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -26.00 | 08/02/2018 02:13 PM |
| 08/02/2018 | Action | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 08/02/2018 02:11 PM |
| 08/02/2018 | Action | 0308 | !### TO JUDGE: | D030 | DOLLAR TREE STORES INC | | 08/02/2018 08:02 AM |
| 08/02/2018 | Tracking | 0308 | !### TO JUDGE: | D032 | DOLGENCORP LLC | | 08/02/2018 08:01 AM |
| 07/31/2018 | Filing | 0048 | FILE ORDER | D032 | DOLGENCORP LLC | -6.00 | 08/02/2018 08:01 AM |
| 07/31/2018 | Filing | 3960 | MOTION TO SUB COUNSEL | D032 | DOLGENCORP LLC | -10.00 | 08/02/2018 08:00 AM |
| 07/31/2018 | Filing | 0262 | LETTER | D032 | DOLGENCORP LLC | -6.00 | 08/02/2018 08:00 AM |
| 08/01/2018 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 30.00 | 08/01/2018 10:27 AM |
| 07/31/2018 | System Action | Disbursement | Disbursement - ApTransID #34704494 | D009 | HON. H. LYNN JONES, II  (1) | 344.00 | 07/31/2018 04:49 PM |
| 07/31/2018 | Tracking | 0308 | !### TO JUDGE: | D009 | JOHNSON & JOHNSON | | 07/31/2018 01:53 PM |
| 07/30/2018 | Filing | 0048 | FILE ORDER | D009 | JOHNSON & JOHNSON | -6.00 | 07/31/2018 11:26 AM |
| 07/30/2018 | Filing | 0723 | MOTION TO ENROLL | D009 | JOHNSON & JOHNSON | -10.00 | 07/31/2018 11:26 AM |
| 07/30/2018 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 07/31/2018 11:25 AM |
| 07/26/2018 | Filing | 2203 | EXCEPTIONS | D036 | THORTON INDUSTRIES INC | -240.00 | 07/26/2018 08:55 AM |
| 07/26/2018 | Tracking | TRACK22 | Assigned to KDukes | D036 | THORTON INDUSTRIES INC | | 07/26/2018 07:44 AM |
| 07/25/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D036 | THORTON INDUSTRIES INC | | 07/25/2018 03:34 PM |
| 07/25/2018 | Tracking | 0309 | ## FROM JUDGE: | D036 | THORTON INDUSTRIES INC | | 07/25/2018 03:34 PM |
| 07/25/2018 | Action | 4002 | Deposit - Advanced Deposit | D036 | THORTON INDUSTRIES INC | 394.00 | 07/25/2018 10:23 AM |

Printed: 04/22/2019 02:41 PM
CMS0333

## Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|------|------|------|-------------|--|-------|--------|-----------|
| 07/24/2018 | Tracking | 0308 | #### TO JUDGE: | D036 | THORTON INDUSTRIES INC | | 07/24/2018 09:20 AM |
| 07/20/2018 | Filing | 0146 | MEMORANDUM | D036 | THORTON INDUSTRIES INC | -38.00 | 07/24/2018 09:17 AM |
| 07/20/2018 | Filing | 0050 | FILE AFFIDAVIT | D036 | THORTON INDUSTRIES INC | -14.00 | 07/24/2018 09:17 AM |
| 07/20/2018 | Filing | 0048 | FILE ORDER | D036 | THORTON INDUSTRIES INC | -6.00 | 07/24/2018 09:16 AM |
| 07/20/2018 | Filing | 0079 | FILE EXCEPTION | D036 | THORTON INDUSTRIES INC | -14.00 | 07/24/2018 09:13 AM |
| 07/20/2018 | Filing | 0262 | LETTER | D036 | THORTON INDUSTRIES INC | -10.00 | 07/24/2018 09:12 AM |
| 07/19/2018 | System Action | | Disbursement: ApTransID #34684340 | | HON. H. LYNN JONES, II (1) | 20.00 | 07/19/2018 04:52 PM |
| 07/12/2018 | Filing | 0050 | FILE AFFIDAVIT | D033 | PREMIER BRANDS OF AMERICA INC | -14.00 | 07/13/2018 10:17 AM |
| 07/12/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 07/13/2018 10:16 AM |
| 07/09/2018 | Action | 0371 | Disbursement: ApTransID #34672697 | D033 | HON. H. LYNN JONES, II (1) | 6.00 | 07/12/2018 05:25 PM |
| 07/06/2018 | System Action | | CONFORMED COPY | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 07/09/2018 10:31 AM |
| 07/02/2018 | System Action | | Disbursement: ApTransID #34661363 | | HON. H. LYNN JONES, II (1) | 16.00 | 07/06/2018 07:36 AM |
| 07/02/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 07/05/2018 01:58 PM |
| 07/02/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 07/05/2018 01:57 PM |
| 07/03/2018 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 07/03/2018 02:49 PM |
| 06/21/2018 | System Action | | Disbursement: ApTransID #34639569 | | HON. H. LYNN JONES, II (1) | 18.00 | 06/21/2018 05:04 PM |
| 04/30/2018 | Filing | 0398 | PROC.SERV* | D033 | PREMIER BRANDS OF AMERICA INC | -18.00 | 06/18/2018 03:23 PM |
| 06/14/2018 | System Action | | Disbursement: ApTransID #34627286 | | HON. H. LYNN JONES, II (1) | 150.00 | 06/14/2018 04:44 PM |
| 06/11/2018 | Action | 4002 | Deposit - Advanced Deposit | D018 | CYPRUS AMAX MINERALS CO. | 9.50 | 06/11/2018 10:43 AM |
| 06/07/2018 | System Action | | Disbursement: ApTransID #34615781 | | HON. H. LYNN JONES, II (1) | 3.00 | 06/07/2018 04:57 PM |
| 06/05/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 06/05/2018 09:36 AM |

# Case History View

| Date | System Action | Disbursement | Disbursement: ApTransID #34603713 | | | Calcasieu Parish, LA |
|---|---|---|---|---|---|---|
| 05/31/2018 | System Action | | | | HON. H. LYNN JONES, II (1) | 55.00 | 05/31/2018 04:47 PM |
| 05/24/2018 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 05/25/2018 10:19 AM |
| 05/24/2018 | Filing | 0294 | AFFID/LONG/ARM SERVICE | P001 | PAULINE MARIE CITIZEN | -5.00 | 05/25/2018 10:19 AM |
| 05/24/2018 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/25/2018 10:18 AM |
| 05/24/2018 | Action | 0371 | CONFORMED COPY | D033 | PREMIER BRANDS OF AMERICA INC | -3.00 | 05/24/2018 10:00 AM |
| 05/22/2018 | Action | 0371 | CONFORMED COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -3.00 | 05/22/2018 04:44 PM |
| 05/18/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 05/22/2018 02:45 PM |
| 05/18/2018 | Filing | 0294 | AFFID/LONG/ARM SERVICE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 05/22/2018 02:46 PM |
| 05/18/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 05/22/2018 02:44 PM |
| 05/22/2018 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 10.00 | 05/22/2018 10:29 AM |
| 05/22/2018 | Action | 4002 | Deposit - Advanced Deposit | D019 | WHITAKER, CLARK & DANIELS, INC. | 63.00 | 05/22/2018 09:02 AM |
| 05/21/2018 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 05/21/2018 01:25 PM |
| 05/14/2018 | Filing | 0262 | LETTER | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 05/21/2018 12:55 PM |
| 05/14/2018 | Filing | 0052 | ANSWER | D019 | WHITAKER, CLARK & DANIELS, INC. | -10.00 | 05/21/2018 12:55 PM |
| 05/20/2018 | System Action | SystemInvoice | Invoice : 1266282 | D018 | CYPRUS AMAX MINERALS CO. | 9.50 | 05/20/2018 10:43 PM |
| 05/17/2018 | System Action | Disbursement | Disbursement: ApTransID #34583954 | | HON. H. LYNN JONES, II (1) | 223.00 | 05/17/2018 04:51 PM |
| 05/17/2018 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 270.00 | 05/17/2018 10:24 AM |
| 05/17/2018 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -3.00 | 05/16/2018 01:12 PM |
| 05/01/2018 | Filing | 0052 | ANSWER | D009 | JOHNSON & JOHNSON | -66.00 | 05/16/2018 11:53 AM |
| 05/08/2018 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 05/16/2018 11:52 AM |
| 05/16/2018 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 143.00 | 05/16/2018 10:34 AM |
| 05/01/2018 | Filing | 0052 | ANSWER | D023 | AVON PRODUCTS, INC | -50.00 | 05/15/2018 10:48 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 05/01/2018 | Filing | D262 | LETTER | D023 | AVON PRODUCTS, INC. | -6.00 | 05/15/2018 10:48 AM |
| 05/11/2018 | Action | D371 | CONFORMED COPY | D011 | IMERYS TALC AMERICA, INC. | -3.00 | 05/11/2018 04:38 PM |
| 05/11/2018 | Action | D371 | CONFORMED COPY | D018 | CYPRUS AMAX MINERALS CO. | -3.00 | 05/11/2018 04:38 PM |
| 05/11/2018 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | -3.00 | 05/11/2018 04:38 PM |
| 05/11/2018 | Action | 4002 | Deposit - Advanced Deposit | D032 | DOLGENCORP LLC | 13.00 | 05/11/2018 02:52 PM |
| 05/11/2018 | Action | D371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 05/11/2018 11:33 AM |
| 05/11/2018 | System Action | Disbursement | Disbursement: ApTransID #34673609 | | HON. H. LYNN JONES, II  (1) | 606.00 | 05/10/2018 04:54 PM |
| 05/10/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | | 05/10/2018 03:36 PM |
| 05/10/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 05/10/2018 03:34 PM |
| 05/10/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D018 | CYPRUS AMAX MINERALS CO. | | 05/10/2018 03:31 PM |
| 05/10/2018 | Tracking | 0309 | ## FROM JUDGE: | D018 | CYPRUS AMAX MINERALS CO. | | 05/10/2018 03:31 PM |
| 05/10/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D011 | IMERYS TALC AMERICA, INC. | | 05/10/2018 03:30 PM |
| 05/10/2018 | Tracking | 0309 | ## FROM JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 05/10/2018 03:30 PM |
| 05/10/2018 | Action | 0371 | CONFORMED COPY | D032 | DOLGENCORP LLC | -3.00 | 05/10/2018 03:20 PM |
| 05/10/2018 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | D018 | CYPRUS AMAX MINERALS CO. | 150.00 | 05/10/2018 10:49 AM |
| 05/10/2018 | Action | 4002 | Deposit - Advanced Deposit | D018 | CYPRUS AMAX MINERALS CO. | 46.00 | 05/10/2018 10:48 AM |
| 05/10/2018 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | D011 | IMERYS TALC AMERICA, INC. | 150.00 | 05/10/2018 10:44 AM |
| 05/10/2018 | Action | 4002 | Deposit - Advanced Deposit | D011 | IMERYS TALC AMERICA, INC. | 87.00 | 05/10/2018 10:43 AM |
| 05/08/2018 | Filing | 0052 | ANSWER | D032 | DOLGENCORP LLC | -10.00 | 05/03/2018 03:06 PM |
| 05/08/2018 | Filing | 0262 | LETTER | D032 | DOLGENCORP LLC | -6.00 | 05/03/2018 03:06 PM |
| 05/07/2018 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 05/09/2018 11:20 AM |
| 05/07/2018 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/09/2018 11:20 AM |
| 05/07/2018 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 05/09/2018 11:20 AM |
| 05/07/2018 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/09/2018 11:20 AM |
| 05/07/2018 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/09/2018 11:19 AM |
| 05/09/2018 | Tracking | 0308 | ####TO JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 05/08/2018 10:08 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Timestamp |
|---|---|---|---|---|---|---|---|
| 05/07/2018 | Action | 0596 | CLERK JURY FILING FEE | D011 | IMERYS TALC AMERICA, INC. | -150.00 | 05/08/2018 10:06 AM |
| 05/07/2018 | Filing | 0569 | JURY ORDER | D011 | IMERYS TALC AMERICA, INC. | -8.00 | 05/08/2018 10:06 AM |
| 05/07/2018 | Filing | 0052 | ANSWER | D011 | IMERYS TALC AMERICA, INC. | -78.00 | 05/08/2018 10:06 AM |
| 05/07/2018 | Filing | 0262 | LETTER | D011 | IMERYS TALC AMERICA, INC. | -10.00 | 05/09/2018 10:04 AM |
| 05/09/2018 | Tracking | 0308 | #### TO JUDGE: | D018 | CYPRUS AMAX MINERALS CO. | | 05/09/2018 08:59 AM |
| 05/07/2018 | Action | 0596 | CLERK JURY FILING FEE | D018 | CYPRUS AMAX MINERALS CO. | -160.00 | 05/09/2018 08:54 AM |
| 05/07/2018 | Filing | 0569 | JURY ORDER | D018 | CYPRUS AMAX MINERALS CO. | -8.00 | 05/09/2018 08:54 AM |
| 05/07/2018 | Filing | 0052 | ANSWER | D018 | CYPRUS AMAX MINERALS CO. | -78.00 | 05/09/2018 08:53 AM |
| 05/07/2018 | Filing | 0262 | LETTER | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 05/09/2018 08:52 AM |
| 05/08/2018 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 53.00 | 05/07/2018 01:39 PM |
| 05/07/2018 | Tracking | 0308 | #### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 05/07/2018 10:44 AM |
| 05/02/2018 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -16.00 | 05/07/2018 10:44 AM |
| 05/02/2018 | Filing | 0723 | MOTION TO ENROLL | P001 | PAULINE MARIE CITIZEN | -10.00 | 05/07/2018 10:43 AM |
| 05/02/2018 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/07/2018 10:42 AM |
| 05/03/2018 | Action | 4002 | Deposit - Advanced Deposit | P001 | COLGATE-PALMOLIVE COMPANY | 10.00 | 05/03/2018 11:09 AM |
| 05/01/2018 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | -15.00 | 05/02/2018 10:11 AM |
| 05/01/2018 | Filing | 0521 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | -80.00 | 05/02/2018 10:10 AM |
| 05/01/2018 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | -5.00 | 05/02/2018 10:09 AM |
| 05/01/2018 | Filing | 3981 | FAX CONFIRMATION | D009 | JOHNSON & JOHNSON | -15.00 | 05/02/2018 08:39 AM |
| 05/01/2018 | Filing | 0521 | FAX FILE FEE | D009 | JOHNSON & JOHNSON | -72.00 | 05/02/2018 08:39 AM |
| 05/01/2018 | Filing | 0218 | FAX COPY | D009 | JOHNSON & JOHNSON | -5.00 | 05/02/2018 08:37 AM |
| 04/30/2018 | Filing | 3981 | FAX CONFIRMATION | D019 | WHITAKER, CLARK & DANIELS, INC. | -15.00 | 05/01/2018 03:49 PM |
| 04/30/2018 | Filing | 0521 | FAX FILE FEE | D019 | WHITAKER, CLARK & DANIELS, INC. | -16.00 | 05/01/2018 03:49 PM |
| 04/30/2018 | Action | 0218 | FAX COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 05/01/2018 03:47 PM |
| 04/30/2018 | System Action | Disbursement | Disbursement: ApTransID #34565338 | | HON. H. LYNN JONES, II   (1) | 166.00 | 04/30/2018 04:46 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 04/30/2018 | Generated Document | 1602 | CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/30/2018 01:21 PM |
| 04/30/2018 | Generated Document | 1602 | CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/30/2018 01:13 PM |
| 04/30/2018 | Generated Document | 1602 | CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/30/2018 01:10 PM |
| 04/26/2018 | Generated Document | 1602 | CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/30/2018 02:44 PM |
| 04/26/2018 | Generated Document | 1602 | CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -16.00 | 04/26/2018 02:38 PM |
| 04/26/2018 | Generated Document | 1602 | CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/26/2018 02:32 PM |
| 04/26/2018 | Generated Document | 1602 | CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -30.00 | 04/26/2018 02:27 PM |
| 04/26/2018 | Action | 0005 | CERTIFIED COPIES | D033 | PREMIER BRANDS OF AMERICA INC | -2.00 | 04/26/2018 02:28 PM |
| 04/26/2018 | Filing | 0039 | FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -30.00 | 04/26/2018 02:25 PM |
| 04/26/2018 | Filing | 0033 | 3RD PARTY DEMAND | D033 | PREMIER BRANDS OF AMERICA INC | 450.00 | 04/25/2018 11:05 AM |
| 04/25/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | -30.00 | 04/26/2018 02:25 PM |
| 04/23/2018 | Generated Document | 1602 | VOID - CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/23/2018 03:29 PM |
| 04/23/2018 | Generated Document | 1602 | VOID - CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/23/2018 03:23 PM |
| 04/23/2018 | Generated Document | 1602 | VOID - CITATION/LONG ARM | D033 | PREMIER BRANDS OF AMERICA INC | -15.00 | 04/23/2018 03:17 PM |
| 04/23/2018 | Action | 0005 | VOID - CERTIFIED COPIES | D033 | PREMIER BRANDS OF AMERICA INC | -30.00 | 04/23/2018 03:15 PM |
| 04/20/2018 | Action | 0180 | INDEXING CHARGE | D033 | PREMIER BRANDS OF AMERICA INC | -4.00 | 04/23/2018 01:52 PM |
| 04/23/2018 | Filing | 0039 | VOID - FILE EXHIBITS | D033 | PREMIER BRANDS OF AMERICA INC | -2.00 | 04/23/2018 01:43 PM |
| 04/20/2018 | Filing | 0033 | VOID - 3RD PARTY DEMAND | D033 | PREMIER BRANDS OF AMERICA INC | -26.00 | 04/23/2018 01:42 PM |
| 04/22/2018 | System Action | SystemInvoice | Invoice : 12568989 | D023 | AVON PRODUCTS, INC | 53.00 | 04/22/2018 07:44 PM |

# Case History View

| Date | Type | Code | Notes | | Party | Amount | Entered |
|---|---|---|---|---|---|---|---|
| 04/22/2018 | System Action | SystemInvoice | Invoice : 1255623 | D017 | COLGATE-PALMOLIVE COMPANY | 10.00 | 04/22/2018 04:29 PM |
| 04/17/2018 | System Action | Disbursement | Disbursement: ApTransID #34533229 | | CHARLES J DUHE, Jr. | 142.06 | 04/17/2018 02:44 PM |
| 04/17/2018 | Action | 2028 | Notes | | SOUTHERN INSULATION & SHEET METAL, INC. | | 04/17/2018 09:57 AM |
| 04/17/2018 | Action | 2120 | ADVANCE DEPOSIT REFUND | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -142.06 | 04/17/2018 09:55 AM |
| 04/13/2018 | System Action | Disbursement | Disbursement: ApTransID #34526588 | | HON. H. LYNN JONES, II   (1) | 126.00 | 04/13/2018 08:08 AM |
| 04/10/2018 | Action | 4002 | Deposit - Advanced Deposit | D029 | YVES SAINT LAURENT AMERICA, INC. | 23.00 | 04/10/2018 10:55 AM |
| 04/10/2018 | Action | 4002 | Deposit - Advanced Deposit | D024 | BRISTOL-MYERS SQUIBB COMPANY | 23.00 | 04/10/2018 10:54 AM |
| 04/10/2018 | Action | 4002 | Deposit - Advanced Deposit | D026 | REVLON, INC | 59.00 | 04/10/2018 10:53 AM |
| 04/10/2018 | Action | 4002 | Deposit - Advanced Deposit | D032 | DOLGENCORP LLC | 55.00 | 04/10/2018 10:46 AM |
| 04/09/2018 | Action | 0371 | CONFORMED COPY | D029 | YVES SAINT LAURENT AMERICA, INC. | -3.00 | 04/09/2018 11:24 AM |
| 04/09/2018 | Action | 0371 | CONFORMED COPY | D024 | BRISTOL-MYERS SQUIBB COMPANY | -3.00 | 04/09/2018 11:24 AM |
| 04/09/2018 | Action | 0371 | CONFORMED COPY | D026 | REVLON, INC | -3.00 | 04/09/2018 11:24 AM |
| 04/05/2018 | System Action | Disbursement | Disbursement: ApTransID #34513819 | | HON. H. LYNN JONES, II   (1) | 34.00 | 04/05/2018 04:51 PM |
| 03/29/2018 | Filing | 0052 | ANSWER | D026 | REVLON, INC | -10.00 | 04/06/2018 04:21 PM |
| 03/29/2018 | Filing | 0262 | LETTER | D026 | REVLON, INC | -6.00 | 04/06/2018 04:21 PM |
| 03/26/2018 | Filing | 0052 | ANSWER | D024 | BRISTOL-MYERS SQUIBB COMPANY | -10.00 | 04/06/2018 04:22 PM |
| 03/26/2018 | Filing | 0052 | ANSWER | D029 | YVES SAINT LAURENT AMERICA, INC. | -10.00 | 04/06/2018 04:22 PM |
| 04/09/2018 | Action | 0371 | CONFORMED COPY | D032 | DOLGENCORP LLC | -3.00 | 04/09/2018 10:42 AM |
| 03/29/2018 | Filing | 0082 | LETTER | D032 | DOLGENCORP LLC | -6.00 | 04/05/2018 03:51 PM |
| 03/26/2018 | Filing | 0262 | REQUEST WRITTEN NOTICE | D032 | DOLGENCORP LLC | -10.00 | 04/05/2018 03:52 PM |
| 03/29/2018 | Filing | 3981 | FAX CONFIRMATION | D032 | DOLGENCORP LLC | -15.00 | 04/03/2018 12:39 PM |
| 03/29/2018 | Filing | 0521 | FAX FILE FEE | D032 | DOLGENCORP LLC | -14.00 | 04/03/2018 12:39 PM |

# Case History View

Caicasieu Parish, LA

| Date | Action | Number | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 03/29/2018 | Action | 0218 | Disbursement | | DOLGENCORP LLC | -5.00 | 04/03/2018 12:32 PM |
| 03/29/2018 | System Action | | Disbursement ApTransID #34502067 | | HON. H. LYNN JONES, II  (1) | 202.25 | 03/29/2018 12:27 PM |
| | | | FAX COPY | D032 | DOLGENCORP LLC | | |
| 03/28/2018 | Action | 2028 | Notes | P001 | PAULINE MARIE CITIZEN | | 03/28/2018 03:55 PM |
| 03/28/2018 | Action | 0840 | POSTAGE | P001 | PAULINE MARIE CITIZEN | -7.25 | 03/28/2018 03:52 PM |
| 03/28/2018 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -105.00 | 03/28/2018 03:47 PM |
| 03/28/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/28/2018 03:38 PM |
| 03/28/2018 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 03/28/2018 03:35 PM |
| 03/28/2018 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 03/28/2018 03:31 PM |
| 03/28/2018 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 03/28/2018 03:29 PM |
| 03/28/2018 | Generated Document | 1602 | VOID - CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 03/28/2018 02:35 PM |
| 03/28/2018 | Generated Document | 1602 | VOID - CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 03/28/2018 02:30 PM |
| 03/28/2018 | Generated Document | 1602 | VOID - CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 03/28/2018 02:09 PM |
| 03/28/2018 | Action | 0371 | CONFORMED COPY | D030 | DOLLAR TREE STORES INC | -3.00 | 03/28/2018 11:00 AM |
| 03/28/2018 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 63.00 | 03/28/2018 09:24 AM |
| 03/16/2018 | Filing | 0062 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 03/27/2018 11:15 AM |
| 03/16/2018 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 03/27/2018 11:14 AM |
| 03/26/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/26/2018 09:49 AM |
| 03/26/2018 | Action | 3981 | FAX CONFIRMATION | D026 | REVLON, INC | -15.00 | 03/26/2018 09:49 AM |
| 03/26/2018 | Filing | 3981 | VOID - FAX CONFIRMATION | D024 | BRISTOL-MYERS SQUIBB COMPANY | -15.00 | 03/26/2018 09:49 AM |
| 03/26/2018 | Filing | 0521 | FAX FILE FEE | D029 | YVES SAINT LAURENT AMERICA, INC. | -10.00 | 03/26/2018 09:49 AM |
| 03/26/2018 | Filing | 0521 | VOID - FAX FILE FEE | D024 | BRISTOL-MYERS SQUIBB COMPANY | -10.00 | 03/26/2018 09:48 AM |
| 03/26/2018 | Filing | 0521 | FAX FILE FEE | D024 | BRISTOL-MYERS SQUIBB COMPANY | -10.00 | 03/26/2018 09:48 AM |
| 03/26/2018 | Filing | 0521 | FAX FILE FEE | D026 | REVLON, INC | -16.00 | 03/26/2018 08:46 AM |
| 03/26/2018 | Action | 0218 | FAX COPY | D026 | REVLON, INC | -6.00 | 03/26/2018 08:45 AM |
| 03/26/2018 | Tracking | TRACK22 | Assigned to KDukes | P001 | PAULINE MARIE CITIZEN | | 03/26/2018 07:46 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party Code | Party Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 03/23/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/23/2018 03:40 PM |
| 03/23/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/23/2018 03:40 PM |
| 03/23/2018 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 256.00 | 03/23/2018 08:17 AM |
| 03/22/2018 | System Action | Disbursement | Disbursement: ApTransID #34491708 | | HON. H. LYNN JONES, II   (1) | 46.00 | 03/22/2018 04:54 PM |
| 03/22/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | | 03/22/2018 12:30 PM |
| 03/22/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/22/2018 12:30 PM |
| 03/22/2018 | Tracking | 0308 | ### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/22/2018 02:47 PM |
| 03/19/2018 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 03/21/2018 02:37 PM |
| 03/19/2018 | Filing | 0568 | SUPPLEMENTAL/AMENDING PETITION | P001 | PAULINE MARIE CITIZEN | -14.00 | 03/21/2018 02:36 PM |
| 03/19/2018 | Filing | 0238 | LETTER REQUESTING SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 03/21/2018 02:35 PM |
| 03/16/2018 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 03/19/2018 08:57 AM |
| 03/16/2018 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -20.00 | 03/19/2018 08:57 AM |
| 03/16/2018 | Filing | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 03/19/2018 08:56 AM |
| 03/18/2018 | System Action | SystemInvoice | Invoice : 1250419 | D023 | AVON PRODUCTS, INC | 53.00 | 03/18/2018 09:21 PM |
| 03/18/2018 | System Action | SystemInvoice | Invoice : 1248886 | D017 | COLGATE-PALMOLIVE COMPANY | 10.00 | 03/18/2018 05:55 PM |
| 03/15/2018 | System Action | Disbursement | Disbursement: ApTransID #34479116 | | HON. H. LYNN JONES, II   (1) | 468.00 | 03/15/2018 04:49 PM |
| 03/15/2018 | Action | 0371 | CONFORMED COPY | D017 | COLGATE-PALMOLIVE COMPANY | -3.00 | 03/15/2018 03:55 PM |
| 03/15/2018 | Filing | 2183 | Estimated Cost Worksheet | P001 | PAULINE MARIE CITIZEN | 0.00 | 03/15/2018 01:59 PM |
| 03/15/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/15/2018 01:59 PM |
| 03/15/2018 | Filing | 2183 | Estimated Cost Worksheet | P001 | PAULINE MARIE CITIZEN | 0.00 | 03/15/2018 01:50 PM |
| 03/15/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/15/2018 01:50 PM |
| 03/15/2018 | Action | 2183 | Estimated Cost Worksheet | P001 | PAULINE MARIE CITIZEN | 0.00 | 03/15/2018 01:48 PM |
| 03/15/2018 | Filing | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | 0.00 | 03/15/2018 01:48 PM |
| 03/15/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 03/15/2018 01:48 PM |
| 03/14/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/15/2018 01:46 PM |
| 03/14/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/15/2018 01:46 PM |
| 03/14/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D017 | COLGATE-PALMOLIVE COMPANY | | 03/14/2018 03:31 PM |

## Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Party Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 03/14/2018 | Tracking | 0309 | ## FROM JUDGE: | D017 | COLGATE-PALMOLIVE COMPANY | | 03/14/2018 03:31 PM |
| 03/14/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/14/2018 03:30 PM |
| 03/14/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/14/2018 03:28 PM |
| 03/14/2018 | Tracking | 0308 | #### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/14/2018 11:55 AM |
| 03/14/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -67.00 | 03/14/2018 11:37 AM |
| 03/14/2018 | Action | 0528 | COPIES | D023 | AVON PRODUCTS, INC | -36.00 | 03/14/2018 11:38 AM |
| 03/14/2018 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 17.48 | 03/14/2018 10:27 AM |
| 03/14/2018 | Filing | 2200 | NOTICE on JURY TRIAL | D009 | JOHNSON & JOHNSON | -220.00 | 03/14/2018 09:26 AM |
| 03/14/2018 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 153.16 | 03/14/2018 09:17 AM |
| 03/14/2018 | Tracking | TRACK19 | Assigned to DRichmond | D023 | AVON PRODUCTS, INC | | 03/14/2018 08:22 AM |
| 03/13/2018 | Tracking | 0389 | ****SENT TO SUIT DEPT**** | D023 | AVON PRODUCTS, INC | | 03/13/2018 04:12 PM |
| 03/13/2018 | Tracking | 0308 | #### TO JUDGE: | D023 | AVON PRODUCTS, INC | | 03/13/2018 04:01 PM |
| 03/13/2018 | Filing | 2208 | VOID - Cost Letter | D017 | COLGATE-PALMOLIVE COMPANY | 0.00 | 03/13/2018 02:00 PM |
| 03/12/2018 | Filing | 0048 | FILE ORDER | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 03/13/2018 01:55 PM |
| 03/12/2018 | Filing | 0473 | MTN TO W/DRAW- | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 03/13/2018 01:54 PM |
| 03/12/2018 | Filing | 0262 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -10.00 | 03/13/2018 01:53 PM |
| 03/13/2018 | Tracking | 0308 | #### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/13/2018 09:57 AM |
| 03/13/2018 | Tracking | 0308 | #### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/13/2018 09:57 AM |
| 03/13/2018 | Tracking | 0308 | #### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 03/13/2018 09:57 AM |
| 03/13/2018 | Filing | 2038 | Note with attachment | P001 | PAULINE MARIE CITIZEN | | 03/13/2018 09:56 AM |
| 03/13/2018 | Action | 0296 | COST LTR-PROCESSED RE: | P001 | PAULINE MARIE CITIZEN | 0.00 | 03/13/2018 09:55 AM |
| 03/13/2018 | Action | 0296 | COST LTR-PROCESSED-RE: | P001 | PAULINE MARIE CITIZEN | | 03/13/2018 09:48 AM |
| 03/12/2018 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 99.00 | 03/12/2018 10:37 AM |
| 03/08/2018 | System Action | Disbursement | Disbursement: ApTransID #34466710 | | HON. H. LYNN JONES, II   (1) | 113.00 | 03/08/2018 04:45 PM |
| 03/08/2018 | Tracking | 0308 | #### TO JUDGE: | D023 | AVON PRODUCTS, INC | | 03/08/2018 04:22 PM |
| 03/02/2018 | Filing | 0048 | FILE ORDER | D023 | AVON PRODUCTS, INC | -10.00 | 03/08/2018 04:22 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Code | Party | Amount | DateTime |
|---|---|---|---|---|---|---|---|
| 03/02/2018 | Filing | 0001 | FILE PLEADING | D023 | AVON PRODUCTS, INC | -18.00 | 03/08/2018 04:21 PM |
| 03/02/2018 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -6.00 | 03/08/2018 04:20 PM |
| 03/08/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 98.00 | 03/08/2018 10:25 AM |
| 03/02/2018 | Filing | 0082 | REQUEST WRITTEN NOTICE | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 03/07/2018 11:26 AM |
| 03/02/2018 | Filing | 0079 | FILE EXCEPTION | D033 | PREMIER BRANDS OF AMERICA INC | -82.00 | 03/07/2018 11:26 AM |
| 03/02/2018 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | -15.00 | 03/02/2018 10:13 AM |
| 03/02/2018 | Filing | 0621 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | -38.00 | 03/02/2018 10:13 AM |
| 03/02/2018 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | -5.00 | 03/02/2018 10:12 AM |
| 03/02/2018 | Action | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 03/02/2018 08:02 AM |
| 02/28/2018 | Generated Document | | Disbursement ApTransID #34451038 | | HON. H. LYNN JONES, II (1) | 168.00 | 02/28/2018 04:55 PM |
| 02/28/2018 | System Action | Disbursement | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 30.00 | 02/28/2018 10:18 AM |
| 02/27/2018 | Action | 4002 | Cost Letter | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/27/2018 11:17 AM |
| 02/27/2018 | Filing | 2208 | VOID - Cost Letter | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/27/2018 11:14 AM |
| 02/22/2018 | Filing | 2208 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/27/2018 11:14 AM |
| 02/22/2018 | Filing | 0048 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/27/2018 11:12 AM |
| 02/27/2018 | Filing | 0262 | Cost Letter | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/27/2018 09:44 AM |
| 02/27/2018 | Filing | 2208 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/27/2018 09:40 AM |
| 02/21/2018 | Filing | 0048 | PART.DISMISSAL/ | P001 | PAULINE MARIE CITIZEN | -10.00 | 02/27/2018 09:39 AM |
| 02/21/2018 | Filing | 0533 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/27/2018 09:36 AM |
| 02/21/2018 | Filing | 0048 | PART.DISMISSAL/ | P001 | PAULINE MARIE CITIZEN | -10.00 | 02/27/2018 09:35 AM |
| 02/21/2018 | Filing | 0533 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/27/2018 08:30 AM |
| 02/21/2018 | Filing | 0262 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/27/2018 09:27 AM |
| 02/21/2018 | Filing | 0048 | PART.DISMISSAL/ | P001 | PAULINE MARIE CITIZEN | -10.00 | 02/27/2018 09:26 AM |
| 02/21/2018 | Action | 0533 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 02/21/2018 01:59 PM |
| 02/21/2018 | Action | 0371 | COPIES | P001 | PAULINE MARIE CITIZEN | -108.00 | 02/21/2018 01:58 PM |
| | | 0528 | | | | | |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Doc | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 02/21/2018 | Generated Document | 1230 | LETTER NOTICE OF JUDGMENT | P001 | PAULINE MARIE CITIZEN | | 02/21/2018 12:00 PM |
| 02/20/2018 | System Action | Disbursement | Disbursement: ApTransID #34408476 | | HON. H. LYNN JONES, II (1) | 196.00 | 02/20/2018 04:55 PM |
| 02/15/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | -105.00 | 02/15/2018 11:48 AM |
| 02/15/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 02/15/2018 11:47 AM |
| 02/14/2018 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 12.00 | 02/14/2018 09:38 AM |
| 02/14/2018 | Action | 4002 | Deposit - Advanced Deposit | D015 | BRENNTAG SPECIALTIES, INC. | 107.00 | 02/14/2018 09:37 AM |
| 02/12/2018 | Tracking | 0308 | !### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/12/2018 10:14 AM |
| 02/12/2018 | Filing | 0001 | VOID - FILE PLEADING | P001 | PAULINE MARIE CITIZEN | | 02/12/2018 10:12 AM |
| 02/12/2018 | Filing | 0435 | CONSENT JUDGMENT | P001 | PAULINE MARIE CITIZEN | -14.00 | 02/12/2018 10:11 AM |
| 02/12/2018 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/12/2018 10:11 AM |
| 02/08/2018 | System Action | Disbursement | Disbursement: ApTransID #34422870 | | HON. H. LYNN JONES, II (1) | 6.00 | 02/08/2018 04:47 PM |
| 02/05/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 02/05/2018 01:59 PM |
| 02/02/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | -3.00 | 02/02/2018 02:05 PM |
| 02/02/2018 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 02/02/2018 02:05 PM |
| 02/01/2018 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 02/01/2018 03:03 PM |
| 01/31/2018 | System Action | Disbursement | Disbursement: ApTransID #34407962 | | HON. H. LYNN JONES, II (1) | 20.00 | 01/31/2018 04:48 PM |
| 01/31/2018 | Action | 0005 | CERTIFIED COPIES | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 01/31/2018 10:23 AM |
| 01/31/2018 | Action | 0371 | CONFORMED COPY | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 01/31/2018 10:21 AM |
| 01/31/2018 | Action | 0369 | ****SENT TO SUIT DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | -3.00 | 01/31/2018 10:14 AM |
| 01/30/2018 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 47.00 | 01/30/2018 10:14 AM |
| 01/30/2018 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D033 | PREMIER BRANDS OF AMERICA INC | -3.00 | 01/30/2018 12:18 PM |
| 01/30/2018 | Tracking | 0309 | ## FROM JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 01/30/2018 12:18 PM |
| 01/30/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 50.00 | 01/30/2018 10:34 AM |

Printed: 04/22/2019 02:41 PM
CMS0033

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Doc | Party | Amount | Date/Time |
|------|------|------|-------------|-----|-------|--------|-----------|
| 01/16/2018 | Filing | 0071 | NOTICE OF DEPOSITION | D030 | DOLLAR TREE STORES INC | -6.00 | 01/30/2018 09:55 AM |
| 01/16/2018 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 01/30/2018 09:54 AM |
| 01/24/2018 | System Action | Disbursement | Disbursement: ApTransID #34396481 | | HON. H. LYNN JONES, II (1) | 469.00 | 01/24/2018 05:07 PM |
| 01/24/2018 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -3.00 | 01/24/2018 11:32 AM |
| 01/24/2018 | Action | 0528 | COPIES | D023 | AVON PRODUCTS, INC | -89.00 | 01/24/2018 11:31 AM |
| 01/24/2018 | Generated Document | 1230 | LETTER NOTICE OF JUDGMENT | D023 | AVON PRODUCTS, INC | -105.00 | 01/24/2018 10:30 AM |
| 01/23/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 320.00 | 01/23/2018 10:25 AM |
| 01/22/2018 | Tracking | 0308 | I### TO JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 01/22/2018 11:49 AM |
| 01/10/2018 | Filing | 3982 | RULE TO SHOW CAUSE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 01/22/2018 11:48 AM |
| 01/10/2018 | Filing | 0049 | MOTION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 01/22/2018 11:48 AM |
| 01/16/2018 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 01/22/2018 11:46 AM |
| 01/21/2018 | System Action | SystemInvoice | Invoice : 1239198 | D015 | BRENNTAG SPECIALTIES, INC. | 107.00 | 01/21/2018 01:13 AM |
| 01/21/2018 | System Action | SystemInvoice | Invoice : 1239196 | D014 | BRENNTAG NORTH AMERICA INC. | 12.00 | 01/21/2018 01:13 AM |
| 01/21/2018 | System Action | SystemInvoice | Invoice : 1238702 | D033 | PREMIER BRANDS OF AMERICA INC | 50.00 | 01/21/2018 12:12 AM |
| 12/01/2017 | Action | 3979 | BAD ADDRESS: | D032 | DOLGENCORP LLC | 0.00 | 01/18/2018 04:15 PM |
| 12/01/2017 | Action | 3979 | BAD ADDRESS: | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 0.00 | 01/18/2018 04:15 PM |
| 01/18/2018 | Action | 2028 | Notes | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | | 01/18/2018 04:12 PM |
| 01/18/2018 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 01/18/2018 02:28 PM |
| 01/18/2018 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -12.00 | 01/18/2018 02:28 PM |
| 01/18/2018 | Action | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 01/18/2018 02:28 PM |
| 01/14/2018 | System Action | SystemInvoice | Invoice : 1232163 | D014 | BRENNTAG NORTH AMERICA INC. | 12.00 | 01/14/2018 02:06 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|------|------|------|-------------|---|-------|--------|-----------|
| 01/14/2018 | System Action | SystemInvoice | Invoice : 1232160 | D016 | BRENNTAG SPECIALTIES, INC. | 107.00 | 01/14/2018 02:06 AM |
| 01/14/2018 | System Action | SystemInvoice | Invoice : 1231666 | D033 | PREMIER BRANDS OF AMERICA INC | 50.00 | 01/14/2018 01:07 AM |
| 01/11/2018 | System Action | Disbursement | Disbursement: ApTransID #34379177 | D016 | HON. H. LYNN JONES, II    (1) | 61.00 | 01/11/2018 04:46 PM |
| 01/10/2018 | Filing | 3981 | FAX CONFIRMATION | D033 | PREMIER BRANDS OF AMERICA INC | -16.00 | 01/10/2018 03:26 PM |
| 01/10/2018 | Filing | 0521 | FAX FILE FEE | D033 | PREMIER BRANDS OF AMERICA INC | -22.00 | 01/10/2018 03:26 PM |
| 01/10/2018 | Action | 0218 | FAX COPY | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 01/10/2018 03:25 PM |
| 01/04/2018 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D023 | AVON PRODUCTS, INC | | 01/04/2018 03:19 PM |
| 01/04/2018 | Tracking | 0309 | ## FROM JUDGE: | D023 | AVON PRODUCTS, INC | | 01/04/2018 03:18 PM |
| 01/04/2018 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -3.00 | 01/04/2018 10:32 AM |
| 01/04/2018 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 77.00 | 01/04/2018 10:26 AM |
| 01/04/2018 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 67.00 | 01/04/2018 09:33 AM |
| 01/03/2018 | Tracking | 0308 | I### TO JUDGE: | D023 | AVON PRODUCTS, INC | | 01/03/2018 12:47 PM |
| 01/03/2018 | Filing | 0072 | JUDGMENT | D023 | AVON PRODUCTS, INC | -10.00 | 01/03/2018 12:47 PM |
| 12/18/2017 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -6.00 | 01/03/2018 12:46 PM |
| 01/03/2018 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D023 | AVON PRODUCTS, INC | | 01/03/2018 10:41 AM |
| 01/03/2018 | Tracking | 0309 | ## FROM JUDGE: | D023 | AVON PRODUCTS, INC | | 01/03/2018 10:41 AM |
| 12/29/2017 | System Action | Disbursement | Disbursement: ApTransID #34360783 | D023 | HON. H. LYNN JONES, II    (1) | 64.00 | 12/29/2017 05:29 PM |
| 12/29/2017 | Tracking | 0308 | I### TO JUDGE: | D023 | AVON PRODUCTS, INC | 246.00 | 12/29/2017 01:18 PM |
| 12/29/2017 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | -10.00 | 12/29/2017 10:07 AM |
| 12/13/2017 | Filing | 0001 | FILE PLEADING | D023 | AVON PRODUCTS, INC | -26.00 | 12/28/2017 09:16 AM |
| 12/13/2017 | Filing | 0001 | FILE PLEADING | D023 | AVON PRODUCTS, INC | -26.00 | 12/28/2017 09:14 AM |
| 12/13/2017 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -6.00 | 12/27/2017 04:13 PM |
| 12/21/2017 | System Action | Disbursement | Disbursement: ApTransID #34353550 | D023 | AVON PRODUCTS, INC | 28.00 | 12/21/2017 04:45 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | -15.00 | 12/18/2017 02:54 PM |
| 12/18/2017 | Filing | 0521 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | -22.00 | 12/18/2017 02:53 PM |
| 12/18/2017 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | -5.00 | 12/18/2017 02:53 PM |
| 12/15/2017 | Action | 0005 | CERTIFIED COPIES | D033 | PREMIER BRANDS OF AMERICA INC | -5.00 | 12/15/2017 09:12 AM |
| 12/15/2017 | Action | 0371 | CONFORMED COPY | D033 | PREMIER BRANDS OF AMERICA INC | -3.00 | 12/15/2017 09:12 AM |
| 12/14/2017 | System Action | Disbursement | Disbursement: ApTransID #34343587 | | HON. H. LYNN JONES, II (1) | 71.00 | 12/14/2017 04:49 PM |
| 12/13/2017 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | -15.00 | 12/14/2017 09:48 AM |
| 12/13/2017 | Filing | 0521 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | -48.00 | 12/14/2017 09:48 AM |
| 12/13/2017 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | -5.00 | 12/14/2017 09:47 AM |
| 12/13/2017 | Action | 0218 | FAX COPY | D014 | BRENNTAG NORTH AMERICA INC. | 12.00 | 12/13/2017 01:34 AM |
| 12/13/2017 | System Action | SystemInvoice | Invoice : 1225093 | D015 | BRENNTAG SPECIALTIES, INC. | 107.00 | 12/13/2017 01:34 AM |
| 12/13/2017 | System Action | SystemInvoice | Invoice : 1224613 | D033 | PREMIER BRANDS OF AMERICA INC | 77.00 | 12/13/2017 12:40 AM |
| 12/13/2017 | System Action | SystemInvoice | Invoice : 1225094 | D014 | AVON PRODUCTS, INC | 12.00 | 12/13/2017 01:34 AM |
| 12/12/2017 | Action | 0371 | CONFORMED COPY | D032 | DOLGENCORP LLC | -3.00 | 12/12/2017 02:08 PM |
| 12/07/2017 | System Action | Disbursement | Disbursement: ApTransID #34323261 | | HON. H. LYNN JONES, II (1) | 24.00 | 12/07/2017 04:51 PM |
| 12/06/2017 | Action | 0371 | CONFORMED COPY | D032 | DOLGENCORP LLC | -3.00 | 12/06/2017 03:13 PM |
| 12/05/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D032 | DOLGENCORP LLC | | 12/05/2017 03:58 PM |
| 12/05/2017 | Tracking | 0309 | ## FROM JUDGE: | D032 | DOLGENCORP LLC | | 12/05/2017 03:56 PM |
| 12/05/2017 | Action | 4002 | Deposit - Advanced Deposit | D032 | DOLGENCORP LLC | 71.00 | 12/05/2017 11:10 AM |
| 12/05/2017 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -3.00 | 12/05/2017 11:06 AM |
| 12/04/2017 | Action | 0308 | #### TO JUDGE: | D032 | DOLGENCORP LLC | -6.00 | 12/04/2017 12:20 PM |
| 11/21/2017 | Filing | 0048 | FILE ORDER | D032 | DOLGENCORP LLC | -6.00 | 12/04/2017 12:19 PM |
| 11/21/2017 | Filing | 0048 | MOTION | D032 | DOLGENCORP LLC | -6.00 | 12/04/2017 12:19 PM |
| 11/21/2017 | Filing | 0262 | LETTER | D032 | DOLGENCORP LLC | -6.00 | 12/04/2017 12:18 PM |
| 12/04/2017 | Action | 4002 | Deposit - Advanced Deposit | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 142.06 | 12/04/2017 10:46 AM |

# Case History View

Calcasieu Parish, LA

| Date | System Action | Disbursement | Disbursement: ApTransID | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 11/30/2017 | Action | 4002 | Disbursement #34319026 | D024 | HON. H. LYNN JONES, II (1) | 535.00 | 11/30/2017 04:49 PM |
| 11/29/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | BRISTOL-MYERS SQUIBB COMPANY | 20.00 | 11/29/2017 09:37 AM |
| 11/27/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | WHITAKER, CLARK & DANIELS, INC. | 159.00 | 11/27/2017 10:21 AM |
| 11/22/2017 | Action | 0371 | CONFORMED COPY | D030 | DOLLAR TREE STORES INC | -3.00 | 11/22/2017 03:14 PM |
| 11/15/2017 | Filing | 0052 | ANSWER | D019 | WHITAKER, CLARK & DANIELS, INC. | -62.00 | 11/22/2017 11:10 AM |
| 11/20/2017 | Filing | 0262 | LETTER | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 11/22/2017 11:09 AM |
| 11/21/2017 | Filing | 3981 | FAX CONFIRMATION | D032 | DOLGENCORP LLC | -15.00 | 11/22/2017 09:13 AM |
| 11/21/2017 | Filing | 0521 | FAX FILE FEE | D032 | DOLGENCORP LLC | -24.00 | 11/22/2017 09:13 AM |
| 11/21/2017 | Action | 0218 | FAX COPY | D032 | DOLGENCORP LLC | -5.00 | 11/22/2017 09:12 AM |
| 11/21/2017 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | D032 | DOLGENCORP LLC | 150.00 | 11/22/2017 11:22 AM |
| 11/20/2017 | Action | 4002 | Deposit - Advanced Deposit | D032 | DOLGENCORP LLC | 286.00 | 11/22/2017 11:21 AM |
| 11/20/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D032 | DOLGENCORP LLC | | 11/20/2017 10:55 AM |
| 11/20/2017 | Tracking | 0309 | ## FROM JUDGE: | D032 | DOLGENCORP LLC | | 11/20/2017 10:55 AM |
| 11/20/2017 | Filing | 2183 | Estimated Cost Worksheet | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | 0.00 | 11/20/2017 10:10 AM |
| 11/20/2017 | Filing | 0597 | 597 COST VERIFICATION CERTIFICATE | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | -16.00 | 11/20/2017 10:09 AM |
| 11/20/2017 | Action | 0371 | CONFORMED COPY | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | -3.00 | 11/20/2017 10:06 AM |
| 11/17/2017 | Filing | 2209 | NOTICE on HEARING | D033 | PREMIER BRANDS OF AMERICA INC | -215.00 | 11/20/2017 09:28 AM |
| 11/17/2017 | Tracking | 0308 | ### TO JUDGE: | D032 | DOLGENCORP LLC | -15.00 | 11/17/2017 11:45 AM |
| 11/10/2017 | Action | 0596 | CLERK JURY FILING FEE | D032 | DOLGENCORP LLC | -150.00 | 11/17/2017 11:45 AM |
| 11/10/2017 | Filing | 0569 | JURY ORDER | D032 | DOLGENCORP LLC | -6.00 | 11/17/2017 11:43 AM |
| 11/10/2017 | Filing | 0269 | REQUEST FOR NOTICE | D032 | DOLGENCORP LLC | -6.00 | 11/17/2017 11:41 AM |
| 11/10/2017 | Filing | 0079 | FILE EXCEPTION | D032 | DOLGENCORP LLC | -70.00 | 11/17/2017 11:40 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 11/18/2017 | Filing | 0262 | LETTER | D032 | DOLGENCORP LLC | -6.03 | 11/17/2017 11:37 AM |
| 11/18/2017 | System Action | Disbursement | Disbursement: ApTransID #34299081 | | HON. H. LYNN JONES, II (1) | 325.03 | 11/16/2017 04:51 PM |
| 11/18/2017 | Tracking | 0389 | ****SENT TO SUIT DEPT**** | D023 | AVON PRODUCTS, INC | -6.03 | 11/16/2017 03:25 PM |
| 11/18/2017 | Tracking | 0309 | ## FROM JUDGE: | D023 | AVON PRODUCTS, INC | -10.00 | 11/16/2017 03:25 PM |
| 11/18/2017 | Action | 4002 | Deposit - Advanced Deposit | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | 38.00 | 11/16/2017 01:11 PM |
| 11/15/2017 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 1E1.00 | 11/16/2017 12:51 PM |
| 11/15/2017 | Tracking | 0309 | ## FROM JUDGE: | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | 1E1.00 | 11/16/2017 09:01 AM |
| 11/07/2017 | Tracking | 0308 | #### TO JUDGE: | D023 | AVON PRODUCTS, INC | -6.00 | 11/15/2017 12:06 PM |
| 11/07/2017 | Filing | 0048 | FILE ORDER | D023 | AVON PRODUCTS, INC | -10.00 | 11/15/2017 12:06 PM |
| 11/07/2017 | Filing | 0049 | MOTION | D023 | AVON PRODUCTS, INC | -6.00 | 11/15/2017 12:05 PM |
| 11/07/2017 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -5.00 | 11/15/2017 12:04 PM |
| 11/15/2017 | Filing | 3981 | FAX CONFIRMATION | D019 | WHITAKER, C.ARK & DANIELS, INC. | -5.00 | 11/15/2017 12:31 AM |
| 11/15/2017 | Filing | 0521 | FAX FILE FEE | D019 | WHITAKER, CLARK & DANIELS, INC. | -68.00 | 11/15/2017 10:30 AM |
| 11/15/2017 | Filing | 3981 | FAX CONFIRMATION | D019 | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 11/15/2017 09:51 AM |
| 11/14/2017 | Filing | 0262 | LETTER | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | -10.00 | 11/14/2017 03:01 PM |
| 11/15/2017 | Tracking | 0633 | PART.DISMISSAL/ | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | | 11/14/2017 03:05 PM |
| 11/15/2017 | Action | 0308 | #### TO JUDGE: | D007 | CERTAIN UNDERWRITERS AT LLYODS OF LONDON | -10.00 | 11/15/2017 03:05 PM |
| 11/14/2017 | Action | 0218 | FAX COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 11/14/2017 03:00 PM |
| 11/13/2017 | Filing | 0521 | FAX FILE FEE | D032 | DOLGENCORP LLC | -15.00 | 11/13/2017 10:37 AM |
| 11/13/2017 | Filing | 3981 | FAX CONFIRMATION | D032 | DOLGENCORP LLC | -32.00 | 11/13/2017 10:37 AM |
| 11/13/2017 | Action | 0218 | FAX COPY | D032 | DOLGENCORP LLC | -5.00 | 11/13/2017 10:34 AM |
| 11/13/2017 | Action | 4002 | Deposit - Advanced Deposit | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 142.06 | 11/13/2017 10:21 AM |
| 11/13/2017 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 11/13/2017 09:05 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Code2 | Party Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 11/13/2017 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 47.00 | 11/13/2017 08:43 AM |
| 11/13/2017 | System Action | SystemInvoice | Invoice : 1220010 | D032 | DOLGENCORP LLC | 32.00 | 11/13/2017 03:36 AM |
| 11/12/2017 | System Action | SystemInvoice | Invoice : 1217974 | D016 | BRENNTAG SPECIALTIES, INC. | 107.00 | 11/12/2017 11:58 PM |
| 11/12/2017 | System Action | SystemInvoice | Invoice : 1217973 | D014 | BRENNTAG NORTH AMERICA INC. | 12.00 | 11/12/2017 11:57 PM |
| 11/12/2017 | System Action | SystemInvoice | Invoice : 1217335 | D024 | BRISTOL-MYERS SQUIBB COMPANY | 20.00 | 11/12/2017 10:49 PM |
| 11/12/2017 | System Action | SystemInvoice | Invoice : 1215216 | D023 | AVON PRODUCTS, INC | 38.00 | 11/12/2017 07:06 PM |
| 11/12/2017 | System Action | SystemInvoice | Invoice : 1215107 | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 142.06 | 11/12/2017 06:55 PM |
| 11/09/2017 | System Action | Disbursement | Disbursement: ApTransID #34288694 | | HON. H. LYNN JONES, II (1) | 137.00 | 11/09/2017 04:39 PM |
| 11/02/2017 | Filing | 0071 | NOTICE OF DEPOSITION | D030 | DOLLAR TREE STORES INC | -6.00 | 11/08/2017 04:08 PM |
| 11/02/2017 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 11/08/2017 04:07 PM |
| 11/08/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D033 | PREMIER BRANDS OF AMERICA INC | | 11/08/2017 11:21 AM |
| 11/08/2017 | Tracking | 0309 | ## FROM JUDGE: | D033 | PREMIER BRANDS OF AMERICA INC | | 11/08/2017 11:21 AM |
| 11/07/2017 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | -15.00 | 11/07/2017 01:00 PM |
| 11/07/2017 | Filing | 0521 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | -28.00 | 11/07/2017 12:59 PM |
| 11/07/2017 | Filing | 0521 | VOID - FAX FILE FEE | P001 | PAULINE MARIE CITIZEN | -22.00 | 11/07/2017 12:57 PM |
| 11/07/2017 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | -5.00 | 11/07/2017 12:56 PM |
| 11/07/2017 | Action | 4002 | Deposit - Advanced Deposit | D033 | PREMIER BRANDS OF AMERICA INC | 238.00 | 11/07/2017 09:19 AM |
| 11/06/2017 | Tracking | Track13 | JMT Cost Assessed | D015 | BRENNTAG SPECIALTIES, INC. | | 11/06/2017 02:18 PM |
| 11/06/2017 | Tracking | Track13 | JMT Cost Assessed | D014 | BRENNTAG NORTH AMERICA INC | | 11/06/2017 02:18 PM |
| 10/27/2017 | Filing | 0146 | MEMORANDUM | D033 | PREMIER BRANDS OF AMERICA INC | -18.00 | 11/06/2017 12:48 PM |
| 10/27/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 11/06/2017 12:47 PM |
| 10/27/2017 | Filing | 0079 | FILE EXCEPTION | D033 | PREMIER BRANDS OF AMERICA INC | -10.00 | 11/06/2017 12:46 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Party ID | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 11/02/2017 | Filing | 0262 | LETTER | D033 | PREMIER BRANDS OF AMERICA INC | -6.00 | 11/06/2017 12:45 PM |
| 11/03/2017 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 30.00 | 11/03/2017 11:47 AM |
| 11/03/2017 | Action | 0005 | CERTIFIED COPIES | D014 | BRENNTAG NORTH AMERICA INC. | -5.00 | 11/03/2017 09:08 AM |
| 11/03/2017 | Action | 0005 | CERTIFIED COPIES | D014 | BRENNTAG NORTH AMERICA INC. | -5.00 | 11/03/2017 09:07 AM |
| 11/03/2017 | Action | 0371 | CONFORMED COPY | D014 | BRENNTAG NORTH AMERICA INC. | -6.00 | 11/03/2017 09:07 AM |
| 11/02/2017 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 11/02/2017 12:31 PM |
| 11/02/2017 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -12.00 | 11/02/2017 12:30 PM |
| 11/02/2017 | Action | 0216 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 11/02/2017 12:30 PM |
| 11/02/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D009 | JOHNSON & JOHNSON | | 11/02/2017 11:33 AM |
| 11/02/2017 | Tracking | 0309 | ## FROM JUDGE: | D009 | JOHNSON & JOHNSON | | 11/02/2017 11:32 AM |
| 11/02/2017 | Action | 0371 | CONFORMED COPY | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -3.00 | 11/02/2017 10:42 AM |
| 11/02/2017 | Action | 0528 | COPIES | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -36.00 | 11/02/2017 10:41 AM |
| 11/02/2017 | Action | 0840 | POSTAGE | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -12.06 | 11/02/2017 10:41 AM |
| 11/02/2017 | Generated Document | 1230 | LETTER NOTICE OF JUDGMENT | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -100.00 | 11/02/2017 09:40 AM |
| 10/31/2017 | System Action | Disbursement | Disbursement: ApTransID #84272891 | D022 | HON. H. LYNN JONES, II (1) | 525.00 | 10/31/2017 04:50 PM |
| 10/31/2017 | Generated Document | 1230 | VOID - LETTER NOTICE OF JUDGMENT | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -15.00 | 10/31/2017 11:28 AM |
| 10/30/2017 | Action | 0371 | CONFORMED COPY | D029 | YVES SAINT LAURENT AMERICA, INC. | -3.00 | 10/30/2017 03:15 PM |
| 10/30/2017 | Action | 0371 | CONFORMED COPY | D026 | REVLON, INC | -3.00 | 10/30/2017 03:15 PM |
| 10/30/2017 | Action | 0371 | CONFORMED COPY | D024 | BRISTOL-MYERS SQUIBB COMPANY | -3.00 | 10/30/2017 03:15 PM |
| 10/30/2017 | Action | 0371 | CONFORMED COPY | D026 | REVLON, INC | -3.00 | 10/30/2017 03:15 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 10/30/2017 | Action | 0371 | CONFORMED COPY | D024 | BRISTOL-MYERS SQUIBB COMPANY | -3.00 | 10/30/2017 03:15 PM |
| 10/30/2017 | Action | 0371 | CONFORMED COPY | D026 | REVLON, INC | -3.00 | 10/30/2017 03:15 PM |
| 10/31/2017 | Tracking | 0308 | #### TO JUDGE: | D009 | JOHNSON & JOHNSON | -6.00 | 10/30/2017 02:57 PM |
| 10/27/2017 | Filing | 0048 | FILE ORDER | D009 | JOHNSON & JOHNSON | -10.00 | 10/30/2017 02:55 PM |
| 10/27/2017 | Filing | 0723 | MOTION TO ENROLL | D009 | JOHNSON & JOHNSON | -10.00 | 10/30/2017 02:54 PM |
| 10/27/2017 | Filing | D262 | LETTER | D009 | JOHNSON & JOHNSON | -20.00 | 10/30/2017 02:52 PM |
| 10/30/2017 | Generated Document | 1600 | VOID - CITATION | P001 | PAULINE MARIE CITIZEN | | 10/30/2017 02:05 PM |
| 10/30/2017 | Action | 4002 | Deposit - Advanced Deposit | D029 | YVES SAINT LAURENT AMERICA, INC. | 28.00 | 10/30/2017 11:41 AM |
| 10/30/2017 | Action | 4002 | Deposit - Advanced Deposit | D024 | BRISTOL-MYERS SQUIBB COMPANY | 28.00 | 10/30/2017 11:40 AM |
| 10/27/2017 | Filing | 0521 | FAX FILE FEE | D033 | PREMIER BRANDS OF AMERICA INC | -40.00 | 10/30/2017 10:56 AM |
| 10/27/2017 | Action | 0218 | FAX COPY | D033 | PREMIER BRANDS OF AMERICA INC. | -5.00 | 10/30/2017 10:56 AM |
| 10/18/2017 | Filing | 0052 | ANSWER | D029 | YVES SAINT LAURENT AMERICA, INC. | -14.00 | 10/27/2017 09:54 AM |
| 10/18/2017 | Filing | 0052 | ANSWER | D024 | BRISTOL-MYERS SQUIBB COMPANY | -14.00 | 10/27/2017 08:54 AM |
| 10/18/2017 | Filing | 0052 | ANSWER | D024 | BRISTOL-MYERS SQUIBB COMPANY | -14.00 | 10/27/2017 09:53 AM |
| 10/30/2017 | Action | 4002 | Deposit - Advanced Deposit | D024 | BRISTOL-MYERS SQUIBB COMPANY | 123.00 | 10/30/2017 11:39 AM |
| 10/27/2017 | Action | 4002 | Deposit - Advanced Deposit | D026 | REVLON, INC | -15.00 | 10/30/2017 10:57 AM |
| 10/27/2017 | Filing | 3981 | FAX CONFIRMATION | D033 | PREMIER BRANDS OF AMERICA INC | -38.00 | 10/27/2017 09:51 AM |
| 10/18/2017 | Filing | 0269 | REQUEST FOR NOTICE | D026 | REVLON, INC | -6.00 | 10/27/2017 09:50 AM |
| 10/18/2017 | Filing | 0052 | ANSWER | D026 | REVLON, INC | -6.00 | 10/27/2017 09:49 AM |
| 10/18/2017 | Filing | 0262 | LETTER | D026 | REVLON, INC | 20.00 | 10/27/2017 09:22 AM |
| 10/28/2017 | Action | 4002 | Deposit - Advanced Deposit | D015 | BRENNTAG SPECIALTIES, INC. | | |
| 10/24/2017 | Action | 2203 | EXCEPTIONS | D023 | AVON PRODUCTS, INC | -180.00 | 10/25/2017 12:45 PM |
| 10/25/2017 | Filing | 2183 | Estimated Cost Worksheet | D012 | AMERICAN TALC CO. | 0.00 | 10/25/2017 11:01 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Amount | Timestamp |
|---|---|---|---|---|---|---|
| 10/25/2017 | Filing | 0597 | 597 COST VERIFICATION CERTIFICATE | D012 | AMERICAN TALC CO. | -15.00 | 10/25/2017 11:00 AM |
| 10/25/2017 | Action | 0371 | CONFORMED COPY | D012 | AMERICAN TALC CO. | -3.00 | 10/25/2017 10:57 AM |
| 10/24/2017 | Action | 0005 | CERTIFIED COPIES | D023 | AVON PRODUCTS, INC | -5.00 | 10/24/2017 10:22 AM |
| 10/24/2017 | Action | 0528 | COPIES | D023 | AVON PRODUCTS, INC | -9.00 | 10/24/2017 10:22 AM |
| 10/24/2017 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -3.00 | 10/24/2017 10:22 AM |
| 10/23/2017 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 10/24/2017 09:47 AM |
| 10/23/2017 | Action | 0371 | CONFORMED COPY | D030 | DOLLAR TREE STORES INC | -3.00 | 10/24/2017 09:12 AM |
| 10/23/2017 | Action | 0369 | ****SENT TO SUIT DEPT**** | D023 | AVON PRODUCTS, INC | | 10/23/2017 03:23 PM |
| 10/23/2017 | Action | 0309 | ## FROM JUDGE: | D023 | AVON PRODUCTS, INC | | 10/23/2017 03:22 PM |
| 10/23/2017 | Action | 0369 | ****SENT TO SUIT DEPT**** | D014 | BRENNTAG NORTH AMERICA INC. | | 10/23/2017 03:20 PM |
| 10/23/2017 | Tracking | 0309 | ## FROM JUDGE: | D014 | BRENNTAG NORTH AMERICA INC. | | 10/23/2017 03:20 PM |
| 10/23/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D015 | BRENNTAG SPECIALTIES, INC. | | 10/23/2017 03:20 PM |
| 10/23/2017 | Tracking | 0309 | ## FROM JUDGE: | D015 | BRENNTAG SPECIALTIES, INC. | | 10/23/2017 03:20 PM |
| 10/23/2017 | Action | 4002 | Deposit - Advanced Deposit | D004 | FORD MOTOR COMPANY | 87.00 | 10/23/2017 10:51 AM |
| 10/23/2017 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 47.00 | 10/23/2017 08:44 AM |
| 10/20/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D009 | JOHNSON & JOHNSON | | 10/20/2017 02:55 PM |
| 10/20/2017 | Tracking | 0309 | ## FROM JUDGE: | D009 | JOHNSON & JOHNSON | | 10/20/2017 02:55 PM |
| 10/20/2017 | Tracking | 0309 | ## FROM JUDGE: | D012 | AMERICAN TALC CO. | | 10/20/2017 02:53 PM |
| 10/20/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | | 10/20/2017 02:47 PM |
| 10/20/2017 | Tracking | 0309 | ## FROM JUDGE: | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | | 10/20/2017 02:47 PM |
| 10/20/2017 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 252.00 | 10/20/2017 01:20 PM |
| 10/20/2017 | Tracking | 0308 | ### TO JUDGE: | D014 | BRENNTAG NORTH AMERICA INC. | | 10/20/2017 12:44 PM |
| 10/20/2017 | Tracking | 0308 | ### TO JUDGE: | D015 | BRENNTAG SPECIALTIES, INC. | | 10/20/2017 12:44 PM |
| 10/13/2017 | Filing | 0072 | JUDGMENT | D014 | BRENNTAG NORTH AMERICA INC. | -6.00 | 10/20/2017 12:39 PM |

# Case History View

Calcasieu Parish, LA

| Date | System Action | Number | Description | Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 10/13/2017 | Filing | 0001 | FILE PLEADING | D014 | BRENNTAG NORTH AMERICA INC. | -10.00 | 10/20/2017 12:34 PM |
| 10/13/2017 | Filing | 0072 | JUDGMENT | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 10/20/2017 12:33 PM |
| 10/25/2017 | Filing | 0001 | FILE PLEADING | D015 | BRENNTAG SPECIALTIES, INC. | -0.00 | 10/20/2017 12:32 PM |
| 10/25/2017 | Filing | 0262 | LETTER | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 10/20/2017 12:31 PM |
| 10/08/2017 | Filing | 0262 | LETTER | D016 | BRENNTAG SPECIALTIES, INC. | -6.00 | 10/20/2017 12:30 PM |
| 10/13/2017 | Filing | 0308 | I## TO JUDGE: | D015 | AVON PRODUCTS, INC | -6.00 | 10/20/2017 09:16 AM |
| 10/20/2017 | Tracking | 0308 | I## TO JUDGE: | D023 | AVON PRODUCTS, INC | | 10/20/2017 09:16 AM |
| 10/19/2017 | System Action | Disbursement | Disbursement: ApTrans D #34266334 | | HON H. LYNN JONES, II   (1) | 233.00 | 10/19/2017 04:38 PM |
| 10/05/2017 | Filing | 0071 | NOTICE OF DEPOSITION | D030 | DOLLAR TREE STORES INC | -6.00 | 10/19/2017 03:45 PM |
| 10/05/2017 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 10/19/2017 03:44 PM |
| 10/10/2017 | Filing | 0048 | FILE ORDER | D023 | AVON PRODUCTS, INC | -6.00 | 10/18/2017 04:11 PM |
| 10/10/2017 | Filing | 0146 | MEMORANDUM | D023 | AVON PRODUCTS, INC | -26.00 | 10/18/2017 04:11 PM |
| 10/10/2017 | Filing | 0079 | FILE EXCEPTION | D023 | AVON PRODUCTS, INC | -10.00 | 10/18/2017 04:10 PM |
| 10/10/2017 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -6.00 | 10/18/2017 04:09 PM |
| 10/10/2017 | Filing | 0521 | FAX FILE FEE | D029 | YVES SAINT LAURENT AMERICA, INC. | -14.00 | 10/18/2017 03:46 PM |
| 10/13/2017 | Filing | 0521 | VOID - FAX FILE FEE | D028 | REVLON, INC | -14.00 | 10/18/2017 03:45 PM |
| 10/13/2017 | Filing | 0521 | FAX FILE FEE | D024 | BRISTOL-MYERS SQUIBB COMPANY | -14.00 | 10/18/2017 03:45 PM |
| 10/13/2017 | Filing | 3981 | FAX CONFIRMATION | D026 | REVLON, INC | -15.00 | 10/18/2017 03:43 PM |
| 10/13/2017 | Filing | 0521 | FAX FILE FEE | D026 | REVLON, INC | -48.00 | 10/18/2017 03:43 PM |
| 10/13/2017 | Action | 0218 | FAX COPY | D026 | REVLON, INC | -6.00 | 10/18/2017 03:41 PM |
| 10/18/2017 | Tracking | 0308 | I## TO JUDGE: | D012 | AMERICAN TALC CO. | | 10/18/2017 02:18 PM |
| 10/10/2017 | Filing | 0533 | PART.DISMISSAL/ | D012 | AMERICAN TALC CO. | -10.00 | 10/18/2017 02:14 PM |
| 10/10/2017 | Filing | 0262 | LETTER | D012 | AMERICAN TALC CO. | -6.00 | 10/18/2017 02:12 PM |
| 13/18/2017 | Tracking | 0308 | I## TO JUDGE: | D009 | JOHNSON & JOHNSON | | 10/18/2017 10:28 AM |
| 13/17/2017 | Filing | 0C48 | FILE ORDER | D009 | JOHNSON & JOHNSON | -6.00 | 10/18/2017 10:17 AM |
| 12/17/2017 | Filing | 0723 | MOTION TO ENROL... | D009 | JOHNSON & JOHNSON | -10.00 | 10/18/2017 10:17 AM |
| 10/17/2017 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 10/18/2017 10:17 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | D-Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 10/16/2017 | System Action | SystemInvoice | Invoice : 1212841 | D032 | DOLGENCORP LLC | 32.00 | 10/16/2017 05:11 AM |
| 10/16/2017 | System Action | SystemInvoice | Invoice : 1210824 | D015 | BRENNTAG SPECIALTIES, INC. | 99.00 | 10/16/2017 02:12 AM |
| 10/13/2017 | Action | 4002 | Deposit - Advanced Deposit | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 159.06 | 10/13/2017 09:57 AM |
| 10/12/2017 | System Action | Disbursement | Disbursement: ApTransID #342439867 | | HON. H. LYNN JONES, II   (1) | 174.00 | 10/12/2017 04:51 PM |
| 10/12/2017 | Tracking | 0308 | #### TO JUDGE: | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | | 10/12/2017 01:24 PM |
| 10/10/2017 | Filing | 0435 | CONSENT JUDGMENT | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -10.00 | 10/12/2017 01:23 PM |
| 10/10/2017 | Filing | 0262 | LETTER | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -6.00 | 10/12/2017 01:22 PM |
| 10/10/2017 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | -16.00 | 10/11/2017 10:14 AM |
| 10/10/2017 | Filing | 0621 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | -54.00 | 10/11/2017 10:12 AM |
| 10/10/2017 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | -5.00 | 10/11/2017 10:10 AM |
| 10/06/2017 | Filing | 3981 | FAX CONFIRMATION | D014 | BRENNTAG NORTH AMERICA INC. | -15.00 | 10/10/2017 09:13 AM |
| 10/06/2017 | Filing | 0621 | FAX FILE FEE | D014 | BRENNTAG NORTH AMERICA INC. | -32.00 | 10/10/2017 09:13 AM |
| 10/09/2017 | Action | 0218 | FAX COPY | D014 | BRENNTAG NORTH AMERICA INC. | -5.00 | 10/10/2017 09:10 AM |
| 10/06/2017 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 10/09/2017 12:39 PM |
| 10/06/2017 | Filing | 0621 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -12.00 | 10/09/2017 12:39 PM |
| 10/09/2017 | Action | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 10/09/2017 12:38 PM |
| 10/09/2017 | Tracking | Track14 | JMT No Cost Assessed | D016 | CHARLES B. CHRYSTAL CO., INC. | 20.00 | 10/09/2017 10:12 AM |
| 10/06/2017 | Action | 4002 | Deposit - Advanced Deposit | D015 | BRENNTAG SPECIALTIES, INC. | 20.00 | 10/06/2017 10:01 AM |
| 10/05/2017 | System Action | Disbursement | Disbursement: ApTransID #34232140 | | CALLIE W GARLAND (GR) | 50.00 | 10/05/2017 04:46 PM |
| 10/05/2017 | System Action | Disbursement | Disbursement: ApTransID #34232024 | | HON. H. LYNN JONES, II   (1) | 225.74 | 10/05/2017 04:45 PM |
| 09/05/2017 | Filing | 0262 | LETTER | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 10/05/2017 11:12 AM |
| 10/04/2017 | Action | 0005 | CERTIFIED COPIES | D016 | CHARLES B. CHRYSTAL CO., INC. | -10.00 | 10/04/2017 10:01 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Doc ID | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 10/04/2017 | Generated Document | 1230 | LETTER NOTICE OF JUDGMENT | D016 | CHARLES B. CHRYSTAL CO., INC. | -100.00 | 10/04/2017 08:59 AM |
| 10/03/2017 | Action | 0005 | CERTIFIED COPIES | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -85.00 | 10/03/2017 10:36 AM |
| 10/03/2017 | Action | 0840 | POSTAGE | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -8.74 | 10/03/2017 10:36 AM |
| 10/02/2017 | Action | 8052 | Filing Fee OR Invoice | P001 | PAULINE MARIE CITIZEN | -6.00 | 10/02/2017 03:18 PM |
| 10/02/2017 | Action | 805D | CourtReporterInvoice | P001 | PAULINE MARIE CITIZEN | -50.00 | 10/02/2017 03:18 PM |
| 10/02/2017 | Filing | 3981 | FAX CONFIRMATION | D032 | DOLGENCORP LLC | -15.00 | 10/02/2017 11:08 AM |
| 10/02/2017 | Filing | 0521 | FAX FILE FEE | D032 | DOLGENCORP LLC | -12.00 | 10/02/2017 11:08 AM |
| 10/02/2017 | Action | 0521 | FAX COPY | D032 | DOLGENCORP LLC | -5.00 | 10/02/2017 11:03 AM |
| 09/29/2017 | System Action | 0218 | Disbursement; ApTransID #34222583 | D032 | HON. H. LYNN JONES, II (1) | 317.80 | 09/29/2017 04:44 PM |
| 09/29/2017 | Disbursement | | Deposit - Advanced Deposit | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 112.00 | 09/29/2017 09:06 AM |
| 09/29/2017 | Action | 4002 | *****SENT TO SUIT DEPT***** | D016 | CHARLES B. CHRYSTAL CO., INC. | | 09/29/2017 03:48 PM |
| 09/28/2017 | Tracking | 0369 | ## FROM JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 09/28/2017 03:48 PM |
| 09/28/2017 | Tracking | 0309 | CERTIFIED COPIES | D014 | BRENNTAG NORTH AMERICA INC. | -10.00 | 09/28/2017 03:13 PM |
| 09/28/2017 | Action | 0005 | VOID - POSTAGE | D019 | WHITAKER, CLARK & DANIELS, INC. | -1.36 | 09/28/2017 03:05 PM |
| 09/28/2017 | Action | 0840 | CERTIFIED COPIES | D019 | WHITAKER, CLARK & DANIELS, INC. | -10.00 | 09/28/2017 03:05 PM |
| 09/28/2017 | Action | 0005 | LETTER | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -6.00 | 09/28/2017 11:22 AM |
| 09/27/2017 | Filing | 0262 | CERTIFIED COPIES | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -5.00 | 09/27/2017 03:12 PM |
| 09/27/2017 | Action | 0005 | POSTAGE | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -2.32 | 09/27/2017 03:11 PM |
| 09/27/2017 | Action | 0371 | CONFORMED COPY | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -6.00 | 09/27/2017 03:11 PM |
| 09/27/2017 | Action | 4002 | Deposit - Advanced Deposit | D031 | GREENBRIER INTERNATIONAL INC | 24.00 | 09/27/2017 11:07 AM |

## Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 09/27/2017 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 13.00 | 09/27/2017 11:06 AM |
| 09/27/2017 | Tracking | 0308 | #### TO JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 09/27/2017 10:52 AM |
| 09/25/2017 | Filing | 0435 | CONSENT JUDGMENT | D016 | CHARLES B. CHRYSTAL CO., INC. | -10.00 | 09/27/2017 10:33 AM |
| 09/25/2017 | Filing | 0262 | LETTER | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 09/27/2017 10:33 AM |
| 09/27/2017 | Action | 0016 | CERTIFIED COPIES | D015 | BRENNTAG SPECIALTIES, INC. | -5.00 | 09/27/2017 09:14 AM |
| 09/26/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 85.00 | 09/26/2017 09:33 AM |
| 09/26/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 85.00 | 09/26/2017 09:32 AM |
| 09/26/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | WHITAKER, CLARK & DANIELS, INC. | 91.00 | 09/26/2017 09:31 AM |
| 09/25/2017 | Action | 0840 | POSTAGE | P001 | PAULINE MARIE CITIZEN | -0.48 | 09/25/2017 02:05 PM |
| 09/25/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/25/2017 02:04 PM |
| 09/25/2017 | Action | 0371 | CONFORMED COPY | P001 | COLGATE-PALMOLIVE COMPANY | -3.00 | 09/25/2017 01:37 PM |
| 09/25/2017 | Action | 0371 | CONFORMED COPY | D017 | DOLLAR TREE STORES INC | -3.00 | 09/25/2017 01:37 PM |
| 09/25/2017 | Tracking | 0308 | #### TO JUDGE: | D030 | DOLLAR TREE STORES INC | | 09/25/2017 01:18 PM |
| 09/22/2017 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/25/2017 01:16 PM |
| 09/22/2017 | Filing | 0049 | MOTION | P001 | PAULINE MARIE CITIZEN | -10.00 | 09/25/2017 01:16 PM |
| 09/22/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/25/2017 01:16 PM |
| 09/25/2017 | Filing | 2203 | EXCEPTIONS | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -195.00 | 09/25/2017 12:30 PM |
| 09/18/2017 | Filing | 0039 | FILE EXHIBITS | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 09/25/2017 11:48 AM |
| 09/18/2017 | Filing | 0146 | MEMORANDUM | D019 | WHITAKER, CLARK & DANIELS, INC. | -22.00 | 09/25/2017 11:47 AM |
| 09/25/2017 | Filing | 0262 | LETTER | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 09/25/2017 11:39 AM |
| 09/18/2017 | Filing | 0039 | FILE EXHIBITS | D014 | BRENNTAG NORTH AMERICA INC. | -6.00 | 09/25/2017 11:35 AM |
| 09/18/2017 | Filing | 0146 | MEMORANDUM | D014 | BRENNTAG NORTH AMERICA INC. | -22.00 | 09/25/2017 11:34 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | Filing | 0262 | LETTER | D014 | BRENNTAG NORTH AMERICA INC. | -6.00 | 09/25/2017 11:33 AM |
| 09/18/2017 | Filing | 0039 | FILE EXHIBITS | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 09/25/2017 11:28 AM |
| 09/18/2017 | Filing | 0146 | MEMORANDUM | D015 | BRENNTAG SPECIALTIES, INC. | -22.00 | 09/25/2017 11:27 AM |
| 09/25/2017 | Filing | 0262 | LETTER | D016 | BRENNTAG SPECIALTIES, INC. | -6.00 | 09/25/2017 11:23 AM |
| 09/25/2017 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 31.00 | 09/25/2017 09:01 AM |
| 09/22/2017 | Tracking | 0309 | ## FROM JUDGE: | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | | 09/22/2017 03:17 PM |
| 09/21/2017 | Filing | 0001 | FILE PLEADING | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -10.00 | 09/22/2017 09:44 AM |
| 09/21/2017 | System Action | Disbursement | | | HON. H. LYNN JONES, II   (1) | 1,488.00 | 09/21/2017 04:46 PM |
| | | | Disbursement; ApTransID #34200078 | | | | |
| 09/21/2017 | Tracking | Track13 | JMT Cost Assessed | D013 | BEACON CMP CORPORATION | | 09/21/2017 04:14 PM |
| 09/22/2017 | Tracking | 0308 | !### TO JUDGE: | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | | 09/21/2017 02:42 PM |
| 09/21/2017 | Filing | 0052 | ANSWER | D017 | COLGATE-PALMOLIVE COMPANY | -14.00 | 09/21/2017 02:32 PM |
| 09/21/2017 | Filing | 0262 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -10.00 | 09/21/2017 02:31 PM |
| 09/21/2017 | Action | 4002 | Deposit - Advanced Deposit | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 290.00 | 09/21/2017 10:14 AM |
| 09/21/2017 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 150.00 | 09/21/2017 10:13 AM |
| 09/21/2017 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 55.00 | 09/21/2017 10:08 AM |
| 09/20/2017 | Action | 0606 | MINUTE ENTRY FEE | P001 | PAULINE MARIE CITIZEN | -5.00 | 09/20/2017 02:25 PM |
| 09/20/2017 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -10.00 | 09/20/2017 02:25 PM |
| 09/20/2017 | Generated Document | 1234 | LETTER NOTICE OF JUDGMENT mmc | P001 | PAULINE MARIE CITIZEN | -5.00 | 09/20/2017 02:13 PM |
| 09/20/2017 | Action | 0232 | UNDER ADVISEMENT | P001 | PAULINE MARIE CITIZEN | -3.00 | 09/20/2017 02:11 PM |
| 09/20/2017 | Action | 0230 | VOID - CONTINUED | P001 | PAULINE MARIE CITIZEN | -3.00 | 09/20/2017 02:10 PM |
| 09/20/2017 | Action | 0549 | JUDGMENT RENDERED | P001 | PAULINE MARIE CITIZEN | -3.00 | 09/20/2017 02:10 PM |
| 09/20/2017 | Filing | 0072 | JUDGMENT | D013 | BEACON CMP CORPORATION | -6.00 | 09/20/2017 12:09 PM |
| 09/20/2017 | Action | 0596 | CLERK JURY FILING FEE | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -150.00 | 09/20/2017 12:38 PM |

# Case History View

| Date | Type | Code | Description | Party | | Amount | Timestamp |
|---|---|---|---|---|---|---|---|
| 09/14/2017 | Filing | 0052 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 09/20/2017 12:19 PM |
| 09/14/2017 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | -6.00 | 09/20/2017 12:19 PM |
| 09/19/2017 | Filing | 0269 | REQUEST FOR NOTICE | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -6.00 | 09/20/2017 11:14 AM |
| 09/19/2017 | Filing | 0569 | JURY ORDER | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -6.00 | 09/20/2017 11:14 AM |
| 09/19/2017 | Filing | 0146 | MEMORANDUM | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -18.00 | 09/20/2017 11:13 AM |
| 09/19/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -6.00 | 09/20/2017 11:13 AM |
| 09/19/2017 | Filing | 0079 | FILE EXCEPTION | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -50.00 | 09/20/2017 11:12 AM |
| 09/19/2017 | Filing | 0262 | LETTER | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -10.00 | 09/20/2017 11:10 AM |
| 09/19/2017 | Filing | 0262 | LETTER | D018 | CYPRUS AMAX MINERALS CO. | -6.00 | 09/20/2017 09:38 AM |
| 09/19/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 09/20/2017 09:28 AM |
| 09/19/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/20/2017 09:28 AM |
| 09/19/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 09/20/2017 09:27 AM |
| 09/19/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/20/2017 09:27 AM |
| 09/19/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/20/2017 09:26 AM |
| 09/19/2017 | Filing | 3981 | FAX CONFIRMATION | D016 | BRENNTAG SPECIALTIES, INC. | -15.00 | 09/19/2017 11:36 AM |
| 09/18/2017 | Filing | 0521 | FAX FILE FEE | D016 | BRENNTAG SPECIALTIES, INC. | -34.00 | 09/19/2017 11:36 AM |
| 09/18/2017 | Filing | 0218 | FAX COPY | D016 | BRENNTAG SPECIALTIES, INC. | -5.00 | 09/19/2017 11:35 AM |
| 09/18/2017 | Action | 3981 | FAX CONFIRMATION | D015 | WHITAKER, CLARK & DANIELS, INC. | -15.00 | 09/19/2017 11:33 AM |
| 09/18/2017 | Filing | 0521 | FAX FILE FEE | D015 | WHITAKER, CLARK & DANIELS, INC. | -34.00 | 09/19/2017 11:32 AM |
| 09/18/2017 | Action | 0218 | FAX COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 09/19/2017 11:32 AM |
| 09/18/2017 | Filing | 3981 | FAX CONFIRMATION | D014 | BRENNTAG NORTH AMERICA INC. | -15.00 | 09/19/2017 11:28 AM |
| 09/18/2017 | Filing | 0521 | FAX FILE FEE | D014 | BRENNTAG NORTH AMERICA INC. | -34.00 | 09/19/2017 11:28 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Party Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 09/18/2017 | Action | 0218 | FAX COPY | D014 | BRENNTAG NORTH AMERICA INC. | -5.00 | 09/19/2017 11:27 AM |
| 09/19/2017 | Action | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 09/19/2017 10:10 AM |
| 09/19/2017 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 09/19/2017 09:56 AM |
| 09/18/2017 | Generated Document | 0262 | LETTER | D018 | CYPRUS AMAX MINERALS CO. | -6.00 | 09/19/2017 09:08 AM |
| 09/18/2017 | Filing | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 09/18/2017 11:09 AM |
| 09/18/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 09/18/2017 10:30 AM |
| 09/17/2017 | Action | | Invoice : 1205471 | D031 | GREENBRIER INTERNATIONAL INC | 24.00 | 09/17/2017 11:09 PM |
| 09/17/2017 | System Action | SystemInvoice | Invoice : 1205470 | D030 | DOLLAR TREE STORES INC | 13.00 | 09/17/2017 11:09 PM |
| 09/17/2017 | System Action | SystemInvoice | Invoice : 1203544 | D016 | BRENNTAG SPECIALTIES, INC. | 20.00 | 09/17/2017 08:50 PM |
| 09/17/2017 | System Action | SystemInvoice | Invoice : 1200579 | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | 112.00 | 09/17/2017 05:30 PM |
| 09/15/2017 | Action | 0371 | CONFORMED COPY | D020 | BROCK SERVICES LLC | -3.00 | 09/15/2017 03:57 PM |
| 09/15/2017 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 1,184.00 | 09/15/2017 10:29 AM |
| 09/15/2017 | Action | 4002 | Deposit - Advanced Deposit | D020 | BROCK SERVICES LLC | 35.00 | 09/15/2017 10:11 AM |
| 09/14/2017 | System Action | Disbursement | Disbursement : ApTransID #341196318 | | HON. H. LYNN JONES, II  (1) | 1,430.00 | 09/14/2017 04:44 PM |
| 09/14/2017 | Action | 0371 | CONFORMED COPY | D013 | BEACON CMP CORPORATION | -3.00 | 09/14/2017 02:28 PM |
| 09/14/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 09/14/2017 10:44 AM |
| 09/14/2017 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 1,034.00 | 09/14/2017 10:26 AM |
| 09/14/2017 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 09/14/2017 09:55 AM |
| 09/14/2017 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -16.00 | 09/14/2017 09:54 AM |
| 09/14/2017 | Action | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 09/14/2017 09:54 AM |
| 09/14/2017 | Action | 0371 | CONFORMED COPY | D012 | AMERICAN TALC CO. | -3.00 | 09/14/2017 09:03 AM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -102.00 | 09/13/2017 03:52 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 03:39 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 03:37 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 03:36 PM |
| 09/13/2017 | Filing | 0052 | ANSWER | D020 | BROCK SERVICES LLC | -14.00 | 09/13/2017 03:28 PM |

# Case History View

| Date | Type | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 09/13/2017 | Filing | 0262 | LETTER | D020 | BROCK SERVICES LLC | -6.00 | 09/13/2017 03:27 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 03:27 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 03:26 PM |
| 09/13/2017 | Filing | 0146 | MEMORANDUM | P001 | PAULINE MARIE CITIZEN | -62.00 | 09/13/2017 03:24 PM |
| 09/13/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/13/2017 03:25 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -158.00 | 09/13/2017 01:57 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 01:47 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 01:44 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 01:44 PM |
| 09/13/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -200.00 | 09/13/2017 01:33 PM |
| 09/13/2017 | Filing | 0146 | MEMORANDUM | P001 | PAULINE MARIE CITIZEN | -58.00 | 09/13/2017 01:30 PM |
| 09/13/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/13/2017 01:28 PM |
| 09/12/2017 | Action | 4002 | Deposit - Advanced Deposit | D012 | AMERICAN TALC CO. | 82.00 | 09/12/2017 10:30 AM |
| 09/11/2017 | Tracking | 0309 | ## FROM JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 09/11/2017 03:34 PM |
| 08/25/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 09/11/2017 11:57 AM |
| 08/25/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 09/11/2017 11:57 AM |
| 08/25/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 09/11/2017 11:57 AM |
| 09/11/2017 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 09/11/2017 11:56 AM |
| 09/11/2017 | Filing | 0039 | FILE EXHIBITS | D012 | AMERICAN TALC CO. | -82.00 | 09/11/2017 11:55 AM |
| 09/11/2017 | Filing | 0079 | FILE EXCEPTION | D012 | AMERICAN TALC CO. | -10.00 | 09/11/2017 11:53 AM |
| 09/11/2017 | Filing | 0262 | LETTER | D012 | AMERICAN TALC CO. | -6.00 | 09/11/2017 11:53 AM |
| 09/08/2017 | Filing | 3981 | FAX CONFIRMATION | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -15.00 | 09/08/2017 04:13 PM |
| 09/08/2017 | Filing | 0521 | FAX FILE FEE | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -92.00 | 09/08/2017 04:12 PM |
| 09/08/2017 | Action | 0218 | FAX COPY | D022 | SOUTHERN INSULATION & SHEET METAL, INC. | -5.00 | 09/08/2017 04:12 PM |
| 09/08/2017 | Tracking | 0308 | #### TO JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 09/08/2017 01:01 PM |
| 09/08/2017 | Action | 4002 | Deposit - Advanced Deposit | D016 | CHARLES B. CHRYSTAL CO., INC. | 220.00 | 09/08/2017 11:20 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Amount | Timestamp |
|---|---|---|---|---|---|---|
| 09/07/2017 | System Action | | Disbursement #34183482 | HON. H. LYNN JONES, II    (1) | 230.00 | 09/07/2017 04:52 PM |
| 08/28/2017 | Filing | 3982 | Disbursement: ApTransID | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 09/07/2017 12:52 PM |
| 08/28/2017 | Filing | 0079 | RULE TO SHOW CAUSE | CHARLES B. CHRYSTAL CO., INC. | -10.00 | 09/07/2017 12:52 PM |
| 09/01/2017 | Filing | 0262 | FILE EXCEPTION | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 09/07/2017 12:50 PM |
| 09/05/2017 | Filing | 0039 | LETTER | PAULINE MARIE CITIZEN | -4.00 | 09/07/2017 02:04 PM |
| 09/05/2017 | Filing | 0294 | FILE EXHIBITS | PAULINE MARIE CITIZEN | -6.00 | 09/06/2017 02:04 PM |
| 09/05/2017 | Filing | 0262 | AFFID/LONGARM SERVICE | PAULINE MARIE CITIZEN | -6.00 | 09/05/2017 02:03 PM |
| 09/01/2017 | Action | 4002 | LETTER | PAULINE MARIE CITIZEN | 51.00 | 09/01/2017 01:25 PM |
| 09/01/2017 | Action | 4002 | Deposit - Advanced Deposit | DOLLAR TREE STORES INC | 17.00 | 09/01/2017 10:47 AM |
| 08/28/2017 | Action | 3981 | Deposit - Advanced Deposit | BEACON CMP CORPORATION | -15.00 | 09/01/2017 09:59 AM |
| 08/28/2017 | Filing | 0521 | FAX CONFIRMATION | CHARLES B. CHRYSTAL CO., INC. | -22.00 | 09/01/2017 09:59 AM |
| 08/28/2017 | Filing | 0218 | FAX FILE FEE | CHARLES B. CHRYSTAL CO., INC. | -5.00 | 09/01/2017 09:58 AM |
| 08/28/2017 | Action | | FAX COPY | CHARLES B. CHRYSTAL CO., INC. | -5.00 | 09/01/2017 09:58 AM |
| 08/31/2017 | System Action | | Disbursement: ApTransID #34172895 | LOUISIANA STATE TREASURER | 24.00 | 08/31/2017 03:21 PM |
| 08/31/2017 | System Action | | Disbursement #34172885 | HON. H. LYNN JONES, II    (1) | 148.74 | 08/31/2017 03:21 PM |
| 08/31/2017 | Action | 4002 | Deposit - Advanced Deposit | JOHNSON & JOHNSON | 228.00 | 08/31/2017 11:49 AM |
| 08/25/2017 | Filing | 0039 | FILE EXHIBITS | BEACON CMP CORPORATION | -2.00 | 08/31/2017 10:57 AM |
| 08/25/2017 | Filing | 0146 | MEMORANDUM | BEACON CMP CORPORATION | -6.00 | 08/31/2017 10:57 AM |
| 08/25/2017 | Filing | 0262 | LETTER | BEACON CMP CORPORATION | -10.00 | 08/31/2017 10:57 AM |
| 08/31/2017 | Action | 0371 | CONFORMED COPY | JOHNSON & JOHNSON | -3.00 | 08/31/2017 10:09 AM |
| 08/28/2017 | Action | 0840 | POSTAGE | PAULINE MARIE CITIZEN | -5.74 | 08/25/2017 03:19 PM |
| 08/25/2017 | System Action | | Disbursement: ApTransID #34170540 | SHF. E.B.R.PH. | 29.36 | 08/25/2017 03:05 PM |
| 08/25/2017 | Action | 0371 | CONFORMED COPY | GREENBRIER INTERNATIONAL INC | -18.00 | 08/25/2017 11:10 AM |
| 08/18/2017 | Filing | 0262 | LETTER | JOHNSON & JOHNSON | -6.00 | 08/25/2017 10:20 AM |
| 08/18/2017 | Filing | 0079 | FILE EXCEPTION | JOHNSON & JOHNSON | -18.00 | 08/25/2017 10:19 AM |
| 08/25/2017 | Action | 0044 | SHF. E.B.R.PH. | PAULINE MARIE CITIZEN | -29.36 | 08/25/2017 09:29 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|
| 08/25/2017 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -60.00 | 08/25/2017 09:29 AM |
| 09/25/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 08/25/2017 09:26 AM |
| 08/25/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 08/25/2017 09:18 AM |
| 08/25/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 08/25/2017 09:11 AM |
| 08/09/2017 | Action | 0037 | STATE TREASURER | P001 | PAULINE MARIE CITIZEN | -24.00 | 08/25/2017 09:10 AM |
| 08/24/2017 | System Action | Disbursement | Disbursement: ApTransID #34168176 | | HON. H. LYNN JONES, II (1) | 206.00 | 08/24/2017 04:44 PM |
| 08/24/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D030 | DOLLAR TREE STORES INC | | 08/24/2017 11:05 AM |
| 08/24/2017 | Tracking | 0309 | ## FROM JUDGE: | D030 | DOLLAR TREE STORES INC | | 08/24/2017 11:05 AM |
| 08/24/2017 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 101.00 | 08/24/2017 09:11 AM |
| 08/24/2017 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 150.00 | 08/24/2017 09:10 AM |
| 08/23/2017 | Tracking | 0308 | ### TO JUDGE: | D030 | DOLLAR TREE STORES INC | | 08/23/2017 10:33 AM |
| 08/16/2017 | Action | 0596 | CLERK JURY FILING FEE | D030 | DOLLAR TREE STORES INC | -150.00 | 08/23/2017 10:33 AM |
| 08/16/2017 | Action | 0699 | JURY ORDER | D030 | DOLLAR TREE STORES INC | -6.00 | 08/23/2017 10:32 AM |
| 08/16/2017 | Filing | 0062 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 08/23/2017 10:32 AM |
| 08/16/2017 | Filing | 0062 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 08/23/2017 10:31 AM |
| 08/16/2017 | Filing | 0062 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 08/23/2017 10:30 AM |
| 08/16/2017 | Filing | 0062 | ANSWER | D030 | DOLLAR TREE STORES INC | -10.00 | 08/23/2017 10:29 AM |
| 08/16/2017 | Filing | 0062 | ANSWER | D030 | DOLLAR TREE STORES INC | -22.00 | 08/23/2017 10:28 AM |
| 08/16/2017 | Filing | 0062 | LETTER | D030 | DOLLAR TREE STORES INC | -10.00 | 08/23/2017 10:27 AM |
| 08/16/2017 | Filing | 0262 | Invoice : 1187992 | D030 | DOLLAR TREE STORES INC | 51.00 | 08/23/2017 10:27 AM |
| 08/21/2017 | System Action | System/Invoice | Invoice : 1187992 | D076 | DOLLAR TREE STORES INC | 20.00 | 08/21/2017 04:13 AM |
| 08/21/2017 | System Action | System/Invoice | Invoice : 1195976 | D016 | BRENNTAG SPECIALTIES, INC. | -15.00 | 08/21/2017 02:10 AM |
| 08/18/2017 | Filing | 3981 | FAX CONFIRMATION | D009 | JOHNSON & JOHNSON | -30.00 | 08/18/2017 09:16 AM |
| 08/18/2017 | Filing | 0621 | FAX FILE FEE | D009 | JOHNSON & JOHNSON | -5.00 | 08/18/2017 09:14 AM |
| 08/18/2017 | Action | 0216 | FAX COPY | D009 | JOHNSON & JOHNSON | 141.00 | 08/18/2017 04:40 PM |
| 08/17/2017 | System Action | Disbursement | Disbursement: ApTransID #34156860 | | HON. H. LYNN JONES, II (1) | -15.00 | 08/17/2017 04:40 PM |
| 08/16/2017 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 08/16/2017 04:02 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 08/16/2017 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -78.00 | 08/16/2017 04:02 PM |
| 08/16/2017 | Action | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 08/16/2017 04:01 PM |
| 08/15/2017 | Action | 0371 | CONFORMED COPY | D016 | CHARLES B. CHRYSTAL CO., INC. | -3.00 | 08/15/2017 01:27 PM |
| 08/15/2017 | Action | 0371 | CONFORMED COPY | D016 | CHARLES B. CHRYSTAL CO., INC. | -3.00 | 08/15/2017 12:15 PM |
| 08/15/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -45.00 | 08/15/2017 11:50 AM |
| 08/14/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D016 | CHARLES B. CHRYSTAL CO., INC. | | 08/14/2017 12:00 PM |
| 08/14/2017 | Tracking | 0309 | ## FROM JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 08/14/2017 12:00 PM |
| 08/14/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | P001 | PAULINE MARIE CITIZEN | | 08/14/2017 11:59 AM |
| 08/14/2017 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 08/14/2017 11:58 AM |
| 08/14/2017 | Action | 4002 | Deposit - Advanced Deposit | D016 | CHARLES B. CHRYSTAL CO., INC. | 102.00 | 08/14/2017 10:52 AM |
| 08/14/2017 | Action | 4002 | Deposit - Advanced Deposit | D016 | CHARLES B. CHRYSTAL CO., INC. | 25.00 | 08/14/2017 09:13 AM |
| 08/11/2017 | Tracking | 0308 | #### TO JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 08/11/2017 10:09 AM |
| 08/11/2017 | Filing | 0050 | FILE AFFIDAVIT | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 08/11/2017 09:41 AM |
| 08/10/2017 | Filing | 0048 | FILE ORDER | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 08/11/2017 09:40 AM |
| 08/10/2017 | Filing | 0049 | MOTION | D016 | CHARLES B. CHRYSTAL CO., INC. | -10.00 | 08/11/2017 09:39 AM |
| 08/10/2017 | Filing | 0262 | LETTER | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 08/11/2017 09:37 AM |
| 08/10/2017 | Filing | 0039 | FILE EXHIBITS | D016 | CHARLES B. CHRYSTAL CO., INC. | -26.00 | 08/11/2017 09:15 AM |
| 08/10/2017 | Filing | 0079 | FILE EXCEPTION | D016 | CHARLES B. CHRYSTAL CO., INC. | -10.00 | 08/11/2017 09:14 AM |
| 08/10/2017 | Filing | 0262 | LETTER | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 08/11/2017 09:14 AM |
| 08/10/2017 | System Action | Disbursement | Disbursement: ApTransID #34144B81 | | HON. H. LYNN JONES, II    (1) | 190.00 | 08/10/2017 04:45 PM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:45 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:45 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:44 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:44 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:34 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:34 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:33 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | | | | |
|---|---|---|---|---|---|
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:33 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:34 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:32 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:31 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:31 AM |
| 08/09/2017 | Filing | 0039 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:30 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:30 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:30 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:29 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:29 AM |
| 08/09/2017 | Filing | 0039 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:29 AM |
| 08/09/2017 | Filing | 0294 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:28 AM |
| 08/09/2017 | Filing | 0039 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:28 AM |
| 08/09/2017 | Filing | 0294 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:25 AM |
| 08/09/2017 | Filing | 0039 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:25 AM |
| 08/09/2017 | Filing | 0294 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:25 AM |
| 08/09/2017 | Filing | 0039 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:05 AM |
| 08/09/2017 | Filing | 0294 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:05 AM |
| 08/09/2017 | Filing | 0039 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:02 AM |
| 08/09/2017 | Filing | 0294 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:02 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:01 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 09:01 AM |
| 08/09/2017 | Filing | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:00 AM |
| 08/09/2017 | Filing | 0294 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 09:00 AM |
| 08/09/2017 | Filing | 0039 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 08:59 AM |
| 08/09/2017 | Filing | 0294 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/10/2017 08:59 AM |
| 08/09/2017 | Filing | 0294 | AFFID/LONGARM SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/10/2017 08:59 AM |
| 08/09/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -10.00 | 08/10/2017 08:57 AM |
| 08/10/2017 | Tracking | 0308 | !### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | -2.00 | 08/09/2017 04:24 PM |
| 08/09/2017 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/09/2017 04:24 PM |
| 08/09/2017 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -6.00 | 08/09/2017 04:20 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 08/09/2017 | Filing | 0568 | SUPPLEMENTAL/AMENDING PETITION | P001 | PAULINE MARIE CITIZEN | -18.00 | 08/09/2017 04:17 PM |
| 08/09/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/09/2017 04:16 PM |
| 08/08/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT**** | D023 | AVON PRODUCTS, INC | | 08/08/2017 04:02 PM |
| 08/08/2017 | Tracking | 0309 | ## FROM JUDGE: | D023 | AVON PRODUCTS, INC | | 08/08/2017 04:02 PM |
| 08/07/2017 | Action | 4002 | Deposit - Advanced Deposit | D023 | AVON PRODUCTS, INC | 77.00 | 08/07/2017 12:38 PM |
| 08/04/2017 | Tracking | 0308 | ### TO JUDGE: | D023 | AVON PRODUCTS, INC | | 08/03/2017 04:17 PM |
| 07/28/2017 | Filing | 0269 | REQUEST FOR NOTICE | D023 | AVON PRODUCTS, INC | -6.00 | 08/03/2017 04:16 PM |
| 07/28/2017 | Filing | 0048 | FILE ORDER | D023 | AVON PRODUCTS, INC | -6.00 | 08/03/2017 04:15 PM |
| 07/28/2017 | Filing | 0049 | MOTION | D023 | AVON PRODUCTS, INC | -6.00 | 08/03/2017 04:15 PM |
| 07/28/2017 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -6.00 | 08/03/2017 04:13 PM |
| 07/31/2017 | System Action | Disbursement | Disbursement: ApTransID #34127766 | | HON. H. LYNN JONES, II   (1) | 144.00 | 07/31/2017 04:48 PM |
| 07/31/2017 | Action | 0371 | CONFORMED COPY | D031 | GREENBRIER INTERNATIONAL INC | -9.00 | 07/31/2017 09:36 AM |
| 07/28/2017 | Filing | 3981 | FAX CONFIRMATION | D023 | AVON PRODUCTS, INC | -15.00 | 07/28/2017 12:49 PM |
| 07/28/2017 | Filing | 0521 | FAX FILE FEE | D023 | AVON PRODUCTS, INC | -30.00 | 07/28/2017 12:49 PM |
| 07/28/2017 | Action | 0218 | FAX COPY | D023 | AVON PRODUCTS, INC | -5.00 | 07/28/2017 12:48 PM |
| 07/28/2017 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 44.00 | 07/28/2017 10:24 AM |
| 07/26/2017 | Tracking | 0389 | *****SENT TO SUIT DEPT**** | D031 | GREENBRIER INTERNATIONAL INC | | 07/26/2017 03:11 PM |
| 07/26/2017 | Tracking | 0309 | ## FROM JUDGE: | D031 | GREENBRIER INTERNATIONAL INC | | 07/26/2017 03:07 PM |
| 07/25/2017 | Action | 4002 | Deposit - Advanced Deposit | D031 | GREENBRIER INTERNATIONAL INC | 79.00 | 07/25/2017 01:14 PM |
| 07/25/2017 | Filing | 2183 | Estimated Cost Worksheet | D004 | FORD MOTOR COMPANY | 0.00 | 07/25/2017 10:24 AM |
| 07/25/2017 | Filing | 0597 | 597 COST VERIFICATION CERTIFICATE | D004 | FORD MOTOR COMPANY | -15.00 | 07/25/2017 10:24 AM |
| 07/25/2017 | Action | 0371 | CONFORMED COPY | D004 | FORD MOTOR COMPANY | -3.00 | 07/25/2017 10:23 AM |
| 07/25/2017 | Tracking | 0309 | ## FROM JUDGE: | D004 | FORD MOTOR COMPANY | | 07/25/2017 10:17 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Date/Time | Amount |
|---|---|---|---|---|---|---|---|
| 07/24/2017 | Tracking | 0308 | !### TO JUDGE: | D031 | GREENBRIER INTERNATIONAL INC | 07/24/2017 02:00 PM | |
| 07/24/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D031 | GREENBRIER INTERNATIONAL INC | 07/24/2017 01:59 PM | -5.00 |
| 07/17/2017 | Filing | 0048 | FILE ORDER | D031 | GREENBRIER INTERNATIONAL INC | 07/24/2017 01:59 PM | -6.00 |
| 07/17/2017 | Filing | 0049 | MOTION | D031 | GREENBRIER INTERNATIONAL INC | 07/24/2017 01:59 PM | -5.00 |
| 07/17/2017 | Filing | 0262 | LETTER | D031 | GREENBRIER INTERNATIONAL INC | 07/24/2017 01:58 PM | -10.00 |
| 07/24/2017 | Tracking | 0308 | !### TO JUDGE: | D004 | FORD MOTOR COMPANY | 07/24/2017 07:51 AM | |
| 07/20/2017 | System Action | Disbursement | Disbursement: ApTransID #34110164 | | HON. H. LYNN JONES, II    (1) | 07/20/2017 05:07 PM | 108.00 |
| 07/20/2017 | Action | 4002 | Deposit - Advanced Deposit | D030 | DOLLAR TREE STORES INC | 07/20/2017 03:56 PM | 71.00 |
| 07/19/2017 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | 07/19/2017 03:34 PM | -25.00 |
| 07/19/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | 07/19/2017 03:29 PM | -15.00 |
| 07/19/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D030 | DOLLAR TREE STORES INC | 07/19/2017 12:27 PM | |
| 07/19/2017 | Tracking | 0309 | ## FROM JUDGE: | D030 | DOLLAR TREE STORES INC | 07/19/2017 11:05 AM | |
| 07/18/2017 | Tracking | 0308 | !### TO JUDGE: | D030 | DOLLAR TREE STORES INC | 07/18/2017 11:03 AM | |
| 07/17/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D030 | DOLLAR TREE STORES INC | 07/18/2017 11:03 AM | -5.00 |
| 07/17/2017 | Filing | 0048 | FILE ORDER | D030 | DOLLAR TREE STORES INC | 07/18/2017 11:03 AM | -6.00 |
| 07/17/2017 | Filing | 0049 | MOTION | D030 | DOLLAR TREE STORES INC | 07/18/2017 11:03 AM | -5.00 |
| 07/17/2017 | Filing | 0262 | LETTER | D030 | DOLLAR TREE STORES INC | 07/18/2017 11:03 AM | -6.00 |
| 07/17/2017 | Filing | 3981 | FAX CONFIRMATION | D031 | GREENBRIER INTERNATIONAL INC | 07/17/2017 03:56 PM | -15.00 |
| 07/17/2017 | Filing | 0521 | FAX FILE FEE | D031 | GREENBRIER INTERNATIONAL INC | 07/17/2017 03:55 PM | -28.00 |
| 07/17/2017 | Action | 0218 | FAX COPY | D031 | GREENBRIER INTERNATIONAL INC | 07/17/2017 03:53 PM | -5.00 |
| 07/15/2017 | System Action | SystemInvoice | Invoice : 1190271 | D030 | DOLLAR TREE STORES INC | 07/15/2017 10:49 PM | 44.00 |
| 07/15/2017 | System Action | SystemInvoice | Invoice : 1188312 | D015 | BRENNTAG SPECIALTIES, INC. | 07/15/2017 09:03 PM | 20.00 |

# Case History View

Calcasieu Parish, LA

| Date | System Action | Disbursement | Disbursement | Description | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 07/13/2017 | System Action | Disbursement | Disbursement: ApTransID #34098266 | | SHF. ORLEANS PH. | 20.00 | 07/13/2017 04:55 PM |
| 07/13/2017 | System Action | Disbursement | Disbursement: ApTransID #34098256 | | HON. H. LYNN JONES, II (1) | 84.48 | 07/13/2017 04:54 PM |
| 07/10/2017 | Filing | 2183 | Estimated Cost Worksheet | D006 | OLIN CORPORATION | 0.00 | 07/10/2017 10:22 AM |
| 07/10/2017 | Action | 0371 | CONFORMED COPY | D006 | OLIN CORPORATION | -3.00 | 07/10/2017 10:21 AM |
| 07/10/2017 | Tracking | 0309 | ### FROM JUDGE: | D006 | OLIN CORPORATION | | 07/10/2017 10:14 AM |
| 07/10/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 07/10/2017 09:03 AM |
| 07/10/2017 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 31.00 | 07/10/2017 08:53 AM |
| 07/07/2017 | Filing | 3981 | FAX CONFIRMATION | D030 | DOLLAR TREE STORES INC | -15.00 | 07/07/2017 03:56 PM |
| 07/07/2017 | Filing | 0521 | FAX FILE FEE | D030 | DOLLAR TREE STORES INC | -24.00 | 07/07/2017 03:55 PM |
| 07/07/2017 | Action | 0218 | FAX COPY | D030 | DOLLAR TREE STORES INC | -5.00 | 07/07/2017 03:55 PM |
| 07/07/2017 | Action | 0369 | *****SENT TO SUIT DEPT***** | P001 | PAULINE MARIE CITIZEN | | 07/07/2017 03:47 PM |
| 07/07/2017 | Tracking | 0309 | ### FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 07/07/2017 03:47 PM |
| 07/07/2017 | Action | 0840 | POSTAGE | D017 | COLGATE-PALMOLIVE COMPANY | -0.48 | 07/07/2017 12:00 PM |
| 07/07/2017 | Action | 0371 | CONFORMED COPY | D017 | COLGATE-PALMOLIVE COMPANY | -3.00 | 07/07/2017 12:00 PM |
| 07/07/2017 | Action | 0371 | CONFORMED COPY | D012 | AMERICAN TALC CO. | -3.00 | 07/07/2017 10:46 AM |
| 07/06/2017 | Filing | 0262 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 07/06/2017 02:41 PM |
| 07/06/2017 | Action | 0296 | COST LTR-PROCESSED- RE: | D017 | COLGATE-PALMOLIVE COMPANY | | 07/06/2017 02:40 PM |
| 07/05/2017 | Filing | 2209 | NOTICE on HEARING | D015 | BRENNTAG SPECIALTIES, INC. | -160.00 | 07/06/2017 01:55 PM |
| 07/06/2017 | Generated Document | 9999 | NOTICE OF SERVICE | D012 | AMERICAN TALC CO. | | 07/06/2017 12:56 PM |
| 06/09/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | D012 | AMERICAN TALC CO. | -6.00 | 07/06/2017 12:56 PM |
| 06/09/2017 | Action | 0609 | SERVICE RETURN | D012 | AMERICAN TALC CO. | -20.00 | 07/06/2017 12:56 PM |
| 07/06/2017 | Tracking | 2104 | Track Document | D012 | AMERICAN TALC CO. | | 07/06/2017 12:55 PM |
| 07/06/2017 | Tracking | 0308 | ### TO JUDGE: | D006 | OLIN CORPORATION | | 07/06/2017 10:06 AM |
| 07/06/2017 | Filing | 0533 | PART.DISMISSAL/ | D006 | OLIN CORPORATION | -10.00 | 07/06/2017 10:01 AM |
| 07/05/2017 | Filing | 2183 | Estimated Cost Worksheet | P001 | PAULINE MARIE CITIZEN | 0.00 | 07/05/2017 11:55 AM |
| 07/05/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 07/05/2017 11:55 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 06/12/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 07/03/2017 01:40 PM |
| 06/12/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 07/03/2017 01:40 PM |
| 06/12/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 07/03/2017 01:40 PM |
| 07/03/2017 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 07/03/2017 01:39 PM |
| 07/03/2017 | Action | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 07/03/2017 01:34 PM |
| 07/03/2017 | Filing | 0049 | MOTION | P001 | PAULINE MARIE CITIZEN | -10.00 | 07/03/2017 01:33 PM |
| 07/03/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 07/03/2017 01:33 PM |
| 07/03/2017 | Tracking | 0309 | ## FROM JUDGE: | | PAULINE MARIE CITIZEN | | 07/03/2017 08:37 AM |
| 06/30/2017 | System Action | Disbursement | Disbursement: ApTransID #34081035 | | HON. H. LYNN JONES, II    (1) | 227.00 | 07/03/2017 05:58 PM |
| 06/30/2017 | Filing | 0238 | LETTER REQUESTING SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 06/30/2017 02:50 PM |
| 06/30/2017 | Filing | 0079 | FILE EXCEPTION | D012 | AMERICAN TALC CO. | -10.00 | 06/30/2017 11:01 AM |
| 06/30/2017 | Filing | 0262 | LETTER | D012 | AMERICAN TALC CO. | -6.00 | 06/30/2017 11:00 AM |
| 06/28/2017 | Action | 4002 | Deposit - Advanced Deposit | D004 | FORD MOTOR COMPANY | 16.48 | 06/28/2017 08:24 AM |
| 06/27/2017 | Filing | 2208 | Cost Letter | D017 | COLGATE-PALMOLIVE COMPANY | 0.00 | 06/27/2017 08:47 AM |
| 06/26/2017 | Filing | 2208 | VOID - Cost Letter | D017 | COLGATE-PALMOLIVE COMPANY | 0.00 | 06/26/2017 03:58 PM |
| 06/26/2017 | Filing | 0052 | ANSWER | D017 | COLGATE-PALMOLIVE COMPANY | -14.00 | 06/26/2017 03:57 PM |
| 06/26/2017 | Filing | 0262 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -10.00 | 06/26/2017 03:57 PM |
| 06/26/2017 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 228.00 | 06/26/2017 11:08 AM |
| 06/26/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 195.00 | 06/26/2017 09:05 AM |
| 06/23/2017 | System Action | Disbursement | Disbursement: ApTransID #34058590 | | HON. H. LYNN JONES, II    (1) | 268.00 | 06/23/2017 04:51 PM |
| 06/23/2017 | Filing | 2183 | Estimated Cost Worksheet | D004 | FORD MOTOR COMPANY | 0.00 | 06/23/2017 04:16 PM |
| 06/23/2017 | Filing | 0597 | 597 COST VERIFICATION CERTIFICATE | D004 | FORD MOTOR COMPANY | -15.00 | 06/23/2017 04:16 PM |
| 06/23/2017 | Action | 0371 | CONFORMED COPY | D004 | FORD MOTOR COMPANY | 0.00 | 06/23/2017 04:15 PM |
| 06/23/2017 | Tracking | 0309 | ## FROM JUDGE: | D004 | FORD MOTOR COMPANY | -3.00 | 06/23/2017 04:00 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Code2 | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 06/23/2017 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 06/23/2017 03:09 PM |
| 06/23/2017 | Tracking | 0308 | ### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 06/23/2017 02:05 PM |
| 06/23/2017 | Filing | 0046 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 06/23/2017 02:04 PM |
| 06/23/2017 | Filing | 0533 | PART.DISMISSAL/ | P001 | PAULINE MARIE CITIZEN | -10.00 | 06/23/2017 02:01 PM |
| 06/23/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 06/23/2017 01:56 PM |
| 06/23/2017 | Filing | 0079 | FILE EXCEPTION | D009 | JOHNSON & JOHNSON | -18.00 | 06/23/2017 12:47 PM |
| 06/19/2017 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 06/23/2017 12:46 PM |
| 06/23/2017 | Tracking | 0308 | ### TO JUDGE: | D004 | FORD MOTOR COMPANY | | 06/21/2017 03:22 PM |
| 06/19/2017 | Filing | 0533 | PART.DISMISSAL/ | D004 | FORD MOTOR COMPANY | -10.00 | 06/21/2017 03:19 PM |
| 06/16/2017 | Filing | 0262 | LETTER | D004 | FORD MOTOR COMPANY | -6.00 | 06/21/2017 03:16 PM |
| 06/21/2017 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 228.00 | 06/21/2017 08:42 AM |
| 06/21/2017 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 101.00 | 06/21/2017 08:40 AM |
| 06/20/2017 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 06/20/2017 03:23 PM |
| 06/16/2017 | Filing | 0079 | FILE EXCEPTION | D009 | JOHNSON & JOHNSON | -18.00 | 06/20/2017 11:51 AM |
| 06/16/2017 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 06/20/2017 11:50 AM |
| 06/19/2017 | Filing | 3981 | FAX CONFIRMATION | D009 | JOHNSON & JOHNSON | -15.00 | 06/19/2017 03:52 PM |
| 06/19/2017 | Filing | 0521 | FAX FILE FEE | D009 | JOHNSON & JOHNSON | -30.00 | 06/19/2017 03:51 PM |
| 06/19/2017 | Action | 0218 | FAX COPY | D009 | JOHNSON & JOHNSON | -5.00 | 06/19/2017 03:51 PM |
| 06/19/2017 | Filing | 3981 | FAX CONFIRMATION | D004 | FORD MOTOR COMPANY | -15.00 | 06/19/2017 09:40 AM |
| 06/18/2017 | Filing | 0521 | FAX FILE FEE | D004 | FORD MOTOR COMPANY | -16.00 | 06/19/2017 09:40 AM |
| 06/18/2017 | Action | 0218 | FAX COPY | D004 | FORD MOTOR COMPANY | -5.00 | 06/19/2017 09:39 AM |
| 06/19/2017 | System Action | SystemInvoice | Invoice : 1180747 | D014 | BRENNTAG NORTH AMERICA INC. | 195.00 | 06/18/2017 02:32 AM |
| 06/18/2017 | System Action | SystemInvoice | Invoice : 1176203 | D004 | FORD MOTOR COMPANY | 16.48 | 06/18/2017 10:47 PM |
| 06/18/2017 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 06/18/2017 04:12 PM |
| 06/18/2017 | Filing | 3981 | VOID – FAX CONFIRMATION | D009 | JOHNSON & JOHNSON | -15.00 | 06/18/2017 11:48 AM |
| 06/18/2017 | Filing | 3981 | FAX CONFIRMATION | D009 | JOHNSON & JOHNSON | -15.00 | 06/16/2017 11:46 AM |
| 06/16/2017 | Filing | 0521 | FAX FILE FEE | D009 | JOHNSON & JOHNSON | -30.00 | 06/16/2017 11:46 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Amount | Date/Time |
|------|------|------|-------------|-------|--------|-----------|
| 06/16/2017 | Action | 0218 | FAX COPY | D009 | JOHNSON & JOHNSON | -5.00 | 06/16/2017 11:45 AM |
| 06/15/2017 | System Action | Disbursement | Disbursement: ApTransID #34058673 | | LOUISIANA STATE TREASURER | 24.00 | 06/15/2017 04:39 PM |
| 06/15/2017 | System Action | Disbursement | Disbursement: ApTransID #34058669 | | HON. H. LYNN JONES, II (1) | 591.32 | 06/15/2017 04:38 PM |
| 06/14/2017 | Filing | 2208 | Cost Letter | D004 | FORD MOTOR COMPANY | 0.00 | 06/14/2017 02:07 PM |
| 06/14/2017 | Filing | 0048 | FILE ORDER | D004 | FORD MOTOR COMPANY | -6.00 | 06/14/2017 02:06 PM |
| 06/14/2017 | Filing | 0633 | PART.DISMISSAL/ | D004 | FORD MOTOR COMPANY | -10.00 | 06/14/2017 02:05 PM |
| 06/14/2017 | Filing | 0262 | LETTER | D004 | FORD MOTOR COMPANY | -6.00 | 06/14/2017 02:04 PM |
| 06/14/2017 | Action | 4002 | Deposit - Advanced Deposit | D024 | BRISTOL-MYERS SQUIBB COMPANY | 131.00 | 06/14/2017 11:16 AM |
| 06/14/2017 | Action | 0371 | CONFORMED COPY | D024 | BRISTOL-MYERS SQUIBB COMPANY | -3.00 | 06/14/2017 09:46 AM |
| 06/14/2017 | Action | 0371 | CONFORMED COPY | D029 | YVES SAINT LAURENT AMERICA, INC. | -3.00 | 06/14/2017 09:33 AM |
| 06/14/2017 | Action | 4002 | Deposit - Advanced Deposit | D029 | YVES SAINT LAURENT AMERICA, INC. | 131.00 | 06/14/2017 09:15 AM |
| 06/13/2017 | Action | 0840 | POSTAGE | P001 | PAULINE MARIE CITIZEN | -2.66 | 06/13/2017 01:49 PM |
| 06/13/2017 | System Action | Disbursement | Disbursement: ApTransID #34053276 | | SHF: E.B.R.PH. | 23.36 | 06/13/2017 01:09 PM |
| 06/08/2017 | Filing | 0269 | REQUEST FOR NOTICE | D029 | YVES SAINT LAURENT AMERICA, INC. | -6.00 | 06/13/2017 12:42 PM |
| 06/08/2017 | Filing | 0052 | ANSWER | D029 | YVES SAINT LAURENT AMERICA, INC. | -42.00 | 06/13/2017 12:41 PM |
| 06/08/2017 | Filing | 0262 | LETTER | D029 | YVES SAINT LAURENT AMERICA, INC. | -6.00 | 06/13/2017 12:40 PM |
| 06/08/2017 | Filing | 0269 | REQUEST FOR NOTICE | D024 | BRISTOL-MYERS SQUIBB COMPANY | -6.00 | 06/13/2017 12:15 PM |
| 06/08/2017 | Filing | 0052 | ANSWER | D024 | BRISTOL-MYERS SQUIBB COMPANY | -42.00 | 06/13/2017 12:14 PM |
| 06/08/2017 | Filing | 0262 | LETTER | D024 | BRISTOL-MYERS SQUIBB COMPANY | -6.00 | 06/13/2017 12:13 PM |
| 06/12/2017 | Action | 0044 | SHF: E.B.R.PH. | P001 | PAULINE MARIE CITIZEN | -23.36 | 06/12/2017 03:56 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 06/12/2017 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -50.00 | 06/12/2017 03:52 PM |
| 06/06/2017 | Action | 0037 | STATE TREASURER | P001 | PAULINE MARIE CITIZEN | -24.00 | 06/12/2017 03:47 PM |
| 06/12/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 06/12/2017 03:47 PM |
| 06/12/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 06/12/2017 03:42 PM |
| 06/12/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 06/12/2017 03:33 PM |
| 06/12/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 205.00 | 06/12/2017 10:40 AM |
| 06/12/2017 | Filing | 2038 | Note with attachment | D014 | BRENNTAG NORTH AMERICA INC. | 0.00 | 06/12/2017 10:12 AM |
| 06/12/2017 | Action | 0371 | CONFORMED COPY | D012 | AMERICAN TALC CO. | -3.00 | 06/12/2017 08:47 AM |
| 06/09/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D012 | AMERICAN TALC CO. | | 06/09/2017 02:56 PM |
| 06/09/2017 | Tracking | 0309 | ## FROM JUDGE: | D012 | AMERICAN TALC CO. | | 06/09/2017 02:56 PM |
| 06/09/2017 | Action | 4002 | Deposit - Advanced Deposit | D012 | AMERICAN TALC CO. | 162.00 | 06/09/2017 01:52 PM |
| 06/09/2017 | Action | 0840 | POSTAGE | D012 | AMERICAN TALC CO. | -2.66 | 06/09/2017 11:03 AM |
| 06/09/2017 | Action | 1700 | RULE | D012 | AMERICAN TALC CO. | -20.00 | 06/09/2017 10:49 AM |
| 06/09/2017 | Generated Document | 0005 | CERTIFIED COPIES | D012 | AMERICAN TALC CO. | -5.00 | 06/09/2017 10:10 AM |
| 06/09/2017 | Action | 0371 | CONFORMED COPY | D012 | AMERICAN TALC CO. | -3.00 | 06/09/2017 10:10 AM |
| 06/09/2017 | Action | 3981 | FAX CONFIRMATION | D029 | YVES SAINT LAURENT AMERICA, INC. | -15.00 | 06/09/2017 09:16 AM |
| 06/08/2017 | Filing | 0521 | FAX FILE FEE | D029 | YVES SAINT LAURENT AMERICA, INC. | -54.00 | 06/09/2017 09:16 AM |
| 06/08/2017 | Action | 0218 | FAX COPY | D029 | YVES SAINT LAURENT AMERICA, INC. | -5.00 | 06/09/2017 09:15 AM |
| 06/08/2017 | System Action | Disbursement | Disbursement  ApTransID #34047635 | | HON. H. LYNN JONES, II    (1) | 728.00 | 06/08/2017 04:55 PM |
| 06/08/2017 | Filing | 3981 | FAX CONFIRMATION | D024 | BRISTOL-MYERS SQUIBB COMPANY | -15.00 | 06/08/2017 04:52 PM |
| 06/08/2017 | Filing | 0521 | FAX FILE FEE | D024 | BRISTOL-MYERS SQUIBB COMPANY | -54.00 | 06/08/2017 04:51 PM |
| 06/08/2017 | Filing | 0218 | FAX COPY | D024 | BRISTOL-MYERS SQUIBB COMPANY | -5.00 | 06/08/2017 04:50 PM |
| 06/08/2017 | Action | 0371 | CONFORMED COPY | D013 | BEACON CMP CORPORATION | -3.00 | 06/08/2017 02:53 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | NOTICE on HEARING | Code2 | Party | Amount | DateTime |
|---|---|---|---|---|---|---|---|
| 06/08/2017 | Filing | 2209 | NOTICE on HEARING | D014 | BRENNTAG NORTH AMERICA INC. | -195.00 | 06/08/2017 01:17 PM |
| 06/08/2017 | Action | 0371 | CONFORMED COPY | D016 | CHARLES B. CHRYSTAL CO., INC. | -3.00 | 06/08/2017 01:13 PM |
| 06/08/2017 | Action | 0005 | CERTIFIED COPIES | D016 | CHARLES B. CHRYSTAL CO., INC. | -5.00 | 06/08/2017 01:11 PM |
| 06/08/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | | 06/08/2017 11:00 AM |
| 06/08/2017 | Tracking | 0309 | ## FROM JUDGE: | D012 | AMERICAN TALC CO. | | 06/08/2017 11:00 AM |
| 06/08/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D012 | AMERICAN TALC CO. | | 06/08/2017 10:57 AM |
| 06/08/2017 | Tracking | 0309 | ## FROM JUDGE: | D012 | AMERICAN TALC CO. | | 06/08/2017 10:56 AM |
| 06/08/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D016 | CHARLES B. CHRYSTAL CO., INC. | | 06/08/2017 10:43 AM |
| 06/08/2017 | Tracking | 0309 | ## FROM JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 06/08/2017 10:43 AM |
| 06/08/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D013 | BEACON CMP CORPORATION | | 06/08/2017 10:42 AM |
| 06/08/2017 | Tracking | 0309 | ## FROM JUDGE: | D013 | BEACON CMP CORPORATION | | 06/08/2017 10:41 AM |
| 06/08/2017 | Tracking | 0308 | #### TO JUDGE: | D012 | AMERICAN TALC CO. | | 06/08/2017 10:38 AM |
| 06/08/2017 | Filing | 0050 | FILE AFFIDAVIT | D012 | AMERICAN TALC CO. | -10.00 | 06/08/2017 10:31 AM |
| 06/08/2017 | Filing | 0048 | FILE ORDER | D012 | AMERICAN TALC CO. | -6.00 | 06/08/2017 10:30 AM |
| 06/08/2017 | Filing | 0049 | MOTION | D012 | AMERICAN TALC CO. | -10.00 | 06/08/2017 10:30 AM |
| 06/08/2017 | Filing | 0262 | LETTER | D012 | AMERICAN TALC CO. | -5.00 | 06/08/2017 10:30 AM |
| 06/07/2017 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 06/07/2017 04:29 PM |
| 06/07/2017 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 232.00 | 06/07/2017 10:20 AM |
| 06/07/2017 | Action | 4002 | Deposit - Advanced Deposit | D012 | AMERICAN TALC CO. | 376.00 | 06/07/2017 09:19 AM |
| 06/07/2017 | Action | 0371 | CONFORMED COPY | D023 | AVON PRODUCTS, INC | -3.00 | 06/06/2017 04:16 PM |
| 06/07/2017 | Tracking | 0308 | #### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 06/06/2017 04:03 PM |
| 06/06/2017 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 06/06/2017 03:58 PM |
| 06/06/2017 | Filing | 0568 | SUPPLEMENTAL/AMENDING PETITION | P001 | PAULINE MARIE CITIZEN | -14.00 | 06/06/2017 03:58 PM |
| 06/06/2017 | Filing | 0238 | LETTER REQUESTING SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 06/06/2017 03:58 PM |
| 06/05/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D023 | AVON PRODUCTS, INC | -6.00 | 06/05/2017 11:14 AM |
| 06/05/2017 | Filing | 0079 | FILE EXCEPTION | D023 | AVON PRODUCTS, INC | -86.00 | 06/05/2017 11:13 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|
| 06/05/2017 | Filing | 0262 | LETTER | D023 | AVON PRODUCTS, INC | -6.00 | 06/06/2017 11:12 AM |
| 05/25/2017 | Filing | 0079 | FILE EXCEPTION | D009 | JOHNSON & JOHNSON | -22.00 | 06/06/2017 11:07 AM |
| 05/25/2017 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | -6.00 | 06/06/2017 11:08 AM |
| 06/06/2017 | Action | 4002 | Deposit - Advanced Deposit | D016 | CHARLES B. CHRYSTAL CO., INC. | 85.00 | 06/06/2017 11:02 AM |
| 06/06/2017 | Action | 4002 | Deposit - Advanced Deposit | D016 | CHARLES B. CHRYSTAL CO., INC. | 181.00 | 06/06/2017 10:59 AM |
| 06/06/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 06/06/2017 09:50 AM |
| 06/06/2017 | Action | 0308 | ### TO JUDGE: | D012 | AMERICAN TALC CO. | | 06/05/2017 04:17 PM |
| 05/23/2017 | Filing | 0039 | FILE EXHIBITS | D012 | AMERICAN TALC CO. | -64.00 | 06/05/2017 04:16 PM |
| 05/23/2017 | Filing | 0146 | MEMORANDUM | D012 | AMERICAN TALC CO. | -200.00 | 06/05/2017 04:15 PM |
| 05/23/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D012 | AMERICAN TALC CO. | -6.00 | 06/05/2017 04:14 PM |
| 05/23/2017 | Filing | 0079 | FILE EXCEPTION | D012 | AMERICAN TALC CO. | -6.00 | 06/05/2017 04:13 PM |
| 05/23/2017 | Filing | 0262 | LETTER | D012 | AMERICAN TALC CO. | -6.00 | 06/05/2017 04:12 PM |
| 05/30/2017 | Filing | 4010 | Adv Deposit by Credit Card | D023 | AVON PRODUCTS, INC | 181.00 | 06/05/2017 12:52 PM |
| 06/05/2017 | Action | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | | 06/05/2017 10:47 AM |
| 06/05/2017 | Tracking | 0309 | ### FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 06/05/2017 10:46 AM |
| 06/05/2017 | Tracking | 0308 | ### TO JUDGE: | D016 | CHARLES B. CHRYSTAL CO., INC. | | 06/05/2017 09:52 AM |
| 06/05/2017 | Tracking | 0269 | REQUEST FOR NOTICE | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 06/05/2017 09:51 AM |
| 05/23/2017 | Filing | 0039 | FILE EXHIBITS | D016 | CHARLES B. CHRYSTAL CO., INC. | -2.00 | 06/05/2017 09:50 AM |
| 05/23/2017 | Filing | 0146 | MEMORANDUM | D016 | CHARLES B. CHRYSTAL CO., INC. | -42.00 | 06/05/2017 09:49 AM |
| 05/23/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 06/05/2017 09:48 AM |
| 05/23/2017 | Filing | 0079 | FILE EXCEPTION | D016 | CHARLES B. CHRYSTAL CO., INC. | -10.00 | 06/05/2017 09:48 AM |
| 05/23/2017 | Filing | 0262 | LETTER | D016 | CHARLES B. CHRYSTAL CO., INC. | -6.00 | 06/05/2017 09:47 AM |
| 06/02/2017 | Action | 4002 | Deposit - Advanced Deposit | D016 | BEACON CMP CORPORATION | 254.00 | 06/02/2017 12:15 PM |
| 06/01/2017 | Action | 0308 | ### TO JUDGE: | D013 | BEACON CMP CORPORATION | | 06/01/2017 12:20 PM |
| 06/01/2017 | Tracking | 0146 | MEMORANDUM | D013 | BEACON CMP CORPORATION | -38.00 | 06/01/2017 12:18 PM |
| 05/24/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D013 | BEACON CMP CORPORATION | -6.00 | 06/01/2017 12:16 PM |
| 05/24/2017 | Filing | 0079 | FILE EXCEPTION | D013 | BEACON CMP CORPORATION | -6.00 | 06/01/2017 12:16 PM |
| 05/24/2017 | Filing | 0262 | LETTER | D013 | BEACON CMP CORPORATION | -6.00 | 06/01/2017 12:15 PM |

# Case History View

Calcasieu Parish, LA

| Date | System Action | Disbursement | Disbursement: ApTransID | | Name | | Date/Time |
|---|---|---|---|---|---|---|---|
| 05/31/2017 | Tracking | 0308 | ### TO JUDGE: ApTransID #34032525 | | HON. H. LYNN JONES, II (1) | 346.00 | 05/31/2017 04:47 PM |
| 05/30/2017 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/30/2017 10:51 AM |
| 05/30/2017 | Filing | 0568 | SUPPLEMENTAL/AMENDING PETITION | P001 | PAULINE MARIE CITIZEN | -10.00 | 05/30/2017 10:50 AM |
| 05/30/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/30/2017 10:49 AM |
| 05/26/2017 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 63.00 | 05/30/2017 10:49 AM |
| 05/26/2017 | Action | 3981 | FAX CONFIRMATION | D004 | FORD MOTOR COMPANY | -15.00 | 05/26/2017 09:50 AM |
| 05/25/2017 | Action | 0521 | FAX FILE FEE | D004 | FORD MOTOR COMPANY | -30.00 | 05/26/2017 09:49 AM |
| 05/25/2017 | Action | 0218 | FAX COPY | D004 | JOHNSON & JOHNSON | -5.00 | 05/26/2017 09:48 AM |
| 05/25/2017 | Action | 0371 | CONFORMED COPY | D009 | JOHNSON & JOHNSON | -3.00 | 05/25/2017 04:22 PM |
| 05/25/2017 | Filing | 0052 | ANSWER | D009 | FORD MOTOR COMPANY | -14.00 | 05/25/2017 12:08 PM |
| 05/25/2017 | Filing | 0262 | LETTER | D004 | FORD MOTOR COMPANY | -6.00 | 05/25/2017 12:06 PM |
| 05/22/2017 | Filing | 3981 | FAX CONFIRMATION | D004 | BEACON CMP CORPORATION | -15.00 | 05/25/2017 09:21 AM |
| 05/22/2017 | Filing | 0521 | FAX FILE FEE | D013 | BEACON CMP CORPORATION | -50.00 | 05/25/2017 09:20 AM |
| 05/24/2017 | Filing | 0218 | FAX COPY | D013 | BEACON CMP CORPORATION | -5.00 | 05/25/2017 09:19 AM |
| 05/24/2017 | Filing | 3981 | FAX CONFIRMATION | D012 | AMERICAN TALC CO. | -118.00 | 05/23/2017 02:48 PM |
| 05/23/2017 | Filing | 0521 | FAX FILE FEE | D012 | AMERICAN TALC CO. | -15.00 | 05/23/2017 02:48 PM |
| 05/23/2017 | Filing | 0218 | FAX COPY | D012 | AMERICAN TALC CO. | -5.00 | 05/23/2017 02:47 PM |
| 05/23/2017 | Filing | 3981 | FAX CONFIRMATION | D013 | CHARLES B. CHRYSTAL CO., INC. | -66.00 | 05/23/2017 02:47 PM |
| 05/23/2017 | Action | 0521 | FAX COPY | D016 | CHARLES B. CHRYSTAL CO., INC. | -5.00 | 05/23/2017 02:44 PM |
| 05/23/2017 | Filing | 0218 | FAX FILE FEE | D016 | CHARLES B. CHRYSTAL CO., INC. | -15.00 | 05/23/2017 02:44 PM |
| 05/23/2017 | Action | 9999 | FAX CONFIRMATION | D016 | PAULINE MARIE CITIZEN | | 05/23/2017 02:43 PM |
| 05/23/2017 | Filing | 0371 | NOTICE OF SERVICE | P001 | COLGATE-PALMOLIVE COMPANY | -3.00 | 05/23/2017 02:43 PM |
| 05/01/2017 | Action | 0475 | CONFORMED COPY | D017 | PAULINE MARIE CITIZEN | -6.00 | 05/23/2017 01:13 PM |
| 05/23/2017 | Generated Document | 0509 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | | 05/23/2017 01:13 PM |
| 05/01/2017 | Action | 2104 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 05/23/2017 01:13 PM |
| 05/01/2017 | Action | | Track Document | P001 | | | 05/23/2017 01:12 PM |

# Case History View

Calcasieu Parish, LA

| Date | Action | Code | Description | Party Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 05/01/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/23/2017 01:11 PM |
| 05/01/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | | 05/23/2017 01:11 PM |
| 05/01/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 05/23/2017 01:11 PM |
| 05/23/2017 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 05/23/2017 01:10 PM |
| 05/01/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/23/2017 01:10 PM |
| 05/01/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | | 05/23/2017 01:10 PM |
| 05/01/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 05/23/2017 01:10 PM |
| 05/23/2017 | Tracking | 2104 | Track Document | P001 | COLGATE-PALMOLIVE COMPANY | 27.00 | 05/23/2017 10:56 AM |
| 05/23/2017 | Action | 4002 | Deposit - Advanced Deposit | D017 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -10.00 | 05/23/2017 10:17 AM |
| 05/19/2017 | Filing | 0048 | FILE ORDER | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -4.00 | 05/23/2017 10:17 AM |
| 05/19/2017 | Filing | 0039 | FILE EXHIBITS | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -6.00 | 05/23/2017 10:16 AM |
| 05/19/2017 | Filing | 0049 | MOTION | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -15.00 | 05/23/2017 10:16 AM |
| 05/22/2017 | Filing | 3981 | FAX CONFIRMATION | D004 | FORD MOTOR COMPANY | -20.00 | 05/22/2017 12:33 PM |
| 05/22/2017 | Filing | 0521 | FAX FILE FEE | D004 | FORD MOTOR COMPANY | -5.00 | 05/22/2017 12:32 PM |
| 05/22/2017 | Action | 0218 | FAX COPY | D004 | FORD MOTOR COMPANY | -10.00 | 05/22/2017 08:53 AM |
| 05/19/2017 | Filing | 0202 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -14.00 | 05/22/2017 08:53 AM |
| 05/19/2017 | Filing | 0052 | ANSWER | D017 | COLGATE-PALMOLIVE COMPANY | 205.00 | 05/22/2017 08:52 AM |
| 05/21/2017 | Filing | | Invoice : 1172985 | D014 | BRENNTAG NORTH AMERICA INC. | 20.00 | 05/21/2017 07:59 PM |
| 05/18/2017 | System Action | | Disbursement: ApTransID #34014867 | | SHF. ORLEANS PH. | 10.00 | 05/18/2017 04:46 PM |
| 05/18/2017 | System Action | | Disbursement: ApTransID #34014866 | | HON. H. LYNN JONES, II  (1) | -4.00 | 05/18/2017 04:45 PM |
| 05/10/2017 | Filing | 0411 | CLERK FEE | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | 05/15/2017 10:26 AM |
| 05/05/2017 | Generated Document | 9999 | NOTICE OF SERVICE | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | 05/15/2017 10:24 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 05/05/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -6.00 | 05/15/2017 10:23 AM |
| 05/05/2017 | Action | 0509 | SERVICE RETURN | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -20.00 | 05/15/2017 10:23 AM |
| 05/15/2017 | Tracking | 2104 | Track Document | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | 05/15/2017 10:23 AM |
| 05/11/2017 | System Action | | Disbursement: ApTransID #34003649 | | LOUISIANA STATE TREASURER | 24.00 | 05/11/2017 04:41 PM |
| 05/11/2017 | System Action | | Disbursement: ApTransID #34003623 | | HON. H. LYNN JONES, II    (1) | 1,150.00 | 05/11/2017 04:40 PM |
| 05/10/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 05/10/2017 09:25 AM |
| 05/08/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 143.00 | 05/09/2017 10:32 AM |
| 05/08/2017 | Filing | 2203 | EXCEPTIONS | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -30.00 | 05/09/2017 08:26 AM |
| 05/08/2017 | Filing | 2203 | EXCEPTIONS | D019 | WHITAKER, CLARK & DANIELS, INC. | -30.00 | 05/09/2017 08:26 AM |
| 05/08/2017 | Filing | 2203 | EXCEPTIONS | D018 | CYPRUS AMAX MINERALS CO. | -30.00 | 05/09/2017 08:26 AM |
| 05/08/2017 | Filing | 2203 | EXCEPTIONS | D015 | BRENNTAG SPECIALTIES, INC. | -30.00 | 05/09/2017 08:26 AM |
| 05/08/2017 | Filing | 2203 | EXCEPTIONS | D014 | BRENNTAG NORTH AMERICA INC. | -30.00 | 05/09/2017 08:26 AM |
| 05/08/2017 | Filing | 2203 | EXCEPTIONS | D011 | IMERYS TALC AMERICA, INC. | -30.00 | 05/09/2017 08:26 AM |
| 05/08/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | P001 | PAULINE MARIE CITIZEN | | 05/08/2017 03:35 PM |
| 05/08/2017 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 05/08/2017 03:35 PM |
| 05/08/2017 | Tracking | 0308 | #### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 05/05/2017 04:01 PM |
| 05/05/2017 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/05/2017 04:01 PM |
| 05/05/2017 | Filing | 0049 | MOTION | P001 | PAULINE MARIE CITIZEN | -10.00 | 05/05/2017 04:00 PM |
| 05/05/2017 | Filing | 0282 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/05/2017 03:59 PM |
| 05/05/2017 | Filing | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 05/05/2017 03:19 PM |
| 05/05/2017 | Action | 0528 | COPIES | D028 | PAULINE MARIE CITIZEN | -50.00 | 05/05/2017 09:26 AM |
| 05/05/2017 | Generated Document | 1700 | RULE | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -20.00 | 05/05/2017 08:18 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 05/05/2017 | Action | 0371 | CONFORMED COPY | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -3.00 | 05/05/2017 09:13 AM |
| 05/05/2017 | Action | 0371 | CONFORMED COPY | D006 | OLIN CORPORATION | -3.00 | 05/05/2017 08:34 AM |
| 05/04/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | P001 | PAULINE MARIE CITIZEN | | 05/04/2017 03:50 PM |
| 05/04/2017 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 05/04/2017 03:50 PM |
| 05/04/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | 05/04/2017 11:38 AM |
| 05/04/2017 | Tracking | 0309 | ## FROM JUDGE: | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | 05/04/2017 11:38 AM |
| 05/04/2017 | Action | 4002 | Deposit - Advanced Deposit | D006 | OLIN CORPORATION | 63.00 | 05/04/2017 10:38 AM |
| 05/03/2017 | Tracking | 0308 | ###### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 05/03/2017 10:54 AM |
| 05/02/2017 | Action | 0039 | FILE EXHIBITS | P001 | PAULINE MARIE CITIZEN | -18.00 | 05/03/2017 10:53 AM |
| 05/02/2017 | Filing | 0723 | MOTION TO ENROLL | P001 | PAULINE MARIE CITIZEN | -10.00 | 05/03/2017 10:53 AM |
| 05/02/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 05/03/2017 10:52 AM |
| 05/02/2017 | Filing | 0052 | ANSWER | D006 | OLIN CORPORATION | -10.00 | 05/02/2017 04:05 PM |
| 05/01/2017 | Filing | 0262 | LETTER | D006 | OLIN CORPORATION | -6.00 | 05/02/2017 04:04 PM |
| 05/01/2017 | Filing | 0371 | CONFORMED COPY | D018 | CYPRUS AMAX MINERALS CO. | -3.00 | 05/02/2017 12:49 PM |
| 05/02/2017 | Action | 0371 | CONFORMED COPY | D011 | IMERYS TALC AMERICA, INC. | -3.00 | 05/02/2017 12:49 PM |
| 05/02/2017 | Action | 0005 | CONFORMED COPY | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 05/02/2017 12:49 PM |
| 05/02/2017 | Action | 0005 | CERTIFIED COPIES | D011 | IMERYS TALC AMERICA, INC. | -10.00 | 05/02/2017 12:49 PM |
| 05/02/2017 | Action | 0371 | CONFORMED COPY | D018 | CYPRUS AMAX MINERALS CO. | -3.00 | 05/02/2017 12:46 PM |
| 05/02/2017 | Action | 0005 | CONFORMED COPY | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 05/02/2017 12:46 PM |
| 05/02/2017 | Action | 0005 | CERTIFIED COPIES | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 05/02/2017 12:46 PM |
| 05/02/2017 | Action | 4002 | Deposit - Advanced Deposit | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | 322.00 | 05/02/2017 10:29 AM |
| 05/01/2017 | Filing | 2209 | NOTICE on HEARING | D014 | BRENNTAG NORTH AMERICA INC. | -175.00 | 05/02/2017 09:23 AM |
| 05/02/2017 | Tracking | 0308 | ###### TO JUDGE: | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | 05/02/2017 09:09 AM |
| 05/01/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D018 | CYPRUS AMAX MINERALS CO. | | 05/01/2017 04:05 PM |
| 05/01/2017 | Tracking | 0309 | ## FROM JUDGE: | D018 | CYPRUS AMAX MINERALS CO. | | 05/01/2017 04:04 PM |

# Case History View

Calcasieu Parish, LA

| Date | Action Type | Code | Description | Party | Party Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 05/01/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D011 | IMERYS TALC AMERICA, INC. | | 05/01/2017 04:04 PM |
| 05/01/2017 | Tracking | 0309 | ## FROM JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 05/01/2017 04:04 PM |
| 05/01/2017 | System Action | Disbursement | Disbursement: ApTransID #33985341 | D001 | SHF, E.B.R.PH. | 88.08 | 05/01/2017 02:58 PM |
| 04/13/2017 | Action | 0037 | STATE TREASURER | P001 | PAULINE MARIE CITIZEN | -24.00 | 05/01/2017 02:32 PM |
| 05/01/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 05/01/2017 02:31 PM |
| 05/01/2017 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -45.00 | 05/01/2017 02:31 PM |
| 05/01/2017 | Action | 0528 | COPIES | P001 | PAULINE MARIE CITIZEN | -108.00 | 05/01/2017 02:28 PM |
| 05/01/2017 | Action | 0044 | SHF, E.B.R.PH. | P001 | PAULINE MARIE CITIZEN | -88.08 | 05/01/2017 02:26 PM |
| 05/01/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 05/01/2017 02:12 PM |
| 05/01/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 05/01/2017 02:01 PM |
| 05/01/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 05/01/2017 01:58 PM |
| 05/01/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 05/01/2017 01:50 PM |
| 05/01/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 05/01/2017 01:43 PM |
| 05/01/2017 | Generated Document | 1601 | VOID - CITATION/ 10 DAY | P001 | PAULINE MARIE CITIZEN | -20.00 | 05/01/2017 01:38 PM |
| 05/01/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 05/01/2017 01:32 PM |
| 05/01/2017 | Generated Document | 1601 | CITATION/ 10 DAY | P001 | PAULINE MARIE CITIZEN | -20.00 | 05/01/2017 01:22 PM |
| 05/01/2017 | Generated Document | 1601 | CITATION/ 10 DAY | P001 | PAULINE MARIE CITIZEN | -20.00 | 05/01/2017 01:11 PM |
| 05/01/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 05/01/2017 01:03 PM |
| 05/01/2017 | Generated Document | 1602 | VOID - CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 05/01/2017 12:55 PM |
| 05/01/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 05/01/2017 12:41 PM |
| 05/01/2017 | Filing | 3981 | FAX CONFIRMATION | D006 | OLIN CORPORATION | -15.00 | 05/01/2017 11:22 AM |
| 05/01/2017 | Filing | 0521 | FAX FILE FEE | D006 | OLIN CORPORATION | -22.00 | 05/01/2017 11:21 AM |
| 05/01/2017 | Action | 0218 | FAX COPY | D006 | OLIN CORPORATION | -5.00 | 05/01/2017 11:20 AM |
| 04/28/2017 | Filing | 0039 | FILE EXHIBITS | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -66.00 | 05/01/2017 10:26 AM |
| 04/28/2017 | Filing | 0146 | MEMORANDUM | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -54.00 | 05/01/2017 10:25 AM |
| 04/28/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -6.00 | 05/01/2017 10:24 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Party Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 04/28/2017 | Filing | 0079 | FILE EXCEPTION | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -14.00 | 05/01/2017 10:23 AM |
| 04/28/2017 | Filing | 0238 | LETTER REQUESTING SERVICE | D028 | VALEANT PHARMACEUTICALS NORTH AMERICA LLC | -10.00 | 05/01/2017 10:22 AM |
| 05/01/2017 | Action | 4002 | Deposit - Advanced Deposit | D028 | CYPRUS AMAX MINERALS CO. | 240.50 | 05/01/2017 09:17 AM |
| 04/28/2017 | System Action | Disbursement | Disbursement: ApTransID #33983248 | | HON. H. LYNN JONES, II (1) | 120.00 | 04/28/2017 04:45 PM |
| 04/28/2017 | Tracking | 0308 | !### TO JUDGE: | D011 | IMERYS TALC AMERICA, INC. | | 04/28/2017 10:55 AM |
| 04/28/2017 | Tracking | 0308 | !### TO JUDGE: | D018 | CYPRUS AMAX MINERALS CO. | | 04/28/2017 10:55 AM |
| 04/28/2017 | Action | 4002 | Deposit - Advanced Deposit | D011 | IMERYS TALC AMERICA, INC. | 240.50 | 04/28/2017 09:35 AM |
| 04/28/2017 | Filing | 0039 | FILE EXHIBITS | D018 | CYPRUS AMAX MINERALS CO. | -50.00 | 04/28/2017 09:30 AM |
| 04/25/2017 | Filing | 0050 | FILE AFFIDAVIT | D018 | CYPRUS AMAX MINERALS CO. | -6.00 | 04/27/2017 09:29 AM |
| 04/25/2017 | Filing | 0146 | MEMORANDUM | D018 | CYPRUS AMAX MINERALS CO. | -42.00 | 04/27/2017 09:29 AM |
| 04/25/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D018 | CYPRUS AMAX MINERALS CO. | -6.00 | 04/27/2017 09:29 AM |
| 04/25/2017 | Filing | 0079 | FILE EXCEPTION | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 04/27/2017 09:29 AM |
| 04/25/2017 | Filing | 0262 | LETTER | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 04/27/2017 09:27 AM |
| 04/25/2017 | Filing | 0079 | FILE EXCEPTION | D011 | IMERYS TALC AMERICA, INC. | -50.00 | 04/27/2017 09:27 AM |
| 04/25/2017 | Filing | 0262 | LETTER | D011 | IMERYS TALC AMERICA, INC. | -50.00 | 04/26/2017 04:15 PM |
| 04/25/2017 | Filing | 0146 | MEMORANDUM | D011 | IMERYS TALC AMERICA, INC. | -6.00 | 04/26/2017 04:14 PM |
| 04/25/2017 | Filing | 0050 | FILE AFFIDAVIT | D011 | IMERYS TALC AMERICA, INC. | -42.00 | 04/26/2017 04:14 PM |
| 04/25/2017 | Filing | 0039 | FILE EXHIBITS | D011 | IMERYS TALC AMERICA, INC. | -6.00 | 04/26/2017 04:13 PM |
| 04/25/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D011 | IMERYS TALC AMERICA, INC. | -6.00 | 04/26/2017 04:13 PM |
| 04/25/2017 | Filing | 0262 | LETTER | D011 | IMERYS TALC AMERICA, INC. | -10.00 | 04/26/2017 04:12 PM |
| 04/20/2017 | System Action | Disbursement | Disbursement: ApTransID #33986968 | | HON. H. LYNN JONES, II (1) | 34.00 | 04/20/2017 04:52 PM |
| 04/18/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | P001 | PAULINE MARIE CITIZEN | | 04/18/2017 12:44 PM |
| 04/18/2017 | Tracking | 0309 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 04/18/2017 12:43 PM |
| 04/18/2017 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 850.00 | 04/18/2017 10:24 AM |
| 04/17/2017 | Tracking | 0308 | !### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | | 04/17/2017 09:56 AM |
| 04/13/2017 | Filing | 0048 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -6.00 | 04/17/2017 09:26 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 04/13/2017 | Filing | 0568 | SUPPLEMENTAL/AMENDING PETITION | P001 | PAULINE MARIE CITIZEN | -22.00 | 04/17/2017 09:25 AM |
| 04/13/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 04/17/2017 09:24 AM |
| 04/16/2017 | System Action | SystemInvoice | Invoice : 1164819 | D014 | BRENNTAG NORTH AMERICA INC. | 143.00 | 04/16/2017 02:53 PM |
| 04/13/2017 | System Action | Disbursement | Disbursement: ApTransId #33959646 | D019 | HON. H. LYNN JONES, II (1) | 77.00 | 04/13/2017 04:38 PM |
| 04/13/2017 | Action | 0371 | CONFORMED COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -3.00 | 04/13/2017 11:29 AM |
| 04/12/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D012 | AMERICAN TALC CO. | | 04/12/2017 11:05 AM |
| 04/12/2017 | Tracking | 0309 | ## FROM JUDGE: | D012 | AMERICAN TALC CO. | | 04/12/2017 11:04 AM |
| 04/12/2017 | Action | 4002 | Deposit - Advanced Deposit | D012 | AMERICAN TALC CO. | 67.00 | 04/12/2017 08:55 AM |
| 04/12/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | WHITAKER, CLARK & DANIELS, INC. | 59.00 | 04/12/2017 08:16 AM |
| 04/04/2017 | Filing | 0039 | FILE EXHIBITS | D019 | WHITAKER, CLARK & DANIELS, INC. | -2.00 | 04/11/2017 08:49 AM |
| 04/04/2017 | Filing | 0146 | MEMORANDUM | D019 | WHITAKER, CLARK & DANIELS, INC. | -10.00 | 04/11/2017 08:48 AM |
| 04/10/2017 | Filing | 0262 | LETTER | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 04/11/2017 08:47 AM |
| 04/11/2017 | Tracking | 0308 | ### TO JUDGE: | D012 | AMERICAN TALC CO. | | 04/10/2017 03:51 PM |
| 04/05/2017 | Filing | 0048 | FILE ORDER | D012 | AMERICAN TALC CO. | -6.00 | 04/10/2017 03:49 PM |
| 04/05/2017 | Filing | 0049 | MOTION | D012 | AMERICAN TALC CO. | -6.00 | 04/10/2017 03:48 PM |
| 04/10/2017 | Filing | 0262 | LETTER | D012 | AMERICAN TALC CO. | -6.00 | 04/10/2017 03:46 PM |
| 04/06/2017 | System Action | Disbursement | Disbursement: ApTransID #33949095 | D019 | HON. H. LYNN JONES, II (1) | 193.00 | 04/06/2017 04:45 PM |
| 04/05/2017 | Filing | 2203 | EXCEPTIONS | D014 | BRENNTAG NORTH AMERICA INC. | -155.00 | 04/05/2017 04:14 PM |
| 04/05/2017 | Filing | 3981 | FAX CONFIRMATION | D012 | AMERICAN TALC CO. | -15.00 | 04/05/2017 12:51 PM |
| 04/05/2017 | Filing | 0521 | FAX FILE FEE | D012 | AMERICAN TALC CO. | -18.00 | 04/05/2017 12:50 PM |
| 04/05/2017 | Action | 0218 | FAX COPY | D012 | AMERICAN TALC CO. | -5.00 | 04/05/2017 12:50 PM |
| 04/04/2017 | Filing | 3981 | FAX CONFIRMATION | D019 | WHITAKER, CLARK & DANIELS, INC. | -15.00 | 04/04/2017 04:04 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 04/04/2017 | Filing | 0521 | FAX FILE FEE | D019 | WHITAKER, CLARK & DANIELS, INC. | -18.00 | 04/04/2017 04:04 PM |
| 04/04/2017 | Action | 0218 | FAX COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 04/04/2017 04:03 PM |
| 04/04/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 68.00 | 04/04/2017 10:52 AM |
| 04/04/2017 | Action | 4002 | Deposit - Advanced Deposit | D015 | BRENNTAG SPECIALTIES, INC. | 68.00 | 04/04/2017 10:51 AM |
| 04/04/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | WHITAKER, CLARK & DANIELS, INC. | 71.00 | 04/04/2017 10:50 AM |
| 03/31/2017 | System Action | Disbursement | Disbursement: ApTransID #33938229 | | HON. H. LYNN JONES, II    (1) | 377.00 | 03/31/2017 04:57 PM |
| 03/31/2017 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 03/31/2017 08:45 AM |
| 03/30/2017 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 12.00 | 03/30/2017 10:26 AM |
| 03/27/2017 | Filing | 2038 | Note with attachment | D017 | COLGATE-PALMOLIVE COMPANY | 0.00 | 03/29/2017 09:15 AM |
| 03/27/2017 | Action | 0005 | CERTIFIED COPIES | D014 | BRENNTAG NORTH AMERICA INC. | -8.00 | 03/27/2017 02:10 PM |
| 03/27/2017 | Action | 0371 | CONFORMED COPY | D014 | BRENNTAG NORTH AMERICA INC. | -3.00 | 03/27/2017 02:09 PM |
| 03/27/2017 | Action | 0005 | CERTIFIED COPIES | D019 | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 03/27/2017 12:48 PM |
| 03/27/2017 | Action | 0371 | CONFORMED COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -3.00 | 03/27/2017 12:46 PM |
| 03/23/2017 | Filing | 2203 | EXCEPTIONS | D014 | BRENNTAG NORTH AMERICA INC. | -165.00 | 03/27/2017 10:04 AM |
| 03/16/2017 | Filing | 0146 | MEMORANDUM | D015 | BRENNTAG SPECIALTIES, INC. | -30.00 | 03/27/2017 08:58 AM |
| 03/27/2017 | Action | 0005 | CERTIFIED COPIES | D015 | BRENNTAG SPECIALTIES, INC. | -5.00 | 03/27/2017 08:50 AM |
| 03/27/2017 | Action | 0371 | CONFORMED COPY | D015 | BRENNTAG SPECIALTIES, INC. | -3.00 | 03/27/2017 08:49 AM |
| 03/23/2017 | Action | 0371 | CONFORMED COPY | D017 | COLGATE-PALMOLIVE COMPANY | -3.00 | 03/24/2017 04:03 PM |
| 03/24/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D016 | BRENNTAG SPECIALTIES, INC. | | 03/24/2017 03:47 PM |
| 03/24/2017 | Tracking | 0309 | ## FROM JUDGE: | D015 | BRENNTAG SPECIALTIES, INC. | | 03/24/2017 03:47 PM |
| 03/24/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D019 | WHITAKER, CLARK & DANIELS, INC. | | 03/24/2017 03:46 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Amount | Date/Time |
|------|------|------|-------------|-------|--------|-----------|
| 03/24/2017 | Tracking | 0309 | ## FROM JUDGE: | D019 | WHITAKER, CLARK & DANIELS, INC. | | 03/24/2017 03:46 PM |
| 03/24/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | BRENNTAG SPECIALTIES, INC. | 280.00 | 03/24/2017 08:44 AM |
| 03/24/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | WHITAKER, CLARK & DANIELS, INC. | 280.00 | 03/24/2017 08:43 AM |
| 03/23/2017 | System Action | Disbursement | Disbursement: ApTransID #53920601 | | HON. H. LYNN JONES,II (1) | 314.00 | 03/23/2017 04:48 PM |
| 03/24/2017 | Tracking | 0308 | ### TO JUDGE: | D015 | BRENNTAG SPECIALTIES, INC. | | 03/23/2017 03:26 PM |
| 03/24/2017 | Tracking | 0308 | ### TO JUDGE: | D019 | WHITAKER, CLARK & DANIELS, INC. | | 03/23/2017 03:26 PM |
| 03/23/2017 | Tracking | 0369 | ****SENT TO SUIT DEPT**** | D014 | BRENNTAG NORTH AMERICA INC. | | 03/23/2017 03:22 PM |
| 03/23/2017 | Tracking | 0309 | ## FROM JUDGE: | D014. | BRENNTAG NORTH AMERICA INC. | | 03/23/2017 03:21 PM |
| 03/16/2017 | Filing | 0001 | FILE PLEADING | D015 | BRENNTAG SPECIALTIES, INC. | -10.00 | 03/23/2017 10:41 AM |
| 03/16/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 03/23/2017 10:40 AM |
| 03/22/2017 | Filing | 0339 | FILE EXHIBITS | D015 | BRENNTAG SPECIALTIES, INC. | -40.00 | 03/23/2017 10:39 AM |
| 03/16/2017 | Filing | 0079 | FILE EXCEPTION | D015 | BRENNTAG SPECIALTIES, INC. | -10.00 | 03/23/2017 10:38 AM |
| 03/22/2017 | Filing | 0262 | LETTER | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 03/23/2017 10:36 AM |
| 03/16/2017 | Filing | 0001 | FILE PLEADING | D019 | WHITAKER, CLARK & DANIELS, INC. | -10.00 | 03/23/2017 10:33 AM |
| 03/16/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 03/23/2017 10:32 AM |
| 03/22/2017 | Filing | 0039 | FILE EXHIBITS | D019 | WHITAKER, CLARK & DANIELS, INC. | -40.00 | 03/23/2017 10:28 AM |
| 03/15/2017 | Filing | 0146 | MEMORANDUM | D019 | WHITAKER, CLARK & DANIELS, INC. | -30.00 | 03/23/2017 10:26 AM |
| 03/16/2017 | Filing | 0079 | FILE EXCEPTION | D019 | WHITAKER, CLARK & DANIELS, INC. | -10.00 | 03/23/2017 10:24 AM |
| 03/22/2017 | Filing | 0262 | LETTER | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 03/23/2017 10:11 AM |
| 03/23/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 280.00 | 03/23/2017 28:45 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Dept | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 03/22/2017 | Tracking | 0308 | #### TO JUDGE: | | BRENNTAG NORTH AMERICA INC. | | 03/22/2017 11:12 AM |
| 03/16/2017 | Filing | 0001 | FILE PLEADING | D014 | BRENNTAG NORTH AMERICA INC. | -10.00 | 03/22/2017 11:09 AM |
| 03/16/2017 | Filing | 3982 | RULE TO SHOW CAUSE | D014 | BRENNTAG NORTH AMERICA INC. | -6.00 | 03/22/2017 11:08 AM |
| 03/21/2017 | Filing | 0039 | FILE EXHIBITS | D014 | BRENNTAG NORTH AMERICA INC. | -40.00 | 03/22/2017 11:07 AM |
| 03/16/2017 | Filing | 0146 | MEMORANDUM | D014 | BRENNTAG NORTH AMERICA INC. | -30.00 | 03/22/2017 11:05 AM |
| 03/16/2017 | Filing | 0079 | FILE EXCEPTION | D014 | BRENNTAG NORTH AMERICA INC. | -10.00 | 03/22/2017 10:55 AM |
| 03/21/2017 | Filing | 0262 | LETTER | D014 | BRENNTAG NORTH AMERICA INC. | -6.00 | 03/22/2017 10:51 AM |
| 03/21/2017 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 113.00 | 03/21/2017 11:20 AM |
| 03/21/2017 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 150.00 | 03/21/2017 11:19 AM |
| 03/21/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT**** | D017 | COLGATE-PALMOLIVE COMPANY | | 03/21/2017 10:58 AM |
| 03/21/2017 | Tracking | 0309 | ## FROM JUDGE: | D017 | COLGATE-PALMOLIVE COMPANY | | 03/21/2017 10:58 AM |
| 03/20/2017 | Action | 0371 | CONFORMED COPY | D020 | JOHNSON & JOHNSON | -3.00 | 03/20/2017 04:20 PM |
| 03/20/2017 | Action | 0371 | CONFORMED COPY | D009 | BROCK SERVICES LLC | -3.00 | 03/20/2017 04:09 PM |
| 03/20/2017 | Tracking | 0908 | #### TO JUDGE: | D017 | COLGATE-PALMOLIVE COMPANY | | 03/20/2017 04:08 PM |
| 03/17/2017 | Action | 0596 | CLERK JURY FILING FEE | D017 | COLGATE-PALMOLIVE COMPANY | -150.00 | 03/20/2017 09:43 AM |
| 03/17/2017 | Action | 0569 | JURY ORDER | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 03/20/2017 09:42 AM |
| 03/17/2017 | Filing | 0052 | ANSWER | D017 | COLGATE-PALMOLIVE COMPANY | -88.00 | 03/20/2017 09:42 AM |
| 03/17/2017 | Filing | 0262 | LETTER | D014 | BRENNTAG NORTH AMERICA INC. | -10.00 | 03/20/2017 09:40 AM |
| 03/19/2017 | System Action | SystemInvoice | Invoice : 1156539 | D014 | BRENNTAG NORTH AMERICA INC. | 68.00 | 03/19/2017 08:28 PM |
| 03/19/2017 | System Action | SystemInvoice | Invoice : 1156538 | D019 | WHITAKER, CLARK & DANIELS, INC. | 71.00 | 03/19/2017 08:28 PM |
| 03/19/2017 | System Action | SystemInvoice | Invoice : 1156537 | D015 | BRENNTAG SPECIALTIES, INC. | 68.00 | 03/19/2017 08:28 PM |
| 03/19/2017 | System Action | SystemInvoice | Invoice : 1151557 | D017 | COLGATE-PALMOLIVE COMPANY | 12.00 | 03/19/2017 04:46 PM |

# Case History View

| Date | Type | Code | Description | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|
| 03/16/2017 | Filing | 3981 | FAX CONFIRMATION | BRENNTAG NORTH AMERICA INC. | -15.00 | 03/17/2017 03:18 PM |
| 03/16/2017 | Filing | 0521 | FAX FILE FEE | BRENNTAG NORTH AMERICA INC. | -54.00 | 03/17/2017 03:17 PM |
| 03/16/2017 | Action | 0218 | FAX COPY | BRENNTAG NORTH AMERICA INC. | -5.00 | 03/17/2017 03:16 PM |
| 03/16/2017 | Filing | 3981 | FAX CONFIRMATION | WHITAKER, CLARK & DANIELS, INC. | -15.00 | 03/17/2017 03:14 PM |
| 03/16/2017 | Filing | 0521 | FAX FILE FEE | WHITAKER, CLARK & DANIELS, INC. | -54.00 | 03/17/2017 03:14 PM |
| 03/16/2017 | Action | 0218 | FAX COPY | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 03/17/2017 03:13 PM |
| 03/16/2017 | Filing | 3981 | FAX CONFIRMATION | BRENNTAG SPECIALTIES, INC. | -15.00 | 03/17/2017 03:11 PM |
| 03/16/2017 | Filing | 0521 | FAX FILE FEE | BRENNTAG SPECIALTIES, INC. | -54.00 | 03/17/2017 03:11 PM |
| 03/16/2017 | Filing | 0218 | FAX COPY | BRENNTAG SPECIALTIES, INC. | -5.00 | 03/17/2017 03:09 PM |
| 03/16/2017 | System Action | Disbursement | Disbursement  ApTransID #53915117 | HON. H. LYNN JONES, II    (1) | 219.00 | 03/16/2017 04:42 PM |
| 03/16/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | JOHNSON & JOHNSON | | 03/16/2017 03:17 PM |
| 03/16/2017 | Tracking | 0309 | ## FROM JUDGE: | JOHNSON & JOHNSON | | 03/16/2017 03:17 PM |
| 03/16/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | BROCK SERVICES LLC | | 03/16/2017 03:17 PM |
| 03/16/2017 | Tracking | 0309 | ## FROM JUDGE: | BROCK SERVICES LLC | | 03/16/2017 03:17 PM |
| 03/15/2017 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | BROCK SERVICES LLC | 160.00 | 03/15/2017 11:05 AM |
| 03/15/2017 | Action | 4002 | Deposit - Advanced Deposit | BROCK SERVICES LLC | 53.00 | 03/15/2017 11:04 AM |
| 03/15/2017 | Action | 4002 | Deposit - Advanced Deposit | JOHNSON & JOHNSON | 68.00 | 03/15/2017 09:21 AM |
| 03/15/2017 | Tracking | 0308 | !### TO JUDGE: | JOHNSON & JOHNSON | | 03/14/2017 02:19 PM |
| 03/14/2017 | Action | 0296 | COST LTR-PROCESSED- RE: | JOHNSON & JOHNSON | | 03/14/2017 02:18 PM |
| 03/14/2017 | Action | 0371 | CONFORMED COPY | CYPRUS AMAX MINERALS CO. | -3.00 | 03/14/2017 11:09 AM |
| 03/14/2017 | Action | 4002 | Deposit - Advanced Deposit | BEACON CMP CORPORATION | 12.00 | 03/14/2017 10:25 AM |
| 03/14/2017 | Tracking | 0308 | !### TO JUDGE: | BROCK SERVICES LLC | | 03/14/2017 08:42 AM |
| 03/13/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | BROCK SERVICES LLC | -6.00 | 03/14/2017 08:42 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Number | Description | Code | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 03/13/2017 | Action | 0596 | CLERK JURY FILING FEE | D020 | BROCK SERVICES LLC | -150.00 | 03/14/2017 08:41 AM |
| 03/13/2017 | Filing | 0569 | JURY ORDER | D020 | BROCK SERVICES LLC | -6.00 | 03/14/2017 08:41 AM |
| 03/13/2017 | Filing | 0052 | ANSWER | D020 | BROCK SERVICES LLC | -22.00 | 03/14/2017 08:40 AM |
| 03/13/2017 | Filing | 0262 | LETTER | D020 | BROCK SERVICES LLC | -6.00 | 03/14/2017 08:39 AM |
| 03/10/2017 | Action | 4002 | Deposit - Advanced Deposit | D018 | CYPRUS AMAX MINERALS CO. | 26.00 | 03/14/2017 01:29 PM |
| 03/10/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D018 | CYPRUS AMAX MINERALS CO. | | 03/10/2017 12:12 PM |
| 03/10/2017 | Tracking | 0309 | ## FROM JUDGE: | D018 | CYPRUS AMAX MINERALS CO. | | 03/10/2017 12:12 PM |
| 03/09/2017 | System Action | Disbursement | Disbursement: ApTransID #33002739 | | HON. H. LYNN JONES, II   (1) | 594.00 | 03/09/2017 04:52 PM |
| 03/09/2017 | Action | 0371 | CONFORMED COPY | D015 | BRENNTAG SPECIALTIES, INC. | -3.00 | 03/09/2017 03:28 PM |
| 03/09/2017 | Tracking | 0308 | ### TO JUDGE: | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 03/09/2017 10:23 AM |
| 03/07/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 03/09/2017 10:22 AM |
| 03/07/2017 | Filing | 0049 | MOTION | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 03/09/2017 10:21 AM |
| 03/07/2017 | Filing | 0262 | LETTER | D018 | CYPRUS AMAX MINERALS CO. | -10.00 | 03/09/2017 10:21 AM |
| 03/08/2017 | Action | 0371 | CONFORMED COPY | D018 | WHITAKER, CLARK & DANIELS, INC. | -3.00 | 03/08/2017 12:05 PM |
| 03/08/2017 | Action | 0371 | CONFORMED COPY | D014 | BRENNTAG NORTH AMERICA INC. | -3.00 | 03/08/2017 12:05 PM |
| 03/08/2017 | Action | 0371 | CONFORMED COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -3.00 | 03/08/2017 12:05 PM |
| 03/08/2017 | Action | 0371 | CONFORMED COPY | D014 | BRENNTAG NORTH AMERICA INC. | -3.00 | 03/08/2017 12:05 PM |
| 03/08/2017 | Action | 4005 | JURY FEE DEPOSIT - Advanced Deposit | D009 | JOHNSON & JOHNSON | 150.00 | 03/08/2017 09:06 AM |
| 03/08/2017 | Action | 4002 | Deposit - Advanced Deposit | D009 | JOHNSON & JOHNSON | 106.00 | 03/08/2017 09:06 AM |
| 03/07/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D014 | BRENNTAG NORTH AMERICA INC. | | 03/07/2017 11:49 AM |
| 03/07/2017 | Tracking | 0309 | ## FROM JUDGE: | D014 | BRENNTAG NORTH AMERICA INC. | | 03/07/2017 11:48 AM |
| 03/07/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D019 | WHITAKER, CLARK & DANIELS, INC. | | 03/07/2017 11:47 AM |
| 03/07/2017 | Tracking | 0309 | ## FROM JUDGE: | D019 | WHITAKER, CLARK & DANIELS, INC. | | 03/07/2017 11:47 AM |
| 03/07/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | D015 | BRENNTAG SPECIALTIES, INC. | | 03/07/2017 11:38 AM |

# Case History View

CMS0333
Printed: 04/22/2019 02:41 PM

Calcasieu Parish, LA

| Date | Type | Number | Description | Doc# | Party | DateTime | Amount |
|---|---|---|---|---|---|---|---|
| 03/07/2017 | Tracking | 0009 | ## FROM JUDGE: | D015 | BRENNTAG SPECIALTIES, INC. | 03/07/2017 11:38 AM | |
| 03/06/2017 | Filing | 2208 | Cost Letter | D009 | JOHNSON & JOHNSON | 03/06/2017 02:50 PM | 0.00 |
| 03/06/2017 | Action | 0596 | CLERK JURY FILING FEE | D009 | JOHNSON & JOHNSON | 03/06/2017 02:46 PM | -150.00 |
| 03/06/2017 | Filing | 0589 | JURY ORDER | D009 | JOHNSON & JOHNSON | 03/06/2017 02:46 PM | -6.00 |
| 03/06/2017 | Filing | 0079 | FILE EXCEPTION | D009 | JOHNSON & JOHNSON | 03/06/2017 02:44 PM | -94.00 |
| 03/06/2017 | Filing | 0262 | LETTER | D009 | JOHNSON & JOHNSON | 03/06/2017 02:43 PM | -6.00 |
| 03/06/2017 | Action | 4002 | Deposit - Advanced Deposit | D015 | BRENNTAG SPECIALTIES, INC. | 03/06/2017 10:46 AM | 87.00 |
| 03/06/2017 | Action | 4002 | Deposit - Advanced Deposit | D019 | WHITAKER, CLARK & DANIELS, INC. | 03/06/2017 10:45 AM | 87.00 |
| 03/06/2017 | Action | 4002 | Deposit - Advanced Deposit | D014 | BRENNTAG NORTH AMERICA INC. | 03/06/2017 10:43 AM | 87.00 |
| 03/03/2017 | Action | 0371 | CONFORMED COPY | D004 | FORD MOTOR COMPANY | 03/03/2017 10:38 AM | -3.00 |
| 03/03/2017 | Action | 4002 | Deposit - Advanced Deposit | D004 | FORD MOTOR COMPANY | 03/03/2017 09:13 AM | 93.00 |
| 03/03/2017 | Tracking | 0308 | #### TO JUDGE: | D015 | BRENNTAG SPECIALTIES, INC. | 03/03/2017 09:34 AM | |
| 03/03/2017 | Tracking | 0308 | #### TO JUDGE: | D019 | WHITAKER, CLARK & DANIELS, INC. | 03/03/2017 09:34 AM | |
| 03/03/2017 | Tracking | 0308 | #### TO JUDGE: | D014 | BRENNTAG NORTH AMERICA INC. | 03/03/2017 09:34 AM | |
| 02/27/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D014 | BRENNTAG NORTH AMERICA INC. | 03/02/2017 03:33 PM | -10.00 |
| 02/27/2017 | Filing | 0048 | FILE ORDER | D014 | BRENNTAG NORTH AMERICA INC. | 03/02/2017 03:32 PM | -6.00 |
| 02/27/2017 | Filing | 0049 | MOTION | D014 | BRENNTAG NORTH AMERICA INC. | 03/02/2017 03:32 PM | -10.00 |
| 02/27/2017 | Filing | 0262 | LETTER | D014 | BRENNTAG NORTH AMERICA INC. | 03/02/2017 03:32 PM | -6.00 |
| 02/27/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D019 | WHITAKER, CLARK & DANIELS, INC. | 03/02/2017 03:28 PM | -10.00 |
| 02/27/2017 | Filing | 0048 | FILE ORDER | D019 | WHITAKER, CLARK & DANIELS, INC. | 03/02/2017 03:27 PM | -6.00 |
| 02/27/2017 | Filing | 0049 | MOTION | D019 | WHITAKER, CLARK & DANIELS, INC. | 03/02/2017 03:27 PM | -10.00 |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 02/27/2017 | Filing | 0262 | LETTER | D019 | WHITAKER, CLARK & DANIELS, INC. | -6.00 | 03/02/2017 03:27 PM |
| 02/27/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D015 | BRENNTAG SPECIALTIES, INC. | -10.00 | 03/02/2017 03:22 PM |
| 02/27/2017 | Filing | 0048 | FILE ORDER | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 03/02/2017 03:21 PM |
| 02/27/2017 | Filing | 0049 | MOTION | D015 | BRENNTAG SPECIALTIES, INC. | -10.00 | 03/02/2017 03:21 PM |
| 02/27/2017 | Filing | 0262 | LETTER | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 03/02/2017 03:21 PM |
| 02/27/2017 | Filing | 0052 | ANSWER | D004 | FORD MOTOR COMPANY | -26.00 | 03/02/2017 08:56 AM |
| 02/27/2017 | Filing | 0262 | LETTER | D004 | FORD MOTOR COMPANY | -6.00 | 03/02/2017 08:55 AM |
| 02/24/2017 | Action | 0371 | CONFORMED COPY | D008 | CENTURY INDEMNITY COMPANY | -3.00 | 03/01/2017 04:24 PM |
| 03/01/2017 | Action | 4002 | Deposit - Advanced Deposit | D008 | CENTURY INDEMNITY COMPANY | 21.00 | 03/01/2017 10:16 AM |
| 02/27/2017 | System Action | Disbursement | Disbursement: ApTransID #33885151 | | HON. H. LYNN JONES, II    (1) | 70.00 | 02/27/2017 04:55 PM |
| 02/27/2017 | Filing | 3981 | FAX CONFIRMATION | D019 | WHITAKER, CLARK & DANIELS, INC. | -15.00 | 02/27/2017 03:51 PM |
| 02/27/2017 | Filing | 0521 | FAX FILE FEE | D019 | WHITAKER, CLARK & DANIELS, INC. | -26.00 | 02/27/2017 03:51 PM |
| 02/27/2017 | Action | 0218 | FAX COPY | D019 | WHITAKER, CLARK & DANIELS, INC. | -5.00 | 02/27/2017 03:50 PM |
| 02/27/2017 | Filing | 3981 | FAX CONFIRMATION | D014 | BRENNTAG NORTH AMERICA INC. | -15.00 | 02/27/2017 03:49 PM |
| 02/27/2017 | Filing | 0521 | FAX FILE FEE | D014 | BRENNTAG NORTH AMERICA INC. | -26.00 | 02/27/2017 03:49 PM |
| 02/27/2017 | Action | 0218 | FAX COPY | D014 | BRENNTAG NORTH AMERICA INC. | -5.00 | 02/27/2017 03:48 PM |
| 02/27/2017 | Filing | 3981 | FAX CONFIRMATION | D019 | WHITAKER, CLARK & DANIELS, INC. | -15.00 | 02/27/2017 03:48 PM |
| 02/27/2017 | Filing | 0521 | FAX FILE FEE | D019 | WHITAKER, CLARK & DANIELS, INC. | -26.00 | 02/27/2017 03:46 PM |
| 02/27/2017 | Filing | 3981 | FAX CONFIRMATION | D015 | BRENNTAG SPECIALTIES, INC. | -15.00 | 02/27/2017 03:46 PM |
| 02/27/2017 | Filing | 0521 | FAX FILE FEE | D015 | BRENNTAG SPECIALTIES, INC. | -26.00 | 02/27/2017 03:46 PM |
| 02/27/2017 | Action | 0218 | FAX COPY | D015 | BRENNTAG SPECIALTIES, INC. | -6.00 | 02/27/2017 03:45 PM |
| 02/27/2017 | Filing | 3981 | FAX CONFIRMATION | D004 | FORD MOTOR COMPANY | -15.00 | 02/27/2017 03:42 PM |
| 02/27/2017 | Filing | 0521 | FAX FILE FEE | D004 | FORD MOTOR COMPANY | -34.00 | 02/27/2017 03:42 PM |
| 02/27/2017 | Action | 0218 | FAX COPY | D004 | FORD MOTOR COMPANY | -5.00 | 02/27/2017 03:41 PM |
| 02/24/2017 | Filing | 0052 | ANSWER | D008 | CENTURY INDEMNITY COMPANY | -14.00 | 02/27/2017 10:03 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Doc | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 02/24/2017 | Filing | 0262 | LETTER | D008 | CENTURY INDEMNITY COMPANY | -6.00 | 02/27/2017 10:03 AM |
| 02/13/2017 | Filing | 0082 | REQUEST WRITTEN NOTICE | D017 | COLGATE-PALMOLIVE COMPANY | -10.00 | 02/24/2017 09:26 AM |
| 02/23/2017 | Action | C371 | CONFORMED COPY | D013 | BEACON CMP CORPORATION | -3.00 | 02/23/2017 11:30 AM |
| 02/22/2017 | Tracking | C369 | ****SENT TO SUIT DEPT**** | D013 | BEACON CMP CORPORATION | | 02/22/2017 10:55 AM |
| 02/22/2017 | Tracking | 0309 | ## FROM JUDGE: | D013 | BEACON CMP CORPORATION | | 02/22/2017 10:54 AM |
| 02/22/2017 | Action | 4002 | Deposit - Advanced Deposit | D013 | BEACON CMP CORPORATION | 9.00 | 02/22/2017 08:22 AM |
| 02/22/2017 | System Action | SystemInvoice | Invoice : 1145749 | D013 | BEACON CMP CORPORATION | 12.00 | 02/22/2017 01: 2 AM |
| 02/21/2017 | Tracking | 0308 | ### TO JUDGE: | D013 | BEACON CMP CORPORATION | -6.00 | 02/24/2017 11:06 AM |
| 02/17/2017 | Filing | 004E | MOTION | D013 | BEACON CMP CORPORATION | -6.00 | 02/21/2017 11:06 AM |
| 02/17/2017 | Filing | 0262 | LETTER | D013 | BEACON CMP CORPORATION | -6.00 | 02/21/2017 11:05 AM |
| 02/21/2017 | Filing | 2183 | Estimated Cost Worksheet | D001 | HONEYWELL INTERNATIONAL INC | 0.00 | 02/21/2017 08:46 AM |
| 02/21/2017 | Filing | 0397 | 597 CCSTY VERIFICATION CERTIFICATE | D001 | HONEYWELL INTERNATIONAL INC | -16.00 | 02/21/2017 08:45 AM |
| 02/21/2017 | Action | 0371 | CONFORMED COPY | D001 | HONEYWELL INTERNATIONAL INC | -3.00 | 02/21/2017 08:45 AM |
| 02/21/2017 | Tracking | 0309 | ## FROM JUDGE: | D001 | HONEYWELL INTERNATIONAL INC | | 02/21/2017 08:42 AM |
| 02/17/2017 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -5.00 | 02/17/2017 12:26 PM |
| 02/17/2017 | Generated Document | 1602 | CITATION LONG ARM | P001 | PAULINE MARIE CITIZEN | -16.00 | 02/17/2017 12:20 PM |
| 02/17/2017 | Action | 0371 | CONFORMED COPY | D017 | COLGATE-PALMOLIVE COMPANY | -3.00 | 02/17/2017 11:35 AM |
| 02/17/2017 | Action | 4002 | Deposit - Advanced Deposit | D003 | OLIN CORPORATION | 83.00 | 02/17/2017 11:16 AM |
| 02/17/2017 | Action | 0371 | CONFORMED COPY | D003 | OLIN CORPORATION | -3.00 | 02/17/2017 10:59 AM |
| 02/16/2017 | Action | Disbursement | Disbursement: ApiTransID #33871679 | D003 | HON. H. LYNN JONES, II   (1) | 145.00 | 02/16/2017 04:53 PM |
| 02/14/2017 | Filing | 0062 | ANSWER | D005 | OLIN CORPORATION | -10.00 | 02/15/2017 03:25 PM |
| 02/14/2017 | Filing | 0262 | LETTER | D003 | OLIN CORPORATION | -6.00 | 02/15/2017 03:24 PM |
| 02/16/2017 | Tracking | 0308 | ### TO JUDGE: | D001 | HONEYWELL INTERNATIONAL INC | | 02/15/2017 02:38 PM |
| 02/15/2017 | Filing | 0048 | FILE ORDER | D001 | HONEYWELL INTERNATIONAL INC | -6.00 | 02/15/2017 02:34 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Party Name | Amount | Timestamp |
|---|---|---|---|---|---|---|---|
| 02/15/2017 | Filing | 0533 | PART.DISMISSAL/ | D001 | HONEYWELL INTERNATIONAL INC | -6.00 | 02/15/2017 02:33 PM |
| 02/15/2017 | Filing | 0262 | LETTER | D001 | HONEYWELL INTERNATIONAL INC | -6.00 | 02/15/2017 02:33 PM |
| 01/18/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN |  | 02/15/2017 01:43 PM |
| 01/18/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/15/2017 01:43 PM |
| 01/18/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/15/2017 01:43 PM |
| 02/15/2017 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN |  | 02/15/2017 01:42 PM |
| 02/15/2017 | Tracking | 0369 | *****SENT TO SUIT DEPT***** | P001 | COLGATE-PALMOLIVE COMPANY |  | 02/15/2017 11:10 AM |
| 02/15/2017 | Tracking | 0309 | ## FROM JUDGE: | D017 | COLGATE-PALMOLIVE COMPANY |  | 02/15/2017 11:10 AM |
| 02/14/2017 | Filing | 3981 | FAX CONFIRMATION | D006 | OLIN CORPORATION | -15.00 | 02/15/2017 11:10 AM |
| 02/14/2017 | Filing | 0521 | FAX FILE FEE | D006 | OLIN CORPORATION | -18.00 | 02/15/2017 10:28 AM |
| 02/14/2017 | Action | 0218 | FAX COPY | D006 | OLIN CORPORATION | -5.00 | 02/15/2017 10:28 AM |
| 01/18/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | OLIN CORPORATION |  | 02/15/2017 10:26 AM |
| 01/18/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/15/2017 10:10 AM |
| 01/18/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/15/2017 10:10 AM |
| 02/15/2017 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN |  | 02/15/2017 10:08 AM |
| 01/18/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN |  | 02/15/2017 10:08 AM |
| 01/18/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/15/2017 10:07 AM |
| 01/18/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/15/2017 10:07 AM |
| 02/15/2017 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN |  | 02/15/2017 10:06 AM |
| 01/18/2017 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN |  | 02/15/2017 10:06 AM |
| 01/18/2017 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/15/2017 10:06 AM |
| 01/18/2017 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 02/15/2017 10:06 AM |
| 02/15/2017 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN |  | 02/15/2017 10:05 AM |
| 02/15/2017 | Action | 4002 | Deposit - Advanced Deposit | D017 | COLGATE-PALMOLIVE COMPANY | 23.00 | 02/15/2017 09:26 AM |

# Case History View

| Date | Event | Code | Description | | Name | Amount | DateTime |
|---|---|---|---|---|---|---|---|
| 02/14/2017 | Tracking | 0308 | **## TO JUDGE:** | D017 | COLGATE-PALMOLIVE COMPANY | -3.00 | 02/14/2017 11:20 AM |
| 02/13/2017 | Filing | 0048 | FILE ORDER | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 02/14/2017 11:19 AM |
| 02/13/2017 | Filing | 0049 | MOTION | D017 | COLGATE-PALMOLIVE COMPANY | -6.00 | 02/14/2017 11:18 AM |
| 02/13/2017 | Filing | 0262 | LETTER | D017 | COLGATE-PALMOLIVE COMPANY | -10.00 | 02/14/2017 11:17 AM |
| 02/14/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 02/14/2017 11:09 AM |
| 02/13/2017 | Filing | C238 | LETTER REQUESTING SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/13/2017 11:01 AM |
| 02/10/2017 | Filing | 0238 | LETTER REQUESTING SERVICE | P001 | PAULINE MARIE CITIZEN | -6.00 | 02/13/2017 10:20 AM |
| 3/19/2017 | System Action | | Disbursement #3324686 | | HON. H. LYNN JONES, II  (1) | 333.00 | 01/19/2017 04:46 PM |
| 01/19/2017 | System Action | | Disbursement  ApTransID | | SHF. E.B.R.PH. | 135.76 | 01/19/2017 03:32 PM |
| 01/19/2017 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 01/19/2017 39:10 AM |
| 01/19/2017 | Action | 0305 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -70.00 | 01/19/2017 39:10 AM |
| 01/19/2017 | Action | 0344 | SHF. E.B.R.PH. | P001 | PAULINE MARIE CITIZEN | -105.76 | 01/19/2017 39:07 AM |
| 01/18/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 01/19/2017 34:13 AM |
| 01/18/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 01/18/2017 34:10 AM |
| 01/18/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 01/18/2017 34:02 PM |
| 01/18/2017 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 01/18/2017 34:00 PM |
| 01/18/2017 | Generated Document | 1600 | VOID - CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 01/18/2017 03:57 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 01/18/2017 03:44 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.30 | 01/18/2017 03:42 PM |
| 01/18/2017 | Generatec Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.30 | 01/18/2017 03:39 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.30 | 01/18/2017 03:36 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.30 | 01/18/2017 03:31 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.30 | 01/18/2017 03:29 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.30 | 01/18/2017 03:26 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.30 | 01/18/2017 02:55 PM |
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN | -15.00 | 01/18/2017 02:52 PM |

Calcasieu Parish, LA

# Case History View

Calcasieu Parish, LA

| Date | Action Type | Code | Description | Party | Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 01/18/2017 | Generated Document | 1602 | CITATION/LONG ARM | P001 | PAULINE MARIE CITIZEN (1) | -15.00 | 01/18/2017 02:47 PM |
| 01/12/2017 | System Action | Disbursement | Disbursement: ApTransId #33815077 | | HON. H. LYNN JONES, II (1) | 42.00 | 01/12/2017 05:01 PM |
| 01/11/2017 | Tracking | 0369 | | P001 | PAULINE MARIE CITIZEN | | 01/11/2017 03:25 PM |
| 01/11/2017 | Tracking | 0309 | *****SENT TO SUIT DEPT***** | P001 | PAULINE MARIE CITIZEN | | 01/11/2017 03:28 PM |
| 01/11/2017 | Action | 4002 | ## FROM JUDGE: | P001 | PAULINE MARIE CITIZEN | | 01/11/2017 02:39 PM |
| 01/11/2017 | Tracking | 0308 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 1,153.00 | 01/11/2017 02:47 PM |
| 01/10/2017 | Tracking | 0048 | ### TO JUDGE: | P001 | PAULINE MARIE CITIZEN | -6.00 | 01/10/2017 02:15 PM |
| 01/10/2017 | Filing | 0568 | FILE ORDER | P001 | PAULINE MARIE CITIZEN | -30.00 | 01/10/2017 02:15 PM |
| 01/10/2017 | Filing | | SUPPLEMENTAL/AMENDING PETITION | P001 | PAULINE MARIE CITIZEN | -6.00 | 01/10/2017 02:14 PM |
| 01/10/2017 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 01/10/2017 02:14 PM |
| 02/06/2015 | Tracking | Track14 | JMT No Cost Assessed | D004 | FORD MOTOR COMPANY | | 02/06/2015 07:20 AM |
| 02/05/2015 | System Action | Disbursement | Disbursement: ApTransId #32767927 | | HON. H. LYNN JONES, II (1) | 35.00 | 02/05/2015 05:00 PM |
| 02/03/2015 | Generated Document | 1230 | LETTER NOTICE OF JUDGMENT | D004 | FORD MOTOR COMPANY | -35.00 | 02/03/2015 11:30 AM |
| 01/30/2015 | System Action | Disbursement | Disbursement: ApTransId #32757374 | | HON. H. LYNN JONES, II (1) | 50.00 | 01/30/2015 05:14 PM |
| 01/29/2015 | Tracking | 0369 | | D004 | FORD MOTOR COMPANY | | 01/29/2015 10:06 AM |
| 01/29/2015 | Tracking | 0309 | *****SENT TO SUIT DEPT***** | D004 | FORD MOTOR COMPANY | | 01/29/2015 10:06 AM |
| 01/29/2015 | Action | 4002 | ## FROM JUDGE: | D004 | FORD MOTOR COMPANY | 51.00 | 01/29/2015 09:38 AM |
| 01/28/2015 | Tracking | 0308 | Deposit - Advanced Deposit | D004 | FORD MOTOR COMPANY | -14.00 | 01/28/2015 10:59 AM |
| 01/28/2015 | Tracking | 0435 | ### TO JUDGE: | D004 | FORD MOTOR COMPANY | -15.00 | 01/28/2015 10:59 AM |
| 01/26/2015 | Filing | 3981 | CONSENT JUDGMENT | D004 | FORD MOTOR COMPANY | -14.00 | 01/27/2015 10:02 AM |
| 01/26/2015 | Filing | 0521 | FAX CONFIRMATION | D004 | FORD MOTOR COMPANY | -5.00 | 01/27/2015 10:02 AM |
| 01/26/2015 | Action | 0218 | FAX FILE FEE | D004 | FORD MOTOR COMPANY | -2.00 | 01/27/2015 10:02 AM |
| 01/23/2015 | Action | 0039 | FAX COPY | D004 | FORD MOTOR COMPANY | 0.48 | 01/23/2015 01:16 PM |
| 01/22/2015 | Filing | | FILE EXHIBITS | D004 | FORD MOTOR COMPANY | | 01/22/2015 |
| 10/31/2014 | System Action | Disbursement | Disbursement: ApTransId #32563969 | | HON. H. LYNN JONES, II (1) | 0.48 | 10/31/2014 05:08 PM |
| 10/27/2014 | Action | 0840 | POSTAGE | D004 | FORD MOTOR COMPANY | -0.48 | 10/27/2014 12:56 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Doc | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 10/23/2014 | System Action | Disbursement | Disbursement: ApTransID #32626023 | | SHF. ORLEANS PH. | 20.00 | 10/23/2014 05:16 PM |
| 10/23/2014 | System Action | Disbursement | Disbursement: ApTransID #32626023 | | HON. H. LYNN JONES, II   (1) | 10.00 | 10/23/2014 06:15 PM |
| 10/09/2014 | Filing | 0411 | CLERK FEE | D004 | FORD MOTOR COMPANY | -4.00 | 10/21/2014 01:41 PM |
| 10/09/2014 | Generated Document | 9999 | NOTICE OF SERVICE | D004 | FORD MOTOR COMPANY | | 10/21/2014 01:38 PM |
| 10/09/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | D004 | FORD MOTOR COMPANY | -6.00 | 10/21/2014 01:38 PM |
| 10/09/2014 | System Action | Disbursement | Disbursement: ApTransID #32503394 | | HON. H. LYNN JONES, II   (1) | 306.00 | 10/09/2014 04:57 PM |
| 10/21/2014 | Tracking | 2104 | Track Document | D004 | FORD MOTOR COMPANY | -20.00 | 10/21/2014 01:38 PM |
| 10/09/2014 | Action | C509 | SERVICE RETURN | D004 | FORD MOTOR COMPANY | -20.00 | 10/21/2014 01:43 PM |
| 10/06/2014 | Tracking | 0368 | EXCEPTIONS | P001 | PALINE MARIE CITIZEN | -90.00 | 10/08/2014 01:10 PM |
| 10/06/2014 | Tracking | 0309 | RULE | D004 | FORD MOTOR COMPANY | -20.00 | 10/09/2014 10:58 AM |
| 10/06/2014 | Action | 0371 | CONFORMED COPY | D004 | FORD MOTOR COMPANY | -3.00 | 10/09/2014 11:06 AM |
| 10/06/2014 | Filing | 0005 | CERTIFIED COPIES | D004 | FORD MOTOR COMPANY | -5.00 | 10/09/2014 11:05 AM |
| 10/01/2014 | Tracking | 0308 | *****SENT TO SUIT DEPT***** | D004 | FORD MOTOR COMPANY | | 10/08/2014 03:44 PM |
| 09/26/2014 | Tracking | 0369 | ## FROM JUDGE: | D004 | FORD MOTOR COMPANY | | 10/06/2014 10:08 AM |
| 09/26/2014 | Action | 4002 | Deposit - Advanced Deposit | D001 | FORD MOTOR COMPANY | 282.00 | 10/01/2014 10:08 AM |
| 09/23/2014 | Tracking | 0309 | ### TO JUDGE: | D004 | FORD MOTOR COMPANY | | 09/30/2014 04:28 PM |
| 09/23/2014 | Filing | 0082 | REQUEST WRITTEN NOTICE | D004 | FORD MOTOR COMPANY | -6.00 | 09/30/2014 12:09 PM |
| 09/23/2014 | Filing | 3982 | RULE TO SHOW CAUSE | D004 | FORD MOTOR COMPANY | -6.00 | 09/30/2014 12:09 PM |
| 09/26/2014 | Filing | 0146 | MEMORANDUM | D004 | FORD MOTOR COMPANY | -14.00 | 09/30/2014 12:08 PM |
| 09/26/2014 | Filing | 0079 | FILE EXCEPTION | D004 | FORD MOTOR COMPANY | -58.00 | 09/30/2014 12:07 PM |
| 09/26/2014 | Filing | 3981 | FAX CONFIRMATION | D004 | FORD MOTOR COMPANY | -15.00 | 09/29/2014 01:44 PM |
| 09/26/2014 | Filing | 0521 | FAX FILE FEE | D004 | FORD MOTOR COMPANY | -84.00 | 09/29/2014 01:44 PM |
| 09/26/2014 | Action | 0218 | FAX COPY | D004 | FORD MOTOR COMPANY | -5.00 | 09/29/2014 01:43 PM |
| 09/18/2014 | System Action | Disbursement | Disbursement: ApTransID #32656580 | | HON. H. LYNN JONES, II   (1) | 3.00 | 09/18/2014 05:06 PM |
| 09/16/2014 | Action | 0371 | CONFORMED COPY | D003 | CENTURY INDEMNITY COMPANY | -3.00 | 09/16/2014 03:59 PM |

## Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Doc | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 09/11/2014 | System Action | Disbursement | Disbursement: ApTransId #32552968 | | HON. H. LYNN JONES, II (1) | 59.00 | 09/11/2014 05:02 PM |
| 09/10/2014 | Action | 4002 | Deposit - Advanced Deposit | D001 | CENTURY INDEMNITY COMPANY | 80.00 | 09/10/2014 02:59 PM |
| 09/09/2014 | Action | 0371 | CONFORMED COPY | D001 | HONEYWELL INTERNATIONAL INC | -3.00 | 09/09/2014 09:14 AM |
| 09/08/2014 | System Action | PartyNamesVerifiedIncomplete | Party Names Verified - Incomplete | | | | 09/08/2014 04:01 PM |
| 09/04/2014 | Filing | 0082 | REQUEST WRITTEN NOTICE | D008 | CENTURY INDEMNITY COMPANY | -10.00 | 09/08/2014 04:00 PM |
| 09/04/2014 | Filing | 0052 | ANSWER | D008 | CENTURY INDEMNITY COMPANY | -46.00 | 09/08/2014 04:00 PM |
| 09/04/2014 | System Action | Disbursement | Disbursement: ApTransId #32541313 | | HON. H. LYNN JONES, II (1) | 44.00 | 09/04/2014 04:48 PM |
| 09/04/2014 | Action | 4002 | Deposit - Advanced Deposit | D001 | HONEYWELL INTERNATIONAL INC | 188.00 | 09/04/2014 08:47 AM |
| 08/29/2014 | Filing | 0082 | REQUEST WRITTEN NOTICE | D001 | HONEYWELL INTERNATIONAL INC | -10.00 | 09/02/2014 03:22 PM |
| 08/29/2014 | Filing | 0079 | FILE EXCEPTION | D001 | HONEYWELL INTERNATIONAL INC | -34.00 | 09/02/2014 03:22 PM |
| 08/29/2014 | System Action | Disbursement | Disbursement: ApTransId #32634984 | | HON. H. LYNN JONES, II (1) | 74.00 | 08/29/2014 04:49 PM |
| 08/29/2014 | Action | 4002 | Deposit - Advanced Deposit | D006 | OLIN CORPORATION | 225.00 | 08/29/2014 10:12 AM |
| 08/28/2014 | Filing | 0262 | LETTER | D005 | PIPE DISTRIBUTORS INC | -6.00 | 08/28/2014 03:36 PM |
| 08/27/2014 | Tracking | 0369 | **SENT TO SUIT DEPT** | D006 | OLIN CORPORATION | -6.00 | 08/27/2014 02:49 PM |
| 08/27/2014 | Filing | 0082 | REQUEST WRITTEN NOTICE | D006 | OLIN CORPORATION | -10.00 | 08/27/2014 02:48 PM |
| 08/27/2014 | Filing | 0146 | MEMORANDUM | D006 | OLIN CORPORATION | -26.00 | 08/27/2014 02:47 PM |
| 08/27/2014 | Filing | 0079 | FILE EXCEPTION | D006 | OLIN CORPORATION | -38.00 | 08/27/2014 02:40 PM |
| 08/21/2014 | System Action | Disbursement | Disbursement: ApTransId #32622009 | | HON. H. LYNN JONES, II (1) | 60.96 | 08/21/2014 05:10 PM |
| 08/21/2014 | Action | 0840 | POSTAGE | P001 | PAULINE MARIE CITIZEN | -0.48 | 08/21/2014 08:13 AM |
| 07/28/2014 | Action | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/21/2014 07:59 AM |
| 07/28/2014 | Generated Document | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/21/2014 07:59 AM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/21/2014 07:59 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Name | Amount | DateTime |
|---|---|---|---|---|---|---|---|
| 08/21/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/21/2014 07:58 AM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/21/2014 07:58 AM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/21/2014 07:58 AM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN FEE | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/21/2014 07:57 AM |
| 08/21/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/21/2014 07:57 AM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/20/2014 02:51 PM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/20/2014 02:51 PM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN FEE | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/20/2014 02:51 PM |
| 08/20/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/20/2014 02:51 PM |
| 08/19/2014 | Action | 0840 | POSTAGE | P001 | PAULINE MARIE CITIZEN | -0.48 | 08/19/2014 08:57 AM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 03:25 PM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/18/2014 03:24 PM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN FEE | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/18/2014 03:24 PM |
| 08/18/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 03:24 PM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 03:00 PM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/18/2014 03:00 PM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN FEE | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/18/2014 03:00 PM |
| 08/18/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 03:00 PM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 02:59 PM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/18/2014 02:59 PM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN FEE | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/18/2014 02:59 PM |
| 08/18/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 02:57 PM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 02:57 PM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/18/2014 02:57 PM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | | Party | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 07/28/2014 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/18/2014 02:57 PM |
| 08/18/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 02:56 PM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 02:53 PM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/18/2014 02:53 PM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/18/2014 02:53 PM |
| 08/18/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 02:52 PM |
| 07/28/2014 | Generated Document | 9999 | NOTICE OF SERVICE | P001 | PAULINE MARIE CITIZEN | | 08/18/2014 02:51 PM |
| 07/28/2014 | Action | 0475 | SERVICE RETURN CLERK FEE | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/18/2014 02:51 PM |
| 07/28/2014 | Action | 0509 | SERVICE RETURN | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/18/2014 02:51 PM |
| 08/18/2014 | Tracking | 2104 | Track Document | P001 | PAULINE MARIE CITIZEN | | 08/15/2014 10:23 AM |
| 08/15/2014 | Tracking | 0369 | VOID - FIX INSTANTER | P001 | PAULINE MARIE CITIZEN | -3.00 | 08/15/2014 10:23 AM |
| 08/15/2014 | Action | 0069 | **SENT TO SUIT DEPT** | P001 | PAULINE MARIE CITIZEN | -3.00 | 08/15/2014 10:22 AM |
| 08/14/2014 | Filing | 0262 | LETTER | P001 | PAULINE MARIE CITIZEN | -6.00 | 08/15/2014 10:16 AM |
| 08/14/2014 | System Action | | Disbursement: ApTransID #32512149 | | HON. H. LYNN JONES, II (1) | 3.00 | 08/14/2014 04:50 PM |
| 08/14/2014 | Action | 0371 | CONFORMED COPY | P001 | PAULINE MARIE CITIZEN | -3.00 | 08/14/2014 10:20 AM |
| 08/04/2014 | Tracking | 4050 | Damages - Supreme Court Form | P001 | PAULINE MARIE CITIZEN | 0.00 | 08/06/2014 09:17 AM |
| 07/31/2014 | System Action | | Disbursement: ApTransID #32492249 | | SW LAW CENTER (La. R.S 13:1000) | 4.75 | 07/31/2014 04:50 PM |
| 07/31/2014 | System Action | | Disbursement: ApTransID #32492248 | | SOUTHWEST LA BAR FOUNDATION (R.S. 13:1000) | 4.75 | 07/31/2014 04:50 PM |
| 07/31/2014 | System Action | | Disbursement: ApTransID #32492324 | | CIVIL INDIGENT TRANSCRIPT FUND | 3.00 | 07/31/2014 04:50 PM |
| 07/31/2014 | System Action | | Disbursement: ApTransID #32492259 | | CAL. PH. LAW LIBRARY COMMISSION | 7.50 | 07/31/2014 04:50 PM |
| 07/31/2014 | System Action | | Disbursement: ApTransID #32492233 | | JUDICIAL EXPENSE FUND | 15.00 | 07/31/2014 04:50 PM |
| 07/31/2014 | System Action | | Disbursement: ApTransID #32492246 | | LOUISIANA STATE TREASURER | 23.50 | 07/31/2014 04:50 PM |

## Case History View

Calcasieu Parish, LA

| Date | Type | Code | Description | Party | Name | Amount | Date/Time |
|---|---|---|---|---|---|---|---|
| 07/31/2014 | System Action | | Disbursement: ApTransID #32492231 | | HON. H. LYNN JONES, II (1) | 343.00 | 07/31/2014 04:49 PM |
| 07/29/2014 | Generated Document | 2150 | Civil Label | P001 | PAULINE MARIE CITIZEN | 0.00 | 07/29/2014 01:21 PM |
| 07/28/2014 | System Action | | Disbursement: ApTransID #32485821 | | SHF. E.B.R.PH. | 244.26 | 07/28/2014 12:19 PM |
| 07/28/2014 | System Action | | Disbursement: ApTransID #32485819 | | SECRETARY OF STATE | 100.00 | 07/28/2014 12:19 PM |
| 07/28/2014 | Tracking | 3200 | 3200 Request for Supreme Court Damages Form | P001 | PAULINE MARIE CITIZEN | -15.00 | 07/28/2014 11:44 AM |
| 07/28/2014 | Action | 0005 | CERTIFIED COPIES | P001 | PAULINE MARIE CITIZEN | -45.00 | 07/28/2014 11:43 AM |
| 07/28/2014 | Action | 0045 | SECRETARY OF STATE | P001 | PAULINE MARIE CITIZEN | -100.00 | 07/28/2014 11:42 AM |
| 07/28/2014 | Action | 0044 | SHF. E.B.R.PH. | P001 | PAULINE MARIE CITIZEN | -244.26 | 07/28/2014 11:42 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 11:35 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 11:30 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 11:28 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 11:23 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 11:17 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 11:09 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 11:00 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 10:58 AM |
| 07/28/2014 | Generated Document | 1600 | CITATION | P001 | PAULINE MARIE CITIZEN | -20.00 | 07/28/2014 10:50 AM |
| 07/28/2014 | Action | 4002 | Deposit - Advanced Deposit | P001 | PAULINE MARIE CITIZEN | 928.00 | 07/28/2014 10:43 AM |
| 07/28/2014 | Action | 0180 | INDEXING CHARGE | P001 | PAULINE MARIE CITIZEN | -23.00 | 07/28/2014 10:06 AM |
| 07/23/2014 | Action | 0560 | Supreme Court Reporting RS 13:841.1 | P001 | PAULINE MARIE CITIZEN | -1.50 | 07/28/2014 10:06 AM |
| 07/23/2014 | Action | 0605 | SWLA Law Center Fee La. R.S. 13:1000 | P001 | PAULINE MARIE CITIZEN | -4.75 | 07/28/2014 10:06 AM |
| 07/23/2014 | Action | 0599 | Clerk Fee La. R.S. 13:1000 | P001 | PAULINE MARIE CITIZEN | -0.50 | 07/25/2014 10:06 AM |
| 07/23/2014 | Action | 0598 | SWLA Bar Fee La. R.S. 13:1000 | P001 | PAULINE MARIE CITIZEN | -4.75 | 07/25/2014 10:06 AM |

# Case History View

Calcasieu Parish, LA

| Date | Type | Code / Name | Description | Party | Amount | Party Name | Date/Time |
|---|---|---|---|---|---|---|---|
| 07/23/2014 | Action | 0207 | CAL. PH. LAW LIBRARY FEERS 25:286 | | -7.50 | PAULINE MARIE CITIZEN | 07/28/2014 10:06 AM |
| 07/23/2014 | Action | 0289 | CIVIL INDIGENT TRANS.FUND LSA RS13:984.1 | P001 | -3.00 | PAULINE MARIE CITIZEN | 07/28/2014 10:06 AM |
| 07/23/2014 | Action | 0003 | JUDICIAL EXPENSE FUND | P001 | -15.00 | PAULINE MARIE CITIZEN | 07/28/2014 10:06 AM |
| 07/23/2014 | Action | 0037 | STATE TREASURER | P001 | -23.50 | PAULINE MARIE CITIZEN | 07/28/2014 10:06 AM |
| 07/23/2014 | Action | 8000 | INITIALIZATION FEE R.S.13:841 (A) (1) | P001 | -20.00 | PAULINE MARIE CITIZEN | 07/28/2014 10:06 AM |
| 07/23/2014 | Filing | 0064 | PETITION | | -58.00 | | 07/28/2014 10:05 AM |
| 07/25/2014 | Tracking | 0369 | **SENT TO SUIT DEPT** | P001 | | | 07/25/2014 08:21 AM |
| 07/25/2014 | System Action | PartyNamesVerifiedComplete | Party Names Verified - Complete | P001 | | | 07/25/2014 09:18 AM |
| 07/25/2014 | System Action | CaseCaptionVerifiedComplete | Case Caption Verified - Complete | | | | 07/25/2014 09:18 AM |
| 07/25/2014 | System Action | ProceedingKindVerifiedComplete | Proceeding Kind Verified - Complete | | | | 07/25/2014 09:18 AM |
| 07/25/2014 | System Action | CaseTypeVerifiedComplete | Case Type Verified Status - Complete | | | | 07/25/2014 09:18 AM |
| 07/25/2014 | System Action | CaseIndexVerifiedComplete | Case Index Verified Status - Complete | | | | 07/25/2014 09:18 AM |
| 07/23/2014 | System Action | RandomDivisionAssignment | Case Division Randomly Assigned: B | | | | 07/23/2014 11:37 AM |
| 07/23/2014 | System Action | PartyNamesVerifiedIncomplete | Party Names Verified - Incomplete | | | | 07/23/2014 11:37 AM |
| 07/23/2014 | System Action | CaseIndexVerifiedIncomplete | Case Index Verified Status - Incomplete | | | | 07/23/2014 11:37 AM |
| 07/23/2014 | System Action | ProceedingKindVerifiedIncomplete | Proceeding Kind Verified - Incomplete | | | | 07/23/2014 11:37 AM |
| 07/23/2014 | System Action | CaseTypeVerifiedIncomplete | Case Type Verified Status - Incomplete | | | | 07/23/2014 11:37 AM |
| 07/23/2014 | System Action | CaseCaptionVerifiedIncomplete | Case Caption Verified - Incomplete | | | | 07/23/2014 11:37 AM |

14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014 09 20          SECTION          DIVISION "    "

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL

FILED: _____          _____
                                         DEPUTY CLERK

2014 JUL 23  AM 11: 35
OFFICE OF CLERK OF COURT

**PETITION FOR DAMAGES**

    **COMES NOW** Petitioner, by and through undersigned counsel, who respectfully represents as follows:

    1.    Petitioner Pauline Marie Citizen is an adult resident citizen and domiciliary of the Parish of Calcasieu, State of Louisiana. Petitioner resides at 2428 Salmon Street, Lake Charles, Louisiana.

    2.    Made Defendants herein are the following, either foreign corporations licensed to do and doing business in the State of Louisiana or domestic corporations licensed to do and doing business in the State of Louisiana, or are individuals that are liable unto the Plaintiff, for the claims asserted herein:

**ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS**

    A.    **HONEYWELL INTERNATIONAL, INC. (individually and as successor-in-interest to Minneapolis-Honeywell Regulator Company, Allied Signal, Inc. as successor-in-interest to Allied Corporation & The Bendix Corporation)**, a foreign corporation licensed to do and doing business in the State of Louisiana, who may be served through its registered agent for service, Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802. This defendant was in the business mining, manufacturing, selling, distributing and/or supplying asbestos-containing products.

    B.    **GENERAL MOTORS CORPORATION**, a corporation duly organized, created and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in Detroit, Michigan, who is licensed to do and doing business in the State of Louisiana, who may be served through its registered agent for service, Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana. This defendant was in the business mining, manufacturing, selling, distributing and/or supplying asbestos-containing products.

C.  **OLD CARCO, LLC (f/k/a Chrysler LLC, f/k/a Daimlerchrysler Company, LLC f/k/a DaimlerChrysler Corporation, f/k/a Chrysler Corporation, f/k/a Chrysler Motors Corporation)**, a limited liability company duly organized, created and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in Auburn Hills, Michigan, who is licensed to do and doing business in the State of Louisiana, who may be served through its registered agent for service, CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana. This defendant was in the business mining, manufacturing, selling, distributing and/or supplying asbestos-containing products.

D.  **FORD MOTOR COMPANY**, a corporation duly organized, created and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in Auburn Hills, Michigan, who is licensed to do and doing business in the State of Louisiana, who may be served through its registered agent for service,: C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana. This defendant was in the business mining, manufacturing, selling, distributing and/or supplying asbestos-containing products.

## EMPLOYER/PREMISE OWNER/EXECUTIVE OFFICERS

E.  **PIPE DISTRIBUTORS, INC.**, a corporation duly organizes, created and existing under and by virtue of the laws of the State of Texas, with its principal place of business in the Parish of St. Mary, State of Louisiana, and may be served through its registered agent for service in the State of Louisiana, CT Corporation System, 5615 Corporate Boulevard, Suite 4008, Baton Rouge, Louisiana 70808.

F.  **OLIN CORPORATION p/k/a OLIN MATHIESON CHEMICAL CORPORATION**, a corporation duly organized, created and existing under and by virtue of the laws of the State of Virginia, with its principal place of business in Iberville Parish, Louisiana, and may be served through its registered agent for service in the State of Louisiana, CT Corporation System, 5615 Corporate Boulevard, Suite 4008, Baton Rouge, Louisiana 70808.

G.  **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**, a non-Louisiana foreign insurer registered to do or doing business in the State of Louisiana, as the liability insurers of Olin Corporation p/k/a Olin Mathieson Chemical Corporation, and its executive officers, Steve Cupach, J.R. Nicholason, Jack Dorgan, Charles Hightower, Fred R. Talbot, Al Thompson, Bruce Hill, E.A. Revelle, Elmer Goeltman, Charles Self, Larry Schell, Homer Chapman, and H.C. O'Brien, Plant Manager, G.P. Palmer, Regional Director of Safety, Don Bruffy, and Company Doctor, Russell Conley, which may be served through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

H.  **CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, as successor to Insurance Company of North America)**, a non-Louisiana foreign insurer registered to do and doing business in the State of Louisiana, as the liability insurance carrier for Olin Corporation p/k/a Olin Mathieson Chemical Corporation, and its executive officers, Steve Cupach, J.R. Nicholason, Jack Dorgan, Charles Hightower, Fred R. Talbot, Al Thompson, Bruce Hill, E.A. Revelle, Elmer Goeltman, Charles Self, Larry Schell, Homer Chapman, and H.C. O'Brien, Plant Manager, G.P. Palmer, Regional Director of Safety, Don Bruffy, and Company Doctor, Russell

2

Conley, which may be served through the Louisiana Secretary of State, 8585
Archives Avenue, Baton Rouge, Louisiana 70809.

3.     Calcasieu Parish is a proper venue for this action because Petitioner's exposure to asbestos

occurred in Calcasieu Parish (La.C.C.P. Art. 74); further Defendant Olin Corporation is domiciled in

Calcasieu Parish (La.C.C.P. Art. 42) and each defendant in the case contributed to Ms. Citizen's

exposure to asbestos and subsequent contraction of mesothelioma, and, therefore, each is solidarily

liable to Ms. Citizen with each of its co-defendants (La. C.C.P. Art. 73).

4.     This action is within the jurisdiction of the court and Calcasieu Parish is a proper venue

pursuant to Louisiana Code of Civil Procedure article 73 because each of the defendants listed above

contributed to Pauline Marie Citizen's exposure to asbestos and subsequent contraction of

mesothelioma and therefore each is solidarily liable to Petitioner with each of its co-defendants.

5.     Petitioner Pauline Marie Citizen was exposed to injurious levels of asbestos from the

following sources:

       A.     Household and/or secondary exposure from asbestos fibers brought home on the

clothes and person of her mother, Mary Elizabeth Truitt Brown, in the 1970s as a result of her work

at Olin Corporation p/k/a Olin Mathieson Chemical Corporation in Lake Charles, Louisiana. While

Petitioner's mother used, handled, and/or was in the vicinity of others using or handling asbestos or

asbestos-containing products at these facilities, dangerously high levels of asbestos fibers escaped

into the ambient air of the work place and contaminated her work clothes and subsequently the

family home and Petitioner.

       B.     Household and/or secondary exposure from asbestos fibers brought home on the

clothes and person of her father, Paul Eugene Citizen. who, when Petitioner was a child in the 1970s,

sustained occupational exposure to asbestos as a result of his work at the Pipe Distributors, Inc.

facility in Houston, Texas.  While Petitioner's father used, handled, and/or was in the vicinity of

others using or handling asbestos or asbestos-containing products at these facilities, dangerously high

levels of asbestos fibers escaped into the ambient air of the work place and contaminated his work

clothes and subsequently the family home and Petitioner.

6.      Before and during Pauline Marie Citizen's exposure period, each of the defendants designed, tested, evaluated, manufactured, packaged, furnished, stored, handled, transported, installed, supplied and/or sold asbestos-containing products for use at, including but not limited to, each of the facilities and/or individuals listed in Paragraph 5, where Petitioner's father, then mother was exposed to asbestos-containing products, equipment, construction materials, insulation, and products that contained fibrous, incombustible, chemical-resistant mineral substances commonly called "asbestos."

7.      When inhaled or otherwise ingested, asbestos causes irreparable and progressive lung damage that can manifest itself as asbestos-related pleural disease, asbestosis, mesothelioma, pulmonary and bronchogenic carcinoma, gastrointestinal cancer, cardiac problems, other lung diseases, pneumoconiosis, and various other injuries.

8.      Each of the defendants knew or should have known through industry and medical studies, the existence of which were unknown to Petitioner, of the health hazards inherent in the asbestos-containing products they were selling and/or using.  Instead of warning Petitioner and the general public about these dangers, the defendants ignored or actively concealed such information, or condoned such concealment, in order to sell asbestos or asbestos-containing products and to avoid litigation by those who were injured from asbestos inhalation.

9.      As a direct and proximate result of having inhaled, ingested or otherwise been exposed to asbestos as described in Paragraph 5, Petitioner Pauline Marie Citizen contracted malignant mesothelioma, an incurable and terminal cancer caused from asbestos exposure.  Pauline Marie Citizen's malignant mesothelioma was diagnosed in or around April 8, 2014.

10.     Because of the latency period between exposure to asbestos and the onset of malignant mesothelioma, and because some defendants did not inform/warn Petitioner or her family members of the causes and effects of exposure to asbestos, Petitioner has only recently discovered her injuries and not more than one year preceding this filing of this Petition for Damages.

### STRICT LIABILITY OF ASBESTOS
### MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS

11.     The Defendants were miners, manufacturers, sellers, users, distributors and/or suppliers of asbestos products and were engaged in the business of using, manufacturing or facilitating the manufacture of asbestos products, or representing themselves as manufacturers of asbestos products,

or were professional vendors of asbestos or asbestos-containing products, which were expected to and did reach, including but not limited to, each of the facilities listed in Paragraph 5, from which Pauline Marie Citizen was exposed.

12.    The products mined, manufactured, sold, distributed, supplied and/or used by these defendants were defective, unreasonably dangerous, and unreasonably dangerous per se, to Petitioner who was an intended and foreseeable user and bystander who was exposed to these products.  These defects include, without limitation, the following:

      a.    the mining, manufacture, sale, supply, distribution and use of products that are unreasonably dangerous, or unreasonably dangerous per se;

      b.    the mining, manufacture, sale, supply, distribution and use of products that possess inherent and known properties that make them unreasonably dangerous by presenting high potential for causing serious injury, such as respiratory disease, cancer, and other health problems to the Plaintiff who would be foreseeably exposed to them in her respective trade;

      c.    lack of warning or of sufficient warning of the hazards these products would present in the course of their normal foreseeable use or intended use;

      d.    lack of safety instructions or of sufficient safety instructions for eliminating or reducing the health risks associated with the intended use of these products;

      e.    failure of defendants to inspect these products to assure sufficiency and adequacy of warnings and safety cautions;

      f.    failure to test or adequately test these products for defects or hazards they could present to the intended or foreseeable users;

      g.    failure to truthfully report or adequately report the results of product testing and medical studies associated with foreseeable hazards of these products by intended or foreseeable users;

      h.    failure to properly design these products when the nature of the product did not require use of asbestos mineral or where alternate, equally suitable substances were readily available;

      i.    defects in the composition and construction of these products;

5

j.    failure to recall these products mined, manufactured, sold, distributed and/or supplied;

k.    failure to properly package these products so that they could be safely transported, handled, stored or disposed of;

l.    overwarranting the safety of these products that were manufactured, sold, supplied and/or used by Defendants; and

m.    are liable to Petitioner in strict liability for things in their garde, possession, custody or control, pursuant to article 2317 of the Louisiana Code of Civil Procedure that have caused harm to Petitioner.

13    The defective conditions of defendants' products and fault, as noted above, are a proximate cause of Petitioner's injuries complained of herein.

14.    Petitioner also alleges that each and every one of the foregoing defendants were also negligent in engaging in the substandard conduct enumerated above and that this negligence was also a proximate cause of Petitioner's injuries.

### STRICT LIABILITY AND NEGLIGENCE ALLEGATIONS AGAINST MANUFACTURERS/EQUIPMENT/SELLERS/SUPPLIERS/SHIPPERS DISTRIBUTORS/CONTRACTORS/PREMISES OWNERS AND OPERATORS DEFENDANTS

15.    The Defendants identified as Manufacturers, Equipment, Sellers, Suppliers, Shippers, Distributors, Contractors were all miners, manufacturers, sellers, users, distributors and/or suppliers of asbestos products and were engaged in the business of using, manufacturing or facilitating the manufacture of asbestos products, or representing themselves as manufacturers of asbestos products, or were professional vendors of asbestos or asbestos-containing products, which were expected to and did reach, including but not limited to, each of the facilities listed in Paragraph 5, from which Pauline Marie Citizen was exposed.

16.    The products mined, manufactured, sold, distributed, supplied, shipped and/or used by these defendants were defective, unreasonably dangerous, and unreasonably dangerous per se, to Petitioner who was an intended and foreseeable user and bystander who was exposed to these products. These defects include, without limitation, the following:

6

a.   the mining, manufacture, sale, supply, distribution and use of products that are unreasonably dangerous, or unreasonably dangerous per se;

b.   the mining, manufacture, sale, supply, distribution and use of products that possess inherent and known properties that make them unreasonably dangerous by presenting high potential for causing serious injury, such as respiratory disease, cancer, and other health problems to the Petitioner who would be foreseeably exposed to them in as a result of their intended use;

c.   lack of warning or of sufficient warning of the hazards these products would present in the course of their normal foreseeable use or intended use;

d.   lack of safety instructions or of sufficient safety instructions for eliminating or reducing the health risks associated with the intended use of these products;

e.   failure of defendants to inspect these products to assure sufficiency and adequacy of warnings and safety cautions;

f.   failure to test or adequately test these products for defects or hazards they could present to the intended or foreseeable users;

g.   failure to truthfully report or adequately report the results of product testing and medical studies associated with foreseeable hazards of these products by intended or foreseeable users;

h.   failure to properly design these products when the nature of the product did not require use of asbestos mineral or where alternate, equally suitable substances were readily available;

i.   defects in the composition and construction of these products;

j.   failure to recall these products mined, manufactured, sold, distributed and/or supplied;

k.   failure to properly package these products so that they could be safely transported, handled, stored or disposed of;

n.   overwarranting the safety of these products that were manufactured, sold, supplied and/or used by Defendants; and

7

o.    liability to Petitioner in strict liability for things in their garde, possession, custody or

control, pursuant to article 2317 of the Louisiana Code of Civil Procedure that have

caused harm to Petitioner.

17.    The defective conditions of defendants' products and fault, as noted above, are a proximate

cause of Petitioner's injuries complained of herein.

18.    Petitioner also alleges that each and every one of the foregoing defendants were also

negligent in engaging in the substandard conduct enumerated above and that this negligence was also

a proximate cause of Petitioner's injuries.

19.    As to the Defendants identified as Manufacturers, Equipment, Sellers, Suppliers, Shippers,

Distributors, Contractors, Petitioner asserts causes of action in strict liability for the manufacture and

sale of unreasonably dangerous asbestos-containing products, thereby substantially contributing to

Petitioner's asbestos exposure and resultant malignant mesothelioma.

20.    As to the Defendants identified as Manufacturers, Equipment, Sellers, Suppliers, Shippers,

Distributors, Contractors, Petitioner asserts causes of action in negligence for the sale and supply of

asbestos and asbestos-containing products and failure to warn, thereby substantially contributing to

Petitioner's asbestos exposure and resultant malignant mesothelioma.

21.    As to the Defendants identified as Manufacturers, Equipment, Sellers, Suppliers, Shippers,

Distributors, Contractors, Petitioner asserts causes of action in strict products liability as the

commercial supplier of asbestos and asbestos-containing products, thereby substantially contributing

to Petitioner's asbestos exposure and resultant malignant mesothelioma.

22.    As to the Defendants identified as Manufacturers, Equipment, Sellers, Suppliers, Shippers,

Distributors, Contractors, Petitioner asserts causes of action in negligence for the lack of reasonable

care in the handling and use of asbestos-containing products in the vicinity of Petitioner and failure

to warn, and strict *garde* liability for damages caused by products within their care, custody, and

control, thereby substantially contributing to Petitioner's asbestos exposure and resultant malignant

mesothelioma.

23.    During the course of the Plaintiff's life she was exposed to asbestos or asbestos containing

products as a result of negligence and/or strict liability of defendants, including Defendants,

Honeywell International, Inc., General Motors Corporation, Old Carco, LLC and Ford Motor

8

Company, caused by the defective design, composition, manufacture, distribution, marketing, sale, or supply of asbestos by the Defendants.

24.      Defendants Certain Underwriters at Lloyd's London and/or Century Indemnity Company, on information and belief, had in full force and effect a policy or policies of liability or excess insurance insuring Defendant Olin Corporation p/k/a Olin Mathieson Chemical Corporation, and its executive officers, Steve Cupach, J.R. Nicholason, Jack Dorgan, Charles Hightower, Fred R. Talbot, Al Thompson, Bruce Hill, E.A. Revelle, Elmer Goeltman, Charles Self, Larry Schell, Homer Chapman, and H.C. O'Brien, Plant Manager, G.P. Palmer, Regional Director of Safety, Don Bruffy, and Company Doctor, Russell Conley, against the causes of action asserted herein and covering the premises, matters, persons, things, actions, inactions, and damages that are the subject of this petition, and, as such, Defendants Certain Underwriters at Lloyd's London and/or Century Indemnity Company are directly liable to Petitioner under the provisions of the Louisiana Revised Statutes, Title 22, Section 655 (now 22:1269).

25.      During the course of the Plaintiff's life she was exposed to asbestos or asbestos containing products as a result of negligence and/or strict liability of defendants or caused by the defective design, manufacture, distribution, marketing, sale, or supply of asbestos by the Defendants, Honeywell International, Inc. (individually and as successor-in-interest to Minneapolis-Honeywell Regulator Company, Allied Signal, Inc. as successor-in-interest to Allied Corporation & The Bendix Corporation), General Motors Corporation, Old Carco, LLC (f/k/a Chrysler LLC, f/k/a Daimlerchrysler Company, LLC f/k/a DaimlerChrysler Corporation, f/k/a Chrysler Corporation, f/k/a Chrysler Motors Corporation), and Ford Motor Company.

WHEREFORE, on the basis of all of the foregoing premises set out in paragraphs 1 through 25, Petitioner requests that defendants be served with this petition and that there be judgment against these defendants jointly, severally and in solido in a sum sufficient to compensate Petitioner for the following together with interest from the date of judicial demand until paid, and costs of these proceedings:

a.      all past, present and future medical costs or expenses related thereto;

b.      all past, present and future mental suffering, anguish, pain and suffering;

c.      all past, present and future physical pain and suffering;

9

    d.      loss of quality of life; and

    e.      Past, present, and future disability.

    **WHEREFORE** Petitioner prays that after due proceedings had, there be judgment herein in favor of Petitioner and against the defendants as prayed for.

Respectfully submitted,

LANDRY & SWARR, L.L.C.

MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP C. HOFFMAN, Bar No. 32277
AMANDA J. BALLAY Bar No. 28630
MATTHEW C. CLARK Bar No. 31102
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:  (504) 299-1215

**COUNSEL FOR PLAINTIFF**

## SERVICE INSTRUCTIONS

**PLEASE SERVE THE FOLLOWING DEFENDANTS WITH PETITIONER'S
ORIGINAL PETITION FOR DAMAGES:**

A.    **HONEYWELL INTERNATIONAL, INC. (individually and as successor-in-interest to
Minneapolis-Honeywell Regulator Company, Allied Signal, Inc. as successor-in-interest
to Allied Corporation & The Bendix Corporation)**
Through its registered agent for service:
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana

B.    **GENERAL MOTORS CORPORATION**
Through its registered agent for service:
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana

C.    **OLD CARCO, LLC (f/k/a Chrysler LLC, f/k/a Daimlerchrysler Company, LLC f/k/a
DaimlerChrysler Corporation, f/k/a Chrysler Corporation, f/k/a Chrysler Motors
Corporation),**
Through its registered agent for service:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana

D.    **FORD MOTOR COMPANY**

Through its registered agent for service:
C T Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana

E.   **PIPE DISTRIBUTORS, INC.**
Through its registered agent for service:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana

F.   **OLIN CORPORATION p/k/a OLIN MATHIESON CHEMICAL CORPORATION**
Through its registered agent for service:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

G.   **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

H.   **CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, as successor to Insurance Company of North America)**
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                              DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____1-10-17_____          _____Thomas A Cal_____
                                          DEPUTY CLERK

### FIRST SUPPLEMENTAL AND AMENDED PETITION FOR
### DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT

NOW INTO COURT, through undersigned counsel, comes Petitioner, Pauline Marie
Citizen, who moves for leave of court to file this *First Supplemental and Amended Petition for
Damages* to supplement and amend his original *Petition for Damages* in the following particulars:

I.

For the purpose of amending the original Petition for Damages to amend paragraph 2 as
follows:

**ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS:**

I.    **JOHNSON & JOHNSON**
      A New Jersey Corporation
      Via the Long Arm Statute
      Through Its Registered Agent:
      Steven M. Rosenberg
      One Johnson & Johnson Plaza
      New Brunswick, NJ 08933

J.    **JOHNSON & JOHNSON CONSUMER, INC., f/k/a JOHNSON & JOHNSON
      CONSUMER COMPANIES, INC.**
      A New Jersey Corporation
      Via the Long Arm Statute
      Through Its Registered Agent:
      Steven M. Rosenberg
      One Johnson & Johnson Plaza
      New Brunswick, NJ 08933

K.    **IMERYS TALC AMERICA, INC., f/k/a LUZENAC AMERICA, INC.**
      A Delaware Corporation
      Via the Long Arm Statute
      Corporation Service Company
      2711 Centervill Road, Ste. 400
      Wilmington, DE 19808

Date Served:_____1 24 17_____
Company Served:_____J&J / JJC1_____
Certified   CT   Personal   Reg. Mail   FEDEX   NP
Date Rec'd by Law Dept:_____1 27 17_____
Entered Into TeamConnect:  Yes   No
Matter ID #:_____2017002367_____

L.   **AMERICAN TALC CO. (individually and as successor to Suzonrite Mineral Products, Inc., f/k/a Pioneer Talc Co., a wholly-owned subsidiary of World Companies)**
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Joseph P. Wold
139 W. 2nd Street
Casper, WY 82601

M.   **BEACON CMP CORPORATION**
A New Jersey Company
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Lenore Rodino
295 N. Michigan Avenue
Kenilworth, NJ 07033

N.   **BRENNTAG NORTH AMERICA INC.**
A Delaware Corporation
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

O.   **BRENNTAG SPECIALITIES, INC. (f/k/a Mineral & Pigment Solutions, Inc., f/k/a Whittaker, Clark & Daniels, Inc.**
A Delaware Corporation
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

P.   **CHARLES B. CHRYSTAL CO., INC.**
Via the Louisiana Long Arm Statute
Corporate Headquarters
689 Mamaroneck Avenue
Mamaroneck, MY 10543

Q.   **COLGATE-PALMOLIVE COMPANY**
A New York Corporation
Through Its Registered Agent:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

R.   **CYPRUS AMAX MINERALS CO.**
A Delaware Corporation
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE 19808

2

S.     **WHITAKER, CLARK & DANIELS, INC.**
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Joseph K. Cobuzio, Esq.
Tompinks McGuire Wachenfeld & Barry LLP
100 Mulberry St.
Newark, NJ 07102

**CONTRACTOR DEFENDANTS**

T.     **BROCK SERVICES LLC, f/k/a Brock Services, LTD.**
Through its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

U.     **ACTION RESTORATION, INC.**
Through Its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

V.     **SOUTHERN INSULATION & SHEET METAL, INC.**
Through Its Registered Agent:
Capitol Corporate Service, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

**II.**

For the purpose of inserting the following allegations into Paragraph 5 of the Original Petition for Damages:

C.     Direct exposure to various asbestos-containing cosmetic talc products, including "Cashmere Bouquet" manufactured and marketed by Colgate and "Johnson's Baby Powder" and "Shower to Shower" manufactured and marketed by Johnson & Johnson (hereinafter "Products"), from the 1970's through the 1990's. During this time, Pauline Marie Citizen used and was exposed to asbestos and asbestos-related materials mined, manufactured, supplied, processed, imported, converted, compounded, and/or sold by the Defendants identified as "Talc Miners/Manufacturers/Sellers/Suppliers/Distributors" in Paragraph 2.

D.     Direct exposure to asbestos fibers generated from asbestos-containing building materials by the operations and activities of the "Contractor Defendants" identified in Paragraph 2 while employed by the City of Lake Charles and working at Lake Charles City Hall from approximately 2003 through 2013. During this time, Plaintiff was exposed to asbestos and asbestos-related materials located at City Hall as well as being removed and/or otherwise disturbed by Brock Services Contractors during abatement procedures in 2009.

3

**III.**

Each of the allegations asserted in Paragraphs 11 – 25 are specifically applied to Plaintiffs' claims against all defendants identified as "Talc Miners/Manufacturers/Sellers/Suppliers/Distributors" in Paragraph 2.

**IV.**

For the purpose of adding the following allegations to the original Petition for Damages:

## NEGLIGENCE AND STRICT LIABILITY OF CONTRACTOR DEFENDANTS

26.     As to the Defendants identified as "Contractor Defendants" in Paragraph 2, Petitioner asserts causes of action in negligence for the lack of reasonable care in the handling, use, installation and/or removal of asbestos-containing materials in the vicinity of Petitioner and failure to warn, and strict *garde* liability for damages caused by materials and work areas within their care, custody, and control, thereby substantially contributing to Petitioner's asbestos exposure and resultant malignant mesothelioma.

27.     These Defendants were contracted by others to perform work at the Lake Charles City Hall between 2003 and 2013, including asbestos abatement services. Said insulation work had the direct result of releasing into the workplace atmosphere, within Petitioner's breathing zone, dangerous levels of asbestos dust and fibers.  Consequently, Petitioner was exposed to, and inhaled, said asbestos dust and fibers, sustaining injury to her lungs, culminating in development of mesothelioma.  These Defendants were negligent in failing to isolate their work activities involving asbestos, not warning bystanders regarding the dangers of inhaling asbestos dust, and not using proper administrative and engineering controls, such as proper ventilation and wet-down techniques, to minimize and/or eliminate asbestos exposure suffered by bystander employees, including Petitioner.

28.     The asbestos-containing materials disturbed and handled by Defendants were unreasonably dangerous in normal use, were defective in design or composition, were dangerous *per se* and/or were dangerous because of a lack of a proper warning regarding their dangers. Further, these Defendants failed to properly warn the Petitioner of the dangers associated with the handling of such materials such products, including the risk of developing mesothelioma, cancer and other lung diseases.

29.     In addition to this negligence and failure to warn, these Defendants are strictly liable for the harm to Plaintiff caused by their activities pursuant to Louisiana Civil Code Article 2317 in that these defendants maintained care, custody, and control of their work areas and the asbestos materials they handled and disturbed.

4

30.    The aforementioned acts and omissions of the defendants, for which they are solidarily and jointly liable, under a strict liability or negligence standard, proximately caused the Petitioner's injuries, damages and losses.

Petitioner reiterates all matters contained in the original Petition for Damages and allege same against these defendants including the prayer of her original petition as though set forth at length herein.

To the extent that certain matters, claims and/or parties have been dismissed in the captioned case, Petitioner does not re-urge those claims, allegations, and/or matters that have been the subject of joint or consent order/judgments and/or motions to dismiss.

**WHEREFORE**, Petitioner prays that her original Petition for Damages be supplemented and amended as to the above particulars and that, after due proceedings had, there be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact finder, said judgments against all defendants, jointly, severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

**Respectfully submitted,**

**LANDRY & SWARR, LLC**

FRANK J. SWARR, Bar No. 23322
MICKEY P. LANDRY, Bar No. 22817
PHILIP HOFFMAN, Bar No. 32277
MATTHEW CLARK, Bar No. 31102
AMANDA BALLAY, Bar No. 28630
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215

A TRUE COPY
Lake Charles, Louisiana
1.18.17
Deputy Clerk of Court
Calcasieu Parish, Louisiana

**SERVICE INSTRUCTIONS**

**PLEASE SERVE THE ORIGINAL PETITION FOR DAMAGES AND FIRST AMENDED AND SUPPLEMENTAL PETITION FOR DAMAGES ON THE FOLLOWING DEFENDANTS:**

I.    **JOHNSON & JOHNSON**
     A New Jersey Corporation
     Via the Long Arm Statute
     Through Its Registered Agent:
     Steven M. Rosenberg
     One Johnson & Johnson Plaza
     New Brunswick, NJ 08933

5

J. **JOHNSON & JOHNSON CONSUMER, INC., f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.**
A New Jersey Corporation
Via the Long Arm Statute
Through Its Registered Agent:
Steven M. Rosenberg
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

K. **IMERYS TALC AMERICA, INC., f/k/a LUZENAC AMERICA, INC.**
A Delaware Corporation
Via the Long Arm Statute
Corporation Service Company
2711 Centervill Road, Ste. 400
Wilmington, DE 19808

L. **AMERICAN TALC CO. (individually and as successor to Suzonrite Mineral Products, Inc., f/k/a Pioneer Talc Co., a wholly-owned subsidiary of World Companies)**
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Joseph P. Wold
139 W. 2nd Street
Casper, WY 82601

M. **BEACON CMP CORPORATION**
A New Jersey Company
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Lenore Rodino
295 N. Michigan Avenue
Kenilworth, NJ 07033

N. **BRENNTAG NORTH AMERICA INC.**
A Delaware Corporation
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

O. **BRENNTAG SPECIALITIES, INC. (f/k/a Mineral & Pigment Solutions, Inc., f/k/a Whittaker, Clark & Daniels, Inc.**
A Delaware Corporation
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

P. **CHARLES B. CHRYSTAL CO., INC.**
Via the Louisiana Long Arm Statute
Corporate Headquarters
689 Mamaroneck Avenue
Mamaroneck, MY 10543

**Q. COLGATE-PALMOLIVE COMPANY**
A New York Corporation
Through Its Registered Agent:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**R. CYPRUS AMAX MINERALS CO.**
A Delaware Corporation
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE 19808

**S. WHITAKER, CLARK & DANIELS, INC.**
Via the Louisiana Long Arm Statute
Through Its Registered Agent:
Joseph K. Cobuzio, Esq.
Tompinks McGuire Wachenfeld & Barry LLP
100 Mulberry St.
Newark, NJ 07102

**T. BROCK SERVICES LLC, f/k/a Brock Services, LTD.**
Through its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**U. ACTION RESTORATION, INC.**
Through Its Registered Agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**V. SOUTHERN INSULATION & SHEET METAL, INC.**
Through Its Registered Agent:
Capitol Corporate Service, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

**PETITIONERS WILL SERVE ALL OTHER DEFENDANTS THROUGH COUNSEL OF RECORD PURSUANT TO LA. C.C.P. 1313**

**14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU**

**STATE OF LOUISIANA**

NO. 2014-2920                                                    DIVISION "B"

**PAULINE MARIE CITIZEN**

**VERSUS**

**PIPE DISTRIBUTORS, INC., ET AL.**

FILED: _/-10-17_                          _Thomas A Cal_
                                                **DEPUTY CLERK**

**ORDER**

Let the above and foregoing First Supplement and Amendment to the Original Petition for

Damages be filed as prayed for.

SO ORDERED this the 11th day of _January_, 20 17.

                              s/ _Clayton Davis_
                              JUDGE
                                   _Clayton Davis_


A TRUE COPY
Lake Charles, Louisiana
1.18.17  _Thomas A Cal_
Deputy Clerk of Court
Calcasieu Parish, Louisiana

8

14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                              DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____          _____
                                                        DEPUTY CLERK


**SECOND SUPPLEMENTAL AND AMENDED PETITION FOR
DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT**


**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Pauline Marie

Citizen, who moves for leave of court to file this *Second Supplemental and Amended Petition for*

*Damages* to supplement and amend her *First Supplemental Petition for Damages* in the following

particulars:

I.

For the purpose of amending the First Supplemental Petition for Damages to re-name the

following defendants as:

K.     **IMERYS TALC AMERICA, INC.** (sued individually and as successor-in-interest to
       LUZENAC AMERICA, INC. successor-in-interest to CYPRUS INDUSTRIAL
       MINERALS COMPANY)

N.     **BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest
       to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to
       WHITTAKER CLARK & DANIELS, INC.)

O.     **BRENNTAG SPECIALTIES, INC.** f/k/a MINERAL PIGMENT SOLUTIONS, INC.
       (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS,
       INC.)

R.     **CYPRUS AMAX MINERALS COMPANY** (sued individually, doing business as, and
       as successor to METROPOLITAN TALC CO. INC. and CHARLES MATHIEU INC. and
       SIERRA TALC COMPANY and UNITED TALC COMPANY)

S.     **WHITTAKER CLARK & DANIELS, INC.**

II.

For the purpose of amending the First Supplemental Petition for Damages to amend

paragraph 2 as follows:

1

**ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS:**

W.   **AVON PRODUCTS, INC.**
     Through Its Registered Agent
     CT Corporation System
     3867 Plaza Tower Drive
     Baton Rouge, LA 70817

X.   **BRISTOL-MYERS SQUIBB COMPANY** (sued individually and as successor-in-interest to CHARLES OF THE RITZ)
     A Delaware Corporation
     Via the Long Arm Statute
     Through Its Registered Agent
     The Corporation Trust Company
     Corporation Trust Center
     1209 Orange Street
     Wilmington, DE 19801

Y.   **COLGATE-PALMOLIVE COMPANY** (sued individually and as successor-in-interest to THE MENNEN COMPANY)
     Through Its Registered Agent
     CT Corporation System
     3867 Plaza Tower Drive
     Baton Rouge, LA 70817

Z.   **JOHNSON & JOHNSON**
     A New Jersey Corporation
     Via the Long Arm Statute
     At Its Principal Place of Business
     One Johnson & Johnson Plaza
     New Brunswick, NJ 08933

AA.  **JOHNSON & JOHNSON CONSUMER, INC.,** a subsidiary of JOHNSON & JOHNSON
     A New Jersey Corporation
     Via the Long Arm Statute
     At Its Principal Place of Business
     One Johnson & Johnson Plaza
     New Brunswick, NJ 08933

BB.  **REVLON, INC.**
     A Delaware Corporation
     Via the Long Arm Statute
     Through Its Registered Agent
     Corporation Creations Network Inc.
     3411 Silverside Road
     Tatnall Building, Suite 104
     Wilmington, DE 19810

CC.  **VALEANT PHARMACEUTICALS INTERNATIONAL CORPORATION**
     A Delaware Corporation
     Via the Long Arm Statute
     Through Its Registered Agent
     The Corporation Trust Company
     Corporation Trust Center
     1209 Orange Street
     Wilmington, DE 19801

**DD.**   **VALEANT PHARMACEUTICALS NORTH AMERICA LLC**
A Delaware Limited Liability Company
Through Its Registered Agent:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70817

**EE.**   **YVES SAINT LAURENT AMERICA, INC.**, a subsidiary of KERING HOLLAND NV
A New York Corporation
Via the Long Arm Statute
Through Its Registered Agent
CT Corporation System
111 8th Avenue
New York City, NY 10011

**WHEREFORE**, Petitioner prays that her First Supplemental Petition for Damages be

supplemented and amended as to the above particulars and that, after due proceedings had, there

be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact

finder, said judgments against all defendants, jointly, severally, and *in solido*, said amounts to

bear legal interest from the date of judicial demand until paid, for all costs of these proceedings,

and for all general and equitable relief.

Respectfully submitted,

**LANDRY & SWARR, LLC**

FRANK J. SWARR, Bar No. 23322
MICKEY P. LANDRY, Bar No. 22817
PHILIP HOFFMAN, Bar No. 32277
MATTHEW CLARK, Bar No. 31102
AMANDA BALLAY, Bar No. 28630
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215

And

**SIMON GREENSTONE PANATIER BARTLETT, PC**
HUTTON SENTELL, Bar No. 23294
SAMUEL IOLA (*pro hac vice pending*)
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone:  (214) 276-7680
Facsimile:   (214) 276-7699

<u>**SERVICE INSTRUCTIONS**</u>

**PLEASE SERVE THE SECOND AMENDED AND SUPPLEMENTAL PETITION FOR DAMAGES ON THE FOLLOWING DEFENDANTS:**

W.    **AVON PRODUCTS, INC.**
Through Its Registered Agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70817

X.    **BRISTOL-MYERS SQUIBB COMPANY** (sued individually and as successor-in-interest to CHARLES OF THE RITZ)
A Delaware Corporation
Via the Long Arm Statute
Through Its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Y.    **COLGATE-PALMOLIVE COMPANY** (sued individually and as successor-in-interest to THE MENNEN COMPANY)
Through Its Registered Agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70817

Z.    **JOHNSON & JOHNSON**
A New Jersey Corporation
Via the Long Arm Statute
At Its Principal Place of Business
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

AA.   **JOHNSON & JOHNSON CONSUMER, INC.,** a subsidiary of JOHNSON & JOHNSON
A New Jersey Corporation
Via the Long Arm Statute
At Its Principal Place of Business
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

BB.   **REVLON, INC.**
A Delaware Corporation
Via the Long Arm Statute
Through Its Registered Agent
Corporation Creations Network Inc.
3411 Silverside Road
Tatnall Building, Suite 104
Wilmington, DE 19810

**CC.   VALEANT PHARMACEUTICALS INTERNATIONAL CORPORATION**
A Delaware Corporation
Via the Long Arm Statute
Through Its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**DD.   VALEANT PHARMACEUTICALS NORTH AMERICA LLC**
A Delaware Limited Liability Company
Through Its Registered Agent:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70817

**EE.   YVES SAINT LAURENT AMERICA, INC.**, a subsidiary of KERING HOLLAND NV
A New York Corporation
Via the Long Arm Statute
Through Its Registered Agent
CT Corporation System
111 8th Avenue
New York City, NY 10011

**PETITIONERS WILL SERVE ALL OTHER DEFENDANTS THROUGH COUNSEL OF
RECORD PURSUANT TO LA. C.C.P. 1313**

5

**14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU**

**STATE OF LOUISIANA**

**NO. 2014-2920**                                             **DIVISION "B"**

**PAULINE MARIE CITIZEN**

**VERSUS**

**PIPE DISTRIBUTORS, INC., ET AL.**

**FILED:** _____          _____
                                                    **DEPUTY CLERK**

**<u>ORDER</u>**

Let the above and foregoing Second Supplement and Amendment to the First

Supplemental Petition for Damages be filed as prayed for.

SO ORDERED this the _____ day of _____, 2017.


_____
JUDGE

6

14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                                           DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____5·26·17_____

DEPUTY CLERK

### THIRD SUPPLEMENTAL AND AMENDED PETITION FOR
### DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT

**NOW INTO COURT,** through undersigned counsel, comes Petitioner, Pauline Marie

Citizen, who moves for leave of court to file this *Third Supplemental and Amended Petition for*

*Damages* to supplement and amend her *Second Supplemental Petition for Damages* in the

following particulars:

I.

For the purpose of amending the Second Supplemental Petition for Damages to re-name

the following defendant as:

Y.    **COLGATE-PALMOLIVE COMPANY**

**WHEREFORE,** Petitioner prays that her Second Supplemental Petition for Damages be

supplemented and amended as to the above particulars and that, after due proceedings had, there

be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact

finder, said judgments against all defendants, jointly, severally, and *in solido*, said amounts to

bear legal interest from the date of judicial demand until paid, for all costs of these proceedings,

and for all general and equitable relief.

Respectfully submitted,

LANDRY & SWARR, LLC

FRANK J. SWARR, Bar No. 23322
MICKEY P. LANDRY, Bar No. 22817
PHILIP HOFFMAN, Bar No. 32277
MATTHEW CLARK, Bar No. 31102
AMANDA BALLAY, Bar No. 28630
1010 Common Street, Suite 2050

1

New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215

And

**SIMON GREENSTONE PANATIER BARTLETT, PC**
HUTTON SENTELL, Bar No. 23294
SAMUEL IOLA (*pro hac vice*)
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone:  (214) 276-7680
Facsimile:   (214) 276-7699


**<u>PETITIONERS WILL SERVE ALL DEFENDANTS THROUGH COUNSEL OF
RECORD PURSUANT TO LA. C.C.P. 1313</u>**

2

14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                          DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _5·26·17_                    _____
                                         DEPUTY CLERK

## ORDER

Let the above and foregoing Third Supplement and Amendment to the Second Supplemental Petition for Damages be filed as prayed for.

SO ORDERED this the _5_ day of _June_____, 2017.

                              _s/ Clayton Davis_____
                              JUDGE

3

## 14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

## STATE OF LOUISIANA

NO. 2014-2920                                        DIVISION "B"

## PAULINE MARIE CITIZEN

## VERSUS

## PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____          _____
                                        DEPUTY CLERK

## FOURTH SUPPLEMENTAL AND AMENDED PETITION FOR
## DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT

NOW INTO COURT, through undersigned counsel, comes Petitioner, Pauline Marie

Citizen, who moves for leave of court to file this *Fourth Supplemental and Amended Petition for*

*Damages* to supplement and amend her *Third Supplemental Petition for Damages* in the

following particulars:

### I.

For the purpose of amending the Third Supplemental Petition for Damages to amend

paragraph 2 as follows:

## ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS:

FF.    **DOLLAR TREE STORES, INC.**, a subsidiary of DOLLAR TREE, INC.
       A Virginia Corporation
       Through Its Registered Agent
       Corporation Service Company
       501 Louisiana Avenue
       Baton Rouge, LA 70802

GG.    **GREENBRIER INTERNATIONAL, INC.**, a subsidiary of DOLLAR TREE, INC.
       A Delaware Corporation
       Via the Long Arm Statute
       Through Its Registered Agent
       Corporate Creations Network Inc.
       3411 Silverside Road
       Tatnall Building, Suite 104
       Wilmington, DE 19810

WHEREFORE, Petitioner prays that her Third Supplemental Petition for Damages be

supplemented and amended as to the above particulars and that, after due proceedings had, there

be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact

finder, said judgments against all defendants, jointly, severally, and *in solido*, said amounts to

1

bear legal interest from the date of judicial demand until paid, for all costs of these proceedings,

and for all general and equitable relief.

**Respectfully submitted,**

**LANDRY & SWARR, LLC**

FRANK J. SWARR, Bar No. 23322
MICKEY P. LANDRY, Bar No. 22817
PHILIP HOFFMAN, Bar No. 32277
MATTHEW CLARK, Bar No. 31102
AMANDA BALLAY, Bar No. 28630
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215

And

**SIMON GREENSTONE PANATIER BARTLETT, PC**
HUTTON SENTELL, Bar No. 23294
SAMUEL IOLA (*pro hac vice*)
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone:  (214) 276-7680
Facsimile:   (214) 276-7699

<u>**SERVICE INSTRUCTIONS**</u>

**PLEASE SERVE THE FOURTH AMENDED AND SUPPLEMENTAL PETITION FOR DAMAGES ON THE FOLLOWING DEFENDANTS:**

FF.   **DOLLAR TREE STORES, INC.,** a subsidiary of DOLLAR TREE, INC.
      A Virginia Corporation
      Through Its Registered Agent
      Corporation Service Company
      501 Louisiana Avenue
      Baton Rouge, LA 70802

GG.   **GREENBRIER INTERNATIONAL, INC.,** a subsidiary of DOLLAR TREE, INC.
      A Delaware Corporation
      Via the Long Arm Statute
      Through Its Registered Agent
      Corporate Creations Network Inc.
      3411 Silverside Road
      Tatnall Building, Suite 104
      Wilmington, DE 19810

<u>**PETITIONERS WILL SERVE ALL DEFENDANTS THROUGH COUNSEL OF RECORD PURSUANT TO LA. C.C.P. 1313**</u>

**14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU**

**STATE OF LOUISIANA**

**NO. 2014-2920**                                              **DIVISION "B"**

**PAULINE MARIE CITIZEN**

**VERSUS**

**PIPE DISTRIBUTORS, INC., ET AL.**

**FILED:** _____

                                              _____
                                              **DEPUTY CLERK**

**ORDER**

Let the above and foregoing Fourth Supplement and Amendment to the Second Supplemental Petition for Damages be filed as prayed for.

SO ORDERED this the _____ day of _____, 2017.


_____
JUDGE

4

14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                          DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____        _____
                                                    DEPUTY CLERK

**FIFTH SUPPLEMENTAL AND AMENDED PETITION FOR
DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT**

**COMES NOW** Petitioner, by and through the undersigned counsel, who respectfully

represents as follows and moves for leave of Court to file this *Fifth Supplemental and Amended*

*Petition for Damages* to supplement and amend the *Fourth Supplemental and Amended Petition*

*for Damages* in the following particulars:

**I.**

1.      Decedent Pauline Marie Citizen died on June 8, 2017, of malignant mesothelioma caused

by her exposure to asbestos, leaving LeQuitta Citizen, an adult resident citizen who resides at

7302 Foxbend Lane, Humble, Texas, 77338, the daughter and statutory survivor of Pauline

Citizen, Deceased, and hereby substitutes herself in the Decedent's stead and asserts this survival

action pursuant to Louisiana Civil Code Article 2315.1

2.      Pauline Marie Citizen's (hereinafter "Decedent") death on or about June 8, 2017, was a

consequence of her exposure to dust and fibers from asbestos, and/or asbestos-containing

materials, and/or various asbestos-containing cosmetic talc products that were unreasonably

dangerous per se, defective in composition or constructions, defective in design, lacking suitable

warnings or instructions concerning the hazards presented, as a result of negligent, willful, and/or

reckless misconduct, and as a result of intentional misconduct of certain of the Defendants as

previously alleged with more specificity in Plaintiff's Original Petition for Damages, as

previously supplemented and amended.   As a direct and proximate result of the delictual

conduct of the Defendants, Petitioner LeQuitta Citizen has lost the love, affection, society,

support, services, and future earnings of the Decedent, and all other damages due pursuant to

Louisiana Civil Code Article 2315.1 and 2315.2, and hereby asserts both a survival action on

behalf of Decedent against the Defendants and wrongful death actions against the Defendants on their own behalves.

3.    Petitioner reiterates all matters set forth in the Original Petition for Damages, as previously supplemented and amended, and alleges same against each of the Defendants, as if set forth herein.

II.

For the purpose of amending the Fourth Amended and Supplemental Petition for Damages to amend paragraph 2 as follows:

**ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS:**

HH.    **DOLGENCORP, LLC** f/k/a DOLGENCORP, INC., a subsidiary of DOLLAR
GENERAL CORPORATION;
A Kentucky Limited Liability Company
Through Its Registered Agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

II.    **PREMIER BRANDS OF AMERICA INC.**
A New York Corporation
Via the Long Arm Statute
Through Its Registered Agent
31 South Street, Suite 2-S
Mount Vernon, NY 10550

WHEREFORE, Petitioner prays that the Fourth Supplemental and Amended Petition for Damages be supplemented in the above particulars and that, after due proceedings are had, there be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact finder, said judgments against all Defendants jointly, severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

LANDRY & SWARR, L.L.C.

MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP HOFFMAN, Bar No. 32277
AMANDA J. BALLAY, Bar No. 28630
MATTHEW C. CLARK, Bar No. 31102
1010 Common Street • Suite 2050
New Orleans • Louisiana • 70112
Telephone:  (504) 299-1214
Facsimile:  (504) 299=1215
lslaw@landryswarr.com

2

and

**SIMON GREENSTONE PANATIER BARTLETT, PC**
HUTTON SENTELL, Bar No. 23294
SAM IOLA *(pro hac vice)*
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone:  (214) 276-7680
Facsimile:  (214) 276-7699

**COUNSEL FOR PLAINTIFF**

3

<u>SERVICE INSTRUCTIONS</u>

**PLEASE SERVE THE FIFTH AMENDED AND SUPPLEMENTAL PETITION FOR DAMAGES ON THE FOLLOWING DEFENDANTS:**

HH.  **DOLGENCORP, LLC** f/k/a DOLGENCORP, INC., a subsidiary of DOLLAR
GENERAL CORPORATION;
A Kentucky Limited Liability Company
Through Its Registered Agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

II.  **PREMIER BRANDS OF AMERICA INC.**
A New York Corporation
Via the Long Arm Statute
Through Its Registered Agent
31 South Street, Suite 2-S
Mount Vernon, NY 10550

**PLAINTIFF'S COUNSEL WILL SERVE ALL DEFENDANTS VIA La. C.C.P. Art. 1313.**

4

14ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                          DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____          _____
                                                          DEPUTY CLERK


**ORDER**


Let the above and foregoing *Fifth Supplement and Amendment* to the *Original Petition for Damages* be filed as prayed for.

SO ORDERED this the _____ day of _____, 2017.


_____
JUDGE

14ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                          DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____        _____
                                      DEPUTY CLERK

## SIXTH SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT

**COMES NOW** Petitioner, by and through the undersigned counsel, who respectfully

represents as follows and moves for leave of Court to file this *Sixth Supplemental and Amended*

*Petition for Damages* to supplement and amend the *Fifth Supplemental and Amended Petition*

*for Damages* in the following particulars:

**I.**

For the purpose of amending the Fifth Amended and Supplemental Petition for Damages

to amend paragraph 2 as follows:

## ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS:

**JJ.**   **DAVION INC.** and its HABA DIVISION a/k/a HABA-DAVION
          A New Jersey Corporation
          Via the Long Arm Statute
          Through Its Registered Agent
          James Placa
          2 Progress Road
          N. Brunswick, NJ 08902

**KK.**   **PERSONAL CARE PRODUCTS, LLC**
          A Delaware Limited Liability Company
          Via the Long Arm Statute
          Through Its Registered Agent
          The Corporation Trust Company
          Corporation Trust Center
          1209 Orange Street
          Wilmington, DE 19801

**LL.**   **THORNTON INDUSTRIES, INC.**
          An Illinois Corporation
          Via the Long Arm Statute
          Through Its Registered Agent
          Michael L. Thornton
          2000 Ashley Road
          Morris, IL 60450-7900

WHEREFORE, Petitioner prays that the Fifth Supplemental and Amended Petition for Damages be supplemented in the above particulars and that, after due proceedings are had, there be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact finder, said judgments against all Defendants jointly, severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

LANDRY & SWARR, L.L.C.

_____
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP HOFFMAN, Bar No. 32277
AMANDA J. BALLAY, Bar No. 28630
MATTHEW C. CLARK, Bar No. 31102
1010 Common Street • Suite 2050
New Orleans • Louisiana • 70112
Telephone:  (504) 299-1214
Facsimile:  (504) 299=1215
lslaw@landryswarr.com

and

SIMON GREENSTONE PANATIER BARTLETT, PC
HUTTON SENTELL, Bar No. 23294
SAM IOLA *(pro hac vice)*
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone:  (214) 276-7680
Facsimile:  (214) 276-7699

COUNSEL FOR PLAINTIFF

2

## SERVICE INSTRUCTIONS

**PLEASE SERVE THE SIXTH AMENDED AND SUPPLEMENTAL PETITION FOR DAMAGES ON THE FOLLOWING DEFENDANTS:**

JJ.    **DAVION INC.** and its HABA DIVISION a/k/a HABA-DAVION
      A New Jersey Corporation
      Via the Long Arm Statute
      Through Its Registered Agent
      James Placa
      2 Progress Road
      N. Brunswick, NJ 08902

KK.    **PERSONAL CARE PRODUCTS, LLC**
      A Delaware Limited Liability Company
      Via the Long Arm Statute
      Through Its Registered Agent
      The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE 19801

LL.    **THORNTON INDUSTRIES, INC.**
      An Illinois Corporation
      Via the Long Arm Statute
      Through Its Registered Agent
      Michael L. Thornton
      2000 Ashley Road
      Morris, IL 60450-7900

**PLAINTIFF'S COUNSEL WILL SERVE ALL DEFENDANTS VIA La. C.C.P. Art. 1313.**

14ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                          DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: _____       _____
                                                  DEPUTY CLERK


**<u>ORDER</u>**


Let the above and foregoing *Sixth Supplement and Amendment* to the *Original Petition*

*for Damages* be filed as prayed for.

SO ORDERED this the _____ day of _____, 2018.



                                        _____
                                                     JUDGE


4

14ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                            DIVISION "B"

LEQUITTA CITIZEN, INDIVIDUALLY AND AS STATUTORY SURVIVOR OF
PAULINE CITIZEN, DECEASED,

VERSUS

AVON PRODUCTS, INC., ET AL.

FILED: _____        _____
                                        DEPUTY CLERK

SEVENTH SUPPLEMENTAL AND AMENDED PETITION FOR
DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT

COMES NOW Petitioner, by and through the undersigned counsel, who respectfully

represents as follows and moves for leave of Court to file this *Seventh Supplemental and Amended*

*Petition for Damages* to supplement and amend the *Sixth Supplemental and Amended Petition for*

*Damages* in the following particulars:

I.

For the purpose of amending the Sixth Amended and Supplemental Petition for Damages

to supplement Count 5 as follows:

5.      C.      From approximately the 1970's to 2017, Petitioner alleges that Decedent

        Pauline Citizen was exposed to asbestos, and/or asbestos-containing products,

        and/or asbestos-containing talc and/or other finished and unfinished asbestos-

        containing talcum powder products, and/or raw asbestos fibers of various kinds and

        grades through her personal use of and direct exposure to:  Cashmere Bouquet

        talcum powder manufactured and marketed by Colgate-Palmolive Company;

        Johnson's Baby Powder and Shower-to-Shower talcum powder manufactured and

        marketed by Johnson & Johnson, Johnson & Johnson Consumer, Inc., a subsidiary

        of Johnson & Johnson, Valeant Pharmaceuticals International Corporation, and

        Valeant Pharmaceuticals North America LLC; various Avon talcum powder

        products manufactured and marketed by Avon Products, Inc.; Jean Nate talcum

        powder manufactured and marketed by Bristol-Myers Squibb Company (sued

        individually and as successor-in-interest to Charles of the Ritz), Revlon, Inc., and

Yves Saint Laurent America, Inc., a subsidiary of Kering Holland NV; Assured foot powder manufactured and marketed by Dollar Tree Stores, Inc., a subsidiary of Dollar Tree, Inc., Greenbrier International, Inc., a subsidiary of Dollar Tree, Inc., Davion Inc. and its Haba division a/k/a Haba-Davion, and Personal Care Products, LLC; and DG Body talcum powder products manufactured and marketed by Dolgencorp, LLC f/k/a Dolgencorp, Inc., a subsidiary of Dollar General Corporation, and Premier Brands of America Inc. Additionally, Decedent was exposed to asbestos-containing talc supplied by Brenntag North America, Inc. (sued individually and as successor-in-interest to Mineral Pigment Solutions, Inc. and as successor-in-interest to Whittaker Clark & Daniels, Inc.), Brenntag Specialties, Inc. f/k/a Mineral Pigment Solutions, Inc. (sued individually and as successor-in-interest to Whittaker Clark & Daniels, Inc.), Cyprus Amax Minerals Company (sued individually, doing business as, and as successor to Metropolitan Talc Co. Inc. and Charles Mathieu Inc. and Sierra Talc Company and United Talc Company), Davion Inc. and its Haba division a/k/a Haba-Davion, Imerys Talc America, Inc. (sued individually and as successor-in-interest to Luzenac America, Inc. successor-in-interest to Cyprus Industrial Minerals Company), Personal Care Products, LLC, Thornton Industries, Inc., and Whittaker Clark & Daniels, Inc During this time period, Decedent Pauline Citizen was exposed to asbestos, and/or asbestos-containing products, and/or asbestos-containing talc and/or other finished and unfinished asbestos-containing talcum powder products, and/or raw asbestos fibers of various kinds and grades mined, manufactured, supplied, processed, imported, converted, compounded, and/or sold by the above-referenced Defendants identified as "Asbestos Miners/Manufacturer/Sellers/Suppliers/Distributors" in Paragraph 2.

WHEREFORE, Petitioner prays that the Sixth Supplemental and Amended Petition for Damages be supplemented in the above particulars and that, after due proceedings are had, there be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact finder, said judgments against all Defendants jointly, severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

2

Respectfully Submitted,

LANDRY & SWARR, L.L.C.

MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP HOFFMAN, Bar No. 32277
AMANDA J. BALLAY, Bar No. 28630
MATTHEW C. CLARK, Bar No. 31102
1010 Common Street • Suite 2050
New Orleans • Louisiana • 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299=1215
lslaw@landryswarr.com

and

**SIMON GREENSTONE PANATIER, PC**

DARREN MCDOWELL (*pro hac vice*)
1201 Elm Street, Suite 3499
Dallas, Texas 75270
Telephone:  (214) 276-7680
Facsimile:  (214) 276-7699
dmcdowell@sgpblaw.com

**COUNSEL FOR PETITIONER**

**PETITIONER'S COUNSEL WILL SERVE ALL DEFENDANTS VIA La. C.C.P. Art. 1313.**

3

14ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                              DIVISION "B"

LEQUITTA CITIZEN, INDIVIDUALLY AND AS STATUTORY SURVIVOR OF
PAULINE CITIZEN, DECEASED,

VERSUS

AVON PRODUCTS, INC., ET AL.

FILED: _____          _____
                                        DEPUTY CLERK

**ORDER**

Let the above and foregoing *Seventh Supplement and Amendment* to the *Original Petition for Damages* be filed as prayed for.

SO ORDERED this the ____ day of _____, 2018.

_____
JUDGE

4

14ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                              DIVISION "B"

LEQUITTA CITIZEN, INDIVIDUALLY AND AS STATUTORY SURVIVOR OF
PAULINE CITIZEN, DECEASED,

VERSUS

AVON PRODUCTS, INC., ET AL.

FILED: _____        _____
                                       DEPUTY CLERK

EIGHTH SUPPLEMENTAL AND AMENDED PETITION FOR
DAMAGES WITH INCORPORATED MOTION FOR LEAVE OF COURT

COMES NOW Petitioner, by and through the undersigned counsel, who respectfully

represents as follows and moves for leave of Court to file this *Eighth Supplemental and Amended*

*Petition for Damages* to supplement and amend the *Seventh Supplemental and Amended Petition*

*for Damages* in the following particulars:

I.

For the purpose of amending the Seventh Supplemental and Amended Petition for

Damages to amend paragraph 2 as follows:

ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS:

MM.   QUALITY MANUFACTURING ONTARIO CANADA
      A Canadian Corporation
      Via La. R.S. 13:3204 and the Hague Convention
      Mr. Gordon Carvell, General Manager
      5429 Farran's Point Road
      Ingleside, Ontario
      K0C 1MO
      Canada

NN.   WILLARD MANUFACTURING, INC.
      Via La. R.S. 13:3204 and the Hague Convention
      Mr. Jeremy Willard, President
      5295 John Lucas Drive
      Burlington, Ontario
      L7L 6A8
      Canada

WHEREFORE, Petitioner prays that the Eighth Supplemental and Amended Petition for

Damages be supplemented in the above particulars and that, after due proceedings are had, there

be judgment herein in favor of Petitioner in appropriate amounts to be determined by the fact

finder, said judgments against all Defendants jointly, severally, and *in solido*, said amounts to bear

legal interest from the date of judicial demand until paid, for all costs of these proceedings and for

all general and equitable relief.

Respectfully Submitted,

LANDRY & SWARR, L.L.C.

MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP HOFFMAN, Bar No. 32277
MATTHEW C. CLARK, Bar No. 31102
1010 Common Street • Suite 2050
New Orleans • Louisiana • 70112
Telephone:  (504) 299-1214
Facsimile:   (504) 299=1215
lslaw@landryswarr.com

and

SIMON GREENSTONE PANATIER, PC

DARREN MCDOWELL (*pro hac vice*)
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Telephone:  (214) 276-7680
Facsimile:  (214) 276-7699
dmcdowell@sgpblaw.com

COUNSEL FOR PETITIONER

2

## SERVICE INSTRUCTIONS

**PLEASE SERVE THE EIGHTH SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES ON THE FOLLOWING DEFENDANTS:**

MM.   **QUALITY MANUFACTURING ONTARIO CANADA**
A Canadian Corporation
Via La. R.S. 13:3204 and the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters
Mr. Gordon Carvell, General Manager
5429 Farran's Point Road
Ingleside, Ontario
K0C 1MO
Canada

NN.   **WILLARD MANUFACTURING, INC.**
Via La. R.S. 13:3204 and the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters
Mr. Jeremy Willard, President
5295 John Lucas Drive
Burlington, Ontario
L7L 6A8
Canada

**PETITIONER'S COUNSEL WILL SERVE ALL EXISTING DEFENDANTS VIA La. C.C.P. Art. 1313.**

14ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                                    DIVISION "B"

LEQUITTA CITIZEN, INDIVIDUALLY AND AS STATUTORY SURVIVOR OF
PAULINE CITIZEN, DECEASED,

VERSUS

AVON PRODUCTS, INC., ET AL.

FILED: _____        _____
                                                                     DEPUTY CLERK

**<u>ORDER</u>**

Let the above and foregoing *Eighth Supplemental and Amendment* to the *Original Petition*

*for Damages* be filed as prayed for.

SO ORDERED this the _____ day of _____, 2019.


_____
                                            JUDGE

4

14TH JUDICIAL DISTRICT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

No. 2014-2920                                                    DIVISION "B"

FILED 3/6/17

*Katie Dukes*

**Deputy Clerk of Court**
**Calcasieu Parish, Louisiana**

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.'S**
**EXCEPTIONS, ANSWER, AFFIRMATIVE DEFENSES**
**AND REQUEST FOR JURY TRIAL**

Defendants, Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc., f/k/a

Johnson & Johnson Consumer Companies, Inc. ("JJCI") hereby set forth the following Exceptions,

Answer, and Affirmative Defenses to the First Supplemental and Amended Petition for Damages

filed by Plaintiff Pauline Marie Citizen ("Plaintiff"). J&J and JJCI also demands trial by jury.

**EXCEPTIONS**

J&J and JJCI plead the following exceptions to preserve its right to urge them, pending

discovery, in accordance with Bickham v. Sub C International Inc., 617 So.2d 483 (La. 1993),

rehearing denied 618 So.2d 415 (1993). J&J and JJCI do not request that this Court set these

exceptions for hearing until such time as discovery reveals whether they are necessary. This

matter is not set for trial. It is not anticipated that testimony will be offered at the hearing of

any exceptions.

**I.**

J&J and JJCI plead the Declinatory Exception of *Lis Pendens*. In many similar prior

suits, discovery has revealed that one or more of the plaintiffs have multiple asbestos personal

injury suits pending. J&J and JJCI reserve their rights that plaintiff in the instant matter has

another asbestos personal injury suit pending. *See* La. C.C.P. Art. 531 and 532.

**II.**

J&J and JJCI plead the Declinatory Exception of Improper Venue. In the event that

discovery reveals that neither exposure in Calcasieu Parish to asbestos for which a defendant

is responsible; nor in the event there is not exposure to asbestos for which a defendant for

00396830

1

whom venue in Calcasieu Parish is responsible, then venue is improper. See La. C.C.P. Art. 42, 43, 73, and 74.

### III.

J&J and JJCI assert the Peremptory Exception of Prescription pursuant to La. C.C.P. Art. 927(A)(1). Additional information is required to determine if Plaintiff's claim was filed more than one year after Plaintiff knew or should have known that Plaintiff's alleged injuries or damages were caused by exposure to asbestos.

### IV.

J&J and JJCI assert the Dilatory Exception of Vagueness pursuant to La. C.C.P. Art. 926 on the basis that Plaintiff makes allegations against J&J and JJCI; however, Plaintiff fails to provide sufficient facts concerning the Plaintiff's alleged exposure to asbestos due to use of J&J or JJCI's products, and the Petition is vague in that it fails to identify the theories of liability against J&J and JJCI.

### V.

J&J and JJCI further reserve their rights to urge other exceptions unknown to it at this time, and to adopt any and all exceptions pled by any and all other parties. J&J and JJCI also reserve the right to supplement and amend their exceptions as investigations discovery may further warrant.

### ANSWER

Except as otherwise expressly set forth below, J&J and JJCI deny knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the Petition to the extent that such allegations refer or relate to persons or entities other than J&J or JJCI. Any allegation, averment, contention or statement in the Petition not specifically and unequivocally admitted is denied. J&J and JJCI respond to each of the paragraphs of the Petition as follows:

1. Responding to Paragraph 1, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

00396830

2

2.  The allegations of Paragraph 2, insofar as they relate to other Defendants, are denied for lack of sufficient information upon which to justify a belief therein, and specifically denied as to Defendants J&J and JJCI.

**ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS**

A.  The allegations of paragraph 2(A) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

B.  The allegations of paragraph 2(B) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

C.  The allegations of paragraph 2(C) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

D.  The allegations of paragraph 2(D) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

**EMPLOYER/PREMISE OWNER/EXECUTIVE OFFICERS**

E.  The allegations of paragraph 2(E) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

F.  The allegations of paragraph 2(F) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

00396830

G. The allegations of paragraph 2(G) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

H. The allegations of paragraph 2(H) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

**ASBESTOS MINERS/MANUFACTURERS/SELLERS/SUPPLIERS/DISTRIBUTORS**

I.  Johnson & Johnson states that Johnson & Johnson is a New Jersey corporation with its principal place of business in New Jersey.  Johnson & Johnson denies that Johnson & Johnson designed, mined, manufactured, or marketed the asbestos products at issue in this case.  The remainder of the paragraph 2(I) is a request for service to which no response is required, to the extent a response is required Johnson & Johnson denies the remainder of the allegations in paragraph 2(I) as stated.

J.  Johnson & Johnson Consumer Inc. states that Johnson and Johnson is a New Jersey corporation with its principal place of business in New Jersey.  The remainder of paragraph 2(J) is a request for service to which no response is required, to the extent a response is required, Johnson & Johnson Consumer Inc. denies the remainder of the allegations in paragraph 2(J) as stated.

K. The allegations of paragraph 2(K) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

L. The allegations of paragraph 2(L) are not directed at J&J and JJCI and therefore no response is required.  To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

M. The allegations of paragraph 2(M) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

N. The allegations of paragraph 2(N) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

O. The allegations of paragraph 2(O) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

P. The allegations of paragraph 2(P) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

Q. The allegations of paragraph 2(Q) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

R. The allegations of paragraph 2(R) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

S. The allegations of paragraph 2(S) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

## CONTRACTOR DEFENDANTS

T. The allegations of paragraph 2(T) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

U. The allegations of paragraph 2(U) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

V. The allegations of paragraph 2(V) are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

3. Paragraph 3 is a legal conclusion to which no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations contained within paragraph 3, and therefore deny same.

4. Paragraph 4 is a legal conclusion to which no response is required. To the extent a responses is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations contained within paragraph 4, and therefore deny same.

5. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 5 concerning Plaintiff's alleged exposure to asbestos, and therefore deny same.

A. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 5(A) concerning Plaintiff's alleged exposure to asbestos, and therefore deny same.

B. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 5(B) concerning Plaintiff's alleged exposure to asbestos, and therefore deny same.

C. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J and JJCI, and therefore deny same. J&J and JJCI are without knowledge or information concerning Plaintiff's alleged use of the products at issue in this case, and therefore, deny same. J&J and JJCI state that Johnson & Johnson Consume Inc. marketed JOHNSON'S® Baby Powder and Shower to Shower® for use in accordance with the manufacturer-provided labeling accompanying the products. J&J and JJCI deny that Johnson & Johnson mined, produced, processed, designed, manufactured, marketed, supplied, delivered, distributed, tested, purchased, promoted, or sold the products at issue in this case during relevant times. J&J and JJCI deny the remaining allegations in paragraph 5(C) of Plaintiff's Petition.

D. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 5(D) concerning Plaintiff's alleged exposure to asbestos, and therefore deny same.

6. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 6 concerning Plaintiff's alleged exposure to asbestos, and therefore deny same. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J and JJCI, and therefore deny same. J&J and JJCI state that Johnson & Johnson Consumer Inc. marketed JOHNSON'S® Baby Powder and Shower to Shower® for use in accordance with the manufacturer-provided labeling accompanying the products. J&J and JJCI deny that Johnson & Johnson designed, tested, evaluated, manufactured, packaged, furnished, stored, handled, transported, installed, supplied and/or sold the products at issue in this case during relevant times. J&J and JJCI admit that Imerys Talc America, Inc. f/k/a Luzenac America, Inc. supplied talc for

JOHNSON'S® Baby Powder and Shower to Shower®—products manufactured and marketed exclusively by Johnson & Johnson Consumer Inc. during relevant time periods. J&J and JJCI deny the remaining allegations in paragraph 6 of Plaintiff's Petition.

7.  Paragraph 7 does not contain an allegation against J&J or JJCI and therefore no response is required.

8.  J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 8 of the Petition concerning Plaintiff's alleged exposure to asbestos, and therefore deny same. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI and therefore deny same. J&J and JJCI deny the remainder of the allegations of paragraph 8.

9.  J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 9 of the Petition concerning Plaintiff's alleged exposure to asbestos, and therefore deny same.

10. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 10 of the Petition concerning Plaintiff's alleged exposure to asbestos, and therefore deny same. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI and therefore deny same. J&J and JJCI deny the remainder of the allegations of paragraph 10.

## STRICT LIABILITY OF ASBESTOS
## MINERS/MANUFACTURERS/SUPPLIERS/DISTRIBUTORS

11. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 11 of the Petition concerning Plaintiff's alleged exposure to asbestos, and therefore deny same. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI state that Johnson & Johnson Consumer Inc. manufactured and marketed JOHNSON'S® Baby Powder and

Shower to Shower® during relevant times. J&J and JJCI deny that Johnson & Johnson mined, produced, processed, designed, manufactured, marketed, supplied, delivered, distributed, tested, purchased, promoted, or sold the products at issue in this case during relevant times. J&J and JJCI admit that Imerys Talc America, Inc. f/k/a Luzenac America, Inc. supplied talc for JOHNSON'S® Baby Powder and Shower to Shower®—products manufactured and marketed exclusively by Johnson & Johnson Consumer Inc. during relevant time periods. J&J and JJCI deny the remaining allegations in paragraph 11 of Plaintiff's Petition.

12. Responding to paragraph 12 and its subparts, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI state that Johnson & Johnson Consumer Inc. manufactured and marketed JOHNSON'S® Baby Powder and Shower to Shower® during relevant times. J&J and JJCI deny that Johnson & Johnson mined, produced, processed, designed, manufactured, marketed, supplied, delivered, distributed, tested, purchased, promoted, or sold the products at issue in this case during relevant times. J&J and JJCI state that Johnson & Johnson Consumer Inc. marketed JOHNSON'S® Baby Powder and Shower to Shower® for use in accordance with the manufacturer-provided labeling accompanying the products. J&J and JJCI admit that Imerys Talc America, Inc. f/k/a Luzenac America, Inc. supplied talc for JOHNSON'S® Baby Powder and Shower to Shower®—products manufactured and marketed exclusively by Johnson & Johnson Consumer Inc. during relevant time periods. J&J and JJCI deny the remaining allegations in paragraph 12 and its subparts.

13. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 13, and specifically deny liability for any of Plaintiff's complained of injuries.

14. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI

deny the remainder of the allegations in paragraph 14, and specifically deny liability for any of Plaintiff's complained of injuries.

## STRICT LIABILITY AND NEGLIGENCE ALLEGATIONS AGAINST MANUFACTURERS/EQUIPMENT/SELLERS/SUPPLIERS/SHIPPERS/DISTRIBUTOS/ CONTRACTORS/PREMISES OWNERS AND OPERATORS DEFENDANTS

15. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 15 of the Petition concerning Plaintiff's alleged exposure to asbestos, and therefore deny same.   J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.   J&J and JJCI state that Johnson & Johnson Consumer Inc. manufactured and marketed JOHNSON'S® Baby Powder and Shower to Shower® during relevant times.   J&J and JJCI deny that Johnson & Johnson mined, produced, processed, designed, manufactured, marketed, supplied, delivered, distributed, tested, purchased, promoted, or sold the products at issue in this case during relevant times.   J&J and JJCI admit that Imerys Talc America, Inc. f/k/a Luzenac America, Inc. supplied talc for JOHNSON'S® Baby Powder and Shower to Shower®—products manufactured and marketed exclusively by Johnson & Johnson Consumer Inc. during relevant time periods.   J&J and JJCI deny the remaining allegations in paragraph 15 of Plaintiff's Petition.

16. Responding to paragraph 16 and its subparts, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.   J&J and JJCI state that Johnson & Johnson Consumer Inc. manufactured and marketed JOHNSON'S® Baby Powder and Shower to Shower® during relevant times.   J&J and JJCI deny that Johnson & Johnson mined, produced, processed, designed, manufactured, marketed, supplied, delivered, distributed, tested, purchased, promoted, or sold the products at issue in this case during relevant times.   J&J and JJCI state that Johnson & Johnson Consumer Inc. marketed JOHNSON'S® Baby Powder and Shower to Shower® for use in accordance with the manufacturer-provided labeling accompanying the

products.  J&J and JJCI admit that Imerys Talc America, Inc. f/k/a Luzenac America, Inc. supplied talc for JOHNSON'S® Baby Powder and Shower to Shower®— products manufactured and marketed exclusively by Johnson & Johnson Consumer Inc. during relevant time periods.  J&J and JJCI deny the remaining allegations in paragraph 16 and its subparts.

17. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.  J&J and JJCI deny the remainder of the allegations in paragraph 17, and specifically deny liability for any of Plaintiff's complained of injuries.

18. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.  J&J and JJCI deny the remainder of the allegations in paragraph 18, and specifically deny liability for any of Plaintiff's complained of injuries.

19. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.  J&J and JJCI deny the remainder of the allegations in paragraph 19, and specifically deny liability for any of Plaintiff's complained of injuries.

20. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.  J&J and JJCI deny the remainder of the allegations in paragraph 20, and specifically deny liability for any of Plaintiff's complained of injuries.

21. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.  J&J and JJCI deny the remainder of the allegations in paragraph 21, and specifically deny liability for any of Plaintiff's complained of injuries.

22. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same.  J&J and JJCI deny the remainder of the allegations in paragraph 22, and specifically deny liability for any of Plaintiff's complained of injuries.

23. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 23 of the Petition concerning Plaintiff's alleged exposure to asbestos, and therefore deny same. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 23, and specifically deny liability for any of Plaintiff's complained of injuries.

24. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 24, and specifically deny liability for any of Plaintiff's complained of injuries.

25. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations in paragraph 25 of the Petition concerning Plaintiff's alleged exposure to asbestos, and therefore deny same. J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 25, and specifically deny liability for any of Plaintiff's complained of injuries.

## NEGLIGENCE AND STRICT LIABILITY OF CONTRACTOR DEFENDANTS

26. Responding to Paragraph 26, the allegations are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 26.

27. Responding to Paragraph 27, the allegations are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 27.

28. Responding to Paragraph 28, the allegations are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 28.

29. Responding to Paragraph 29, the allegations are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 29.

30. Responding to Paragraph 30, the allegations are not directed at J&J and JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 30.

Responding to the paragraph beginning "WHEREFORE," and its subparts, J&J and JJCI are without knowledge or information sufficient to form a belief as to the allegations not directed at J&J or JJCI, and therefore deny same. J&J and JJCI deny the remainder of the allegations in paragraph 25, and specifically deny liability for any of Plaintiff's complained of injuries.

## AFFIRMATIVE AND OTHER DEFENSES

Having answered the allegations in Plaintiff's Petition and having denied any liability whatsoever, Defendants J&J and JJCI further deny any allegations that have not been expressly admitted and assert the following affirmative defenses. By asserting the matters set forth below, Defendants J&J and JJCI do not allege or admit that they have the burden of proof and/or the burden of persuasion with respect to any of these matters. Defendants J&J and JJCI assert as follows:

<u>First Affirmative Defense</u>

J&J and JJCI are not liable to Plaintiff in strict liability and further deny any breach of any alleged warranties, either expressed or implied.

<u>Second Affirmative Defense</u>

The Petition fails to state a cause of action or claim upon which relief may be granted.

<u>Third Affirmative Defense</u>

J&J and JJCI owed no duty in this matter. In the alternative, if any duty was owed, that duty was not breached by J&J and JJCI.

<u>Fourth Affirmative Defense</u>

J&J and JJCI deny that Plaintiff ever used any product manufactured or sold by J&J or JJCI. J&J and JJCI deny that Plaintiff was ever in proximity to any product manufactured or sold by J&J or JJCI. J&J and JJCI further deny that Plaintiff was ever exposed to asbestos from any product manufactured or sold by J&J or JJCI.

<u>Fifth Affirmative Defense</u>

J&J and JJCI aver that any alleged injury or damage suffered by Plaintiff in connection with any product manufactured by J&J or JJCI, which injury or damage is specifically denied, did not result from the normal use of the product. Furthermore, Plaintiff or other persons for whom J&J and JJCI are not responsible materially altered or modified the alleged product manufactured by J&J or JJCI, if any, subsequent to their release from the control of J&J or JJCI.

<u>Sixth Affirmative Defense</u>

J&J and JJCI plead the contributory and/or comparative negligence or fault and/or assumption of the risk of Plaintiff or others, with said negligence, fault and/or assumption of the risk acting as a complete bar to or, alternatively, in mitigation to recovery.

<u>Seventh Affirmative Defense</u>

Any claim for punitive damages against any of the defendants in this case is proscribed under Louisiana law. An award of punitive damages would be unconstitutional and in violation of the due process and equal protection clauses of the Fourteenth Amendment of the Constitution of the United States. Also, Plaintiff's claims for punitive damages are barred by the "double

jeopardy" clause of the Fifth Amendment to the United States Constitution, as applied to the states through the Fourteenth Amendment.

Eighth Affirmative Defense

Plaintiff's claims against J&J and JJCI are barred and/or preempted by La. R.S. 9:2771 and 9:2772 as well as C.C. Art. 3500.

Ninth Affirmative Defense

J&J and JJCI aver that to the extent any product liability claims against it are governed by the negligence standard existing prior to *Weber v. Fidelity & Casualty Ins. Co. of N.Y.*, 259 La. 599, 250 So.2d 754 (1971), J&J and JJCI are not legally responsible to Plaintiff under any theory of strict liability for any injury, loss or damages as a result of Plaintiff's contact with, or exposure to, or use of any asbestos product prior to June 28, 1971, when the Louisiana Supreme Court decided *Weber v. Fidelity and Casualty Co. of N.Y.*, 259 La. 599, 250 So.2d 754 (1971).

Tenth Affirmative Defense

In the further alternative, should Louisiana Products Liability law be applicable, defendant specifically aver that this matter is governed by La. R.S. 9:2800.51-2800.59, the "Louisiana Products Liability Act" and J&J and JJCI affirmatively aver the affirmative defenses of La. R.S. 9:2800.51 et seq., the Louisiana Products Liability Act.

Eleventh Affirmative Defense

J&J and JJCI aver that they are immune from any and all liability herein by virtue of the complete defense afforded to it as a party that contracted with independent contractors.

Twelfth Affirmative Defense

If J&J or JJCI actually supplied or sold any product containing asbestos, which is specifically denied, it was merely a user and/or conduit of such product and, therefore, has no liability.

Thirteenth Affirmative Defense

If Plaintiff has heretofore settled or should hereafter settle for any of the alleged injuries and damages with any parties, then J&J and JJCI are entitled to a credit, off-set or reduction of any judgment rendered against it for any such settlement. J&J and JJCI further plead all defenses

entitled to it based on any past or future settlement with Plaintiff including, but not limited to, accord and satisfaction.

Fourteenth Affirmative Defense

If injuries or damages were sustained, which is specifically and categorically denied, those injuries and damages are the result of negligence or fault on the part of others over whom J&J and JJCI had no responsibility or control. If it is determined Plaintiff is entitled to recover against J&J or JJCI, which is denied, that recovery should be reduced in proportion to the degree or percentage of negligence or fault, exposure to products, or virile share of negligence, fault or exposure to products attributable to any co-defendant or any other entity, including those entities presently immune because bankruptcy renders them immune from further litigation, as well as any party, co-defendant or non-parties regardless of whether or not Plaintiff has settled or may settle with such parties in the future.

Fifteenth Affirmative Defense

J&J and JJCI specifically plead the "state-of-the-art" defense to each and every allegation. J&J and JJCI deny any defects in its product or equipment and avers that at all pertinent times, its product or equipment was reasonably fit and suited for the purpose for which it was manufactured and intended and was delivered with such advises as were consistent with the state of the existing medical and industrial art.

Sixteenth Affirmative Defense

Alternatively, should Louisiana Products Liability law be applicable, J&J and JJCI aver that at the time the product left the defendants' control, the existence of an alternative design was not known or knowable to this defendant from the then-existing, reasonably available scientific and technological knowledge.

Seventeenth Affirmative Defense

In the further alternative, should Louisiana Products Liability law be applicable, defendants aver that an alternative design was not feasible from the reasonably available scientific and technological knowledge which existed at the time the product left the defendants control.

00396830

16

### Eighteenth Affirmative Defense

J&J and JJCI aver that the injuries allegedly sustained, which are denied, occurred as a result of pre-existing medical and/or subsequent exposures or conditions, causes, or injuries which are completely unrelated to J&J or JJCI, and the existence of these pre-existing medical and/or subsequent exposures or conditions, causes, or injuries bar and/or mitigate recovery herein.

### Nineteenth Affirmative Defense

Plaintiff's claims are barred by the applicable statute of limitations, res judicata, prescription, preemption, equitable estoppel, collateral estoppel, informed consent, release, unclean hands, laches and/or waiver. Additionally, if Plaintiff had or has filed bankruptcy during the relevant time period of the events alleged in the Complaint or files for bankruptcy at some point in the future, the claims of Plaintiff may be "property of the bankruptcy estate" which should be prosecuted by the bankruptcy trustee rather than Plaintiff, or, if not disclosed by Plaintiff on the schedules and/or statement of financial affairs, may be barred by the doctrine of judicial estoppel.

### Twentieth Affirmative Defense

There is no liability on the part of J&J or JJCI because the alleged incidents in question were brought about or caused by transitory conditions arising in the course of the work in which Plaintiff was engaged and ordinarily incident thereto, using the employers' own manner, method and means of doing work for which J&J and JJCI owe no duty.

### Twenty-First Affirmative Defense

Plaintiff failed to state a cause of action because if relief were granted in the absence of product identification it would contravene J&J and JJCI's constitutional rights to substantive and due process of law and equal protection as preserved by the Fourteenth Amendment to the United States Constitution.

### Twenty-Second Affirmative Defense

J&J and JJCI aver that its alleged liability, which it denies, is purely passive and/or technical, and the liability of other parties herein is active and actual, thus entitling J&J and JJCI to full indemnification and contribution from those parties that are actively negligent or at fault.

00396830

## Twenty-Third Affirmative Defense

If J&J or JJCI supplied asbestos-containing products or equipment, which it denies, such products or equipment conformed to the specifications of it customer and/or the Plaintiff's employers. Furthermore, said customers and employers were knowledgeable and sophisticated as to the use and risks of asbestos containing products or equipment so that J&J and JJCI had no duty to warn. J&J and JJCI specifically plead the "sophisticated user" defense.

## Twenty-Fourth Affirmative Defense

Plaintiff failed to mitigate, minimize or abate any alleged damages.

## Twenty-Fifth Affirmative Defense

Plaintiff failed to state a cause of action for fraud. Louisiana Code of Civil Procedure Article 856 requires that, when fraud is alleged, the circumstances constituting fraud must be alleged with particularity. Plaintiff's allegations broadly allege that all defendants in general committed intentional misrepresentations and fraudulently concealed and suppressed the truth about asbestos products and/or equipment. These allegations are inadequate because they do not describe the specific misrepresentations nor do they identify who made such misrepresentations, nor when and where the misrepresentations were made. Therefore, all fraud allegations should be dismissed.

## Twenty-Sixth Affirmative Defense

J&J and JJCI plead that Plaintiff's damages must be reduced by the contributory and/or comparative negligence of Plaintiff in the following non-elusive particulars:

A.   Failing to avoid known obvious dangers and dangers about which she was aware;

B.   Failing generally to exercise due care under the circumstances;

C.   Failing to comply with the duty of care of persons and positions similar to her; and

D.   Any and all other negligent and/or wrongful acts or omissions which may be discovered or proven at the trial of this matter.

<u>Twenty-Seventh Affirmative Defense</u>

J&J and JJCI specifically and categorically deny that Plaintiff ever used products sold or manufactured by J&J or JJCI, and further deny that Plaintiff was ever in the proximity to products sold or manufactured by these defendants

<u>Twenty-Eighth Affirmative Defense</u>

J&J and JJCI aver that as a result of the provisions of certain statutes, including 11 USC 362(a), plaintiff is prohibited from proceeding to get certain parties liable for the damages and injuries complained of and defendants preserve their rights to so proceed.

<u>Twenty-Ninth Affirmative Defense</u>

Further answering, J&J and JJCI aver that Plaintiff did not inhale asbestos fibers emitted by the normal use of said products, proximately causing the results and/or related abnormalities or alternatively, any other asbestos-related injury.

<u>Thirtieth Affirmative Defense</u>

Further, alternatively, J&J and JJCI aver that Plaintiff's injuries, if any, were caused by substances other than asbestos.

<u>Thirty-First Affirmative Defense</u>

There is no causal relationship between J&J or JJCI's conduct and the injuries and damages alleged by Plaintiff.

<u>Thirty-Second Affirmative Defense</u>

Plaintiff's claims are barred in whole or in part because the product at issue was at all times properly prepared, packaged, and distributed and was not defective or unreasonably dangerous.

<u>Thirty-Third Affirmative Defense</u>

Plaintiff may be barred from bringing some of the claims alleged in the Petition because Plaintiff may lack standing and/or capacity to bring such claims.

<u>Thirty-Fourth Affirmative Defense</u>

The claims set forth in the Petition are barred because the alleged injuries and damages, if any, were caused by medical conditions, disease, illness, or processes (whether pre-existing or contemporaneous) unrelated to the product.

00396830

### Thirty-Fifth Affirmative Defense

Plaintiff's claims may be barred, in whole or in part, by misuse or unintended use of the product in question.

### Thirty-Sixth Affirmative Defense

Plaintiff's injuries or damages sustained, if any, were a direct and proximate result of a responsible, superseding, intervening cause.

### Thirty-Seventh Affirmative Defense

The product in question is useful and desirable, and any risk claimed by Plaintiff with its use and the alleged injury, to the extent it exists, is unavoidable. Plaintiff's purported action is, therefore, barred by Comment K of J 402A of the Restatement (Second) of Torts and/or Restatement (Third) of Torts: Products Liability § 6 and/or other applicable law.

### Thirty-Eighth Affirmative Defense

Plaintiff's claims of product defects are barred by Sections 2, 4, and 6(c) and (d) of the Restatement (Third) of Torts: Products Liability.

### Thirty Ninth Affirmative Defense

J&J and JJCI, at all times acted with due care, are free of any and all negligence and at all times complied with all applicable laws, regulations and standards.

### Fortieth Affirmative Defense

J&J and JJCI further adopt all applicable affirmative defenses, if any, not specifically set out in this Answer but asserted by any other defendant or third party defendant.

### Forty-First Affirmative Defense

Plaintiff's claims are barred because the risks, if any, associated with the use of the product are outweighed by the device's utility.

### Forty-Second Affirmative Defense

Plaintiff's claims for breach of express and implied warranties are barred because Plaintiff did not reasonably rely on any alleged express or implied warranty, and because Plaintiff did not give J&J or JJCI adequate notice of any alleged breach of warranty, express or implied and for lack of privity with J&J and JJCI.

### Forty-Third Affirmative Defense

At all relevant times herein, the product in question was manufactured and distributed with proper warnings, information, cautions, and instructions in conformity with generally recognized and prevailing standards in existence at the time.

### Forty-Fourth Affirmative Defense

The claims of Plaintiff may be barred, in whole or in part, from recovery, due to spoliation of evidence and the failure to preserve evidence necessary to the determination of the claims.

### Forty-Fifth Affirmative Defense

The products at issue were altered after the products left the control, custody and possession of J&J or JJCI, and said alteration relieves J&J and JJCI of any and all liability

### Forty-Sixth Affirmative Defense

The "state-of-the-art" defense is applicable to each and every allegation for the reason that the alleged hazards were neither known nor reasonably discoverable on the basis of the research and scientific information then available; and J&J and JJCI acted reasonably, prudent and at all times in compliance with all applicable state and federal regulations and industry custom and practice.

### Forty-Seventh Affirmative Defense

Plaintiff's injuries and damages, if any, did not occur as a result of exposure to asbestos fibers, but rather were proximately caused by other factors, including, but not limited to, a history of voluntarily smoking cigarettes which other factors are affirmatively pleaded and are legally and factually imputable to Plaintiff to serve as a bar and/or reduction of any and all recovery by Plaintiff.

### Forty-Eighth Affirmative Defense

Plaintiff having been warned or otherwise made aware of the alleged hazards of the materials to which she claims exposure is now estopped and/or barred from any recovery for the alleged injuries.

00396830

Forty-Ninth Affirmative Defense

Plaintiff's injuries, if any, resulted from the voluntary and knowing submission by Plaintiff to hazards associated with her exposure to materials alleged to be causative of her injuries and, therefore, the doctrine of assumption of the risk is applicable.

Fiftieth Affirmative Defense

J&J and JJCI deny that it is liable *in solido* with any other party, named or unnamed, and denies that it is liable for the fault of any party, named or unnamed.

Fifty First Affirmative Defense

J&J and JJCI plead that at all times material herein, it complied with all applicable laws, regulations, rules, specifications and standards.

Fifty Second Affirmative Defense

J&J and JJCI contend that the plaintiff has failed to join all parties necessary for a just adjudication.

Fifty Third Affirmative Defense

J&J and JJCI contend that each and every claim asserted by plaintiff, to the extent the claim pertains to J&J or JJCI is pre-empted by the Federal Food and Drug and Cosmetic Act ("FFDCA"), 21 U.S.C. §§ 301-399(f), in that the United States Food and Drug Administration ("FDA") had primary and exclusive jurisdiction over the safety of cosmetic talc containing products and primary and exclusive jurisdiction to determine whether any warning must accompany cosmetic talc-containing products.  The FDA has ruled, on multiple occasions, that cosmetic grade talc is a safe substance when used as intended and further has ruled that the manufacturers need not provide any warnings on, or in connection with the sale of, cosmetic grade talc containing products.

J&J and JJCI hereby give notice that it intends to rely upon such other Affirmative Defenses as may become apparent during the course of discovery and thus reserve the right to amend this Answer to assert any such defenses.

**REQUEST FOR JURY TRIAL**

Defendants J&J and JJCI hereby demands trial by jury.

WHEREFORE, Defendants J&J and JJCI pray that this Answer to the Petition for Damages be deemed good and sufficient and, after due proceedings are had, that there be judgment herein in favor of Defendants J&J and JJCI, and against the Plaintiff, dismissing Plaintiff's Petition for Damages, at Plaintiff's cost, and for all general and equitable relief to which Defendant may be entitled in the premises.  Defendant further demands trial by jury as to all claims.

DATED:  February 23, 2017

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

BY:  *(signature)*

KIM E. MOORE (La. Bar No. 18653)
DAVID M. MELANCON (La. Bar No. 23216)
MEERA U. SOSSAMON (La. Bar No. 34797)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone:  (504) 310-2100
Fax: (504) 310-2101
kmoore@irwinllc.com
dmelancon@irwinllc.com
msossamon@irwinllc.com

*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by U.S. Mail, properly addressed and postage prepaid, and/or via electronic mail on this 23rd day of February, 2017.

*(signature)*

14TH JUDICIAL DISTRICT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

No. 2014-2920                                                DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED 3/6/17

_Katie Dukes_
Deputy Clerk of Court
Calcasieu Parish, Louisiana

### JURY ORDER

Having considered Defendants Johnson & Johnson and Johnson & Johnson Consumer

Inc.'s Request for Jury Trial,

IT IS ORDERED that said REQUEST for Jury Trial is GRANTED.

Lake Charles, Louisiana, this ____17th____ day of ~~February~~ March, 2017.

s/ Clayton Davis
JUDGE
Clayton Davis

00397477

14TH JUDICIAL DISTRICT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

No. 2014-2920                                                    DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.'S
EXCEPTIONS, ANSWER to SECOND SUPPLEMENTAL AND AMENDED PETITION,
AFFIRMATIVE DEFENSES
AND REQUEST FOR JURY TRIAL**

Defendants, Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc., f/k/a

Johnson & Johnson Consumer Companies, Inc. ("JJCI") hereby set forth the following Exceptions,

Answer, and Affirmative Defenses to the Second Supplemental and Amended Petition for

Damages filed by Plaintiff Pauline Marie Citizen ("Plaintiff"). J&J and JJCI also demands trial

by jury.

FILED 5-25-17

**EXCEPTIONS**

*Katie Dukes*

Deputy Clerk of Court
Calcasieu Parish, Louisiana.

J&J and JJCI plead the following exceptions to preserve its right to urge them, pending

discovery, in accordance with *Bickham v. Sub C International Inc.*, 617 So.2d 483 (La. 1993),

rehearing denied 618 So.2d 415 (1993). J&J and JJCI do not request that this Court set these

exceptions for hearing until such time as discovery reveals whether they are necessary. This

matter is not set for trial. It is not anticipated that testimony will be offered at the hearing of

any exceptions.

**I.**

J&J and JJCI plead the Declinatory Exception of *Lis Pendens*. In many similar prior

suits, discovery has revealed that one or more of the plaintiffs have multiple asbestos personal

injury suits pending. J&J and JJCI reserve their rights that plaintiff in the instant matter has

another asbestos personal injury suit pending. *See* La. C.C.P. Art. 531 and 532.

## II.

J&J and JJCI plead the Declinatory Exception of Improper Venue.  In the event that discovery reveals that neither exposure in Calcasieu Parish to asbestos for which a defendant is responsible; nor in the event there is not exposure to asbestos for which a defendant for whom venue in Calcasieu Parish is responsible, then venue is improper.  See La. C.C.P. Art. 42, 43, 73, and 74.

## III.

J&J and JJCI assert the Peremptory Exception of Prescription pursuant to La. C.C.P. Art. 927(A)(1).  Additional information is required to determine if Plaintiff's claim was filed more than one year after Plaintiff knew or should have known that Plaintiff's alleged injuries or damages were caused by exposure to asbestos.

## IV.

J&J and JJCI assert the Dilatory Exception of Vagueness pursuant to La. C.C.P. Art. 926 on the basis that Plaintiff makes allegations against J&J and JJCI; however, Plaintiff fails to provide sufficient facts concerning the Plaintiff's alleged exposure to asbestos due to use of J&J or JJCI's products, and the Petition is vague in that it fails to identify the theories of liability against J&J and JJCI.

## V.

J&J and JJCI further reserve their rights to urge other exceptions unknown to it at this time, and to adopt any and all exceptions pled by any and all other parties.  J&J and JJCI also reserve the right to supplement and amend their exceptions as investigations discovery may further warrant.

## ANSWER

Except as otherwise expressly set forth below, J&J and JJCI deny knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the Petition to the extent that such allegations refer or relate to persons or entities other than J&J or JJCI.  Any allegation, averment, contention or statement in the Petition not specifically and unequivocally admitted is denied.  J&J and JJCI respond to each of the paragraphs of the Petition as follows:

00415331 2

## I.

The allegations of Paragraph I, including the allegations of Subparagraphs (K), (N), (O), (R), and (S), which amend Plaintiffs First Supplemental and Amended Petition for Damages by re-naming certain defendants, pertain to defendants other than J&J and JJCI, and thus no response is required. But to the extent a response is required, those allegations are denied for lack of sufficient information to justify a belief therein.

## II.

As to the allegations of Paragraph II, including the allegations of Subparagraphs (W) through (EE), which amend Paragraph 2 of Plaintiffs First Supplemental and Amended Petition for Damages, to the extent those allegations pertain to J&J and JJCI, J&J and JJCI state that Johnson & Johnson is a New Jersey corporation with its principal place of business in New Jersey. Johnson & Johnson denies that Johnson & Johnson designed, mined, manufactured, or marketed the asbestos products at issue in this case.   The allegations pertaining to J&J and JJCI are otherwise denied. To the extent the allegations of Paragraph II, including the allegations of Subparagraphs (W) through (EE), which amend Paragraph 2 of Plaintiffs First Supplemental and Amended Petition for Damages, pertain to defendants other than J&J and JJCI, no response is required from J&J and JJCI. But to the extent a response is required from J&J and JJCI, those allegations are denied for lack of sufficient information to justify a belief therein.   J&J and JJCI further specifically deny liability for the claims asserted by Plaintiff.

## III.

The final unnumbered paragraph contains a prayer for relief to which no response is required. But to the extent a response is required, and to the extent those allegations pertain to J&J and JJCI, they are denied. To the extent the allegations of the final unnumbered paragraph pertain to defendants other than J&J and JJCI, no response is required. But to the extent those allegations require a response from J&J and JJCI, they are denied for lack of sufficient information to justify a belief therein. J&J and JJCI specifically deny that they are jointly, severally, and/or solidarily liable with any other defendants or parties, named or unnamed.

**IV.**

J&J and JJCI deny for lack of sufficient information to justify a belief therein any allegations that have not been previously admitted, qualified, or denied.

AND NOW FURTHER answering Plaintiff's Second Amended Petition, J&J and JJCI assert the following affirmative defenses:

**1.**

J&J and JJCI adopt and incorporates each of their affirmative defenses set forth in its Answer to Plaintiffs' original Petition for Damages and to Plaintiffs' First Supplemental and Amended Petition for Damages as if copied herein *in extenso*.

**REQUEST FOR JURY TRIAL**

Defendants J&J and JJCI hereby demands trial by jury.

WHEREFORE, Defendants J&J and JJCI pray that this Answer to the Petition for Damages be deemed good and sufficient and, after due proceedings are had, that there be judgment herein in favor of Defendants J&J and JJCI, and against the Plaintiff, dismissing Plaintiff's Petition for Damages, at Plaintiff's cost, and for all general and equitable relief to which Defendant may be entitled in the premises.  Defendant further demands trial by jury as to all claims.

DATED:  May 26, 2017

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

BY: _____
KIM E. MOORE (La. Bar No. 18653)
DAVID M. MELANCON (La. Bar No. 23216)
MEERA U. SOSSAMON (La. Bar No. 34797)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone:  (504) 310-2100
Fax: (504) 310-2101
kmoore@irwinllc.com
dmelancon@irwinllc.com
msossamon@irwinllc.com

*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by U.S. Mail, properly addressed and postage prepaid, and/or via electronic mail on this 25th day of May, 2017.

14TH JUDICIAL DISTRICT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

No. 2014-2920                                                                DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED:_____         _____
                                                              DEPUTY CLERK

**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.'S**
**EXCEPTIONS, ANSWER to THIRD SUPPLEMENTAL AND AMENDED PETITION,**
**AFFIRMATIVE DEFENSES**
**AND REQUEST FOR JURY TRIAL**

Defendants, Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc., f/k/a

Johnson & Johnson Consumer Companies, Inc. ("JJCI") hereby set forth the following Exceptions,

Answer, and Affirmative Defenses to the Third Supplemental and Amended Petition for Damages

filed by Plaintiff Pauline Marie Citizen ("Plaintiff").  J&J and JJCI also demands trial by jury.

## EXCEPTIONS

J&J and JJCI plead the following exceptions to preserve its right to urge them, pending

discovery, in accordance with *Bickham v. Sub C International Inc.*, 617 So.2d 483 (La. 1993),

rehearing denied 618 So.2d 415 (1993).  J&J and JJCI do not request that this Court set these

exceptions for hearing until such time as discovery reveals whether they are necessary.  This

matter is not set for trial.  It is not anticipated that testimony will be offered at the hearing of

any exceptions.

### I.

J&J and JJCI plead the Declinatory Exception of *Lis Pendens*.  In many similar prior

suits, discovery has revealed that one or more of the plaintiffs have multiple asbestos personal

injury suits pending.  J&J and JJCI reserve their rights that plaintiff in the instant matter has

another asbestos personal injury suit pending.  *See* La. C.C.P. Art. 531 and 532.

**II.**

J&J and JJCI plead the Declinatory Exception of Improper Venue.  In the event that discovery reveals that neither exposure in Calcasieu Parish to asbestos for which a defendant is responsible; nor in the event there is not exposure to asbestos for which a defendant for whom venue in Calcasieu Parish is responsible, then venue is improper.  See La. C.C.P. Art. 42, 43, 73, and 74.

**III.**

J&J and JJCI assert the Peremptory Exception of Prescription pursuant to La. C.C.P. Art. 927(A)(1).  Additional information is required to determine if Plaintiff's claim was filed more than one year after Plaintiff knew or should have known that Plaintiff's alleged injuries or damages were caused by exposure to asbestos.

**IV.**

J&J and JJCI assert the Dilatory Exception of Vagueness pursuant to La. C.C.P. Art. 926 on the basis that Plaintiff makes allegations against J&J and JJCI; however, Plaintiff fails to provide sufficient facts concerning the Plaintiff's alleged exposure to asbestos due to use of J&J or JJCI's products, and the Petition is vague in that it fails to identify the theories of liability against J&J and JJCI.

**V.**

J&J and JJCI further reserve their rights to urge other exceptions unknown to it at this time, and to adopt any and all exceptions pled by any and all other parties.  J&J and JJCI also reserve the right to supplement and amend their exceptions as investigations discovery may further warrant.

**ANSWER**

Except as otherwise expressly set forth below, J&J and JJCI deny knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the Petition to the extent that such allegations refer or relate to persons or entities other than J&J or JJCI.  Any allegation, averment, contention or statement in the Petition not specifically and unequivocally admitted is denied.  J&J and JJCI respond to each of the paragraphs of the Petition as follows:

## I.

The allegations of Paragraph I, including the allegations of Subparagraphs (Y) which amend Plaintiffs Second Supplemental and Amended Petition for Damages by renaming certain defendants, pertain to defendants other than J&J and JJCI, and thus no response is required. But to the extent a response is required, those allegations are denied for lack of sufficient information to justify a belief therein.

AND NOW FURTHER answering Plaintiff's Third Amended Petition, J&J and JJCI assert the following affirmative defenses:

### 1.

J&J and JJCI adopt and incorporates each of their affirmative defenses set forth in its Answers to Plaintiffs' First Supplemental and Amended Petition for Damages and Plaintiffs' Second Supplemental and Amended Petition for Damages as if copied herein *in extenso*.

### REQUEST FOR JURY TRIAL

Defendants J&J and JJCI hereby demands trial by jury.

WHEREFORE, Defendants J&J and JJCI pray that this Answer to the Petition for Damages be deemed good and sufficient and, after due proceedings are had, that there be judgment herein in favor of Defendants J&J and JJCI, and against the Plaintiff, dismissing Plaintiff's Petition for Damages, at Plaintiff's cost, and for all general and equitable relief to which Defendant may be entitled in the premises. Defendant further demands trial by jury as to all claims.

Respectfully submitted,
IRWIN FRITCHIE URQUHART & MOORE LLC

BY: _____

KIM E. MOORE (La. Bar No. 18653)
DAVID M. MELANCON (La. Bar No. 23216)
MEERA U. SOSSAMON (La. Bar No. 34797)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100; Fax: (504) 310-2101
kmoore@irwinllc.com
dmelancon@irwinllc.com
msossamon@irwinllc.com
*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

00418882

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by U.S. Mail, properly addressed and postage prepaid, and/or via electronic mail on this 16th day of June, 2017.

14TH JUDICIAL DISTRICT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

No. 2014-2920                                                    DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED:_____          _____
                                                        DEPUTY CLERK

**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.'S
EXCEPTIONS, ANSWER to FOURTH SUPPLEMENTAL AND AMENDED PETITION,
AFFIRMATIVE DEFENSES
AND REQUEST FOR JURY TRIAL**

Defendants, Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc., f/k/a Johnson & Johnson Consumer Companies, Inc. ("JJCI") hereby set forth the following Exceptions, Answer, and Affirmative Defenses to the Fourth Supplemental and Amended Petition for Damages filed by Plaintiff Pauline Marie Citizen ("Plaintiff"). J&J and JJCI also demands trial by jury.

## EXCEPTIONS

J&J and JJCI plead the following exceptions to preserve its right to urge them, pending discovery, in accordance with *Bickham v. Sub C International Inc.*, 617 So.2d 483 (La. 1993), rehearing denied 618 So.2d 415 (1993). J&J and JJCI do not request that this Court set these exceptions for hearing until such time as discovery reveals whether they are necessary. This matter is not set for trial. It is not anticipated that testimony will be offered at the hearing of any exceptions.

### I.

J&J and JJCI plead the Declinatory Exception of *Lis Pendens*. In many similar prior suits, discovery has revealed that one or more of the plaintiffs have multiple asbestos personal injury suits pending. J&J and JJCI reserve their rights that plaintiff in the instant matter has another asbestos personal injury suit pending. *See* La. C.C.P. Art. 531 and 532.

00419187

**II.**

J&J and JJCI plead the Declinatory Exception of Improper Venue.  In the event that discovery reveals that neither exposure in Calcasieu Parish to asbestos for which a defendant is responsible; nor in the event there is not exposure to asbestos for which a defendant for whom venue in Calcasieu Parish is responsible, then venue is improper.  See La. C.C.P. Art. 42, 43, 73, and 74.

**III.**

J&J and JJCI assert the Peremptory Exception of Prescription pursuant to La. C.C.P. Art. 927(A)(1).  Additional information is required to determine if Plaintiff's claim was filed more than one year after Plaintiff knew or should have known that Plaintiff's alleged injuries or damages were caused by exposure to asbestos.

**IV.**

J&J and JJCI assert the Dilatory Exception of Vagueness pursuant to La. C.C.P. Art. 926 on the basis that Plaintiff makes allegations against J&J and JJCI; however, Plaintiff fails to provide sufficient facts concerning the Plaintiff's alleged exposure to asbestos due to use of J&J or JJCI's products, and the Petition is vague in that it fails to identify the theories of liability against J&J and JJCI.

**V.**

J&J and JJCI further reserve their rights to urge other exceptions unknown to it at this time, and to adopt any and all exceptions pled by any and all other parties.  J&J and JJCI also reserve the right to supplement and amend their exceptions as investigations discovery may further warrant.

**ANSWER**

Except as otherwise expressly set forth below, J&J and JJCI deny knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the Petition to the extent that such allegations refer or relate to persons or entities other than J&J or JJCI.  Any allegation, averment, contention or statement in the Petition not specifically and unequivocally admitted is denied.  J&J and JJCI respond to each of the paragraphs of the Petition as follows:

00419187

The allegations of Paragraph I, including the allegations of Subparagraphs (FF) and (GG) which amend Plaintiffs Third Supplemental and Amended Petition for Damages by renaming certain defendants, pertain to defendants other than J&J and JJCI, and thus no response is required. But to the extent a response is required, those allegations are denied for lack of sufficient information to justify a belief therein.

AND NOW FURTHER answering Plaintiff's Fourth Amended Petition, J&J and JJCI assert the following affirmative defenses:

1.

J&J and JJCI adopt and incorporates each of their affirmative defenses set forth in its Answers to Plaintiffs' First Supplemental and Amended Petition for Damages, Plaintiffs' Second Supplemental and Amended Petition for Damages, and Plaintiffs' Third Supplemental and Amended Petition for Damages as if copied herein *in extenso.*

**REQUEST FOR JURY TRIAL**

Defendants J&J and JJCI hereby demands trial by jury.

WHEREFORE, Defendants J&J and JJCI pray that this Answer to the Petition for Damages be deemed good and sufficient and, after due proceedings are had, that there be judgment herein in favor of Defendants J&J and JJCI, and against the Plaintiff, dismissing Plaintiff's Petition for Damages, at Plaintiff's cost, and for all general and equitable relief to which Defendant may be entitled in the premises. Defendant further demands trial by jury as to all claims.

Respectfully submitted,
IRWIN FRITCHIE URQUHART & MOORE LLC

BY: _____

KIM E. MOORE (La. Bar No. 18653)
DAVID M. MELANCON (La. Bar No. 23216)
MEERA U. SOSSAMON (La. Bar No. 34797)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
kmoore@irwinllc.com
dmelancon@irwinllc.com
msossamon@irwinllc.com
*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

00419187

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by U.S. Mail, properly addressed and postage prepaid, and/or via electronic mail on this 16th day of June, 2017.

14TH JUDICIAL DISTRICT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

No. 2014-2920                                           DIVISION "B"

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.'S
EXCEPTIONS, ANSWER to FIFTH SUPPLEMENTAL AND AMENDED PETITION,
AFFIRMATIVE DEFENSES
AND REQUEST FOR JURY TRIAL**

Defendants, Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc., f/k/a

Johnson & Johnson Consumer Companies, Inc. ("JJCI") hereby set forth the following Exceptions,

Answer, and Affirmative Defenses to the Fifth Supplemental and Amended Petition for Damages

filed by Plaintiff Pauline Marie Citizen ("Plaintiff"). J&J and JJCI also demands trial by jury.

**EXCEPTIONS**

J&J and JJCI plead the following exceptions to preserve its right to urge them, pending

discovery, in accordance with *Bickham v. Sub C International Inc.*, 617 So.2d 483 (La. 1993),

rehearing denied 618 So.2d 415 (1993). J&J and JJCI do not request that this Court set these

exceptions for hearing until such time as discovery reveals whether they are necessary. This

matter is not set for trial. It is not anticipated that testimony will be offered at the hearing of

any exceptions.

**I.**

J&J and JJCI plead the Declinatory Exception of *Lis Pendens*. In many similar prior

suits, discovery has revealed that one or more of the plaintiffs have multiple asbestos personal

injury suits pending. J&J and JJCI reserve their rights that plaintiff in the instant matter has

another asbestos personal injury suit pending. *See* La. C.C.P. Art. 531 and 532.

**II.**

J&J and JJCI plead the Declinatory Exception of Improper Venue. In the event that

discovery reveals that neither exposure in Calcasieu Parish to asbestos for which a defendant

00419187

1

is responsible; nor in the event there is not exposure to asbestos for which a defendant for whom venue in Calcasieu Parish is responsible, then venue is improper.  See La. C.C.P. Art. 42, 43, 73, and 74.

### III.

J&J and JJCI assert the Peremptory Exception of Prescription pursuant to La. C.C.P. Art. 927(A)(1).  Additional information is required to determine if Plaintiff's claim was filed more than one year after Plaintiff knew or should have known that Plaintiff's alleged injuries or damages were caused by exposure to asbestos.

### IV.

J&J and JJCI assert the Dilatory Exception of Vagueness pursuant to La. C.C.P. Art. 926 on the basis that Plaintiff makes allegations against J&J and JJCI; however, Plaintiff fails to provide sufficient facts concerning the Plaintiff's alleged exposure to asbestos due to use of J&J or JJCI's products, and the Petition is vague in that it fails to identify the theories of liability against J&J and JJCI.

### V.

J&J and JJCI further reserve their rights to urge other exceptions unknown to it at this time, and to adopt any and all exceptions pled by any and all other parties.  J&J and JJCI also reserve the right to supplement and amend their exceptions as investigations discovery may further warrant.

### ANSWER

Except as otherwise expressly set forth below, J&J and JJCI deny knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the Petition to the extent that such allegations refer or relate to persons or entities other than J&J or JJCI.  Any allegation, averment, contention or statement in the Petition not specifically and unequivocally admitted is denied.  J&J and JJCI respond to each of the paragraphs of the Petition as follows:

### I.

00419187

2

1. Responding to the allegations of Paragraph 1, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph, and therefore deny same.

2. Responding to the allegations of Paragraph 2, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of the allegations not directed at J&J or JJCI and therefore deny same.  J&J and JJCI specifically deny liability for any of the Plaintiff's complained of injuries.

3. J&J and JJCI reiterates all responses set forth in its Answers to Plaintiff's First1, Second, Third and Fourth Amended Petitions for Damages as if set forth herein.

## II.

The allegations of Paragraph II, including the allegations of Subparagraphs (HH) and (II), which amend Plaintiff's Fifth Supplemental and Amended Petition for Damages by adding certain defendants, pertain to defendants other than J&J and JJCI, and thus no response is required. But to the extent a response is required, those allegations are denied for lack of sufficient information to justify a belief therein.

AND NOW FURTHER answering Plaintiff's Fifth Amended Petition, J&J and JJCI assert the following affirmative defenses:

### 1.

J&J and JJCI adopt and incorporates each of their affirmative defenses set forth in its Answers to Plaintiffs' First Supplemental and Amended Petition for Damages, Plaintiff's Second Supplemental and Amended Petition for Damages, Plaintiff's Third Supplemental and Amended Petition for Damages, and Plaintiff's Fourth Supplemental and Amended Petition as if copied herein *in extenso.*

## REQUEST FOR JURY TRIAL

Defendants J&J and JJCI hereby demands trial by jury.

---

1 J&J and JJCI were not added as defendants to the instant matter until Plaintiff's First Amended Petition.

WHEREFORE, Defendants J&J and JJCI pray that this Answer to the Petition for Damages be deemed good and sufficient and, after due proceedings are had, that there be judgment herein in favor of Defendants J&J and JJCI, and against the Plaintiff, dismissing Plaintiff's Petition for Damages, at Plaintiff's cost, and for all general and equitable relief to which Defendant may be entitled in the premises.  Defendant further demands trial by jury as to all claims.

DATED:  August 18, 2017

                    Respectfully submitted,

                    IRWIN FRITCHIE URQUHART & MOORE LLC

                    BY:    _____
                        KIM E. MOORE (La. Bar No. 18653)
                        DAVID M. MELANCON (La. Bar No. 23216)
                        MEERA U. SOSSAMON (La. Bar No. 34797)
                        400 Poydras Street, Suite 2700
                        New Orleans, Louisiana 70130
                        Telephone:  (504) 310-2100
                        Fax: (504) 310-2101
                        kmoore@irwinllc.com
                        dmelancon@irwinllc.com
                        msossamon@irwinllc.com

                        *Counsel for Defendants Johnson & Johnson and
                        Johnson & Johnson Consumer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing a copy of same to each by U.S. Mail, properly addressed and postage prepaid, and/or via electronic mail on this 18th day of August 2017.

00419187

4

14TH JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU

STATE OF LOUISIANA

NO. 2014-2920                                                          DIVISION B

PAULINE MARIE CITIZEN

VERSUS

PIPE DISTRIBUTORS, INC., ET AL.

FILED: ___5-1-18___                          _Scott Halverton_

                                                     DEPUTY CLERK

### JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER INC.'S EXCEPTIONS, ANSWER AND DEFENSES TO SIXTH SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES AND REQUEST FOR JURY TRIAL

Defendants Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc., f/k/a Johnson & Johnson Consumer Companies, Inc. ("JJCI") hereby set forth the following Exceptions, Answer and Defenses to Plaintiffs' Sixth Supplemental and Amended Petition for Damages.  J&J and JJCI demand trial by jury.

### EXCEPTIONS

1.

#### Dilatory Exception of Vagueness and Ambiguity

J&J and JJCI assert the Dilatory Exception of Vagueness and Ambiguity. Plaintiff's allegations are impermissibly vague. Under Louisiana Code of Civil Procedure Article 891, the petition must contain specific facts explaining how plaintiff alleges J&J and JJCI caused or contributed to plaintiff's injuries. Plaintiff has failed to meet this standard.

2.

#### Declinatory Exception of Lack of Personal Jurisdiction

J&J and JJCI assert the Declinatory Exception of Lack of Personal Jurisdiction. This Court has neither general personal jurisdiction nor specific personal jurisdiction over J&J and JJCI, and the exercise of jurisdiction over them here would offend traditional notions of fair play and substantial justice.

00498280                                    1

3.

<u>Dilatory Exception of Lack of Procedural Capacity</u>

J&J and JJCI assert the dilatory exception of lack of procedural capacity. Plaintiff is deceased.

4.

<u>Peremptory Exception of No Cause of Action for Intentional Tort</u>

J&J and JJCI assert the Peremptory Exception of No Cause of Action in response to plaintiff's claim that unspecified defendants intentionally caused serious bodily injury to plaintiff.

5.

<u>Peremptory Exception of No Cause of Action<br>for Negligent, Willful, and/or Reckless Conduct</u>

J&J and JJCI assert the Peremptory Exception of No Cause of Action in response to plaintiff's claim that unspecified defendants engaged in negligent, willful, and/or reckless conduct. The Louisiana Products Liability Act expressly provides the exclusive theories of liability against manufacturers for damages allegedly caused by their products.

6.

<u>Peremptory Exception of Prescription</u>

J&J and JJCI assert the Peremptory Exception of Prescription pursuant to Louisiana Code of Civil Procedure Article 927(A)(1).

## ANSWER

Defendants J&J and JJCI set forth the following Exceptions, Answer and Defenses and Request for Jury Trial in response to the Sixth Supplemental and Amended Petition for Damages filed by plaintiff. J&J and JJCI demand trial by jury. As an initial matter, J&J and JJCI deny that they designed, mined, manufactured, or marketed the products at issue in this case.

Except as otherwise expressly set forth below, J&J and JJCI deny knowledge or information sufficient to form a belief as to the truth or falsity of each and every allegation contained in the petition to the extent that such allegations refer or relate to persons or entities other than J&J and JJCI. Any allegation, averment, contention, or statement in the petition not

specifically and unequivocally admitted is denied. J&J and JJCI respond to each of the paragraphs of the petition as follows:

I.

The allegations of paragraph I are not directed to J&J and/or JJCI and therefore no response is required. To the extent a response is required, J&J and JJCI are without knowledge or information sufficient to form a belief as to the truth of this paragraph and therefore deny same.

DEFENSES

J&J and JJCI reserve the right to rely upon any of the following or additional defenses to claims asserted by plaintiff to the extent that such defenses are supported by information developed through discovery or evidence at trial. By asserting the following defenses, J&J and JJCI do not allege or admit that they have the burden of proof or the burden of persuasion with respect to any of these matters:

First Defense

J&J and JJCI are not liable to plaintiff in strict liability and further deny any breach of any alleged warranties, either expressed or implied.

Second Defense

The petition fails to state a cause of action or claim upon which relief may be granted.

Third Defense

J&J and JJCI owed no duty in this matter. In the alternative, if any duty was owed, that duty was not breached by J&J and/or JJCI.

Fourth Defense

J&J and JJCI deny that plaintiff ever used any product manufactured or sold by J&J and/or JJCI. J&J and JJCI deny that plaintiff was ever in proximity to any product manufactured or sold by J&J and/or JJCI. J&J and JJCI further deny that plaintiff was ever exposed to asbestos from any product manufactured or sold by J&J and/or JJCI.

Fifth Defense

J&J and JJCI aver that any alleged injury or damage suffered by plaintiff in connection with any product manufactured by J&J and/or JJCI, which injury or damage is specifically denied, did not result from the normal use of the product. Furthermore, plaintiff or other persons

for whom J&J and JJCI are not responsible materially altered or modified the product allegedly manufactured by J&J and/or JJCI, if any, subsequent to their release from the control of J&J and/or JJCI.

### Sixth Defense

J&J and JJCI plead the contributory and/or comparative negligence or fault and/or assumption of the risk of plaintiff or others, with said negligence, fault, and/or assumption of the risk acting as a complete bar to or, alternatively, in mitigation to recovery.

### Seventh Defense

Any claim for punitive damages against any of the defendants in this case is proscribed under Louisiana law. An award of punitive damages would be unconstitutional and in violation of the due process and equal protection clauses of the Fourteenth Amendment of the Constitution of the United States. Also, plaintiff's claims for punitive damages are barred by the "double jeopardy" clause of the Fifth Amendment to the United States Constitution, as applied to the states through the Fourteenth Amendment.

### Eighth Defense

Plaintiff's claims against J&J and JJCI are barred and/or preempted by La. R.S. 9:2771 and 9:2772 as well as Civil Code Article 3500.

### Ninth Defense

J&J and JJCI aver that to the extent any product liability claims against them are governed by the negligence standard existing prior to *Weber v. Fidelity & Casualty Ins. Co. of N.Y.*, 259 La. 599, 250 So.2d 754 (1971), J&J and JJCI are not legally responsible to plaintiff under any theory of strict liability for any injury, loss, or damages as a result of plaintiff's contact with, or exposure to, or use of any asbestos product prior to June 28, 1971, when the Louisiana Supreme Court decided *Weber v. Fidelity and Casualty Co. of N.Y.*, 259 La. 599, 250 So.2d 754 (1971).

### Tenth Defense

In the further alternative, should Louisiana Products Liability law be applicable, J&J and JJCI specifically aver that this matter is governed by La. R.S. 9:2800.51-2800.59, the Louisiana Products Liability Act, and Johnson & Johnson avers all defenses of La. R.S. 9:2800.51 et seq.

<u>Eleventh Defense</u>

J&J and JJCI aver that they are immune from any and all liability herein by virtue of the complete defense afforded to them as parties that contracted with independent contractors.

<u>Twelfth Defense</u>

If J&J and/or JJCI actually supplied or sold any product containing asbestos, which is specifically denied, it was merely a user and/or conduit of such product and, therefore, has no liability.

<u>Thirteenth Defense</u>

If plaintiff has heretofore settled or should hereafter settle for any of the alleged injuries and damages with any parties, then J&J and JJCI are entitled to a credit, off-set, or reduction of any judgment rendered against them for any such settlement. J&J and JJCI further plead all defenses entitled to them based on any past or future settlement with plaintiff including, but not limited to, accord and satisfaction.

<u>Fourteenth Defense</u>

If injuries or damages were sustained, which is specifically and categorically denied, those injuries and damages are the result of negligence or fault on the part of others over whom J&J and JJCI had no responsibility or control. If it is determined plaintiff is entitled to recover against J&J and/or JJCI, which is denied, that recovery should be reduced in proportion to the degree or percentage of negligence or fault, or exposure to products, or virile share of negligence, fault or exposure to products attributable to any co-defendant or any other entity, including those entities presently immune because bankruptcy renders them immune from further litigation, as well as any party, co-defendant, or non-parties regardless of whether or not plaintiff has settled or may settle with such parties in the future.

<u>Fifteenth Defense</u>

J&J and JJCI specifically plead the "state-of-the-art" defense to each and every allegation. J&J and JJCI deny any defects in their products or equipment and aver that at all pertinent times, the products or equipment was reasonably fit and suited for the purpose for which it was manufactured and intended and was delivered with such advices as were consistent with the state of the existing medical and industrial art.

### Sixteenth Defense

Should Louisiana products liability law be applicable, J&J and JJCI aver that at the time the product left the defendant's control, the existence of an alternative design was not known or knowable to this defendant from the then-existing, reasonably available scientific and technological knowledge.

### Seventeenth Defense

Should Louisiana products liability law be applicable, defendant avers that an alternative design was not feasible from the reasonably available scientific and technological knowledge which existed at the time the product left the defendant's control.

### Eighteenth Defense

J&J and JJCI aver that the injuries allegedly sustained, which are denied, occurred as a result of pre-existing medical and/or subsequent exposures or conditions, causes, or injuries which are completely unrelated to J&J and/or JJCI, and the existence of these pre-existing medical and/or subsequent exposures or conditions, causes, or injuries bar and/or mitigate recovery herein.

### Nineteenth Defense

Plaintiff's claims are barred by the applicable statute of limitations, res judicata, prescription, preemption, equitable estoppel, collateral estoppel, legal estoppel, informed consent, release, unclean hands, laches, and/or waiver. Additionally, if plaintiff has filed bankruptcy during the relevant time period of the events alleged in the petition or files for bankruptcy at some point in the future, the claims of plaintiff may be "property of the bankruptcy estate" which should be prosecuted by the bankruptcy trustee rather than plaintiff, or, if not disclosed by plaintiff on the schedules and/or statement of financial affairs, may be barred by the doctrine of judicial estoppel.

### Twentieth Defense

There is no liability on the part of J&J and/or JJCI because the alleged incidents in question were brought about or caused by transitory conditions arising in the course of the work in which plaintiff was engaged and ordinarily incident thereto, using the employers' own manner, method, and means of doing work for which J&J and JJCI owe no duty.

### Twenty-First Defense

Plaintiff failed to state a cause of action because if relief were granted in the absence of product identification, it would contravene J&J and JJCI's constitutional right to substantive and due process of law and equal protection as preserved by the Fourteenth Amendment to the United States Constitution.

### Twenty-Second Defense

J&J and JJCI aver that their alleged liability, which they deny, is purely passive and/or technical, and the liability of other parties herein is active and actual, thus entitling J&J and JJCI to full indemnification and contribution from those parties that are actively negligent or at fault.

### Twenty-Third Defense

If J&J and/or JJCI supplied asbestos-containing products or equipment, which they deny, such products or equipment conformed to the specifications of its customer and/or the plaintiff's employers. Furthermore, said customers and employers were knowledgeable and sophisticated as to the use and risks of asbestos containing products or equipment so that J&J and JJCI had no duty to warn. J&J and JJCI specifically plead the "sophisticated user" defense.

### Twenty-Fourth Defense

Plaintiff failed to mitigate, minimize, or abate any alleged damages.

### Twenty-Fifth Defense

J&J and JJCI plead that plaintiff's damages must be reduced by the contributory and/or comparative negligence of plaintiff in the following non-exclusive particulars:

A. Failing to avoid known obvious dangers and dangers about which she was aware;

B. Failing generally to exercise due care under the circumstances;

C. Failing to comply with the duty of care of persons and positions similar to her;

D. Failure to use safety devices, such as masks and respirators for breathing, while in the presence of dust-laden air;

E. Failure to request the use of such masks and respirators from her employers;

F. Failure to cease working in an environment containing asbestos and/or silica dust-laden air, knowing that she was working with asbestos-containing products and that she was inhaling silica and/or asbestos fibers;

G.   Failure to cease working in an environment with chemicals, chemical fumes, welding fumes, and/or other toxic substances, knowing that she was working with and around those substances and that she was inhaling the fumes of these substances;

H.   Failure to take routine precautions to ensure her own safety;

I.   Failure to act as a reasonably prudent person would under the same or similar circumstances; and

J.   Any and all other negligent and/or wrongful acts or omissions which may be discovered or proven at the trial of this matter.

Twenty-Sixth Defense

J&J and JJCI specifically and categorically deny that plaintiff ever used products sold or manufactured by J&J and/or JJCI and further deny that plaintiff was ever in the proximity to products sold or manufactured by J&J and/or JJCI.

Twenty-Seventh Defense

J&J and JJCI aver that plaintiff did not inhale asbestos fibers emitted by the normal use of said products, proximately causing the results and/or related abnormalities or alternatively, any other asbestos-related injury.

Twenty-Eighth Defense

J&J and JJCI aver that as a result of the provisions of certain statutes, including 11 U.S.C. 362(a), plaintiff is prohibited from proceeding against certain parties liable for the damages and injuries complained of and defendant preserves its rights to so proceed.

Twenty-Ninth Defense

J&J and JJCI aver that plaintiff's injuries, if any, were caused by substances other than asbestos.

Thirtieth Defense

There is no causal relationship between J&J and/or JJCI's conduct and the injuries and damages alleged by plaintiff.

## Thirty-First Defense

Plaintiff's claims are barred in whole or in part because the products at issue were at all times properly prepared, packaged, and distributed and were not defective or unreasonably dangerous.

## Thirty-Second Defense

Plaintiff may be barred from bringing some of the claims alleged in the petition because plaintiff may lack standing and/or capacity to bring such claims.

## Thirty-Third Defense

The claims set forth in the petition are barred because the alleged injuries and damages, if any, were caused by medical conditions, diseases, illnesses, or processes (whether preexisting or contemporaneous) unrelated to the product.

## Thirty-Fourth Defense

Plaintiff's claims may be barred, in whole or in part, by misuse or unintended use of the products in question.

## Thirty-Fifth Defense

Plaintiff's injuries or damages sustained, if any, were a direct and proximate result of a responsible, superseding, intervening cause.

## Thirty-Sixth Defense

The products in question are useful and desirable, and any risk claimed by plaintiff with their use and the alleged injury, to the extent it exists, is unavoidable. Plaintiff's purported action is, therefore, barred by Comment K of §402A of the Restatement (Second) of Torts and/or Restatement (Third) of Torts: Products Liability § 6 and/or other applicable law.

## Thirty-Seventh Defense

Plaintiff's claims of product defects are barred by Sections 2, 4, and 6(c) and (d) of the Restatement (Third) of Torts: Products Liability.

## Thirty-Eighth Defense

J&J and JJCI at all times acted with due care, are free of any and all negligence, and at all times complied with all applicable laws, regulations, and standards.

### Thirty-Ninth Defense

J&J and JJCI further adopt all applicable defenses, if any, not specifically set out in this Answer but allowed by the Louisiana Code of Civil Procedure and/or asserted by any other defendant or third party defendant.

### Fortieth Defense

Plaintiff's claims are barred because the risks, if any, associated with the use of the products are outweighed by the products' utility.

### Forty-First Defense

Plaintiff's claims for breach of express and implied warranties are barred because plaintiff did not reasonably rely on any alleged express or implied warranty, and because plaintiff did not give J&J and JJCI adequate notice of any alleged breach of warranty, express or implied, and for lack of privity with J&J and JJCI.

### Forty-Second Defense

At all relevant times herein, the products in question were manufactured and distributed with proper warnings, information, cautions, and instructions in conformity with generally recognized and prevailing standards in existence at the time.

### Forty-Third Defense

The claims of plaintiff may be barred, in whole or in part, from recovery, due to spoliation of evidence and the failure to preserve evidence necessary to the determination of the claims.

### Forty-Fourth Defense

The products at issue were altered after the products left the control, custody, and possession of J&J and JJCI, and said alteration relieves J&J and JJCI of any and all liability.

### Forty-Fifth Defense

The "state-of-the-art" defense is applicable to each and every allegation for the reason that the alleged hazards were neither known nor reasonably discoverable on the basis of the research and scientific information then available; and J&J and JJCI acted reasonably, prudently, and at all times in compliance with all applicable state and federal regulations and industry custom and practice.

00498280                                   10

### Forty-Sixth Defense

Plaintiff's injuries and damages, if any, did not occur as a result of exposure to asbestos fibers, but rather were proximately caused by other factors, including but not limited to a history of voluntarily smoking cigarettes, which other factors are affirmatively pleaded and are legally and factually imputable to plaintiff to serve as a bar and/or reduction of any and all recovery by plaintiff.

### Forty-Seventh Defense

Plaintiff having been warned or otherwise made aware of the alleged hazards of the materials to which she claims exposure is now estopped and/or barred from any recovery for the alleged injuries.

### Forty-Eighth Defense

Plaintiff's injuries, if any, resulted from the voluntary and knowing submission by plaintiff to hazards associated with her exposure to materials alleged to be causative of her injuries and, therefore, the doctrine of assumption of the risk is applicable.

### Forty-Ninth Defense

J&J and JJCI deny that they are jointly and severally liable *in solido* with any other party, named or unnamed, and denies that they are liable for the fault of any party, named or unnamed.

### Fiftieth Defense

J&J and JJCI plead that at all times material herein, they complied with all applicable laws, regulations, rules, specifications, and standards.

### Fifty-First Defense

J&J and JJCI contend that plaintiff has failed to join all parties necessary for a just adjudication.

### Fifty-Second Defense

J&J and JJCI contend that each and every claim asserted by plaintiff, to the extent the claim pertains to J&J and/or JJCI, is pre-empted by the Federal Food and Drug and Cosmetic Act ("FFDCA"), 21 U.S.C. §§ 301-399(f), in that the United States Food and Drug Administration ("FDA") had primary and exclusive jurisdiction over the safety of cosmetic talc-containing products and primary and exclusive jurisdiction to determine whether any warning must

00498280                                    11

accompany cosmetic talc-containing products. The FDA has ruled, on multiple occasions, that cosmetic grade talc is a safe substance when used as intended and further has ruled that the manufacturers need not provide any warnings on, or in connection with the sale of, cosmetic grade talc-containing products.

### Fifty-Third Defense

J&J and JJCI deny any allegations that have not been expressly admitted.

### Fifty-Fourth Defense

Johnson & Johnson is a holding company that does not design, manufacture, market, or sell Johnson's Baby Powder (or any other product). A separate entity, Johnson & Johnson Consumer Inc., is primarily responsible for the formulation, manufacture, testing, marketing, and sale of Johnson's Baby Powder.

### Fifty-Fifth Defense

As a result of the aforementioned acts of negligence and/or fault committed by plaintiff, J&J and JJCI aver that plaintiff's claim for damages is completely barred or reduced by the percentage of fault attributable to plaintiff and/or any other liable party herein.

### Fifty-Sixth Defense

J&J and JJCI alternately aver that plaintiff's damages, if any, were caused by the fault and/or negligence of persons other than J&J and JJCI, including but not limited to plaintiff's employers and, specifically, by the products manufactured, supplied, sold, or installed by others, and/or by the cigarette smoking of plaintiff, or others in her vicinity, or by exposure to other substances, all of which fault and/or negligence constitutes comparative fault and/or comparative negligence.

### Fifty-Seventh Defense

If plaintiff suffered damages as a result of the allegations set forth in the petition, then those damages were not sustained by reason of the conduct of J&J and JJCI, but rather were the results of intervening or superseding acts or omissions of others, for which acts or omissions of J&J and JJCI can in no way be held liable.

### Fifty-Eighth Defense

If the plaintiff suffered damages as a proximate result of any condition of a product manufactured, distributed, or sold by J&J and/or JJCI, which J&J and JJCI deny, then any such products would have been supplied to the employers of plaintiff, which employers were knowledgeable and sophisticated users of said products with adequate warnings or instructions, or with the knowledge of such information contained in such warnings, and thus J&J and JJCI had no further legal duty to warn or instruct plaintiff.

### Fifty-Ninth Defense

Plaintiff appreciated and understood risks associated with the products she used. As a result of the plaintiff's own assumption of risk, plaintiff's recovery, if any, should be limited or barred.

### Sixtieth Defense

Plaintiff, with knowledge and appreciating the manner in which the products, if any, were to be used, misused the products plaintiff is alleged to have used and the plaintiff's recovery, if any, should therefore be limited or barred.

### Sixty-First Defense

J&J and JJCI affirmatively plead no cause or right of action for punitive or exemplary damages as any such claims are unconstitutional and are barred by the United States Constitution and by the Constitution of the State of Louisiana, as well as by the laws of the State of Louisiana by the Louisiana Supreme Court's ruling in *Anderson v. Avondale Industries, Inc.*, No. 2000-CC-02799 (La. 10/16/01), 2001 WL 1223176.

### Sixty-Second Defense

Any illness, injury, disability, losses, or damages from which plaintiff may be suffering is a result of independent or intervening acts of God or others over whom J&J and JJCI had no control or responsibility. Such intervening causes bar or, in the alternative, reduce any recovery to which plaintiff might otherwise be entitled to against J&J and JJCI.

### Sixty-Third Defense

Plaintiff's damages, if any, were the direct result of plaintiff's pre-existing medical conditions and/or occurred by operation of nature or as a result of circumstances over which J&J and JJCI had and continue to have no control.

### Sixty-Fourth Defense

Any verdict or judgment that might be recovered by plaintiff must be reduced by those amounts that have already or will in the future, with reasonable certainty, indemnify plaintiff in whole or in part for any past or future claimed economic loss from any collateral source such as insurance, social security, workers' compensation, or employee benefit program. To the extent that plaintiff is seeking recovery for any benefits from any other source for injuries and damages alleged, such benefits are not recoverable in this action under applicable law.

### Sixty-Fifth Defense

The petition fails to state a claim on which relief can be granted as to costs and disbursements, attorney's fees, expert fees, expenses, pre-judgment interest, post-judgment interest, refund, unjust enrichment, disgorgement, restitution, or treble damages.

### Sixty-Sixth Defense

No act or omission of J&J and/or JJCI was intentional, fraudulent, malicious, reckless, in any way morally culpable, or made with conscious, malicious, or intentional disregard for the health and well-being of plaintiff or others.

### Sixty-Seventh Defense

Plaintiff failed to state a cause of action for fraud. Louisiana Code of Civil Procedure Article 856 requires that, when fraud is alleged, the circumstances constituting fraud must be alleged with particularity. Plaintiff's allegations broadly allege that all defendants in general committed intentional misrepresentations and fraudulently concealed and suppressed the truth about asbestos products and/or equipment. These allegations are inadequate because they do not describe the specific misrepresentations nor do they identify who made such misrepresentations, nor when and where the misrepresentations were made. Therefore, all fraud allegations should be dismissed.

<u>Sixty-Eighth Defense</u>

J&J and JJCI re-urge and re-aver all responses and defenses to the allegations contained in the original petition and all supplemental and amending petitions as is set forth herein *in extenso*.

## DEFENSES RESERVED

J&J and JJCI hereby give notice that they intend to rely upon any other defenses that may become available or apparent during the discovery proceedings in this matter and hereby reserves their right to amend the Answer and to assert any such defenses.

## DEMAND FOR BIFURCATED TRIAL

If plaintiff is permitted to proceed to trial upon any claims for punitive or exemplary damages, J&J and JJCI reserve the right to have such claims bifurcated from the remaining issues.

## JURY DEMAND

J&J and JJCI hereby request a trial by jury on all issues so triable.

WHEREFORE, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. pray that their Exceptions, Answer, and Defenses and Request for Jury Trial be deemed good and sufficient and, after due proceedings are had, that there be judgment herein in favor of Johnson & Johnson and Johnson & Johnson Consumer Inc. and against plaintiff, dismissing the Petitions for Damages, at plaintiff's cost, and for all general and equitable relief to which Defendants may be entitled in the premises. Defendants further demand trial by jury as to all claims.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

BY: _____
JAMES B. IRWIN (La. Bar No. 07172)
KIM E. MOORE (La. Bar No. 18653)
JOHN W. SINNOTT (La. Bar No. 23943)
MEERA U. SOSSAMON (La. Bar No. 34797)
CLAIRE A. NOONAN (La. Bar No. 35940)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101

Counsel for Defendants Johnson & Johnson and
Johnson & Johnson Consumer Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served
on all counsel of record by facsimile, electronic mail and/or by United States mail, properly
addressed, postage prepaid on this the ____ day of May 2018.